UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

LOLITA PRIDGEON,

    Plaintiff,

                                    Docket No.

VS.                                      3:02 CV 1032 GLG

AMERICAN AIRLINES, INC.

    Defendant.

## THIRD AMENDED SCHEDULING ORDER

Pursuant to the June 23, 2003 status conference and the agreement of counsel, the dates set forth in the Amended Scheduling Order are hereby extended. The dates are now as follows:

1. Discovery, including depositions of expert witnesses pursuant to Fed.R.Civ.P. 26(b)(4), will be commenced by March 15, 2004 and be completed by April 30, 2004.

2. Initial discovery of both parties have already been filed.

3. Plaintiff is to respond to defendant's Request for Production of Documents and Things dated June 25, 2003 by November 25, 2003.

4. Plaintiff's deposition to be completed by January 31, 2004.

5. A physical examination of the plaintiff will be completed within 30 days of the date of the plaintiff's deposition.

6. The parties anticipate that the plaintiff will require a total of five depositions of fact witnesses and that the defendant will require a total of five depositions of fact witnesses. The depositions will commence February 1, 2004 and be completed by April 30, 2004.

7. Plaintiff intends to call expert witnesses at trial. Plaintiff will designate all trial experts and provide opposing counsel with reports from retained experts pursuant to Fed.R.Civ.P. 26(a)(2) by January 31, 2004. Depositions of any such experts will be completed by April 15, 2004.

8. Defendants intend to call expert witnesses at trial. Defendant will designate all trial experts and provide opposing counsel with reports from retained experts pursuant to Fed.R.Civ.P. 26(a)(2) by February 27, 2004. Depositions of any such experts will be completed by April 30, 2004.

9. A damage analysis will be provided by February 27, 2004.

10. Dispositive Motions will be filed on or before May 31, 2004.

11. Joint Trial Memorandum to be filed by July 30, 2004.

12. The case will be ready for trial on September 13, 2004.

So Ordered:

_____
Honorable Gerald L. Goettel

Submitted by:

DEFENDANT
AMERICAN AIRLINES, INC.

Law Offices of Paul A. Lange

By _*Alison L. McKay*_
Alison L. McKay CT22260
80 Ferry Boulevard
Stratford, Connecticut 06615-6079
(203) 375-7724

- and -

CONDON & FORSYTH LLP

By _*Michael J. Holland*_
Michael J. Holland CT22894
685 Third Avenue
New York, New York 10017
(212) 490-9100

To: Timothy L. O'Keefe, Esq.
Attorneys for Plaintiff
Kenny, O'Keefe & Usseglio, P.C.
21 Oak Street
Hartford, CT 06106
(860) 246-2700

CERTIFICATE OF SERVICE

This is to certify that the foregoing Third Amended Scheduling Order was mailed on ~~October~~ November 5, 2003 to the following:

Timothy L. O'Keefe, Esq.
Kenny, O'Keefe & Usseglio, P.C.
21 Oak Street
Hartford, CT 06106


_____
Alison L. McKay