**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

```
------------------------------------X
LOLITA PRIDGEON,                    :
                                    :
        Plaintiff,                  :
                                    :     3: 02 CV 1032   (GLG)
    -against-                       :         ORDER
                                    :
AMERICAN AIRLINES, et al.,          :
                                    :
        Defendant.                  :
------------------------------------X
```

**REFERRAL TO MAGISTRATE JUDGE**

This case is referred to Magistrate Judge William I. Garfinkel for the following purposes:

___   All purposes except trial, unless the parties consent to trial before the magistrate judge.

___   A ruling on all pretrial motions except dispositive motions.

___   To supervise discovery and resolve discovery disputes.

___   A ruling on the following motion which is currently pending:

**_X_**   Settlement conference.

___   A conference to discuss the following:

___   Other:

**SO ORDERED.**

**December 19, 2003**
**Waterbury, Connecticut.**

　　　　　　　　　　　　　　　　　　　　　　　　／s／
　　　　　　　　　　　　　　　　　　　　**Gerard L. Goettel**
　　　　　　　　　　　　　　　　**United States District Judge**