

**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

LOLITA PRIDGEON

       Plaintiff,

                         Docket No.

vs.                          3:02 CV 1032 GLG

AMERICAN AIRLINES, INC.

       Defendant

### FOURTH AMENDED SCHEDULING ORDER

      Pursuant to the agreement of counsel, the dates set forth in the Amended Scheduling Order are hereby extended. The dates are now as follows:

      1.      Discovery, including depositions of expert witnesses pursuant to Fed.R.Civ.P. 26(b)(4), will be commenced by March 15, 2004 and be completed by May 31, 2004.

      2.      Initial discovery of both parties have already been filed.

      3.      Plaintiff has responded to defendant's Request for Production of Documents and Things dated June 25, 2003.

      Plaintiff's deposition has been completed.

      A physician examination of the plaintiff will be completed before March 31, 2004.

2/25/04   SO ORDERED.

Gerard L. Goettel, USDJ

FILED

Feb 27 2 07 PM '04

U.S. DISTRICT COURT
NEW HAVEN, CONN.

6.      The parties anticipate that the plaintiff will require a total of five depositions of fact witnesses and that the defendant will require a total of five depositions of fact witnesses.  The depositions will commence May 1, 2004 and be completed by May 31, 2004.

7.      Plaintiff intends to call expert witnesses at trial.  Plaintiff will designate all trial experts and provide opposing counsel with reports from retained experts pursuant to Fed.R.Civ.P. 26(a)(2) by February 29, 2004.  Depositions of any such experts will be completed by May 15, 2004.

8.      Defendants intend to call expert witnesses at trial. Defendant will designate all trial experts and provide opposing counsel with reports from retained experts pursuant to Fed.R.Civ.P. 26(a)(2) by March 31, 2004.  Depositions of any such experts will be completed by May 31, 2004.

9.      A damage analysis will be provided by March 31, 2004.

10.     Dispositive Motions will be filed on or before June 30, 2004.

11.     Joint Trial Memorandum to be filed July 31, 2004.

12.     The case will be ready for trial on October 4, 2004.

So Ordered:

_____

Honorable Gerard L. Goettel

Submitted by:

PLAINTIFF,
LOLITA PRIDGEON

BY: _____
TIMOTHY L. O'KEEFE CT15005
Attorneys for Plaintiff
Kenny, O'Keefe & Usseglio, P.C.
21 Oak Street, Suite 208
Hartford, CT 06106
(860) 246-2700

To:    Alison L. McKay  CT22260
       Attorneys for Defendant
       Law Offices of Paul A. Lange
       80 Ferry Boulevard
       Stratford, CT 06615-6079
       (203) 375-7724

       Michael J. Holland  CT22894
       Attorneys for Defendant
       Condon & Forsyth LLP
       685 Third Avenue
       New York, NY 10017
       (212) 490-9100

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was mailed; postage prepaid this 20th day of February, 2004 to the following:

Alison L. McKay, Esq.
Law Offices of Paul A. Lange
80 Ferry Boulevard
Stratford, CT 06615-6079

Michael J. Holland, Esq.
Condon & Forsyth, LLP
685 Third Avenue
New York, NY 10017

TIMOTHY L. O'KEEFE
Commissioner of the Superior Court