UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Settlement Conference Calendar

Honorable William I. Garfinkel, U.S. Magistrate Judge
915 Lafayette Boulevard
Bridgeport
Chambers Room #429

March 15, 2004

10:00 a.m.

*Held 3½ hours*

CASE NO. 3:02cv1032 (GLG)   Pridgeon vs. American Airlines, et al

Michael J. Holland
Condon & Forsyth
685 Third Ave.
New York, NY 10017


Paul A. Lange
Law Offices of Paul A. Lange
80 Ferry Blvd.
Stratford, CT 06615-6079


Alison L. McKay
Law Offices of Paul A. Lange
80 Ferry Blvd.
Stratford, CT 06615-6079


Timothy L. O'Keefe
Kenny, O'Keefe & Usseglio
21 Oak Street
Suite 208
Hartford, CT 06106


Maria S. Spalding
Updike, Kelly & Spellacy, P.C.
One State St., Po Box 231277
Hartford, CT 06123-1277


Frank G. Usseglio
Kenny, O'Keefe & Usseglio
21 Oak Street
Suite 208
Hartford, CT 06106


                                        BY ORDER OF THE COURT
                                        KEVIN F. ROWE, CLERK