UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
APR 6  11 25 AM '04
U.S. DISTRICT COURT
NEW HAVEN, CT

LOLITA PRIDGEON,

    Plaintiff,

VS.

AMERICAN AIRLINES, INC.

    Defendant.

Docket No.

3:02 CV 1032 GLG

**AFFIDAVIT**

STATE OF NEW YORK   )
                              ) ss:
COUNTY OF NEW YORK )

    Jerome M. Block, M.D., being first duly sworn, deposes and says:

    1.    I am a medical doctor licensed to practice in the State of New York and am a neurologist. My office is at One East 87th Street, New York, New York 10128

    2.    My professional qualifications as a neurologist are set forth in my curriculum vitae annexed hereto as Exhibit "A".

    3.    I was retained in this matter on behalf of American Airlines to evaluate medical records concerning Lolita Pridgeon, who contracted Guillain-Barre Syndrome on or about June 23, 2000. My work in this case consisted of reviewing all of the medical records and other materials which were forwarded to me, which records and materials are referred to in my two reports dated November 26, 2003 and January 31, 2004. These reports are annexed hereto as Exhibits "B" and "C".

4.  These two reports are complete and accurate and represent my findings and opinions based on my review of the materials which were forwarded to me in this case.

5.  I make this Affidavit upon my personal knowledge and based upon my review of the medical records and other materials forwarded to me as set forth in my reports of November 26, 2003 and January 31, 2004.

Jerome M. Block, M.D.

Sworn to before me this
31th day of March, 2004

Notary Public

MARY ANN ROONEY
NOTARY PUBLIC, State of New York
No. 31-4672706
Qualified in Queens County
Commission Expires May 31, 2006

## **AFFIDAVIT OF SERVICE**

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

       Mary Ann Rooney, being duly sworn, deposes and says that deponent is not a party to the action, is over 18 years of age and resides in Queens, New York. That on April 5, 2004, deponent served the within Affidavit of Jerome M. Block upon:

> Timothy L. O'Keefe, Esq.
> Kenny, O'Keefe & Usseglio, P.C.
> 21 Oak Street
> Hartford, Connecticut 06106

the address designated by said attorneys for that purpose by depositing same enclosed in a properly addressed wrapper in an official depository under the exclusive care and custody of the United States Post Office Department within the State of New York.

_____
Mary Ann Rooney

Sworn to before me this
5th day of April, 2004

_____
Notary Public

MICHAEL J. HOLLAND
Notary Public, State of New York
No. 41-4501283
Qualified in Nassau County
Commission Expires August 31, 2005

| | |
|---|---|
| CURRICULUM VITAE | JEROME M. BLOCK, M.D. |
| OFFICE ADDRESS: | One East 87th Street<br>New York, New York 10128 |
| TELEPHONE/FAX: | 212/289-0540 - 212/289-3905 |
| PERSONAL DATA: | Birthdate: June 3, 1930<br>Birthplace: Brooklyn, NY |

## EDUCATION AND TRAINING

| | |
|---|---|
| UNDERGRADUATE: | |
| 1947-1951 | Dartmouth College - A.B.- 1951<br>Summa Cum Laude - Phi Beta Kappa |
| GRADUATE: | |
| 1951-1952 | Dartmouth Medical School<br>Two Year Certificate with highest honors<br>Basic Medical Science |
| 1952-1954 | Harvard Medical School<br>M.D. 1954 |
| BOARD CERTIFICATION: | American Board of Psychiatry<br>and Neurology - October 1961 |
| BOARD QUALIFICATION: | Rehabilitation Medicine - 1962 |
| POST GRADUATE: | |
| 1954-1955 | Mount Sinai Hospital - New York, NY<br>Intern, "Rotating" Program |
| 1955-1956 | Mount Sinai Hospital - New York, NY<br>Assistant Resident, Neurology |
| 1957 | U.S. Naval Hospital - Portsmouth, VA<br>Chief, Division of Neurology |
| 1958-1959 | U.S. Naval Hospital - Yokosuka, Japan<br>Chief of Neurology, Far East Command |
| 1959-1960 | Mount Sinai Hospital - New York, NY<br>Chief Resident, Neurology |
| 1960-1962 | NYU School of Medicine - New York, NY<br>Fellowship in Neurology-Rehabilitation<br>National Institute of Health Grant<br>Institute of Rehabilitation Medicine, NYC<br>Teaching Fellow at Rusk Institute |

