UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
Apr 6 11 25 AM '04
U.S. DISTRICT COURT
NEW HAVEN, CONN.

LOLITA PRIDGEON,

    Plaintiff,

Docket No.

3:02 CV 1032 GLG

VS.

**AFFIDAVIT**

AMERICAN AIRLINES, INC.

    Defendant.

STATE OF NEW YORK    )
                             ) ss:
COUNTY OF NEW YORK  )

    Kevin M. Cahill, M.D., being first duly sworn, deposes and says:

    1.    I am a medical doctor licensed to practice in the State of New York and am an infectious disease specialist. My office is at 850 Fifth Avenue, New York, New York 10021.

    2.    My professional qualifications as an infectious and parasitic disease specialist are set forth in my curriculum vitae annexed hereto as Exhibit "A".

    3.    I was retained in this matter on behalf of American Airlines to evaluate medical records concerning Lolita Pridgeon, who contracted Guillain-Barre Syndrome on or about June 23, 2000. My work in this case consisted of reviewing all of the records which were forwarded to me concerning Ms. Pridgeon's treatment at St. Raphael's Hospital in New Haven, Connecticut.

    4.    I thereafter prepared a report and forwarded same to Michael J. Holland, counsel for American Airlines. A copy of the report is annexed hereto as Exhibit "B". The

report, dated June 29, 2003, is complete and accurate in every regard and represents my findings and opinions based on my review of the medical records in this case.

5.   I make this Affidavit upon my personal knowledge and based upon my review of the medical records as set forth in my report of June 29, 2003.

_____<br>Kevin M. Cahill, M.D.

Sworn to before me this
31th day of March, 2004

_____
Notary Public

MARY ANN ROONEY
NOTARY PUBLIC, State of New York
No. 31-4672706
Qualified In Queens County
Commission Expires May 31, 2006

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK )
                  ) ss.:
COUNTY OF NEW YORK )

      Mary Ann Rooney, being duly sworn, deposes and says that deponent is not a party to the action, is over 18 years of age and resides in Queens, New York. That on April 5, 2004, deponent served the within Affidavit of Kevin M. Cahill upon:

      Timothy L. O'Keefe, Esq.
      Kenny, O'Keefe & Usseglio, P.C.
      21 Oak Street
      Hartford, Connecticut 06106

the address designated by said attorneys for that purpose by depositing same enclosed in a properly addressed wrapper in an official depository under the exclusive care and custody of the United States Post Office Department within the State of New York.

                                                              Mary Ann Rooney

Sworn to before me this
5th day of April, 2004

_____
Notary Public

        MICHAEL J. HOLLAND
    Notary Public, State of New York
          No. 41-4501283
      Qualified in Nassau County
  Commission Expires August 31, 2005