# CURRICULUM  VITAE

## KEVIN M. CAHILL, M.D.

April 2001

NAME:                     Kevin Michael Cahill.

DATE OF BIRTH:       May, 1936.

PLACE OF BIRTH:      Bronx, New York.

MARITAL STATUS:    Married, 5 children.

## EDUCATION

A. B. (egregia cum laude).
   Fordham University, Bronx, New York.   1957.

M.D.
   Cornell University Medical College New York, New York.   1961.

D.T.M. & H. (Eng.).
   The Royal College of Surgeons in England.   1962.

D.T.M. & H. (Lond.).
   London School of Hygiene & Tropical Medicine, England.   1962.

Fellow.
   American College of Chest Physicians.   1966.

Diplomate.
   The American Board of Microbiology.   1967.

Diplomate.
   The American Board of Preventive Medicine.   1969.

Fellow.
   The American College of Preventive Medicine.   1970.

## CURRENT PROFESSIONAL POSITIONS

President & Director.
   The Center for International Health and Cooperation.
   New York City.

Distinguished Professor & Director of The International
   Humanitarian Affairs Program.
   Fordham University, New York

DIRECTOR.
   Tropical Disease Center, Lenox Hill Hospital,
   New York City.

- 2 -

CURRENT PROFESSIONAL POSITIONS Continued

CLINICAL PROFESSOR OF TROPICAL MEDICINE & PARASITIC DISEASES,
AND CLINICAL PROFESSOR OF MEDICINE.
New York University (NYU) School of Medicine.

PROFESSOR AND CHAIRMAN.
Department of International Health & Tropical Medicine,
The Royal College of Surgeons in Ireland.
Dublin, Ireland.

CLINICAL PROFESSOR OF MEDICINE.
The Seton Hall University Graduate School of Medicine,
New Jersey.

CONSULTANT (INTERNATIONAL HEALTH).
The United Nations Health Service,
New York.

CONSULTANT (TROPICAL DISEASES).
St. Vincent's Hospital and Health Centre,
New York.

MEDICAL ADVISOR TO THE CATHOLIC RELIEF SERVICE.
Baltimore.

MEDICAL ADVISOR TO THE CATHOLIC MEDICAL MISSION BOARD.
New York.

IMPARTIAL SPECIALIST (TROPICAL MEDICINE), New York State.
and Workmen's Compensation Board.

SPECIAL ADVISOR TO THE SPEAKER AND HEALTH COMMITTEE CHAIRMAN,
The New York City Council.

PRESIDENT-GENERAL.
The American-Irish Historical Society,
991 Fifth Avenue, New York.

UACHTARAIN (PRESIDENT), CUMANN-LUACHRA.
Co. Kerry, Ireland.

MEDICAL ADVISOR to numerous foreign nations and international corporations.

- 3 -

## CURRENT PROFESSIONAL POSITIONS Continued

PRIVATE PRACTICE OF MEDICINE

    850 Fifth Avenue,
    New York, New York 10021.
    Telephone:  212-879-2607
    Fax:         212-434-2479

## PREVIOUS POSITIONS

LEHMAN TRAVELLING FELLOW to the Far East.
    1959.

RESEARCH FELLOW,
    under Professor Sheila Sherlock.
    Royal Free Hospital, London, England.
    1960 - 1961.

FELLOW IN CLINICAL TROPICAL MEDICINE
    under Professor A. W. Woodruff.
    Hospital for Tropical Diseases, London, England.
    1962 - 1963.

DIRECTOR OF CLINICAL TROPICAL MEDICINE & HEAD, EPIDEMIOLOGY DEPT.
    United States Naval Medical Research Unit, Cairo, Egypt.
    1963-1965.

ASSOCIATE PROFESSOR OF MICROBIOLOGY AND CLINICAL MEDICINE.
    New York Medical College.  1965 - 1967.

MEMBER.
    Scientific Advisory Council,
    The American Foundation for Tropical Medicine.
    1966 - 1974.

