- 16 -

## BIBLIOGRAPHY Continued

### Publications Continued

74. Cahill KM — Malaria. Bull. New York Acad. Med. 45, 1202. 1969.

75. "    " — A Radiologic & Histologic Study of Lymph Nodes in Lepromatous Leprosy. Int. J. Lep. 37, 382. 1970.

76. Cahill KM — Blood Grouping in Somalia. J. Trop. Med. & Hyg. Case S. 73, 68. 1970.

77. Cahill KM — Cutaneous Schistosomiasis. In: Maddis S, ed. Current Dermatologic Therapy. Mosby, St. Louis: Vol. 4 1970.

78. "    " — Schistosomiasis & Filariasis. In: Gellis S, Kagan D, eds. Current Pediatrics. W.B. Saunders, Phil. 1970.

79. "    " — Field Techniques for the Diagnosis of Kala Azar. Trans. Roy. Soc. Trop. Med. & Hyg. 64, 107. 1970.

80. "    " — Schistosomiasis. In: Gellis S, Kagan B, eds. Current Pediatric Therapy. 4th Ed. WB Saunders Company, Phil. 1970.

81. "    " — Filariasis. In: Gellis S, Kagan B, eds. Current Pediatric Therapy. 4th Ed. WB Saunders Company, Phil. 1970.

82. "    " — A Deathless Dream. J. Irish Coll. Phy. & Surg. 6, 1. 1970.

83. "    " — Medicine & Diplomacy. Bull. New York Acad. Med. 46, 299. 1970.

84. Cahill KM — Twenty-Year Experience with Malaria at US Public Health Service Hospital. New York St. J. Med. 20, 2565. 1970.

- 17 -

## BIBLIOGRAPHY Continued

### Publications Continued

85. Cahill KM, Tsai YM — Parasites of the German Cockroach (Blatella germanica L). J. Parasit. 56, 375. 1970.

86. Cahill KM — International Aspects of Preventive Medicine. J. Am. Coll. Prev. Med. 12, 8. 1971.

87. " " — Studies in Somalia. Trans. Roy. Soc. Trop. Med. & Hyg. 65, 28. 1971.

88. " " — Amebiasis. New York Acad. Med. 47, 435. 1971.

89. Cahill KM, Healy G. — Serology of Amebiasis. Bull. New York Acad. Med. 47, 494. 1971.

90. Cahill KM — Ireland & Tropical Medicine. J. Irish Med. Assoc. 64, 507. 1971.

91. " " — Immunodiagnosis of Leishmaniasis by the Intradermal Test. Ind. J. Med. & Surg. 36, 3. 1971.

92. " " — Cholera. Bull. New York Acad. Med. 47, 1137. 1971.

93. Cahill KM, Woodson R — Hepatitis in Missionary Personnel. J. Amer. Med. Assoc. 219, 9. 1972.

94. Cahill KM — Helminthic Infections of the Intestine. In: Cox KB Hoeprich P. Infectious Diseases. Hoeber Medical Division, Harper & Row, New York. 1972.

95. " " " " — Enteric-Associated Helminthic Infection. In: Hoeprich P. Infectious Diseases. Hoeber Medical Division, Harper & Row, New York. 1972.

Received Sep-16-2002 10:40am    From-212+434+6477    To-Condon & Forsyth LLP    Page 019

- 18 -

## BIBLIOGRAPHY Continued

### Publications Continued

96.  Cahill KM    Cutaneous Larva Migrans. In: Hoeprich P. Cox KB Infectious Diseases. Hoeber Medical Division, Harper & Row, New York. 1972.

97.  Cahill KM    Intestinal Parasites. In: Conn. ed. Current Therapy. WB Saunders, Phil. 1972.

98.  "    "    Medical Diplomacy. America. 126, 234. 1972.

99.  "    "    The International Health Agency Act. The Congressional Record. HR10042. 1972.

100. "    "    Medicine & Ireland in a Troubled Time. The Congressional Record. HR653. 1972.

101. "    "    Teaching Tropical Medicine. Bull. New York Acad. Med. 48, 1206. 1972.

