FILED

Apr 14  1 44 PM '04

U.S. DISTRICT COURT
NEW HAVEN, CONN.

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

LOLITA PRIDGEON

    Plaintiff

VS.

AMERICAN AIRLINES, ET AL.

    Defendants

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

DOCKET NO.
3: 02 CV1032 GLG

APRIL 13, 2004

## MOTION FOR EXTENSION OF TIME

The plaintiff, Lolita Pridgeon, pursuant to Rule 7(b) of the Local Rules of Civil Procedure, respectfully moves this court for an order extending the time for a period of ninety (90) days up to and including July 26, 2004 within which she may file her objection to the defendant's Motion for Summary Judgment dated April 5, 2004. The extension is necessary to allow the defendant to gather the affidavits, deposition testimony and other materials necessary to properly respond to the defendant's Motion for Summary Judgment which includes several exhibits including affidavits, deposition transcripts and related materials. The depositions would include the depositions of Drs. Cahill and Block in New York, New York. Before receiving the defendant's Motion for Summary Judgment on April 7, 2004, the plaintiff was not aware that Drs. Cahill and Block would be offering opinions in connection with this case as they have not yet been disclosed

as expert witnesses in this matter. This is the plaintiff's first request for an extension of time in connection with the defendant's Motion for Summary Judgment.

The plaintiff hereby represents that her counsel, Timothy L. O'Keefe, Esq., has inquired of opposing counsel, Michael J. Holland, Esq., and Mr. Holland objects to the plaintiff's Motion for Extension of Time.

WHEREFORE, for all of the foregoing reasons, the plaintiff requests that this Court extend the filing deadline for her objection to the defendant's Motion for Summary Judgment to July 26, 2004.

```
                                    PLAINTIFF,
                                    LOLITA PRIDGEON

                                    BY:_____
                                    Timothy L. O'Keefe, Esq.
                                    Kenny, O'Keefe & Usseglio, P.C.
                                    21 Oak Street, Suite 208
                                    Hartford, CT 06106
                                    Telephone No.: (860) 246-2700
                                    Federal Bar No. ct15005
```

## CERTIFICATE OF SERVICE

This is to certify that the foregoing Objection was mailed on April 13, 2004 to the following:

Alison L. McKay, Esq.
Law Offices of Paul A. Lange
80 Ferry Boulevard
Stratford, CT 06615-6079

Michael J. Holland, Esq.
Condon & Forsyth, LLP
685 Third Avenue
New York, NY 10017

_____
Timothy L. O'Keefe