UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

LOLITA PRIDGEON,

    Plaintiff,

VS.

AMERICAN AIRLINES, INC.

    Defendant.

Docket No.

3:02 CV 1032 GLG

**DECLARATION**

Laurent Faye declares and says:

1. I am the Financial Controller for Gate Gourmet (France), the catering company who provided to American Airlines the food served aboard American Airlines Flight 121 on June 13, 2000 from Charles DeGaulle Airport in Paris, France to John F. Kennedy International Airport in New York.

2. My first involvement with this case came when I was notified by counsel representing American Airlines that a lawsuit had been filed by Ms. Pridgeon against American Airlines and seeking information from me concerning the catering services provided by Gate Gourmet for that flight.

3. Pursuant to its contractual arrangements with American Airlines, Gate Gourmet catered food for seven American Airlines' flights which operated in June of 2000 on a daily basis between Charles DeGaulle Airport in France and the United States. Prior to counsel advising me of the suit that was filed by Ms. Pridgeon against American Airlines, Gate Gourmet did not receive any complaints from Ms. Pridgeon, or from any other

passengers, concerning the Chicken Rosemary entrée which was served in the Economy Class section as a hot meal during the month of June of 2000.

4.  Gate Gourmet rarely gets passenger complaints directly as such complaints are generally forwarded to the airlines on which the passengers fly. Gate Gourmet provides catering services for numerous airlines at Charles DeGaulle Airport in Paris pursuant to contracts and if any complaints about the food are made to American Airlines, American Airlines would pass them along to Gate Gourmet. I can confirm Gate Gourmet received no complaints concerning the Chicken Rosemary meal served on any American Airlines' flights during the month of June 2000.

5.  Chicken Rosemary was one of the options offered to Economy Class passengers on American Airlines Fight 121 from Charles DeGaulle Airport in Paris to New York on June 13, 2000. I understand that Ms. Pridgeon was an Economy Class passenger, and, as she opted for the chicken offering, she would have been served the Chicken Rosemary meal as the main course. The supplier for the Chicken Rosemary meal is Pourshins, an English company from whom Gate Gourmet purchases its meals. Pourshins was chosen to provide those meals by American Airlines. While Pourshins is the supplier of the meals, the actual chickens are cooked and frozen by one of two suppliers who were based in Amsterdam, Holland in June of 2000, Delta Daily Foods or Marfo Martinair Foods.

6.  The chickens are cooked and frozen in The Netherlands and trucked to Pourshins in England in refrigerated vehicles. The chickens remain frozen when they are purchased by Gate Gourmet from Pourshins. After the meals are purchased by Gate Gourmet, the chickens are again trucked to Gate Gourmet's facilities in Paris where they remain in a freezer until one day before they are to be used on American Airlines' flights.

7. The day before the chickens are to be used on American Airlines' flights, they are moved into a refrigerator for one day. The chickens are then taken in a refrigerated truck from the Gate Gourmet facility to the American Airlines flights.

8. The chickens are then heated up by the cabin crew and are served to the passengers. The chickens are individually packed in casserole form when they are purchased by Gate Gourmet from Pourshins.

9. Gate Gourmet has nothing to do with the cooking of the chickens. Gate Gourmet merely stores the chickens once they are received from Pourshins and transports the chickens to the aircraft.

10. American Airlines has three cycles of meals at Paris, which change on a monthly basis. The Chicken Rosemary meals would be kept for a maximum of one month by Gate Gourmet. Gate Gourmet receives deliveries three times a week from Pourshins and Pourshins renders a separate invoice for each delivery to Gate Gourmet.

11. While Gate Gourmet does do some cooking at its kitchens in Paris, the cooking is only done for meals served to First Class and Business Class passengers. When chicken is cooked at Gate Gourmet's facility in Paris, the chickens are cooked in a temperature controlled environment and are refrigerated immediately after cooking. Gate Gourmet always acts in accordance with the requirements of the HACCP (Hazardous Analysis of Critical Control Point) requirements which are a requirement of both the French Government and the European Union. These standards are an internationally recognized food safety methodology and are applied to the cooking and refrigeration of chicken meals.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on March 04, 2004

*Laurent Faye*

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                       ) ss.:
COUNTY OF NEW YORK     )

       Mary Ann Rooney, being duly sworn, deposes and says that deponent is not a party to the action, is over 18 years of age and resides in Queens, New York. That on April 5, 2004, deponent served the within Declaration of Laurent Faye upon:

       Timothy L. O'Keefe, Esq.
       Kenny, O'Keefe & Usseglio, P.C.
       21 Oak Street
       Hartford, Connecticut 06106

the address designated by said attorneys for that purpose by depositing same enclosed in a properly addressed wrapper in an official depository under the exclusive care and custody of the United States Post Office Department within the State of New York.

                                         Mary Ann Rooney

Sworn to before me this
5th day of April, 2004

_____
Notary Public

    MICHAEL J. HOLLAND
Notary Public, State of New York
      No. 41-4501283
   Qualified in Nassau County
Commission Expires August 31, 2005