UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

LOLITA PRIDGEON,

    Plaintiff,

VS.

AMERICAN AIRLINES, INC.

    Defendant.

Docket No.

3:02 CV 1032 GLG

**DECLARATION**

Matrix de Vries declares and says:

1. I am the Sales & Export Manager for Marfo Martinair Foods, a Netherlands company which is involved in preparing in flight meals served to airlines.

2. I understand that American Airlines is a defendant in the above-captioned civil litigation brought by Lolita Pridgeon, who claims that she became ill after eating the Chicken Rosemary Meal which was served to her aboard American Airlines Flight 121 from Charles DeGaulle Airport in Paris, France to John F. Kennedy International Airport in New York on June 13, 2000.

3. I understand that the Chicken Rosemary which was catered to the flight by Gate Gourmet, Inc., was purchased from Pourshins, Inc., an English company which is a supplier of chickens. Our company does supply frozen chicken products to Pourshins, Inc., which products we understand are sold to American Airlines.

4. I set forth for the assistance of the Court the process by which Marfo Martinair Foods cooks the chicken products which are sold to Pourshins. With respect to the

purchase of the chicken meat by Marfo Martinair Foods, only that chicken meat which meets the bacteriological specifications is purchased by Marfo Martinair Foods. Marfo checks these chickens purchased on a frequent basis to ensure that they are in compliance with bacteriological specifications. If the specifications are not met, the meat is rejected.

    5.    The production process for the chicken product is as follows: the uncooked chicken products will be heated for two minutes at a minimum of 70 degrees Celsius (144 degrees Fahrenheit). After the heating, the cooked chicken products are cooled within two hours back to 10 degrees Celsius (approximately 48 degrees Fahrenheit) in a chilled area with a set temperature of 7 degrees Celsius (approximately 43 degrees Fahrenheit). Marfo Martinair Foods then performs all quality checks for the products in this storage area. Thereafter, the meal is assembled into a dish, which ultimately will be served to the airline passenger.

    6.    After the meal is assembled, the assembled meal is frozen, a process which takes about two hours at -45 degrees Celsius (approximately -104 degrees Fahrenheit). After a two hour period, the meal will have a core temperature of -18 degrees Celsius (approximately -71 degrees Fahrenheit). After this freezing, the meals are packed in cardboard boxes or plastic crates and are stored in Marfo's warehouse at the temperature of -18 degrees Celsius (approximately -71 degrees Fahrenheit). Again, necessary quality checks are done and the meals are released for pick up and transport. The pick up and loading of the meals at Marfo's facilities are done only in an area where the temperature is controlled. The vehicles used to transport the meals to the supplier's warehouse (which in this case is Pourshins) would be set on a temperature at a minimum of -18 degrees Celsius (-71 degrees Fahrenheit).

2

7. Marfo Martinair Foods, Inc. has been in the business of cooking chickens products for the airline industry for period of 29 years and we process and supply over 250 tons of cooked chicken products per year to the airline industry and health catering.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on March 3rd, 2004

_____
Matrix de Vries

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK   )
                    ) ss.:
COUNTY OF NEW YORK  )

Mary Ann Rooney, being duly sworn, deposes and says that deponent is not a party to the action, is over 18 years of age and resides in Queens, New York. That on April 5, 2004, deponent served the within Declaration of Matrix de Vries upon:

> Timothy L. O'Keefe, Esq.
> Kenny, O'Keefe & Usseglio, P.C.
> 21 Oak Street
> Hartford, Connecticut 06106

the address designated by said attorneys for that purpose by depositing same enclosed in a properly addressed wrapper in an official depository under the exclusive care and custody of the United States Post Office Department within the State of New York.

Mary Ann Rooney

Sworn to before me this
5th day of April, 2004

_____
Notary Public

MICHAEL J. HOLLAND
Notary Public, State of New York
No. 41-4501283
Qualified in Nassau County
Commission Expires August 31, 2005