UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

LOLITA PRIDGEON,

    Plaintiff,

VS.

AMERICAN AIRLINES, INC.

    Defendant.

Docket No.

3:02 CV 1032 GLG

**AFFIDAVIT**

STATE OF TEXAS    )
                              ) ss:
COUNTY OF TARRANT  )

    Dale Norgard, being first duly sworn, deposes and says:

    1.    I am a Senior Analyst in Risk Management for American Airlines, Inc., the defendant in this litigation. My office address is at Dallas Fort Worth Airport, Texas.

    2.    I am familiar with the lawsuit brought by Lolita Pridgeon seeking damages for alleged personal injuries sustained as a result of an incident aboard American Airlines Flight 121 from Charles DeGaulle Airport in Paris, France to John F. Kennedy International Airport in New York on June 13, 2000. Ms. Pridgeon alleges that she contracted Guillain-Barre Syndrome, a disorder which causes paralysis to the limbs as a result of the body's immune system attacking part of the central nervous system, following her consumption of a portion of meal of Chicken Rosemary, one of the economy class food selections served to her as part of the main dish aboard American Airlines Flight 121 on June 13, 2000.

3. Pursuant to a contractual agreement between American Airlines and Gate Gourmet, Inc., a food catering company, Gate Gourmet furnishes food for the First Class, Business Class and Economy Class service on, at that time, American Airlines' daily flights from Paris to the United States. I have reviewed the invoice pertaining to the food which is served aboard American Airlines Flight 121 on June 13, 2000 and confirm that Chicken Rosemary was one of the entrées offered as a main dish.

4. Prior to the institution of suit against American Airlines in the United States District Court for the District of Connecticut in June of 2002, American Airlines had no notice of any claim that was being made by Ms. Pridgeon. No written complaint letter was received by American Airlines and, upon information and belief, Ms. Pridgeon did not make any complaint to American Airlines cabin crew personnel aboard Flight 121 about any problems or irregularity with the food that she was served aboard the flight.

5. At the request of counsel for American Airlines, I have reviewed American Airlines' passenger complaint records for the month of June, 2000. American Airlines keeps records of all complaints of passengers who allege that have received poor service aboard American Airlines' flights. A review of American Airlines' records confirms that American Airlines did not receive any complaints from any passengers for food poisoning as a result of any meals served aboard any American Airlines' flights from Paris to the United States in June of 2000.

6. The food service for American Airlines flights from Paris to the United States were all catered by Gate Gourmet pursuant to a contractual agreement American Airlines and Gate Gourmet. The meals are purchased by Gate Gourmet on American Airlines' behalf through food suppliers chosen by American Airlines. With respect to the Chicken Rosemary

meal that was served aboard American Airlines Flight 121 on June 13, 2000, the supplier of the Chicken Rosemary meal is Pourshins, an English company.

WHEREFORE, deponent further sayest not.

_____
Dale Norgard

Sworn to before me this
9th day of January, 2004

_____
Notary Public

ROSS CRAWFORD, III
Notary Public, State of Texas
My Commission Expires 02-05-07

3

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK        )
                         ) ss.:
COUNTY OF NEW YORK       )

        Mary Ann Rooney, being duly sworn, deposes and says that deponent is not a party to the action, is over 18 years of age and resides in Queens, New York. That on April 5, 2004, deponent served the within Affidavit of Dale Norgard upon:

        Timothy L. O'Keefe, Esq.
        Kenny, O'Keefe & Usseglio, P.C.
        21 Oak Street
        Hartford, Connecticut 06106

the address designated by said attorneys for that purpose by depositing same enclosed in a properly addressed wrapper in an official depository under the exclusive care and custody of the United States Post Office Department within the State of New York.

                                                _____
                                                Mary Ann Rooney

Sworn to before me this
5th day of April, 2004

_____
Notary Public

        MICHAEL J. HOLLAND
    Notary Public, State of New York
          No. 41-4501283
      Qualified in Nassau County
  Commission Expires August 31, 2005