FILED
Apr 30   1 48 PM '04
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
LOLITA PRIDGEON           :
                          :
    Plaintiff             :           DOCKET NO.
                          :           3: 02 CV1032 GLG
VS.                       :
                          :
AMERICAN AIRLINES, ET AL. :           APRIL 29, 2004
                          :
    Defendants            :
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### REPLY TO DEFENDANT'S OPPOSITION
### TO MOTION FOR EXTENSION OF TIME

The plaintiff, Lolita Pridgeon, pursuant to Rule 7(b) of the Local Rules of Civil Procedure, and Rule 56(f) of the Federal Rules of Civil Procedure, respectfully submits the attached Affidavit of her counsel in further support of her Motion for Extension of Time which was filed on April 13, 2004. As the plaintiff indicated in her original motion, additional time is necessary for her to gather the affidavits, deposition testimony and other materials necessary to properly respond to the defendant's Motion for Summary Judgment dated April 5, 2004. The plaintiff has moved for a ninety day extension up to and including July 26, 2004 within which to file her Objection. Under all of the circumstances of this case, this is not an unreasonable request as such requests are routinely granted by the Courts in this District. Furthermore, the defendant has failed to

demonstrate in its papers filed in opposition to the motion for extension of time why it would be fair to the plaintiff in this case to not allow her a reasonable period of time within which to make a proper and comprehensive response to the pending Motion for Summary of Judgment.

PLAINTIFF,
LOLITA PRIDGEON

BY _____
Timothy L. O'Keefe, Esq.
Kenny, O'Keefe & Usseglio, P.C.
21 Oak Street, Suite 208
Hartford, CT 06106
Telephone No.: (860) 246-2700
Federal Bar No. ct15005

## **CERTIFICATE OF SERVICE**

This is to certify that the foregoing Objection was mailed on April 29, 2004 to the following:

Alison L. McKay, Esq.
Law Offices of Paul A. Lange
80 Ferry Boulevard
Stratford, CT 06615-6079

Michael J. Holland, Esq.
Condon & Forsyth, LLP
685 Third Avenue
New York, NY 10017

_____
Timothy L. O'Keefe