# EXHIBIT A

**KENNY, O'KEEFE & USSEGLIO, P. C.**
COUNSELORS AT LAW

CAPITOL PLACE
21 OAK STREET, SUITE 208
HARTFORD, CONNECTICUT 06106
(860) 246-2700

TIMOTHY L. O'KEEFE            April 12, 2004            FACSIMILE: (860) 246-6480
                                                                                                                EMAIL: tokeefe@kou-law.com

VIA FACSIMILE
(212) 370-4482
Michael J. Holland, Esq.
Condon & Forsyth, LLP
685 Third Avenue
New York, New York 10017

      Re:    **Pridgeon v. American Airlines, et al**

Dear Mike:

      As I informed you when we last spoke, I will need to depose Drs. Cahill and Block before I file the plaintiff's objection to the Motion for Summary Judgment. Kindly let me know when these doctors will be available for depositions. Please also let me know what each doctor charges for deposition testimony so we can finalize payment arrangements.

      I look forward to hearing from you.

                                            Very truly yours,

                                            Timothy L. O'Keefe

TLO/eir

Cc: Ms. Lolita Pridgeon

# EXHIBIT B

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

```
*********************************   :
LOLITA PRIDGEON                     :
                                    :
        Plaintiff                   :      DOCKET NO.
                                    :      3: 02 CV1032 GLG
VS.                                 :
                                    :
AMERICAN AIRLINES, ET AL.           :      JUNE 18, 2003
                                    :
        Defendants                  :
*********************************
```

## DISCLOSURE OF EXPERT WITNESS

Pursuant to Rule 26(a)(2), plaintiff, Lolita Pridgeon, by and through her undersigned attorneys, Kenny, O'Keefe & Usseglio, P.C., hereby discloses the following expert from whom she intends to elicit expert testimony during the course of the trial of the above-captioned case.

(1) **NAME OF EXPERT WITNESS:**

John W. O'Brien, M.D., 1450 Chapel Street, New Haven, Connecticut 06511

(2) **OPINION/TESTIMONY:**

Dr. O'Brien will testify concerning the treatment of the plaintiff for the injuries she sustained as a result of the incident referenced in the Complaint. He will testify in accordance with his reports of treatment of the plaintiff which have been/will be produced to counsel for the defendant. Specifically, Dr. O'Brien will testify as to Ms. Pridgeon's rehabilitative therapy. He will further testify as to the types and duration of her physical

therapy as well as her prognosis during that time. He will additionally testify as to the special types of orthotics and apparatuses Ms. Pridgeon relies upon during her therapy and daily life.

(3) **BASIS OF OPINION:**

Dr. O'Brien's opinion is based upon his treatment of the plaintiff, as well as his knowledge, training, background and experience. In addition, he may supplement his opinion by whatever information becomes available to him pretrial and at trial.

(4) **EXHIBITS IN SUPPORT OF OPINION:**

Dr. O'Brien reports of treatment of the plaintiff have previously been forwarded to counsel.

(5) **QUALIFICATIONS/LIST OF PUBLICATIONS:**

To be supplemented.

(6) **COMPENSATION TO BE PAID FOR STUDY/TESTIMONY:**

To be supplemented.

**(7)    LIST OF CASES IN WHICH WITNESS HAS TESTIFIED:**

To be supplemented.

                PLAINTIFF,
                LOLITA PRIDGEON

        BY: _____
                TIMOTHY L. O'KEEFE, ESQ.
                Kenny, O'Keefe & Usseglio, P.C.
                21 Oak Street, Suite 208
                Hartford, CT 06106
                (860) 246-2700
                (860) 246-6480 – FAX

## CERTIFICATION OF SERVICE

This hereby certifies that a copy of the foregoing was mailed; postage prepaid this 18th day of June, 2003 to the following:

Alison L. McKay, Esq.
Law Offices of Paul A. Lange
80 Ferry Boulevard
Stratford, CT 06615-6079

Steven E. Arnold, Esq.
Stanger & Arnold, LLP
29 South Main Street, Suite 325
West Hartford, CT 06107

_____
TIMOTHY L. O'KEEFE

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

```
*********************************  :
LOLITA PRIDGEON                    :
                                   :
        Plaintiff                  :         DOCKET NO.
                                   :         3: 02 CV1032 GLG
VS.                                :
                                   :
AMERICAN AIRLINES, ET AL.          :         JULY 1, 2003
                                   :
        Defendants                 :
*********************************
```

### SUPPLEMENTAL DISCLOSURE OF EXPERT WITNESS

Pursuant to Rule 26(a)(2), plaintiff, Lolita Pridgeon, by and through her undersigned attorneys, Kenny, O'Keefe & Usseglio, P.C., disclosed John W. O'Brien, M.D., as an expert witness on June 18, 2003. The plaintiff's disclosure is hereby supplemented as follows:

(5)     **QUALIFICATIONS/LIST OF PUBLICATIONS:**

See attached curriculum vitae.

