*02 CV 1032 DISEXwit*

## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

**********************************        :

LOLITA PRIDGEON                          :

     Plaintiff                    :        DOCKET NO.
                       :        3: 02 CV1032 GLG
VS.                                      :

AMERICAN AIRLINES, ET AL.                :        MAY 21, 2003
                       :
     Defendants                   :
**********************************

### DISCLOSURE OF EXPERT WITNESS

Pursuant to Rule 26(a)(2), plaintiff, Lolita Pridgeon, by and through her undersigned attorneys,

Kenny, O'Keefe & Usseglio, P.C., hereby discloses the following expert from whom she intends to elicit

expert testimony during the course of the trial of the above-captioned case.

    **(1)**    **NAME OF EXPERT WITNESS:**

Moshe Hasbani, M.D., 136 Sherman Avenue, New Haven, CT 06511

    **(2)**    **OPINION/TESTIMONY:**

Dr. Hasbani will testify concerning the treatment of the plaintiff for the injuries she sustained as a

result of the incident referenced in the Complaint. He will testify in accordance with his reports of

treatment of the plaintiff which have been/will be produced to counsel for the defendant. Specifically, Dr.

Hasbani will testify that he diagnosed the plaintiff with Guilllain-Barre Syndrome on June 23, 2000 upon

her admission to The Hospital of St. Raphael in New Haven, Connecticut. He will testify that the plaintiff

was status post reduction of an intramedullary cavernous hemangioma at the C4 level which was not contributory to the Guillian-Barre Syndrome problem. He will testify about the multiple evaluations and studies performed upon the plaintiff to confirm his initial diagnosis including a lumbar puncture and nerve conduction studies. He will testify about the plaintiff's treatment course at The Hospital of St. Raphael which included IVIG treatment. He will testify that the plaintiff's neurological condition worsened while at the hospital and that she developed essentially a total quadriplegia and lost all of her reflexes. He will testify that in the early stages of the plaintiff's hospitalization, she was treated with doxycycline for suspected Lyme Disease, but that treatment was subsequently stopped. He will testify that the plaintiff was catheterized during her hospitalization and the catheter was removed on July 10, 2000. He will testify that the plaintiff developed a urinary tract infection with fungal infection during her hospital treatment course. He will testify that the plaintiff was discharged to the Intensive Rehabilitation Unit on July 12, 2000 on several medications which included Serax, Restoril, Ibuprofen, Neurontin, Pepcid, Heparin, Senokot, Thiamine, Multivitamin, Ferrous Sulfate, Zoloft and K-Dur. He will testify that the plaintiff developed severe anxiety and fear associated with her condition. He will testify that he continued to follow the plaintiff as a patient subsequent to her discharge from the Intensive Rehabilitation Unit and that her recovery from the Guillain-Barre Syndrome has been very prolonged and associated with very severe weakness and very slow improvement. He will testify concerning the plaintiff's present condition, her prognosis, the fact that she will be left with a permanent disability as a result of the Guillain-Barre Syndrome and the costs associated with any future treatment.

(3)    **BASIS OF OPINION:**

Dr. Hasbani's opinion is based upon his treatment of the plaintiff, as well as his knowledge, training, background and experience.  In addition, he may supplement his opinion by whatever information becomes available to him pretrial and at trial.

(4)    **EXHIBITS IN SUPPORT OF OPINION:**

Dr. Hasbani's reports of treatment of the plaintiff have previously been forwarded to counsel.

(5)    **QUALIFICATIONS/LIST OF PUBLICATIONS:**

To be supplemented.

(6)    **COMPENSATION TO BE PAID FOR STUDY/TESTIMONY:**

Dr. Hasbani requires a prepayment of $1,650.00 for the first three hours of trial testimony and charges $475.00 for every hour thereafter.  Preparation time is $300.00 per hour.

(7)    **LIST OF CASES IN WHICH WITNESS HAS TESTIFIED:**

Dr. Hasbani does not maintain a separate list of cases in which he has testified.

PLAINTIFF,
LOLITA PRIDGEON

BY:

TIMOTHY L. O'KEEFE, ESQ.
Kenny, O'Keefe & Usseglio, P.C.
21 Oak Street, Suite 208
Hartford, CT 06106
(860) 246-2700
(860) 246-6480 – FAX

## CERTIFICATION OF SERVICE

This hereby certifies that a copy of the foregoing was mailed; postage prepaid this 21st

day of May, 2003 to the following:

Alison L. McKay, Esq.
Law Offices of Paul A. Lange
80 Ferry Boulevard
Stratford, CT 06615-6079

Steven E. Arnold, Esq.
Stanger & Arnold, LLP
29 South Main Street, Suite 325
West Hartford, CT 06107

TIMOTHY L. O'KEEFE

# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

```
**********************************  :
LOLITA PRIDGEON                     :
                                    :
        Plaintiff                   :        DOCKET NO.
                                    :        3: 02 CV 1032 GLG
VS.                                 :
                                    :
AMERICAN AIRLINES, ET AL.           :        SEPTEMBER 30, 2003
                                    :
        Defendants                  :
**********************************
```

## SUPPLEMENTAL DISCLOSURE OF EXPERT WITNESS

Pursuant to Rule 26(a)(2), plaintiff, Lolita Pridgeon, by and through her undersigned

attorneys, Kenny, O'Keefe & Usseglio, P.C., disclosed Moshe Hasbani, M.D., as an expert

witness on May 21, 2003. The plaintiff's disclosure is hereby supplemented as follows:

