**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

```
------------------------------------X
LOLITA PRIDGEON,                    :
                                    :
        Plaintiff,                  :        ORDER
                                    :
     -against-                      :
                                    :        3: 02 CV 1032  (GLG)
AMERICAN AIRLINES, et al.,          :
                                    :
        Defendants.                 :
------------------------------------X
```

Plaintiff's motion for extension of time [Doc. #40] to file her objection to Defendant's motion for summary judgment is **granted.** The objection to the summary judgment motion is due June 28, 2004.

**SO ORDERED.**

**Dated:   May 4, 2004**
**        Waterbury, CT**                    _____/s/_____
                                              Gerard L. Goettel
                                                 U.S.D.J.