DRS. Block & Bonomo    2122893905    03/31/04   10:52am   P. 003
Case 3:02-cv-01032-WIG   Document 37   Filed 04/06/2004   Page 5 of 15

Curriculum Vitae        Jerome M. Block, M.D.              Page Three

## INSTITUTIONAL RESPONSIBILITIES

### LENOX HILL HOSPITAL

| | |
|---|---|
| 1967-Present | Attending in Charge, Neurology Teaching and Administration, Half-time |
| 1977-1979 1986-1988 | Senior Elected Staff Representative to the Medical Board |

Lenox Hill Hospital Committees on:

| | |
|---|---|
| 1977 | Selection of Chief of Surgery |
| 1977 | Selection of Chief of Emergency Services |
| 1978, 1988 | Selection of Chief of Radiology |
| 1985-1986 | Selection of Chief of Psychiatry |
| 1985-1986 | Alumni Association, President |
| 1986-1988 | Elected Representative from the Department of Medicine to the Medical Board |

Committees:

| | |
|---|---|
| 1968-1979 | House Staff Interviews |
| 1974-1976 | Home Care, Chairman |
| 1975-1978 | Education |
| 1976-1978 | Planning |
| 1976-1978 | Development |
| 1977-1978 | Affiliations |
| 1977-1978 – 1986-1988 | Joint Conference |
| 1979-1980 | Nursing Services, Chairman |
| 1986-1987 | Board of Trustees, Member ex-officio |
| 1986-1988 | Secretary of the Medical Board |

### NEW YORK UNIVERSITY MEDICAL CENTER

Committees:

| | |
|---|---|
| 1977 | Selection of Professor and Chairman, Department of Psychiatry |
| 1979 | Selection of Professor and Chairman, Department of Rehabilitation Medicine |

Received   Mar-31-2004  10:39am    From-2122893905    To-CONDON & FORSYTH LLP    Page 003

Curriculum Vitae        Jerome M. Block, M.D.              Page Two

PROFESSIONAL APPOINTMENTS

| | |
|---|---|
| 1961-1965 | Mount Sinai Hospital, NYU Hospital and Medical Center, Beth Israel Hospital<br>Adjunct Neurologist and Teaching Fellow |
| 1965-1970 | Mount Sinai Hospital, NYU Hospital and Medical Center, Beth Israel Hospital<br>Associate Attending Neurology |
| 1968-Present | Lenox Hill Hospital, NYC<br>Attending in Charge of Neurology |
| 1972-Present | New York University Medical Center, NYC<br>Associate Attending, Depart. of Neurology |
| 1972-Present | VA Hospital, Bellevue Hospital, NYC<br>Attending Neurologist |

ACADEMIC APPOINTMENTS

| | |
|---|---|
| 1962-Present | New York University Medical Center, NYC<br>Consultant to Head Trauma Service<br>Rusk Institute of Rehabilitation Medicine |
| 1972-Present | New York University Medical School, NYC<br>Clinical Professor of Neurology |

SOCIETIES AND PROFESSIONAL MEMBERSHIPS

| | |
|---|---|
| Fellow: | American College of Physicians<br>American Academy of Neurology<br>American Congress of Physical Medicine and Rehabilitation |
| Member: | Eastern and Metropolitan EEG Society<br>American Congress of Geriatric Medicine<br>American Medical Association<br>New York State Medical Association<br>New York County Medical Association<br>Association for Research in Nervous and Mental Disease |

HONORS AND AWARDS

| | |
|---|---|
| 1970, 1974 | Attending of the Year, Dept. of Medicine<br>Lenox Hill Hospital |

Curriculum Vitae      Jerome M. Block, M.D.          Page Four

## PUBLICATIONS

Block, J.M., Nathanson, M., Results of Surgery on Acoustic Neuroma, J. of Mount Sinai Hospital, May 1963