CLINICAL PROFESSOR OF PUBLIC HEALTH AND PREVENTIVE MEDICINE.
    The University of New Jersey, College of Medicine,
    Newark, New Jersey.
    1971 - 1995.

SPECIAL ASSISTANT to the Governor for Health Affairs,
    New York State.
    1975 - 1981.

- 4 -

## PREVIOUS POSITIONS Continued

CHAIRMAN,
    The Health Planning Commission of New York State.
    1975 - 1981.

CHAIRMAN,
    The Health Research Council of New York State.
    1975-1981.

SENIOR MEMBER.
    The New York City Board of Health.
    1981 - 1993.

ALFRED GELLHORN PROFESSOR OF THE HISTORY OF MEDICINE.
    City University of New York.
    1980 - 1981.

MEMBER.
    Committee on Public Health,
    The New York Academy of Medicine.
    1974 - 1980.

MEDICAL ADVISOR.
    Will Rogers memorial Fund,
    New York.
    1970 - 1987.

MEDICAL ADVISOR TO THE AFRICAN AMERICAN INSTITUTE.
    New York, New York.
    1967    1977.

TRUSTEE.
    Fordham University, New York.
    1968 - 1974.

TRUSTEE.
    Mount St. Vincent College, New York.
    1968 - 1974.

PRESIDENT,
    The New York Society of Tropical Medicine.
    1990 - 1992.

- 5 -

## HONORARY DEGREES (Honoris Causa).

Doctor of Laws,
Iona College, New York.

Doctor of Laws,
LeMoyne College, New York.

Doctor of Science,
New York Medical College, New York.

Honorary Fellow,
Liverpool School of Tropical Medicine.

Doctor of Science,
St. John's University, New York.

Doctor of Humane Letters,
Villanova University, Pa.

Doctor of Letters,
Fordham University, New York.

Doctor of Laws,
Niagara University, New York.

Honorary Fellow,
The Royal College of Physicians in Ireland.

Doctor of Humanities,
University of Central America, Nicaragua.

Doctor of Humane Letters,
Marymount College, New York.

Doctor of Humane Letters,
College of Boca Raton, Florida.

Doctor of Medicine,
Honorary Professor of the University,
    National Autonomous University of Nicaragua,
    Managua, Nicaragua.

Doctor of Science,
    Seton Hall University, New Jersey.

- 6 -

**HONORARY DEGREES (Honoris Causa) Continued**

Doctor of Humane Letters,
American College of Switzerland, Geneva.

Doctor of Science,
Dominican College, New York.

Doctor of Humane Letters,
Georgetown University, Washington D.C.

Doctor of Laws,
The University of Liverpool, U.K.

Doctor of Humane Letters,
The City University of New York.


**AWARDS**

Highest Order from the Government of the Sudan.

Fordham College Alumni Award.

Fordham University Award - Medicine.

Highest Order from the Government of Somalia.
1968; with sash (1972).

Fordham College Alumni Award - Civic Life.

Royal College of Surgeons - Colles Medal.

The Jesuit Order    Xavier Award.

Niagara University - President's Medal.

Fordham University Award - Science.

Miguel Larenega Order from the Government of Nicaragua.

Pan American Medical Association - International Award.

Fordham University Award - Public Service.

State University of New York Health Sciences Award.

AWARDS  (Continued)

Association of Retarded Children Medal.

Order of Merit; Knights of Malta, Rome.

Distinguished Service Award - American-Jewish Congress.

Grand Cross Pro Merito Melitensi, The Vatican.

The Order of Miguel Ramirez Goyena,
The Government of Nicaragua.

The Bicentenial Medal, Georgetown University.

The Order of Carlos Finlay, Havana, Cuba.
                                                et al

## ADDRESSES

PAPERS delivered at numerous national and international medical congresses.

NUMEROUS LECTURES delivered in medical schools and to societies.

## TRAVEL

Extensive medical travels to Africa, Latin America, the Near and Far East.