102. "    "    Tropical Medicine - The Philosophy & Reality of One Course. Bull. New York Acad. Med. 46, 1248. 1972.

103. "    "    International Health Programs 1972. The Congressional Record. S3023. 1972.

104. "    "    The Irish-Americans in Medicine. Recorder 75, 79. 1972.

105. "    "    Lymphangiography in Filariasis. In: Lymphography - Clinical & Experimental. Ed. by Gooneratine B., Butterworth, England. 1974.

106. "    "    Schistosomiasis. In: Conn. ed. Current Dermatologic Management. W. B. Saunders, Phil. 1972.

107. "    "    The Nicaraguan Earthquake - Medical Aspects. The Congressional Record. Publication No. B506. 1973.

Received  Sep-16-2002  10:40am    From-212+434+5477    To-Condon & Forsyth LLP    Page 020

- 19 -

## BIBLIOGRAPHY Continued

### Publications Continued

108  Cahill KM   Leishmaniasis. In: Diseases of Animals Transmitted to Man. Ed. by Hubbert W. et al. C. H. Thomas, U.S.A. 1973.

109  "   "   Toxoplasmosis. Bull. New York Acad. Med. 49. 1974.

110. "   "   Medicine & Diplomacy. Preventive Medicine. 2. 1974.

111. "   "   An Approach to Teaching Tropical Medicine - Haffkine Symposium, Bombay. In: Progress in Drug Research. Volume 18. 1974.

112. "   "   Amebiasis. In: Conn. Current Diagnosis. WB Saunders, Phil. 1974.

113. "   "   Medical Education & the Public. New York St. Ann. 8 pp. 1975.

114. "   "   Health & Development. Bull. New York Acad. Med. 1975.

115. "   "   Africa's Flight from Drought Ends in Somalia. New York Times. July 15th, 1975.

116. "   "   Symposium on Health & Development (introduction). Bull. New York Acad. Med. 51, 569. 1975.

117. "   "   Presidential Address; The American-Irish Historical Society. Recorder. 36, 21. 1975.

118. "   "   The State of Health. New York St. J. Med. 76, 1523. 1976.

119. "   "   Report on Effects of Recent Guatemala Earthquakes  The Congressional Record. 119, 22. 1976.

09/16/2002  10:42  FENIX HILL TROPICAL DISEASE → 94946413              NO.423  P022

- 20 -

## BIBLIOGRAPHY Continued

### Publications Continued

120. Cahill KM — World Hunger, Health & Refugee Problems. The Congressional Record, Part VII. 1976.

121. " " — Health, Work & Human Development. Cor. Unum. The Vatican Press. 1976.

122. " " — Presidential Address. The Recorder. 37, 21-22. 1976.

123. " " — For a United States Role in Somalia. New York Times. July 18th, 1977.

124. " " — Health Needs Know no Limits. Maryknoll Magazine. 71, 20-21. June, 1977.

125. " " — Presidential Address. The Recorder. 38, 21-22. 1977.

126. " " — Drought & Warfare Sear an Ancient Land. Maryknoll Magazine. 72, 27-30. July, 1978.

127. " " — The Irish of Africa. Newsweek. March 4th, 1978.

128. " " — Medical Malpractice - A Contemporary Review. The Health Planner. 2, 1. 1973.

129. " " — The Government's Role in Medical Malpractice. New York State Health Planning Commission Monograph. 1, 1. 1978.

130. " " — The Medical Scene - The Cornell Commencement Address. New York St. J. Med. 38, 2101. 1978.

131. " " — Public Health: Where do We go from Here? Health Plan. 1, 1. 1978.

Received  Sep-16-2002  10:40am  From-212+434+5477  To-Condon & Forsyth LLP  Page 022

- 21 -

## BIBLIOGRAPHY Continued

**Publications Continued**

132. Cahill KM, Abraham H et al — Studies on Infantile Diarrhoea in Cairo, Egypt. J. Trop. Ped. 24, 194. 1978.

133. Cahill KM — Presidential Address. The Recorder. 39, 23. 1978.

134. " " — A Fenian Physician. The Recorder. 39, 77. 1978.