(6)     **COMPENSATION TO BE PAID FOR STUDY/TESTIMONY:**

See attached fee schedule.

(7) **LIST OF CASES IN WHICH WITNESS HAS TESTIFIED:**

According to Dr. O'Brien, disclosure of this information would be a breach of the doctor-patient confidentiality relationship.

PLAINTIFF,
LOLITA PRIDGEON

BY: _____
TIMOTHY L. O'KEEFE, ESQ.
Kenny, O'Keefe & Usseglio, P.C.
21 Oak Street, Suite 208
Hartford, CT 06106
(860) 246-2700
(860) 246-6480 – FAX

## CERTIFICATION OF SERVICE

This hereby certifies that a copy of the foregoing was mailed, postage prepaid this 1st day of July, 2003 to the following:

Alison L. McKay, Esq.
Law Offices of Paul A. Lange
80 Ferry Boulevard
Stratford, CT 06615-6079

Steven E. Arnold, Esq.
Stanger & Arnold, LLP
29 South Main Street, Suite 325
West Hartford, CT 06107

Michael J. Holland, Esq.
Condon & Forsyth, LLP
685 Third Avenue
New York, NY 10017

_____
TIMOTHY L. O'KEEFE
Commissioner of the Superior Court

Case 3:02-cv-01032-WIG    Document 47-2    Filed 04/30/2004    Page 10 of 20

# JOHN WILLIAM O'BRIEN, MD

11 Mountaincrest Drive  
Cheshire, Ct 06410-3554  
H: (203) 271-2132

e-mail at JOBMD@cox.net

1450 Chapel St  
New Haven, CT 06511  
W: (203) 789-3439

## EXPERIENCE:

**Hospital of Saint Raphael**  
Chief – Physical Medicine and Rehabilitation  
New Haven, Connecticut  
April 1988 to Present

- Increased discharges 540% (75 discharges to 405 discharges)
- Increased number of beds from 8 to 16
- Decreased average length of stay 57% (23.5 days to 9.7 days)
- Implemented PPS for Rehabilitation Unit
- Developed curriculum and teach Primary Care house staff
- Established 3 Out-patient Centers in New Haven, Branford and Hamden
- Director of Electrodiagnostic Services

**Mount Sinai Hospital**  
Director – Inpatient Rehabilitation  
Hartford, Connecticut  
February 1986 to April 1988

- Increased rehabilitation census 100% (8 patients to 16 patients)
- Developed two sub-acute rehabilitation services
- Established PM&R Services in Rockville and Willamantic

## EDUCATION:

**St. George's University School of Medicine**  
Grenada, West Indies  
Doctor of Medicine  
May 1981

**Fairfield University**  
Fairfield, Connecticut  
Bachelor of Science, Biology  
May 1976

## POST GRADUATE TRAINING:

### RESIDENCY:

**Physical Medicine And Rehabilitation**

**New York University Medical Center**
Department of Physical Medicine & Rehabilitation

Chief Resident
New York, New York
July 1983 – December 1985

> **Bellevue Hospital Center**
> Department of Physical Medicine & Rehabilitation
> Chief Resident
> New York, New York
>
> **Goldwater Memorial Hospital**
> Department of Physical Medicine & Rehabilitation
> Chief Resident
> Roosevelt Island, New York.
>
> **Veterans Administration Medical Center**
> Department of Physical Medicine & Rehabilitation
> New York, New York

Internal Medicine

> **Yale University – Hospital of Saint Raphael**
> Department of Internal Medicine
> New Haven, Connecticut
> 1982 - 1983
>
> **State University of New York at Buffalo – Millard Fillmore Hospital**
> Department of Internal Medicine
> Buffalo, New York
> 1981 - 1982

## LICENSURE:

Connecticut License#:   24998
Pennsylvania License#:  MD034968E
New York License#:      224080-1