### (1)    QUALIFICATIONS/LIST OF PUBLICATIONS:

**See attached curriculum vitae.**

                                        PLAINTIFF,
                                        LOLITA PRIDGEON

                                    BY:
                                        TIMOTHY L. O'KEEFE, ESQ.
                                        Kenny, O'Keefe & Usseglio, P.C.
                                        21 Oak Street, Suite 208
                                        Hartford, CT 06106
                                        (860) 246-2700
                                        (860) 246-6480 – FAX

## CERTIFICATION OF SERVICE

This hereby certifies that a copy of the foregoing was mailed; postage prepaid this 30th day of September, 2003 to the following:

Alison L. McKay, Esq.
Law Offices of Paul A. Lange
80 Ferry Boulevard
Stratford, CT 06615-6079

Steven E. Arnold, Esq.
Stanger & Arnold, LLP
29 South Main Street, Suite 325
West Hartford, CT 06107

Michael J. Holland, Esq.
Condon & Forsyth, LLP
685 Third Avenue
New York, NY 10017

TIMOTHY L. O'KEEFE
Commissioner of the Superior Court

# MOSHE HASBANI, M.D.

## NEUROLOGY, EMG, EEG

136 SHERMAN AVENUE • NEW HAVEN, CT 06511
(203) 562-8071 • FAX (203) 562-1317

11 HARRISON AVENUE
BRANFORD, CT 06405

## CURRICULUM VITAE

Born in Beirut, Lebanon  11/14/45

Microbiology (1 year) Tel Aviv University 1966-1967

Medical School, Haddassah School of Medicine  1967-1974
    Research fellow - Department of Neurology, Yale School of Medicine
    Thesis - Diphenyl Hydantion and Ca Entry in Lobster Nerves,
        November and December of 1972

Rotating Internship - Shaare Zedek Jerusalem  1973-1974

Graduated - Medical Doctor following internship  1974

Yale New Haven Hospital:
    Assistant Resident in Neurology - September 1, 1974 to June 30, 1976
    Chief resident in Neurology - July 1, 1976 to August 31, 1977

Private Practice in Neurology, Neurophysiology, Diagnosis and Treatment of
    Pain with Arthur Taub, M.D., Ph. D. from September 1, 1977 to June 30,
    1978.

Yale New Haven Hospital
    Associate to the Medical Staff as of October 26, 1977

Hospital of St. Raphael, New Haven, Connecticut
    Member of Courtesy Staff as of October 1977

Yale University School of Medicine, Department of Neurology:
    Clinical Instructor in Neurology as of October 1, 1977
    Assistant Clinical Professor of Neurology 1988-1991
Private Practice in Neurology as of July 1, 1978

Board Certification American Board of Psychiatry & Neurology - Diplomat
    in the speciality of Neurology 1983

Articles Published:  Original Article
    Diphenylhydantion and Calcium Movement in Lobster Nerves,
    Archives of Neurology, 1974, Vol. 31, pp. 250-255.

Trosch, R.M., Hasbani, M., Brass, L.M.:  Bottoms Up Carotid Dissection, NEJM.

Arons, M.S., Hasbani, M.:  Electrical Studies as a Prognostic Factor in the
    Surgical Treatment of Carpal Tunnel Syndrome.  J Hand Surgery, Vol. 21A,
    #3, 1996.

Arons, M.S., Hasbani, M.:  Carpal Tunnel Syndrome: The Significance of Electro-
    diagnostic Testing.  Conn. Med. Vol. 61, #6, 1997.

Arons, M.S., Hasbani, M.:  Carpal Tunnel Syndrome:  The Important Role of
    Electrodiagnostic Testing and Prevention of Unnecessary Surgery - A
    Commentary.  Contemporary Surgery, Vol. 52, #6, 1998.

## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*    :

LOLITA PRIDGEON

    Plaintiff             :            DOCKET NO.
                          :            3: 02 CV1032 GLG

VS.                       :

                          :

AMERICAN AIRLINES, ET AL.    :            MAY 21, 2003

                          :

    Defendants           :
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### DISCLOSURE OF EXPERT WITNESS

Pursuant to Rule 26(a)(2), plaintiff, Lolita Pridgeon, by and through her undersigned attorneys, Kenny, O'Keefe & Usseglio, P.C., hereby discloses the following expert from whom she intends to elicit expert testimony during the course of the trial of the above-captioned case.

(1)    **NAME OF EXPERT WITNESS:**

Jonathan Goldstein, M.D., 20 York Street, New Haven, CT 06510.

(2)    **OPINION/TESTIMONY:**

Dr. Goldstein will testify concerning the treatment of the plaintiff for the injuries she sustained as a result of the incident referenced in the Complaint. He will testify in accordance with his reports of treatment of the plaintiff which have been/will be produced to counsel for the defendant. Specifically, Dr. Goldstein will testify he performed a nerve conduction study on the plaintiff on March 14, 2001. He will testify that the plaintiff presented with a history of Guillain Barre Syndrome and slow improvement.

He will testify that the nerve conduction study demonstrated that the right median and ulnar motor potentials were absent and that the right radial, median and ulnar sensory potentials were normal.  He will testify that his needle exam findings demonstrated that spontaneous activity and decreased recruitment was seen in right EDC, ECRL and FDIO.  He will testify that there was electrodiagnostic evidence for a severe motor axonal neropathy.  He will testify that there was evidence of c/w AMAN form of Guillain Barre Syndrome which has a slower recovery rate that may be incomplete.

(3)    **BASIS OF OPINION:**

Dr. Goldstein's opinion is based upon his treatment of the plaintiff, as well as his knowledge, training, background and experience.  In addition, he may supplement his opinion by whatever information becomes available to him pretrial and at trial.

(4)    **EXHIBITS IN SUPPORT OF OPINION:**

Dr. Goldstein's reports of treatment of the plaintiff have previously been forwarded to counsel.