Stern P. and Block, J.M., Motor Effects of Herpes Zoster, Arch. of Rehab., Med. 44:210 1964

Ozer, M., Sencer, W. and Block, J.M., Clinical Study of Cerebral Vascular Malformation, J. of Mount Sinai Hospital, 31, Sept. 1964

Rusk, H., Lowman, E.W. and Block, J.M., Rehabilitation of Patients with Head Injuries, Clin. Neurosurg. Vol. 12, 1966

Rusk, H., Block, J.M. and Lowman, E.W., Rehabilitation Following Traumatic Brain Dammage: Immediate and Long Term Follow-up Results in 127 Cases, Med. Clin. of No. Amer., Vol. 53, No. 3, May 1969

Block, J.M. and Kester, N.C., Role of Rehabilitation in the Management of Multiple Sclerosis, Modern Treatment, Vol. 7, No. 5, Sept. 1979, pp. 930-940

Kester, M. and Block, J.M., Rehabilitation, Tumors of the Brain and Skull, Handbook of Clinical Neurology, Vol. 18, 1975, Part III, OO. 523-529

Block, J.M., Rehabilitation of Patients with Neurologic Disorders, Contribution to 6 Chapters in Rehabilitation Medicine, 4th Edition, Pub. Mosby Co., St. Louis, MO 1977, pp. 452-464, Howard Rusk, Editor

Patrick O'Leary, M.D., Pearce Ferriter, M.D. and Jerome M. Block, M.D., A Case Report of Cervical Spondylolisthesis, "The Spine", Nov.-Dec. 1984

Travin, M., Macris, M.T. .Block, J.M., and Schwimmer, D., Reversible Common Variable Immunodeficiency Syndrome Induced by Phenytoin, Arch. of Internal Med. Vol. 149 June 1989, pp. 1421-1422

Curriculum Vitae     Jerome M. Block, M.D.          Page Five

## GUEST LECTURES

International Congress of Rehabilitation Medicine

New York Hospital, Cornell University Medical Center

Mount Sinai Medical Center

Dartmouth Medical School

Keio, Tokyo, Kyoto, Nagasaki University Medical Schools

Kessler Institute of Rehabiliation Medicine

JFK Medical Center

NYC Society of Rehabilitation Medicine

**JEROME M. BLOCK, M.D., P.C.**
NEUROLOGY
ONE EAST 87th STREET
NEW YORK, NEW YORK 10128-0506

Telephone (212) 289-0540
Facsimile (212) 289-3905

November 26, 2003

Michael J. Holland, Esquire
Law Offices of Condon Forsyth
685 Third Avenue
New York, New York   10017

   Re:   **LOLITA PRIDGEON** VS. **GATE GOURMET AND AMERICAN AIRLINES**
File#:   **MJH/28593**
  DOI:   **6/13/00**

Dear Counselor:

I have had the opportunity to review documents pertinent to the above matter which were recently forwarded to my office. Dr. John O'Brien issued a report on 10/13/03 indicating that he has been following the claimant since July 2000. He reviews the history of her illness, her early hospitalization in the acute care facility and her course in the rehabilitation unit where she resided for 3 months following the acute phase of her illness. He states that following discharge she was seen on 3/30/01 and was able to walk from bed to bathroom without use of braces or rolling walker. Strength of all extremities continued to improve. When seen on 6/19/01 she was walking with a straight cane and using bilateral ankle-foot orthoses. She was able to go up and down stairs and was independent in activities of daily living. She had functional impairment in use of toilets and weakness of grip. By September 2001 she was driving in an "adapted car." There is some need for a walker. She had patellofemoral pain and was still profiting from physical therapy. In February of this year she had gait deviation, walking with braces and boots and using a straight cane. She had some significant ulnar weakness and had developed calluses on the lateral aspect of her left heel. Grip strength was significantly weak. In July of this year she was evaluated for possible tendon transfers. Her braces required modification. Dr. O'Brien expressed the opinion that she had not as yet reached maximal medical improvement. He indicated she should continue to improve with passage of time and she required

Page 2
November 26, 2003
RE: **LOLITA PRIDGEON** VS. GATE GOURMET AND AMERICAN AIRLINES

continued rehabilitation therapy.