## BIBLIOGRAPHY

BOOKS.

1.    Cahill KM     <u>Tropical Diseases in Temperate Climates.</u>
                    Lippincott, Philadelphia.   225 pp. 1964.

2.      "      "     <u>Health on the Horn of Africa.</u>  102 pp.
                    Spottiswoode Ballantyne, London.   1969.

3.      "      "     <u>Medical Advice for the</u> Traveler.   70 pp.
                    Holt, Rinehart & Winston, New York.   1970.
                    Reissued in new editions by Popular Library
                    (paperback).   1972, 1977.

4.      "      "     <u>Clinical Tropical Medicine (ed) Volume 1.</u>
                    339 pp.   Univ. Park Press, Baltimore. 1972.

- 8 -

## BIBLIOGRAPHY  Continued

5.    Cahill KM    The Untapped Resource:  Medicine & Diplomacy.
                   (Ed).  115 pp.  Orbis Press, Baltimore.  1973.

6.    "    "       Clinical Tropical Medicine (Ed) Volume 11.
                   256 pp.  Univ. Park Press, Baltimore.  1973.

7.    "    "       Teaching Tropical Medicine (Ed).  141 pp.
                   University Park Press, Baltimore.  1973.

8.    "    "       Tropical Diseases:  A Handbook for Practitioners.
                   225 pp.  Octopus Press, London 1975.  Reissued
                   by Technomic, New York, 1976.

9.    "    "       Health and Development (Ed).  185 pp.  Orbis
                   Press, New York.  1975.

10.   "    "       Health in New York State.  123 pp. New York
                   State Press, Albany.  1977.

11    "    "       Irish Essays.  125 pp.  John Jay Press.
                   New York, 1980.

12.   "    "       Somalia:  A Perspective.  81 pp.  The State
                   University of New York Press, Albany.  1980.

13.   "    "       Threads for a Tapestry.  129 pp. New York
                   Medical Press, New York.  1981.

14.   "    "       Famine (Ed).  163 pp.  Orbis Press, New York.
                       1982.

15.   "    "       The AIDS Epidemic (Ed).  173 pp.  St. Martin's
                   Press, New York.  1983.  English edition 1984
                   Translated into Spanish, Portuguese, Japanese,
                   French et al 1984  1985.

16.   "    "       The American-Irish Revival (Ed).  803 pp.
                   Associated Faculty Press, New York.  1984.

17.   Cahill KM    Pets and your Health.  Heinemann (Kingswood
      O'Brien W    Press).  London.  1987.

18.   Cahill KM    A Bridge to Peace.  101 pp.  Haymarket Doyma,
                   New York.  1988.

- 9 -

## BIBLIOGRAPHY Continued

Cahill KM          Un Pont Vers La Paix. (French Edition). 101 pp.
                   Euro-Edition Publication, Paris and Brussels. 1989.

"       "          Un Puente Tendido Hacia La Paz. (Spanish
                   Edition). 119 pp.  Manaqua, Nicaragua.  1989.

"       "          Arabic Edition;  University of Khartoum Press.
                   The Sudan.  1990.

"       "          Un ponte alla pace.  (Italian Edition).  120 pp.,
                   Pantheon Press, Rome, 2001.

19.  Cahill KM     Tropical Medicine:  A Clinical Text. 261 pp.
     O'Brien W     Anniversary Press, Royal College of Surgeons in
                   Ireland, Dublin.  1989.

"       "          Tropical Medicine:  A Clinical Text. 250 pp.
                   Heinemann UK, U.S., Australia, India and
                   Worldwide Edition.  1990.

"       "          Medicine Tropicale.  Precis Clinique.  (French
                   Edition), Euro-Edition Publication, Paris. 209 pp.
                   1990.

20.  Cahill KM     Imminent Peril:  Public Health in a Declining
                   Economy (Ed).  Twentieth Century Fund Press,
                   New York. 148 pp.  1991.