135. " " — Foreward. In: O'Quigley Sean; Health & Travel. 3. 1979.

136. " " — Ulster - Why the Carey Offer Should Be Considered. The Manchester Guardian. Sept. 3rd, 1979.

137. " " — The Government's Role in Medical Malpractice. New York Law J. 181. 2. 15, 16, & 20, 1979.

138. " " — The Cross & the Cadaceus. Catholic Mind. 72, 31. 1979.

139. " " — The Health Care Industry; A Case Study and Future Policy Issues. J. Hlth. Pol. & Law. 3, 456. 1979.

140. " " — The Government's Role in Medical Malpractice. Skandia Intern Symposia. 159. 1979.

141. " " — A Life Before Death in Northern Ireland. The New York Daily News. April 22nd, 1979.

142. " " — A Perverse Silence. The New York Daily News. July 26th, 1979.

143. " " — Rejecting the No-Solution School of Irish Thought. The New York Daily News. Sept. 27th, 1979.

- 22 -

## BIBLIOGRAPHY Continued

**Publications Continued**

144. Cahill KM          Presidential Address. The Recorder. 40, 21. 1979.

145.    "       "       Health Manpower Planning: Principles, Methods & Issues. J. Econ. Lit. 17, 1. 1979.

146.    "       "       Healing Hands. Foreign Policy. 37, 87. 1979.

147.    "       "       Somalia; A Tragedy Beyond Cambodia. New York Daily News & Congressional Record. December, 1979.

148. Cahill KM          Tropical Sprue - A Review. J. Roy. Soc. Med. 72,
     O'Brien W          10. 1979.

149. Cahill KM          The Einstein Approach - A Unified Field Theory for Medical Care. New York St. J. Med. 80, 1748. 1980.

150.    "       "       Starving Refugees. Maryknoll Magazine. 74, 34. 1980.

151.    "       "       Presidential Address. The Recorder. 41, 21. 1980.

152.    "       "       Protozoan Infections. In: Survey of Clinical Pediatrics. Ed. Gellis S, 224. 1980.

153. Cahill KM          Fulminant Babesiosis Managed with Exchanged
     Reich L            Transfusion. Transfusion. 21, 193. 1981.
     et al

154. Cahill KM          Palm Sunday in Somalia. Catholic News. 26, 4. 1981.

155.    "       "       Somalia: A Hunger the World had Never Seen. New York Daily News. April 23rd, 1981.

- 23 -

## BIBLIOGRAPHY Continued

**Publications Continued**

156. Cahill KM     Beyond Parochialism. Congress Monthly. 48, 15. 1981.

157.   "   "     Canvas and Lace. The Recorder. 42, 55. 1981.

158.   "   "     Presidential Address. The Recorder. 42, 21. 1981.

159.   "   "     Intestinal Infections and the Traveler. Female Patient. 7, 57. 1982.

160.   "   "     Pied Beauty. New York Med. Quart. 2, 4. 1982.

161.   "   "     Beirut's Smell of Death. New York Times. July 24th, 1982.

162.   "   "     Why, Indeed? Seeds. 5, 1. 1982.

163.   "   "     Presidential Address. The Recorder. 43. 1982.

164.   "   "     Dreams, Reality, Tradition. The Recorder. 43, 1982.

165.   "   "     Lebanon's Elusive Peace. Maryknoll Mag. 77, 11. 1983.

166.   "   "     Conquering AIDS. New York Times. 4, 22. 1983.

167.   "   "     A Conspiracy of Silence. Sexual Medicine Today. 11, 22. 1983.

168   "   "     Red Stains on the Emerald Isle. New York Times. March 11th, 1984.

169.   "   "     A Physician's View of Suffering. Catholic Near East. 10. 1984.

- 24 -

## BIBLIOGRAPHY Continued

### Publications Continued

170. Cahill KM      Presidential Address. The Recorder. 45. 1984.

171. " "      Reflections on the AIDS Epidemic. J. Irish Coll. Physicians & Surg. 179. 1984.

172. " "      Hunger & Fasting in Nicaragua. America. 1, 99. 1985.