## BOARD CERTIFICATION:

American Board of Physical Medicine & Rehabilitation – Board Certified - May 1987
American Academy of Occupational and Environmental Medicine - Board Eligible – May 1997

## MEDICAL SCHOOL APPOINTMENTS:

**Yale University School of Medicine**
Assistant Professor
Department of Medicine
New Haven, Connecticut
March 1995 to Present

## CLINICAL APPOINTMENTS AND POSITIONS:

**Gaylord Hospital**
Attending Physician
Wallingford, Connecticut
April 1992 to Present

**Norwalk Hospital**
Consulting Physician
Norwalk, Connecticut
February 1991 to Present

**Masonic Geriatric Healthcare Center**
Attending Physician
Wallingford, Connecticut

**Mid-State Medical Center**
Attending Physician
Meriden, Connecticut
June 1991 to Present

**St. Regis Healthcare Center**
Director of Rehabilitation
New Haven, Connecticut
April 1991 to Present

**Laurelwoods Healthcare Center**
Director of Rehabilitation
East Haven, Connecticut
April 1994 to Present

**Montowese Health and Rehabilitation Center**
Director of Rehabilitation
North Haven, Connecticut
March 1992 to Present

## OTHER APPOINTMENT AND POSITIONS:

Arden House
Atrium Plaza Care Center
Hamden Health and Rehabilitation Center
Haven Health Care Center – Optimum, Soundview and Elm City

Hill Top Health Center
Mariner Healthchoice of Southern Connecticut
Mediplex of Milford
Meriden Nursing and Rehabilitation
Skyview Rehabilitation Center

## ACTIVITIES:

**American Academy Physical Medicine & Rehabilitation**
Connecticut Society of PM&R
    President 1994 – 1995, 2002-2003
    Secretary 2001 – 2002

**Connecticut State Medical Society**
    Charter Member – Workers Compensation Committee 1997 - Present
    Chair of Allied Health Committee May 1995-2001
    Legislative Committee 1995-Present

**FirstCoast Medicare**
Carrier Advisory Committee
1994 - 1996

## PROFESSIONAL AFFILIATIONS:

Fellow, American Academy of Physical Medicine and Rehabilitation
Member, American College of Occupational and Environmental Medicine
Member, American Academy of Electrodiagnostic Medicine
Member, American Congress of Rehabilitation Medicine
Member, Connecticut Society of Physical Medicine and Rehabilitation
Member, Connecticut State Medical Society
Member, New Haven County Medical Association
Certified Independent Medical Examiner

## RESEARCH:

*Clinical Evaluation of Low Back Disorders with the Lumbar Motion Monitor in Conjunction with the Ohio State University, Department of Industrial Systems Engineering*

*Management of End Stage Respiratory Failure in Duchenne Muscular Dystrophy.* Muscle and Nerve; February 1987: 10 (#2): 177

**PM&R Associates**
**Fees Other Than Office Visits**
**Effective December 1, 2002**

<u>Chart Review:</u> *

Non-patient Chart: $300.00 per hour (with 2 hour minimum)

Chart review, preparation and generation of report (current patient): $350.00

<u>Legal Consultation or Deposition:</u> *

Chart Review and Preparation for Deposition: $200.00 per hour (no minimum)

Legal Consultation, at PM&R Associates offices: $500.00 per hour (with one hour minimum)

Legal Consultation, at any other location; door-to-door: $500.00 per hour (with two hour minimum)

Legal Deposition; door to door: $650.00 per hour (with two hour minimum)

<u>Legal Testimony (Trial):</u> ^

At Court location; door-to-door: $2500.00 for half-day appearance; $4000.00 for full-day appearance.

<u>Professional Speaking Engagement:</u>

Topic previously researched and ready to present: $300.00 per hour door to door

New Topic, not previously presented: $1000.00

\* Amounts payable at least 7days prior to scheduled date
^ Amounts payable in full 7 days in advance of trial date

Please note that all fees are non-refundable.

updated 121002

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

```
********************************
LOLITA PRIDGEON                    :
                                   :
        Plaintiff                  :
                                   :      DOCKET NO.
VS.                                :      3: 02 CV1032 GLG
                                   :
                                   :
AMERICAN AIRLINES, ET AL.          :      NOVEMBER 13, 2003
                                   :
        Defendants                 :
********************************
```