(5)    **QUALIFICATIONS/LIST OF PUBLICATIONS:**

To be supplemented.

(6)    **COMPENSATION TO BE PAID FOR STUDY/TESTIMONY:**

To be supplemented.

**(7)**    **LIST OF CASES IN WHICH WITNESS HAS TESTIFIED:**

Dr. Goldstein does not maintain a separate list of cases in which he has testified.

PLAINTIFF,
LOLITA PRIDGEON

BY:

TIMOTHY L. O'KEEFE, ESQ.
Kenny, O'Keefe & Usseglio, P.C.
21 Oak Street, Suite 208
Hartford, CT 06106
(860) 246-2700
(860) 246-6480 – FAX

## CERTIFICATION OF SERVICE

This hereby certifies that a copy of the foregoing was mailed; postage prepaid this 21st day of May, 2003 to the following:

Alison L. McKay, Esq.
Law Offices of Paul A. Lange
80 Ferry Boulevard
Stratford, CT 06615-6079

Steven E. Arnold, Esq.
Stanger & Arnold, LLP
29 South Main Street, Suite 325
West Hartford, CT 06107

_____
TIMOTHY L. O'KEEFE

# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*     :

LOLITA PRIDGEON                                :

      Plaintiff                        :          DOCKET NO.
                                :          3: 02 CV 1032 GLG

VS.                                           :

AMERICAN AIRLINES, ET AL.                     :          SEPTEMBER 30, 2003
                                :

      Defendants                          :

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## SUPPLEMENTAL DISCLOSURE OF EXPERT WITNESS

Pursuant to Rule 26(a)(2), plaintiff, Lolita Pridgeon, by and through her undersigned attorneys, Kenny, O'Keefe & Usseglio, P.C., disclosed Jonathan M. Goldstein, M.D., as an expert witness on May 21, 2003. The plaintiff's disclosure is hereby supplemented as follows:

    (1)     **QUALIFICATIONS/LIST OF PUBLICATIONS:**

**See attached curriculum vitae.**

    (2)     **COMPENSATION TO BE PAID FOR STUDY/TESTIMONY:**

**Dr. Goldstein charges $300 and hour for his court testimony.**

                         PLAINTIFF,
                         LOLITA PRIDGEON

                         BY:
                         TIMOTHY L. O'KEEFE, ESQ.
                         Kenny, O'Keefe & Usseglio, P.C.
                         21 Oak Street, Suite 208
                         Hartford, CT 06106
                         (860) 246-2700
                         (860) 246-6480 – FAX

## CERTIFICATION OF SERVICE

This hereby certifies that a copy of the foregoing was mailed; postage prepaid this 30th day of September, 2003 to the following:

Alison L. McKay, Esq.
Law Offices of Paul A. Lange
80 Ferry Boulevard
Stratford, CT 06615-6079

Steven E. Arnold, Esq.
Stanger & Arnold, LLP
29 South Main Street, Suite 325
West Hartford, CT 06107

Michael J. Holland, Esq.
Condon & Forsyth, LLP
685 Third Avenue
New York, NY 10017

TIMOTHY L. O'KEEFE
Commissioner of the Superior Court

# Jonathan M. Goldstein, M.D.

Department of Neurology, LCI 702
Yale University School of Medicine          9/1/03
15 York Street
New Haven, CT 06511
E-mail: Jonathan.Goldstein@yale.edu

Phone: (203) 688-2495
FAX:   (203) 688-3109
Home: (203) 288-5922
Pager: (203) 766-8853

**Education:**

| | |
|---|---|
| Doctor of Medicine<br>Brown U. Medical School, Providence, RI | 1982-1986 |
| AB Biology<br>Brown University, Providence, RI | 1978-1982 |

**Post-Graduate Training:**

| | |
|---|---|
| Fellow in Neuroimmunology<br>Yale University School of Medicine, New Haven, CT | 1991-1992 |
| Fellow in Clinical Neurophysiology<br>Yale University School of Medicine, New Haven, CT | 1990-1991 |
| Chief Resident in Neurology<br>Yale-New Haven Hospital, New Haven, CT | 1989-1990 |
| Resident in Neurology<br>Yale-New Haven Hospital, New Haven, CT | 1987-1989 |
| Intern in Medicine<br>New England Deaconess Hospital, Boston, MA | 1986-1987 |

**Clinical Appointments:**

| | |
|---|---|
| Director of Clinical Services- Department of Neurology<br>Yale New Haven Medical Center, New Haven, CT | 2002-present |
| Director, Yale Clinical Neurophysiology Lab.<br>Yale-New Haven Medical Center, New Haven, CT | 1998-present |
| Neurology Clinic Chief<br>Yale Faculty Practice | 1995-2001 |
| Director, Yale Neurology Outpatient Clinic<br>Yale-New Haven Medical Center, New Haven, CT | 1995-2000 |
| Director, Yale Neuromuscular/MDA-ALS Clinic<br>Yale-New Haven Medical Center, New Haven, CT | 1993-present |
| Director, Yale Electromyography Laboratory<br>Yale-New Haven Medical Center | 1992-present |
| Associate Director, Yale Clinical Neurophysiology Lab.<br>Yale-New Haven Medical Center, New Haven, CT | 1992-1998 |
| Consultant in Neurology, Gaylord Hospital<br>Wallingford, CT | 1992-present |
| Attending in Neurology, Yale-New Haven Medical<br>Center, New Haven, CT | 1990-present |
| Attending in Neurology, West Haven VAMC | 1992-1997 |

West Haven, CT

|  |  |
|---|---|
| Assistant Director, Yale Neuroimmunology Program<br>Yale-New Haven Medical Center, New Haven, CT | 1992-1993 |
| Instructor, Yale Neuroimmunology Program<br>Yale-New Haven Medical Center, New Haven, CT | 1990-1992 |