I reviewed a neurologic report by Dr. Hasbani which is dated 10/15/97. He documents that her major concern at that time was loss of proprioception and sensation in the hands. Her two-point discrimination was significantly impaired in all fingers. Her dexterity following her cervical surgery had improved.

On 9/8/97 Dr. Goodrich reported that she was 6 months following removal of large intramedullary C4 cavernous hemangioma and continued to do well. There was still hypesthesia involving the fingers of both hands. Strength of the hands appeared to be normal. Vibratory sensation was decreased in the right hand but only minimally decreased in the left hand. Position sense appeared to be normal.

Dr. Allen reported that MRI of the cervical spine on 8/26/97 showed interim improvement at the operative site with reduction in the amount of residual fluid collection at the C4 level. There was spinal canal stenosis at C5-6 due to a combination of broad central disc protrusion and hypertrophic bony changes.

Review of other reports by Dr. Goodrich, a neurosurgeon, and Dr. Hasbani, a neurologist, add no new information. I reviewed the discharge summary of the hospital of St. Raphael indicating her admission from 3/11 through 3/19/97 necessitated by need for laminectomy and removal of the intramedullary cavernous hemangioma at the C3-4 level. Documents reviewed include the 1/23/97 neurologic consultation by Dr. Hasbani, the 2/11/97 report of cervical spine MRI and report of MRI of skull and brain obtained on 2/14/97. That study was normal.

Dr. Goodrich reported on 12/10/99 that the patient was 2 years and 9 months following the neurosurgical procedure and at that time revealed no major evidence of focal motor or reflex

Page 3
November 26, 2003
RE:  **LOLITA PRIDGEON** VS. GATE GOURMET AND AMERICAN AIRLINES

deficit. Sensory deficits were noted in the third, fourth and fifth fingers of the left hand and lateral aspect of the left forearm.

Having completed this review I am prepared to discuss this matter with you. A call to my secretary will suffice to reserve time for telephone or in office conference.

Sincerely,

JEROME M. BLOCK, MD

JMB1476

JEROME M. BLOCK, M.D., P.C.
NEUROLOGY
ONE EAST 87th STREET
NEW YORK, NEW YORK 10128-0506

Telephone (212) 289-0540
Facsimile (212) 289-3905

January 31, 2004

Michael J. Holland, Esquire
Law Offices of Condon &
Forsyth
685 Third Avenue
New York, NY 10017

RE: LOLITA PRIDGEON VS. GATE GOURMET
    AND AMERICAN AIRLINES
DATE OF INCIDENT:  6-13-00
C&F REFERENCE #:  MJH/28593

Dear Counselor:

As you know, I have had the opportunity to review a variety of documents pertinent to the above matter. The documents reviewed are inclusive of but not exclusive of a report by Dr. Kevin Cahill of 6-29-03, claimant's answer to interrogatories, many notes by Dr. Isaac Goodrich of Connecticut Neurosurgery beginning on 2-19-97 relative to cervical spinal cord problems which proved to be consequent to a cavernous angioma which was located within the spinal cord. I reviewed documents from the hospital where surgery was performed to remove this lesion (Hospital St. Raphael). She had residual neurologic deficits following this surgery but clearly was able to be up and functioning.

From documents reviewed I am aware that she vacationed in St. Thomas from approximately 5-18 through 5-28-00. She remained in the United States for a few days after that vacation until traveling to Europe where she vacationed in France, returning to the United States on or about 6-13-00. Within approximately two days of her return she had onset of polyarthralgia, diarrhea and was febrile up to 103 degrees. By 6-23-00 she rose from bed and collapsed because of significant weakness. It is apparent that she had developed Guillain-Barre syndrome. She was admitted to the Hospital St. Raphael where she required close monitoring and treatment. Tests for Lyme disease were equivocal but probably negative. She was

RE: LOLITA PRIDGEON VS. GATE GOURMET
    AND AMERICAN AIRLINES
DATE OF INCIDENT: 6-13-00
C&F REFERENCE #: MJH/28593
PAGE 2

tested for Yersinia infection. Initial lumbar puncture showed nine white cells in the first tube with normal protein. Electrodiagnostic studies were consistent with demyelinating and/or axonal neuropathy. Discharge diagnosis was acute polyneuritis with quadriplegia, unspecified retention of urine, hypoosmolality and/or hyponatremia, hepatitis and adjustment reaction with mixed emotional features. General treatment was instituted on the day of hospitalization with intravenous immune globulin to combat Guillain-Barre syndrome and doxycycline to combat possible Lyme disease. The antibiotic was soon stopped.