21.  "       "     A Framework for Survival (Ed.) 349 pp.  Basic
                   Books/Council on Foreign Relations Publication,
                   New York, 1993.  Second Edition.  378 pp.
                   Routledge, CIHC, 1999.

22.  "       "     Clearing the Fields:  Solutions to the Global Land
                   Mines Crisis.  237 pp.  Basic Books/Council on
                   Foreign Relations Publication, New York.  1994.

23.  "       "     Silent Witnesses.  98 pp.  Harper Collins, New
                   York, 1995.

24.  "       "     Preventive Diplomacy.  370 pp.  Basic Books, New
                   York, 1996.  Second Edition, 330 pp.,
                   Routledge/CIHC, 2000.

- 10 -

## BIBLIOGRAPHY Continued

25    "      "      The Open Door: Health and Foreign Policy at the
                   R.C.S.I. 133 pp, RCSI/CIHC Press, 1999.

26.   Cahill KM    Tropical Medicine. 370 pp., CIHC/RCSI & Le Jacq
      Gilles HM    Medical Press, New York, 2001. French Edition,
                   Euro Press, 370pp., Brussels, 2001.

## ARTICLES

1.    Cahill KM    A note on the History of Medicine, Ind. J. Hist.
                   Med. 4, 49. 1959.

2.    "      "     A Medical Impresion of India. New York St. J.
                   Med. 60, 1295. 1960.

3.    "      "     The Golden Era of Irish Medicine. New Eng. J.
                   Med. 225, 544. 1961.

4.    "      "     Polychthemia Vera. Ir. J. Med. Sci. 4, 464. 1961.

5.    "      "     Mitral Valculotomy - A Survey. Roy. Free Med. J.
                   12, 1. 1961.

6.    Cahill KM    Favism & Thalassemia Minor in a Pregnant
      Ley A.       Woman. J. Amer. Med. Assoc. 180, 119. 1962.

7.    Cahill KM    Hepatitis in Pregnancy. Surg. Gynae & Obst. 114,
                   545. 1962.

8.    "      "     Chloramphenicol Hypersensitivity - A Severe
                   Haemorrhagic Reaction. The Lancet. 2, 277.1962.

9.    "      "     Digitalis as a Diuretic. The Lancet. 2, 465. 1962.

10.   Cahill KM    Listeria Monocytogenes Meningitis. Arch. Int.
      Ring I.      Med. 110, 389. 1962.

11.   Cahill KM    Primary Leiomyoma of the Greater Omentum.
                   Am. J. Surg. 104, 705. 1962.

12.   Cahill KM    Rupture of the Infarcted Ventricular Septum.
      Flood F      Am. Hrt. J. 64, 686. 1962.

- 11 -

## BIBLIOGRAPHY Continued

### Publications   Continued

13.   Cahill KM    The Need to Travel.  Ann Int. Med.  56, 354.
1962.

14.    "      "    Platonic Concepts of Hepatology.  Arch. Int. Med.
111, 819.   1963.

15.   Cahill KM    Weil's Disease in New York City.  New York St. J.
Med.  63, 1207.  1963.

16.    "      "    Foreword (A. W Woodruff).  New York St. J. Med.
63, 1124.  1963.

17.    "      "    Tropical Medicine for Temperate Climates
(Editorial).  New York St. J. Med.  63, 1124. 1963.

18.    "      "    Filariasis.  New York St. J. Med.  63, 1380.  1963.

19.    "      "    Other Filarial Infections of Man.  New York St. J.
Med.  63, 1552.  1963.

20.    "      "    Schistosomiasis.  New York St. J. Med   63, 1692.
1963.

21.    "      "    Other Schistosomal Diseases.  New York St. J. Med.
63, 1832.   1963.

22.    "      "    Hookworm.  New York St. J. Med.  63, 2113.
1963.

23.    "      "    Echinococcosis.  New York St. J. Med. 63, 1965.
1963.