173. " "      An American Role in Northern Ireland. New York Times. 12, 26. 1985.

174. " "      Presidential Address. The Recorder. 1, 121. 1985.

175. " "      El Medico Es Puente. Revista. 7, 8. 1986.

176. " "      A Doctor's Reflections on the Libyan Situation. America. 5, 355. 1986.

177. " "      AIDS - A Six Year Retrospective. America, 6, 29. 1986.

178. " "      Allowing the Poor to Participate. America, 11, 384. 1986.

179. " "      Frank Barry - In Memorium. The Recorder, 11, 99, 1986.

180. " "      No a la Violencia. Revista, 7, 11. 1986.

181. " "      The U.S. Bombing of Libya was Ineffective. In: Sources of Foreign Policy. Greenhaven Press, MN. 1986.

182. " "      Respect Please for Nicaraguan Rights. New York Times. 2, 14. 1987.

183. " "      Bridges to Peace. J. Publ. Health Policy. 229. 1987.

- 25 -

## BIBLIOGRAPHY Continued

**Publications Continued**

184. Cahill KM — The University and Revolution. America. 8, 77. 1987.

185. " " Presidential Address, The Recorder. 5, 1. 1987.

186. " " The Price is Death. Newsday/L.A. Times. 8, 21. 1987.

187. " " - Holidays in Nicaragua. America. 1, 9. 1988.

188. " " Bicentenial Address, Georgestown Univ. Press. 1988.

189. " " Oliver Fitzgerald - A Memoriam. Journal of the Irish Colleges of Physicians & Surgeons. 17, 2, 31. 1988.

190. " " Presidential Address. The Recorder. 10, 1. 1988.

191. " " War Vs. Nicaragua Saps our Moral Authority. Newsday/Wash. Post/L.A. Times. 7, 18. 1989.

192. " " Dreams and Travel; doctors and the underdeveloped world. J. Irish Coll. of Physicians & Surgeons. 18, 255. 1989.

193. " " Presidential Address. The Recorder. 10, 9. 1989.

194. " " Medical Advice for the Traveler. 31 pp. Pub. Le Jacq, 1989.

195. " " Losing in Nicaragua; Temps Nouveaux 38, 89. 1989.

196. " " The Symbolism of Salamanca. University of Nicaragua Press. 8, 10. 1990.

197. " " Presidential Address, The Recorder. 11, 1. 1990.

## BIBLIOGRAPHY Continued

### Publications Continued

198. Cahill KM — Our Right to Public Health. Newsday L.A. Times, 10, 26. 1991.

199. "     "     Presidential Address. The Recorder. 12, 1. 1991.

200. "     "     Bicentenial Address. The Collected Poems of Yeats in Text & Teaching. (Edited by Collins, M.) 150-180 pp. Georgetown University Press. 1991.

201. "     "     Common Interests Shared Objectives. New York State Journal of Medicine. 6, 1. 1992.

202. "     "     Presidential Address, The Recorder. 13, 1. 1992.

203. "     "     The Doctor in Conflict and Disaster: Why Ireland Should Participate. J. Irish Coll. Phys. & Surg., 22, 95. 1993.

204. "     "     A Necessary Balance, America, 169, 6. 1993.

205. "     "     Guest Editorial, Health & Conflicts. Cardiovascular Reviews & Reports, 14, 9. 1993.

206. "     "     Guns Don't Answer Questions of Hunger. Newsday, 2, 2-38. 1993.

207. "     "     Presidential Address, The Recorder. 14, 1. 1993.

208. "     "     Health Care Survey amongst Diplomatic Missions. J. Community Hlth. Vol. 18. 1993.

209. Cahill KM
     Farah A
     Hussein A     Directory of Somali Professionals. Somali Lifeline Publication. 128 pp. 1993.

210. Cahill KM    Presidential Address, The Recorder. 15, 1. 1994.

211. "     "     Developing Indigenous Amputee Programs: Lessons from Nicaragua and Somalia. Congres. Record, 5, 13. 1994.