### SUPPLEMENTAL DISCLOSURE OF EXPERT WITNESS

Pursuant to Rule 26(a)(2), plaintiff, Lolita Pridgeon, by and through her undersigned attorneys, Kenny, O'Keefe & Usseglio, P.C., disclosed John W. O'Brien, M.D., as an expert witness on June 18, 2003. The plaintiff's disclosure is hereby supplemented as follows:

(2)     **OPINION/TESTIMONY**

        See attached Case Summation

```
                            PLAINTIFF,
                            LOLITA PRIDGEON

                            BY: /s/ _____
                            TIMOTHY L. O'KEEFE, ESQ.
                            Kenny, O'Keefe & Usseglio, P.C.
                            21 Oak Street, Suite 208
                            Hartford, CT 06106
                            (860) 246-2700
                            (860) 246-6480 – FAX
```

## **CERTIFICATION OF SERVICE**

This hereby certifies that a copy of the foregoing was mailed; postage prepaid this 13th day of November, 2003 to the following:

Alison L. McKay, Esq.
Law Offices of Paul A. Lange
80 Ferry Boulevard
Stratford, CT 06615-6079

Steven E. Arnold, Esq.
Stanger & Arnold, LLP
29 South Main Street, Suite 325
West Hartford, CT 06107

Michael J. Holland, Esq.
Condon & Forsyth, LLP
685 Third Avenue
New York, NY 10017

_____
TIMOTHY L. O'KEEFE
Commissioner of the Superior Court

# Physical Medicine & Rehabilitation Associates

1450 Chapel Street, New Haven, CT. 06511
Telephone: (203) 789 - 3439
Fax: (203) 789 - 5157

John W. O'Brien, MD
David A. Monti, MD

Sosamma B. George, MD
Lisa L. Alexander, APRN

October 13, 2003

## CASE SUMMATION

RE: PRIDGEON, Lolita - # 2624

Ms. Lolita Pridgeon is the patient I have been following since her hospitalization in July of 2000.

On 07/12/00, she was transferred from the neurological service to the rehabilitation service. It must be noted that she was admitted to St. Raphael's on 06/23/00. The patient was in France and upon returning home she developed some GI distress and burning pain in her feet. She was seen in the emergency room and sent home. She woke up and was noted to be paralyzed and fell while getting out of bed. She was brought back to the emergency room, evaluated, and noted to have Guillain-Barré syndrome. She was seen by Dr. Hasbani who was placed on steroids and gamma globulin and was admitted to Intensive Care Unit. She has a history of C4 chronic pain and meningioma resection with some residual left-sided upper extremity weakness. She was maintained in the Intensive Care Unit and was noted to be quadriplegic. She never lost control of her breathing. She did regain some neurological function and it was thought, it was appropriate to transfer to the Intensive Rehab Unit. Her pain was noted to be markedly severe at the nighttime and she was treated with Neurontin.

While hospitalized on the neurological service, it was noted that she had an MR of the cervical spine and was thought to be a cervical disc at C4-C5 and C5-C6 and was evaluated by Dr. Goodrich, Dr. Arkins, and Dr. Bloomgarden and thought it was not contributory to her problem at that time. She underwent a lumbar puncture. There were nine white cells in one tube and one white in the next. She had nerve conduction studies by Dr. Warman and there was prolongation of the medial, peroneal and tibial nerves. There were no F wave responses. She was given the medication as mentioned above viz., the IV immunoglobulin. I thought she developed almost total quadriplegia and although her respiratory parameters did decline, her vital capacity was as low as 1100 cc. She stabilized after 45 days and started improving on day eight and day nine. She was treated for suspected Lyme disease, but the titers were negative, and was stopped.

While in the Intensive Rehab Unit where she resided for 3 months. Her right shoulder strength revealed $90°$ of forward flexion, $60°$ abduction, and on the left of $60°$ of forward flexion and $30°$ abduction indicating that left side was weaker. She could contract her elbow against gravity, but not to full range. She had minimal wrist motion on the right.

2080 Whitney Avenue        175 Sherman Ave         687 Campbell Ave        22 Summit Place
Hamden, CT 06518           New Haven, CT 06511     West Haven CT 06516     Branford, CT 0640

RE: PRIDGEON, Lolita - #2624
October 13, 2003

Page 2

On the left, the elbow could only flex with gravity eliminated. She had trace hip extension, trace quadriceps, trace abductors, trace hip flexors, and hamstrings are also noted to be trace and there was no ankle motion noted. It was noted that we are following her on a regular basis and she was discharged from the Intensive Rehab Unit on 10/10/00. At that time, she did markedly well in all areas. She did undergo venous ultrasound, which was noted to be negative while she was hospitalized, as there was a question of a deep venous thrombosis and some calf pain.