**University Appointments:**

|  |  |
|---|---|
| Associate Professor of Neurology<br>Yale University School of Medicine, New Haven, CT | 1999-present |
| Assistant Professor of Neurology<br>Yale University School of Medicine, New Haven, CT | 1993-1999 |
| Associate Research Scientist, Department of Neurology<br>Yale University School of Medicine, New Haven, CT | 1991-1993 |
| Instructor, Department of Neurology<br>Yale University School of Medicine, New Haven, CT | 1990-1991 |
| Postdoctoral Student in Neurology<br>Yale University School of Medicine, New Haven, CT | 1987-1990 |
| Clinical Fellow in Medicine<br>Harvard Medical School, Boston, MA | 1986-1987 |

**Memberships:** American Academy of Neurology, American Association of Electrodiagnostic Medicine, Peripheral Nerve Society, The Neuropathy Associaton

**Licensure:** Connecticut license number- 030692

**Boards:** ABPN (Neurology) Certification # 34971: November, 1991
ABEM (EMG): Certificate # 1586: April, 1992
ABPN (Clinical Neurophysiology) Certificate # 0324: April, 1994

**Lectures/Teaching:** Lecturer-Clinical Neurophysiology Lecture series: 2002-present
Lecturer--Cell Biology 502a: 1998
Lecturer--Mechanisms of Disease--Clinical Neuroscience 1995, 1999-2001
Lecturer-- Neuroscience 507/Neurology 108--Cellular and Molecular
Mechanisms of Neurological Disease: 1993-2000
Lecturer--Neurobiology 500b: 1991-96
Lecturer--Neurology clerkship core lecture series: 1991-00
Lecturer--Neurology Noon lecture series: 1992-96
Supervisor, Neurology Resident-Gaylord Rehabilitation Hospital: 1992-present
Yale pre-med mentoring program: 2002-present
Yale neurology SIGN program: 2002-present

**Student Advisor:** Thesis advisor--Yale Physicians Associate Program--1993,94
Carleen Ahern--"Multiple Sclerosis:An Overview."
Wendy Lioce--"ALS: Classification, Epidemiology, and Clinical Course."

2

| | |
|---|---|
| Symposia/Courses: | Co-director--CNS/Yale Neuroimmunology Symposium-April 6, 2001, Omni Hotel, New Haven, CT.<br>Course director- "EMG Needle Basics". AAEM 49th Annual meeting, October 10, 2002, Toronto, Ontario. |
| Invited Talks: | Neurology Grand Rounds--January 15, 2002, Yale-New Haven Hospital, New Haven, CT; what clinicians should know about botulism.<br>Speaker-Unusual diagnostic and management problems in neuromuscular disease.<br>AAN meeting; May 2001, Philadelphia, PA.<br>Podiatric Surgery Grand Rounds--Septmeber 25, 2000, Yale-New Haven Hospital, New Haven, CT; EDX in Tarsal Tunnel Syndrome.<br>Speaker-Challenging electrodiagnostic cases. AAEM meeting; September 2000, Philadelphia, PA.<br>ENT Conference--January, 2000, Yale-New Haven Hospital, New Haven, CT; Electrophysiologic evaluation of the facial nerve.<br>Invited speaker—7th Annual Neuromuscular Exposition Update on neuromuscular disease; September 27, 1999; Gaylord Hospital, Wallingford, CT.<br>Neurology Grand Rounds—June 10, 1999, St. Louis University, St. Louis, MO; IVIG in the treatment of immune-mediated neuropathies<br>Neurology Grand Rounds--July 31, 1997, Hartford Hospital, Hartford, CT; Plasmapheresis/IVIG and the treatment of neuromuscular disorders, with special reference to Guillian-Barré syndrome.<br>Neurology Grand Rounds--February 25, 1997, Yale-New Haven Hospital, New Haven, CT; IVIG for Guillain-Barré syndrome-what's the story?<br>Director--A patient and family conference on CMT. Sponsored by CMTA; October 19, 1996. Gaylord Hospital, Wallingford, CT.<br>Faculty--An update on ALS. September 12, 1996. RPR lecture series.<br>Faculty--Current trends in the management of diabetic and related neuropathies. June 1, 1995; Hospital for special care, New Britain, CT<br>Yale affiliated hospitals noon conference--March, 1995, St. Mary's Hospital, Waterbury, CT; Diagnosis and management of acute weakness.<br>Hand/upper extremity conference--March, 1995, Yale-New Haven Hospital New Haven, CT; Electrodiagnosis in entrapment neuropathies.<br>Keynote speaker--Annual Meeting ALS Association, CT chapter: The future of ALS; November 17, 1994; Prospect, CT.<br>Faculty--Topics in transfusion medicine. Is removal of plasma or its components effective therapy in polyneuropathies? What are the alternatives? September 28, 1994; University of Massachusetts Medical Center, Worcester, MA.<br>Speaker-Unusual diagnostic and management problems in neuromuscular disease.<br>AAN meeting; May 1994, Washington, D.C.<br>Endocrinology Conference--Februrary, 1994-95, Yale-New Haven Hospital, New Haven, CT; Diabetic neuropathy.<br>ENT Conference--January, 1994, Yale-New Haven Hospital, New Haven, CT; Electrodiagnosis in idiopathic facial nerve disorders.<br>Rheumatology Grand Rounds--November, 1993, Yale-New Haven Hospital, New Haven, CT; Electrodiagnosis in myositis.<br>Speaker--New England MDA Clinic Meeting: November 1993, University of Connecticut Health Center, Farmington, CT<br>Speaker-Unusual diagnostic and management problems in neuromuscular disease. AAN meeting; April 1993, New York, NY<br>Moderator--"Neuroimmunology for the Clinician": April 1993, Yale University School of Medicine, New Haven, CT |