A consultant from Yale New Haven Hospital, Dr. Goldstein, expressed the opinion that the severe axonal motor neuropathy was consequent to campylobacter infection. There was no evidence on varied tests of the presence of this infectious organism which is a fairly frequent cause of traveler's diarrhea. I do note that there was indication that campylobacter titers were to be obtained and that stool samples to investigate for presence of campylobacter despite the fact that patient was on antibiotics were to be obtained among other studies to rule out CMV, lupus, Lyme disease, etc., etc. I did not find any laboratory reports that indicated such infections. At one point in early August of the year 2000 a neurologist felt that she had again become weaker, suggesting a biphasic course of her illness.

I have had the opportunity to review documents relative to Lolita Pridgeon following her discharge from the hospital. These included reports of Dr. John O'Brien in October of 2003.

I have also reviewed neurologic reports by Dr. Hasbani dated 10-15-97, Dr. Goodrich dated 9-8-97, Dr. Allan dated 8-26-97 and I am aware of the involvement of the neurologist, Dr. Hasbani, and the neurosurgeon, Dr. Goodrich in connection with her cervical spinal cord tumor and in connection with her Guillain-Barre syndrome.

I have recently had the opportunity to review statements made by Lolita Pridgeon on 12-18-03.

RE: LOLITA PRIDGEON VS. GATE GOURMET
    AND AMERICAN AIRLINES
DATE OF INCIDENT: 6-13-00
C&F REFERENCE #: MJH/28593
PAGE 3

I am aware from this review that Lolita Pridgeon had a severe problem with neurologic deficit consequent to Guillain-Barre syndrome. I am aware that over several years she has recovered very significantly but still has some deficits requiring bracing, modification of lifestyle and activities but with continued hope of further remission and/or adaptation in the future.

I have recently reviewed statement made by Dale Norgard, a senior analyst in Risk Management for American Airlines. It is indicated in statements recorded that American Airlines received no complaints from any passengers relative to food poisoning as a result of meals served aboard any American Airlines flight from Paris to the United States in June of 2000.

I also have recently reviewed an affidavit from personnel at Gate Gourmet. It confirms that Gate Gourmet received no complaints concerning the chicken rosemary meal served on any American Airlines flights during the month of June 2000.

While it is apparent that Lolita Pridgeon suffered from Guillain-Barre syndrome with severe consequences due to axonal form of this illness, the records forwarded do not confirm that campylobacter was ever isolated or proved to be the cause of this problem. While campylobacter is known to cause this type of problem, it is speculative to declare this organism was the cause when there is no laboratory proof of same.

Beyond that, it is certainly highly speculative to believe that an infection with this organism was contracted by eating chicken rosemary aboard the specified American Airlines flight from Paris. I gather from statements made that this dish might have been served on multiple flights, not only American Airlines flights but others. According to statements by American Airlines and Gate Gourmet there have been no further complaints registered at these sources consequent to reports of illness contracted aboard that American Airlines flight or any other American Airlines flights on which similar meal was served throughout the month of

```
RE:  LOLITA PRIDGEON VS. GATE GOURMET
     AND AMERICAN AIRLINES
DATE OF INCIDENT:  6-13-00
C&F REFERENCE #:   MJH/28593
PAGE 4
```

June of 2000.

While I appreciate Ms. Pridgeon's statements in her deposition that her portion of chicken seemed undercooked, I cannot accept that statement as proof that the chicken was contaminated with campylobacter which caused her febrile illness, arthralgias and Guillain-Barre syndrome. It is highly speculative that this meal is the cause of her problems.

I am prepared to discuss this matter with you if you require further clarification.

Sincerely,


Jerome M. Block, M.D.
JMB/rl
020504JB