24.    "      "    Amebiasis.  New York St. J. Med.  63, 2248.   1963.

25.    "      "    Leprosy.  New York St. J. Med.  63, 2393.  1963.

26.    "      "    Quarantine.  New York St. J. Med.  63, 2545.
1963.

- 12 -

## BIBLIOGRAPHY Continued

### Publications Continued

27.    "    "    Cholera. New York St. J. Med. 63, 2672. 1963.

28.    "    "    Smallpox. New York St. J. Med. 63, 2818. 1963.

29.    Cahill KM    Yellow Fever. New York St. J. Med. 63, 2991. 1963.

30.    "    "    The Human Trypanosomatidae, Part 1. New York St. J. Med. 63, 3128. 1963.

31.    "    "    The Human Trypanosomatidae, Part 11. New York St. J. Med. 63, 3282. 1963.

32.    "    "    The Human Trypanosomatidae, Part III. Leishmaniasis: Kala azar. New York St. J. Med. 63, 3405. 1963.

33.    "    "    The Human Trypanosomatidae, Part IV. Cutaneous & Mucocutaneous Leishmaniasis. New York St. J. Med. 63, 3549. 1963.

34    Cahill KM    Drugs for Parasitic Infections. A Review. The (Consulting Ed). Med. Let. 15, 18. 1963.

35.    Cahill KM    The Irish Physician as a Poet. J. Amer. Med. Assoc. (Editorial). v 183, p 883, 822;  v 184, p 17, 66, 130;  v 185, p 357, 200, 90, 609, 558, 627, 718, 759;  v 186, p 192, 937;  v 187, p 11, 93, 126, 201, 360, 449, 526. 1963 - 64.

36.    "    "    Malaria. New York St. J. Med. 64, 278. 1964.

37.    "    "    Advice for Prospective Travelers in the Tropics. New York St. J. Med. 64, 425. 1964.

38.    "    "    Treponematosis & Rickettsiosis. New York St. J. Med. 64, 647. 1964.

- 13 -

## BIBLIOGRAPHY Continued

### Publications Continued

39.     "      "      Tropical Diseases of the Eye.  New York St. J. Med.
                     64, 535.  1964.

40.     "      "      Miscellaneous Tropical Diseases.  New York St. J.
                     Med.  64, 783.  1964.

41.   Cahill KM     Perforation in Typhoid Fever.  J. Egypt Pub.
      Omar M        Hlth. Assoc. 39, 107.  1964.
      Habib A

42.   Cahill KM     Lymphangiography in Bancroftian Filariasis.
      Kaiser RL.    Trans. Roy. Soc. Trop. Med. & Hyg.  58, 356. 1964.

43.   Cahill KM     Leishmaniasis in the Sudan Republic.  XXI.
                     Infection in American Personnel.  Am. J. Trop.
                     Med. & Hyg.  13, 794.  1964.

44.   Cahill KM     Extragenital Lesions in Cutaneous
      Mofty A       Schistosomiasis.  Am. J. Trop. Med. & Hyg.
                     13, 800.  1964.

45.     "      "      Cutaneous Schistosomiasis - Genital and
        "      "      Extragenital Lesions.  Derm. Trop.  2, 10.  1965.

46.   Cahill KM     Leishmanin Survey in South East Turkey.
      Anderson G    Bull. WHO.  32, 121.  1965.
      Turegun N

47.   Cahill KM     Filarial Chyluria.  A Biochemical and Radiographic
                     Study of 5 Patients.  J. Trop. Med. & Hyg.  68, 27.
                     1965.

48.   Cahill KM     Leishmanin Skin Testing in Omdurman.  J. Trop.
      Omar A        Med. & Hyg.  68, 151.  1965.
      Razak M

49.   Cahill KM     Leishmanin Skin Testing in Turkey, Egypt, The
                     Sudan, and Ethiopia.  E. Afr. Med. J.  5, 213.  1965.