Received  Sep-16-2002  10:40am     From-212+434+5477     To-Condon & Forsyth LLP     Page 028

- 27 -

## BIBLIOGRAPHY Continued

Publications Continued

212. Cahill, KM; Farah, A.  Mines: The Hidden Weapon. Humanitarian Monitor, 2, 27, 1995.

213. Cahill KM  Babesiosis - Unappreciated Even in Endemic Areas, J. Comm. Hlth, 20, 1995.

214. "  "  Medical Advice for the Traveler, New Edition, 35 pp., Le Jacq Public., 1995.

215. "  "  The Role of Health in New York State Under the Governorship of Hugh Carey, J. Comm. Hlth, 21, 1, 1995.

216. "  "  Developing Programs for Amputee Land Mine Victims in War Zones, U.N. Public., Geneva, 7, 5, 1995.

217. "  "  Health and The Healing Process An Introduction, J. Irish Coll. Phy. & Surg., 25, 1, 1996.

218. Cahill, KM; Shevchuk, M  Fulminant Systemic Strongyloidiasis in AIDS, Ann. Trop. Med. & Parasit., 90, 3, 1996.

219. Cahill KM  Stopping Wars Before They Start, UN Chronicle, 33, 51-55, 1996.

220. Cahill, KM; Ahmed, M  Typhoid Abscess of the Aorta, Am. J. Vasc. Surg.;

221. Cahill KM  Mobilizing Physicians to Eradicate a Scourge. Medicine and Global Survival, 5, 59, 1998

222. Cahill KM  Perceptions, Am. J. Sports Med., 3, 56, 1999.

et al.

JUN.30.2003 07:47  212 841 67960     SHERATON NEW YORK HOTEL CONDOS     #212 P.001/002   Page 1 of 2
From: Renee L. Cahill  To: M.D. Kevin M Cahill                      Date: 6/30/03 Time: 7:44:04 AM

Case 3:02-cv-01032-WIG    Document 38-3    Filed 04/06/2004    Page 13 of 14

**Kevin M. Cahill, M.D.**
860 Fifth Avenue
New York, NY 10021
tel: 212/434-2477  fax: 212/434-2479  email: cihcnyc@aol.com

June 29, 200

Mr. Michael J. Holland
Condon and Forsyth LLP
685 Third Avenue
New York, NY 10017

Re: Pridgeon versus Gate Gourmet and American Airlines

Dear Mr. Holland:

I reviewed the large package of medical and legal reports concerning the above case. The is no question regarding the woman's serious medical problems. However, I do not believe there is sufficient evidence to relate this to a meal eaten on an airline. The patient had traveled extensively in France and the Caribbean prior to her return to the U.S. when she reported diarrhea. There is no evidence that the patient's putative diarrhea and fever were caused by a meal eaten on American Airlines; one interesting way, from an epidemiologic point of view, to confirm this would be to check whether there were any other reports of illness in people who had chicken on the flight that day, to document how many chicken meals were served on that flight and to correlate that figure with the number of illnesses, if any.

As far as I can figure from the medical records she was not seen by a physician at the time of her diarrhea, but was advised not to take any antibiotics. There is a speculation in a June 23rd note by an infectious disease fellow that Campylobacter organisms have been associated with Guillan Barre syndrome. As far as I can figure from the chart there is no evidence of any cultures that prove Campylobacter were detected in this patient. In fact, the ID note states that the patient was on antibiotics on admission to the hospital and that stool studies were not useful, serologic studies would be ordered. If one checks the laboratory sheets the stool studies for white blood cells and cultures on 6/27 were "cancelled". A stool culture on 6/24 is reported as ordered but I cannot find the results in the chart. The second page of the ID note of 6/24 is also missing from the chart. On July 1st another ID note states that "the current g-b syndrome was probably secondary to Campylobacter infection" but again I can find no evidence to support this finding. This becomes an accepted fact in a March 30, 2001 note where Dr. O'Brien states that a Yale physician believes that she has a g-b variant "most definitely from the Campylobacter".

I have marked off pages in the chart that I would be happy to review with you.

Sincerely,

*Kevin M. Cahill, M.D.*

Kevin M. Cahill, M.D.