From a physical rehab standpoint, she did receive more than three hours of therapy per day and did extremely well. She went from being quadriparetic as previously mentioned to become less dependent in all areas of ADL. She had a knee-ankle-foot orthosis ordered. The strength that she had in her fingers are in the 1-2 range and the wrist noted to be 2-3 and more proximally 4-5 on the right and 3-5 on the left. She was able to transfer with supervision to a sliding board on and off the toilet and she had good sitting and standing balance. Her bed mobility record supervision 70% of the time, supine to sit on a mat with supervision with assistance for lower extremity was around 50% of the time. Her gait revealed, she was walking with bilateral KAFOs 250 feet with contact guard. Her family is noted to be quite supportive.

She was continually followed on an outpatient basis since the time of her discharge from the Intensive Rehab Unit.

On 09/20/00, she underwent an evaluation of the left foot and there was thought to be a foreign body over the great toe. My record also reflects a note to Dr. John Federico, Senior Medical Director at PHS asking for continued hospitalization. She was eventually discharged from the Rehab Unit on 10/10/00, see attached document. She was sent home with the Connecticut VNA providing home care services and her care plan was approved for three months beginning 10/10/00 to 12/08/00, according to the records. She was seen on a regular basis by her providers and did receive a drop arm commode, a hospital bed, full electric and that was done on 10/10/00 as well.

She was seen back in the office and where she had done well and on 03/30/01, she was able to walk from bed to bathroom using no braces and a rolling walker.

She had gone to Dr. Jonathan Goldstein at Yale, who felt that the Guillain-Barré variant was most definitely from the Campylobacter. Her strength continued to improve both in her upper and lower extremities. On 06/19/01, she was again seen in the office.

She was walking with straight cane and bilateral ankle-foot orthoses with some improvement. She was able to go up and down the stairs. She was independently toileting and asking if she could drive. She had been living alone. She had been driving in and out of the driveway and she can get in and out of the car independently.

RE: PRIDGEON, Lolita - # 2624
October 13, 2003

Page 3

Her major functional impairment was using toilets and weakness in her grip that she had was persistent. She was seen again on 09/11/01 and she was walking with a swollen ankle in AFOs and a straight cane. She had been driving in an adapted car and doing quite well. She was noted to have persistent upper extremity weakness. She was followed up again in approximately a month's time. Her ankle injury had resolved. She was continued to walk with bilateral AFOs in 02/2002. We did use some splinting for the right upper extremity. She did have knee crepitus and in 03/2002, was referred over to Dr. Joseph Wu and we did discuss with Dr. DeLuca, the possibility of tendon transfers with her. She was given a folding walker as well. She was also given brake extension device for her walker.

She did receive a mobility report from Easter Seals in Meriden and on 06/23/00, it was noted that she was an excellent driver and she was cleared to drive since that time. She had been continuing with her rehab program under the care of Joyce Marston and was noted to have patellofemoral pain and she was seen by Dr. Wu on 03/18/02, and she was referred to physical therapy. She continued in her physical therapy program and continued to make gains on a regular basis.

In 02/2003, she still did have significant gait deviation and she was walking with braces with boots and holding a straight cane. She still did have some significant ulnar weaknesses and she had calluses in the lateral aspect of the left heel. She would only be able to carry items in a backpack style purse, as her grip strength was still significantly weak. She was seen again in 07/2003 and she did go to the Kessler Rehab Center in Orange, New Jersey, for the possibility of tendon transfer. We thought that at that time she was over powering the braces and sought that they should be re-modified, and that was done. She did receive that in 08/2003.

In summation, Lolita is a very dynamic pleasant woman, who unfortunately suffered the effects of Guillain-Barré syndrome, which lead to a prolonged and continued rehabilitation course. It is my medical opinion that she has not reached Maximum Medical Improvement in regards to that illness and she should continue to improve as time goes on. Her recovery has been continuous and documentable, and I do think continuation of her rehab program is warranted at this time.

John W. O' Brien, M.D.

cc: Kenny, O'Keefe & Usseglio, PC, Counsels At Law, Capitol Place, 21 Oak Street, Suite 208, Hartford, CT 06106

Accurate Transcriptions
11113341JO1/pridlo/MT37
DD: 10/13/2003 DT: 10/13/2003