3

Faculty--Skills workshop: EEG and Polygraphic monitoring.
AAN meeting; May 1992, San Diego, California

**Committees:**

**Yale:**
Board of Governors Contracting Committee-YMG
IVIg Usage Subcommittee Yale-New Haven Hospital

**National:**
Medical/Scientific advisory board (M/SAB) of the Myasthenia Gravis Foundation of America, Inc. (MGFA)

Medical advisory board-Guillain-Barré Syndrome Foundation International

Scientific advisor- Southern Connecticut chapter of the Guillain-Barré Syndrome Foundation International

Medical advisory board- Connecticut Nutmeg chapter of the National Myasthenia Gravis Foundation

Chairman, Medial advisory board-Executive Committee of the Southern Connecticut Chapter of the Muscular Dystrophy Association.

Member, Northeast Amyotrophic Lateral Sclerosis Alliance

**AD HOC Reviewer:**
Annals of Neurology, JAMA, Diabetes Care, Journal of the Neurological Sciences, Journal of Molecular Medicine, Neurology, Journal of Clinical Neurophysiology, Telethon, Italy.

Abstract reviewer (Clinical Neurophysiology), American Academy of Neurology meeting, Toronto, Canada, 1999.

**Editorial Board:**
World Federation of Neurology amyotrophic lateral sclerosis website (1998-2000)

**Grant Support:**
Muscular Dystrophy Association (Principal Investigator)-$15,000/yr 1995-continuous renewal

National Institutes of Neurological Disorders and Stroke: RO-1 NS 40458-01A1 "Impaired glucose tolerance causes neuropathy". 8/02-7/05 Sub-investigator (Yale-Principal investigator) Direct=$217,949

**Clinical Research:**
A Double Blinded, Placebo Controlled Multicenter Trial of Copolymer-1 in Multiple Sclerosis (Yale) **Principal Investigator** (1990-94)

A Double Blinded, Placebo Controlled Trial of Total Lymphoid Irradiation in Multiple Sclerosis (Yale)  **Co-Investigator** (1991-95)

Plasma Exchange/Sandoglobulin Guillain-Barré Syndrome Trial (PSGBS) (Yale)  **Principal Investigator** (1993-1996)

4

Leustatin™ (Cladribine) Clinical Trial in Chronic Non-Remitting Multiple Sclerosis (Yale) Co-Investigator (1994-1997)

Open-Label Trial of Rilutek® (Riluzole) 50 mg BID in Treatment of Amyotrophic Lateral Sclerosis (ALS) [Yale] Principal Investigator (1994-95)

A Treatment Protocol Using Myotrophin® (human mecasermin [recombinant DNA origin]) Injection in Patients with Amyotrophic Lateral Sclerosis - No. C0151a/AL/US (Yale) Principal Investigator (1996-1998)

A Phase III, Multicenter, Double-Blind, Placebo-Controlled, Parallel-Group Study of the Efficacy and Safety of Recombinant Human Nerve Growth Factor (rhNGF) in Subjects with Diabetic Neuropathy (Yale) Principal Investigator (1997-1999)

A phase II, Multi-Center, Open-Label Clinical Trial To Assess the Safety and Efficacy of PN401 in Diabetic Neuropathy (Yale) Principal Investigator (1997-1999)

A phase III Open-Label Extension Study of the Long-Term Safety of Recombinant Human Nerve Growth Factor (rhNGF) in the Treatment of Subjects with Diabetic Neuropathy (Yale) Principal Investigator (1998-1999)

A 24-Month, Double-Blind, Randomized, Placebo-Controlled, Fixed-Dose, Parallel-Group, Multicenter Study of Zenarestat (CI-1014) in the Treatment of Diabetic Neuropathy (Protocol 1014-01) (Yale) Principal Investigator (1998-2000)

Clinical Trial of Topiramate in Amyotrophic Lateral Sclerosis (Yale) Co-Investigator (1999-2001)

An 8-week, double-blinded, placebo-controlled trial of Pregabalin (300mg/day) for the relief of pain in patients with painful diabetic neuropathy (Protocol 1008-131) (Yale) Principal Investigator (1999-2000)

Pregabalin open-label extension safety trial in patients with neuropathic pain (protocol 1008-134) (Yale) Principal Investigator (2000-2001)

5

## Publications

### Book Chapters:

Gordon TR, Goldstein JM, Waxman SG. Sensory Abnormalities of The Limbs and Trunk. In: *Neurology in Clinical Practice* second ed. edited by Bradley WG, Daroff RB, Fenichel GM, Marsden CD. Butterworth-Heinemann: Boston, 1995, pp 391-405.

### Articles:

Leech A.R., Goldstein JM, Cha C-Ja. Alanine synthesis during starvation in skeletal muscle of the spiny dogfish, (Squalus acanthias). Bull. Mt. Desert Is. Biol. Lab. 1977;17:49-52.

Booz G.,Dornbusch J, Goldstein, J, Murdaugh A, Forrest JN, Kleinzeller A. Experiments on the cell volume regulation in slices of the rectal gland of the dogfish *(Squalus acanthias).* Bull. Mt. Desert Is. Biol. Lab. 1978;18:23-25.

Booz, G., Goldstein J, Prichard JW, Kleinzeller A. The Handling of D-mannose at the brush border of the kidney in the winter flounder *(Pseudo-pleuronectes americanus).* Bull. Mt. Desert Is. Biol. Lab. 1978;18:26-28.