- 14 -

## BIBLIOGRAPHY Continued

**Publications   Continued**

| | | |
|---|---|---|
| 50. | Cahill KM<br>Atalla W<br>Johnson R. | Echinococcal Survey in Egypt.  J. Egypt. Pub.<br>Hlth. Assoc.  XL, 293. 1965. |
| 51. | Cahill KM<br>Kordy M.<br>Girgia N.<br>Atalla W | Leishmaniasis in Egypt, UAR.  Trans. Roy. Soc.<br>Trop. Med. & Hyg.  60, 79.  1966. |
| 52. | Cahill KM<br>Davies J<br>Johnson R | A Study of an S. dysenteriae Epidemic in<br>Somalia.  Am. J. Trop. Med. & Hyg.  15, 52,<br>1966. |
| 53. | Cahill KM | Medicine & Diplomacy in the Tropics.  New York<br>St. J. Med.  67, 2229.  1967. |
| 54. | Cahill KM<br>Hassan M | Leishmanin Skin Testing in Somalia.  Trans. Roy.<br>Soc. Trop. Med. & Hyg.  61, 340.  1967. |
| 55. | Cahill KM<br>Mofty A.<br>Kawaguchi P | Primary Cutaneous Aspergillosis.  Arch. Derm.<br>96, 545.  1967. |
| 56. | Cahill KM | Thiabendazole in Massive Strongyloidiasis.<br>Am. J. Trop. Med. & Hyg.  16, 451.  1967. |
| 57. | "      " | Malaria in New York City.  New York St. J.<br>Med.  64, 2601.  1967. |
| 58. | "      " | Bancroftian Filarial Nodule.  Am. J. Trop. Hyg.<br>16, 636.  1967. |
| 59. | Cahill KM<br>Mofty A.<br>Nada P. | Reticulum Cell Lymphomas Simulating Leprosy.<br>Derm. Intern.  6, 189.  1967. |
| 60. | Cahill KM | Advising the Tropical Traveler.  St. Clare's<br>Hospital.  16 pp.  1967. |
| 61. | Cahill KM<br>Kagan I. | Schistosomiasis in Somalia.  Trans. Roy. Soc.<br>Trop. Med. & Hyg.  62, 227.  1968. |

- 15 -

BIBLIOGRAPHY Continued

Publications   Continued

62.   Cahill KM        Tropical Diseases in the U.S.A.  Hosp. Prac.
                       3, 56.  1968.

63.   Cahill KM        Yellow Fever in East Africa.  Bull WHO.  38,
      Henderson B      229.  1968.
      Timms C.
        et al

64.   Cahill KM        Parasitic Antibodies in Somalia.  Am. J. Trop.
      Kagan I.         Med. & Hyg.  17, 450.  1968.

65.   Cahill KM        Isopora Belli Infections in N.Y.C.  J. Trop. Med.
      Tsai W.          & Hyg.  71, 141.  1968.

66.   Cahill KM        Schistosomiasis - An Introduction.  Bull New
                       York Acad. Med.  44, 230.  1968.

67.      "       "     American Contributions in the History of
                       Tropical Medicine.  Bull. New York Acad.
                       Med.  44, 621.  1968.

68.      "       "     Clinical & Epidemiological Patterns of
                       Leishmaniasis in Africa.  Trop. & Geog. Med.
                       29, 109.  1968.

69.      "       "     Tropical Disease Training for Foreign
                       Physicians in the United States.  J. Irish Med.
                       Assoc.  62, 107.  1969.

70.      "       "     Hepatitis in the Tropics.  Bull. New York Acad.
                       Med.  45, 125.  1969.

71.      "       "     Protecting the Physician-Traveler.  New York
                       Med.  25, 267.  1969.

72.      "       "     Are Returning Travelers Seeding the Atlantic
                       Coast with Parasites?  J. Environ. Hlth.  32, 3.  1969.

73.      "       "     A Medical Program for the Tourist.  New York
                       Times.  Feb. 3rd, 1969.