Leech A.R., Goldstein L, Cha C-Ja, Goldstein JM. Alanine biosynthesis during starvation in skeletal muscle of the spiny dogfish, *(Squalus acanthias).* The J. of Exper. Zool. 1979; 207-73-80.

Goldstein, J, Forrest JN Jr.,Murdaugh A, Kleinzeller A. Cell volume regulation in the rectal gland of *(Squalus acanthias)*: effects of sodium and chloride free media and urea free hypotonic media. Bull. Mt. Desert Is. Biol. Lab. 1979; 19:60-62.

Kleinzeller A, Goldstein J, Cha C-Ja, Forrest J. Further studies on cell volume regulation in slices of dogfish *(Squalus acanthias)* rectal gland. Bull. Mt. Desert Is. Biol. Lab. 1980; 20:75-77.

Goldstein, J, Kleinzeller A. Effects of saline tonicity on the cellular distribution of $H_2O$ and electrolytes in slices of the dogfish *(Squalus acanthias)* rectal gland. Bull Mt. Desert Is. Biol. Lab. 1981; 21:3-4.

Masur SK, Goldstein J, Kleinzeller A. Fine structural changes associated with cell volume regulation in slices of dogfish *(Squalus acanthias)* rectal gland. Bull. Mt. Desert Is. Biol. Lab. 1981; 21:48-50.

Kleinzeller A, Goldstein J. The mechanism of the hypotonicity-induced K+ accumulation in slices of the rectal gland of the dogfish *(Squalus acanthias)*. Bull. Mt. Desert Is. Biol. Lab. 1982; 22:53-54.

King P A, Goldstein JM, Goldstein SR, Baratz KH, Goldstein L. Taurine transport by the flounder intestine. Bull. Mt. Desert Is. Biol. Lab. 1983; 23:31-33.

Kleinzeller A, Goldstein J. Effect of anisotonic media on cell volume and electrolyte fluxes in slices of the dogfish *(Squalus acanthias)* rectal gland. J. Comp. Physiol. B. 1984; 154:561-571

Kleinzeller A, Forrest JN Jr., Cha C-Ja, Goldstein J, Booz G. Cell solute composition and potassium effects in slices of the rectal gland of the dogfish shark *(Squalus acanthias)*. J. Comp. Physiol. B 1985; 155:145-153.

King, PA, Goldstein SR, Goldstein JM, Goldstein L. Taurine transport by the flounder *(Pseudo-pleuronectes americanus)* intestine. J. Exp. Zool. 1986; 238:11-16.

6

Goldstein JM, Manocchia A, Trotter W. CPR: Ready or Not? A Rhode Island Perspective. *R.I. Medical Journal* 1987; 70:487-494.

Goldstein JM, Shaywitz BA, Sze G, Nallainathan S. Migraine associated with focal cerebral edema, cerebrospinal fluid pleocytosis, and progressive cerebellar ataxia: MRI documentation. *Neurology* 1990; 40:1284-1287.

Goldstein JM, Azizi SA , Booss J, Vollmer TL. Human immunodeficiency virus-associated motor axonal polyradiculoneuropathy. *Arch Neurol* 1993; 50:1316-1319.

Pestronk A, Li F, Bieser K, Choksi R, Whitton A, Kornberg A, Goldstein JM, Yee W-C. Anti-MAG antibodies: Major effects of antigen purity and antibody cross-reactivity on ELISA results and clinical correlation. *Neurology* 1994; 44:1131-1137.

Goldstein JM, Lang B, Johnston I, Waxman SG, Newsom-Davis J, Vollmer TL. Subacute cerebellar degeneration and Lambert-Eaton myasthenic syndrome associated with antibodies to voltage-gated calcium channels: Differential effect of immunosuppressive therapy on central and peripheral defects. *J Neurol Neurosurg Psychiatry* 1994; 57:1138-1139.

Pestronk A, Choksi R, Bieser K, Goldstein JM, Adler CH, Caselli E, George B. Treatable gait disorder and polyneuropathy associated with high titer serum IgM binding to antigens that co-purify with myelin-associated glycoprotein. *Muscle & Nerve* 1994; 17:1293-1300.

Driscoll BP, Gracco C, Coelho C, Goldstein J, Oshima K, Tierney E, Sasaki CT. Laryngeal function in postpolio patients. *Laryngoscope* 1995; 105:35-41.

Leitenberg D, Eisen RN, Goldstein JM, Busque L, Rinder HM, Stys PK, Katz M, Gilliland DG, Smith BR. Natural killer cell lymphoproliferative disease associated with neuropathy. *Am J Med* 1995;99:99-101.

Johnson KP, Brooks BR, Cohen JA, Ford CC, Goldstein J, Lisak RP, Myers LW, Panitch HS, Rose JW, Schiffer RB, Vollmer T, Weiner LP, Wolinsky JS. Copolymer 1 reduces the relapse rate and improves disability in relapsing-remitting multiple sclerosis: results of a phase III multicenter, double-blinded, placebo-controlled trial. *Neurology* 1995; 45:1268-1276.

Mahattanakul W, Crawford TO, Griffin JW, Goldstein JM, Cornblath DR. Cyclosporine-A therapy in chronic inflammatory demyelinating polyneuropathy. *J Neurol Neurosurg Psychiatry* 1996; 60:185-187.

Goldstein JM, Parks BJ, Mayer PL, Kim JH, Sze G, Miller RG. Nerve root hypertrophy as the cause of lumbar stenosis in chronic inflammatory demyelinating polyradiculoneuropathy. *Muscle & Nerve* 1996;19:892-896.

Patwa HS, Fecko JF, Goldstein JM. Concurrent myasthenia gravis and chronic inflammatory demyelinating polyneuropathy. *Muscle & Nerve* 1996;19:1059-1060.

Tucker DM, Leckman JF, Scahill L, Wilf GE, LaCamera R, Cardona L, Cohen P, Heidmann S, Goldstein J, Judge J, Snyder E, Bult A, Peterson BS, King R, Lombroso P. A putative poststreptococcal case of OCD with chronic tic disorder, not otherwise specified. *J Am Acad Childd Adolesc Psychiatry* 1996;35:1684-1691.

Plasma Exchange/Sandoglobulin Guillain-Barré Syndrome Trial Group. Treatment of Guillain-Barré syndrome: randomised trial of plasma exchange, intravenous immunoglobulin, and plasma exchange followed by intravenous immunoglobulin. *Lancet* 1997;349:225-230.

7

Lopate G, Parks BJ, Goldstein JM, Yee W-C, Friesenhahn GM, Pestronk A. Polyneuropathies associated with high-titre anti-sulphatide antibodies: characteristics of patients with and without serum monoclonal proteins. *J Neurol Neurosurg Psychiatry* 1997;62:581-585.

Cook SD, Devereux C, Troiano R, Wolansky L, Guarnaccia J, Haffty B, Bansil S, Goldstein J, Sheffet A, Zito G, Jotkowitz A, Boos J, Dowling P, Rohowsky-Kochan C, Volmer T. Modified total lymphoid irradiation and low dose corticosteroids in progressive multiple sclerosis. *J Neurol Sci* 1997;152:172-181.

Johnson KP, Brooks BR, Cohen JA, Ford CC, Goldstein J, Lisak RP, Myers LW, Panitch HS, Rose JW, Schiffer RB, Vollmer T, Weiner LP, Wolinsky JS. Extended use of glatiramer acetate (Copaxone) is well tolerated and maintains its clinical effect on multiple sclerosis relapse rate and degree of disability. *Neurology* 1998;50:701-708.

Hadden RDM, Cornblath DR, Hughes RAC, Zielasek J, Hartung H-P, Toyka KV, Swan AV and the Plasma Exchange/Sandoglobulin Guillain-Barré Syndrome Trial Group. Electrophysiological classification of Guillain-Barré syndrome: clinical associations and outcome. *Ann Neurol* 1998;44:780-788.

Pu LLQ, Shamsuddin AS, Reid M, Patwa H, Goldstein JM, Forman DL, Thomson JG. Effects of nerve growth factor on nerve regeneration through a vein graft across a gap. *Plast Reconstr Surg* 1999;104:1379-1385.

Cladribine Clinical Study Group. Cladribine and progressive MS: Clinical and MRI outcomes of a multicenter controlled trial. *Neurology* 2000;54:1145-1155.

Paul RH, Cohen RA, Goldstein JM, Gilchrist JM. Fatigue and its impact on patients with myasthenia gravis. *Muscle Nerve* 2000;23:1402-1406.

Paul RH, Cohen RA, Goldstein JM, Gilchrist JM. Severity of mood, self-evaluative, and vegetative symptoms of depression in myasthenia gravis. *J Neuropsychiatry Clin Neurosci* 2000;12:499-501.

Paul RH, Cohen RA, Gilchrist JM, Aloia MS, Goldstein JM.. Cognitive dysfunction in individuals with myasthenia gravis. *J Neurol Sci* 2000;179:59-64.

Paul RH, Nash JM, Cohen RA, Gilchrist JM, Goldstein JM. Quality of life and well-being of patients with myasthenia gravis. *Muscle Nerve* 2001;24:512-516.

Novella SP, Inzucchi SE, Goldstein JM. The frequency of undiagnosed diabetes and impaired glucose tolerance in patients with idiopathic sensory neuropathy. *Muscle Nerve* 2001;24: 229-1231

Hisama FM, Lee HH, Vashlishan A, Tekumalla P, Russell DS, Auld E, Goldstein JM. Clinical and molecular studies in a family with probable X-linked dominant Charcot-Marie-Tooth disease involving the central nervous system.. *Arch Neurol.* 2001;58:1891-1896.

Felice KJ, Goldstein JM. Monofocal motor neuropathy:improvement with intravenous immunoglobulin. *Muscle Nerve* 2002;25:674-678.

Cudkowicz ME, MSc, Shefner JM, Schoenfeld DA, Brown Jr. RH, Johnson H, Qureshi M, Jacobs M, Rothstein JD, Appel SH, Pascuzzi RM, Heiman-Patterson TD,. Donofrio PD, David WS, Russell JA, Tandan R, Pioro EP, Felice KJ, Rosenfeld J, Mandler RN, Sachs GM, Bradley WG, Raynor EM, Baquis GD, Belsh JM, Novella S, Goldstein J, and Hulihan J for the Northeast ALS Consortium. A randomized, placebo-controlled trial of topiramate in amyotrophic lateral sclerosis. *Neurology* 2003;61:456-464.

Monsul NT, Patwa HS, Knorr AM, Lesser RL, Goldstein JM. The effect of prednisone on the progression from ocular to generalized myasthenia gravis *J Neurol Sci*-In press.

8

Abstracts:

Vollmer T, Dalton J, Klotz K, Goldstein J. Astrocyte-Lymphocyte binding: The role of immune cytokines and ICAM-1. *Neurology* 1992;42(Suppl 3):158.

Goldstein JM, Klotz K, Booss J, Vollmer TL. A mouse model of CNS inflammation: The role of adhesion molecules. *Neurology* 1992;42(Suppl 3):325.

Klotz K, Goldstein JM, Booss J, Lee J, Vollmer TL. Trafficking of immune cells into CNS: sequence of phenotypes. *Neurology* 1992;42(Suppl 3):325.

Goldstein JM, Vollmer TL. A patient with lymphoma, ataxia, diplopia, weakness and antibodies against voltage operated calcium channels. NYAS conference on Myasthenia Gravis. April 1992.

Leitenberg D, Rinder H, Goldstein JM, Stys P, Smith BR. Natural killer cell lymphocytosis in two patients with chronic inflammatory demyelinating polyneuropathy. *Blood* 1992; (Suppl 1):53.

Pestronk A, Choksi R, Goldstein JM, Adler CH, Caselli RJ, George EB. GALOP syndrome: A treatable autoimmune gait disorder with late-age onset. *Ann Neurol* 1993;34:269.

Driscoll B, Gracco C, Oshima K, Goldstein JM, Sasaki CT. Laryngeal function in post-polio patients. The Trilogical Society meeting. February 1994. Ottawa, Canada.

Pestronk A, Bieser K, Choksi, R, Whitton A, Kornberg A, Yee W-C, Goldstein JM. Anti-MAG antibodies: Major effects of antigen purity and antibody cross-reactivity on ELISA results and clinical correlation. *Neurology* 1994;44(Suppl 2):379.

Goldstein JM, Fecko JM. Concurrent myasthenia gravis and chronic inflammatory demyelinating polyneuropathy. *Muscle & Nerve* 1994;17:1085.

Goldstein JM, Fecko JM, Parks BJ. Clinical, electrodiagnostic and immunologic abnormalities in patients with idiopathic peripheral neuropathy. *Muscle & Nerve.* 1994;17:1119.

Parks BJ, Pestronk A, Goldstein JM. Electrodiagnostic features of neuropathy associated with antibodies to sulfatide. *Muscle & Nerve* 1994; 17:1119.

Cook SD, Bansil S, Booss J, Devereux C, Haffty B, Goldstein J, Guarnaccia J, Rohowsky-Kochan C, Sheffet A, Troiano R, Vollmer T, Wolansky L, Zito G. Total lymphoid irradiation (TLI) and low-dose prednisone (LDP) in progressive multiple sclerosis (PMS). *Neurology* 1995; 45(suppl 4):417.

Goldstein JM. Clinical and therapeutic issues in antibody-mediated demyelinating neuropathies. *Muscle & Nerve* 1995;18:1067.

Patwa HS, Goldstein JM. Electrodiagnostic studies in the diagnosis of Amyotrophic Lateral Sclerosis. *Muscle & Nerve* 1996;19:1192.

Patwa HS, Novella SP, Goldstein JM. The effects of immunosuppression on generalization in ocular myasthenia gravis. *J Neurol* 1998;245:417.

Novella SP, Inzucchi S, Goldstein JM. The frequency of occult diabetes in patients with idiopathic sensory neuropathy. *Neurology* 1999;52(suppl.2):279.

9

Monsul N, Knorr A, Goldstein JM, Lesser RL. The effect of corticosteroids on the progression of ocular myasthenia to generalized myasthenia. The Association for Research in Vision and Ophthalomolgy Meeting. Ft. Lauderdale, Florida. May, 1999.

Hisama FM, Vashlishan A, Russell DS, Auld E, Goldstein JM. Familial Charcot Marie-Tooth with spasticity and additional features. Am J Hum Genet vol 65 Supplement no 4 page A152, abstract no 825, 1999. Presented at the 49th annual meeting Am Soc of Hum Genetics, October 19-23, 1999.

Monsul N, Knorr A, Goldstein JM, Lesser, RL. The effect of corticosteroids on the progression of ocular myasthenia to generalized myasthenia. Presented at the 26th annual NANOS meeting, Mt. Tremblant, Quebec, March 26-30, 2000.

Monsul N, Knorr A, Lesser R, Goldstein J. Does prednisone decrease the progression of ocular to generalized myasthenia gravis? Presented at "Scientific Session 2000", medical/scientific advisory board, MGFA, Boston, MA, October 14, 2000.

Bourjeily G, M. Siegel M, Goldstein J, Novella S, Chupp G. The effects of smoking on pulmonary function testing in patients with amyotrophic lateral sclerosis (ALS). Presented at the American College of Chest Physicians, San Francisco, CA, October, 2000.

Merit Cudkowicz , Jeremy Shefner , David Schoenfeld , Hannah Lilja , Jeffrey Rohstein , Stanley Appel , Robert Pascuzzi, Terry Heiman-Patterson, Peter Donofrio, William David, Rup Tandan, James Russell, Eric Pioro, Kevin Felice, Jeffrey Rosenfeld, Raul Mandler, George Sachs, Walter Bradley, Elizabeth Raynor, George Baquis, Jerry Belsh, Jonathan Goldstein, Joseph Hulihan, Lesley Kraut, Marc Kamin, and the Northeast ALS Consortium. Clinical trial of topiramate in subjects with amyotrophic lateral sclerosis.

Novella SP, Inzucchi SE, Goldstein JM. The frequency of undiagnosed diabetes and impaired glucose tolerance in patients with idiopathic sensory neuropathy. J Neurol Sci 2001;187(suppl.1):S367.

Hope OA, Goldstein JM, Patwa H, Novella SP. Clinical characteristics of sensory neuropathy associated with impaired glucose tolerance. Neurology 2003;60(suppl. 1):A181-182.

Peltier A, Feldman E, Smith G, Goldstein J, Singleton R, Russell J. Autonomic testing improves the diagnostic sensitivity in impaired glucose tolerance related neuropathy. Muscle Nerve 2003;28(suppl. 12):S97.

Smith A, Howard J, Goldstein J, Russell J, Feldman E, Peltier A, Singleton J. Clinical features of impaired glucose tolerance neuropathy. Muscle Nerve 2003;28(suppl. 12):S183.

10