FILED

2004 JUN 15 P 4: 56

U.S. DISTRICT COURT
BRIDGEPORT, CONN

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| LOLITA PRIDGEON, | Docket No. |
| Plaintiff, | 3:02 CV 1032 WWE |
| VS. | STIPULATION AND ORDER |
| AMERICAN AIRLINES, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for the respective parties to this action, that the time of plaintiff, to oppose American Airlines' Motion for Summary Judgment is hereby extended up to and including August 27, 2004, and that the time for American Airlines to file a reply in support of its Motion for Summary Judgment is extended to and includes September 10, 2004.

Dated: New York, New York
      June   , 2004

| KENNY, O'KEEFE & USSEGLIO, P.C. | LAW OFFICES OF PAUL A. LANGE |
|---|---|
| By _____<br>Timothy L. O'Keefe<br>tokeefe@kou-law.com<br>Attorneys for Plaintiff<br>21 Oak Street<br>Hartford, CT 06106<br>(860) 246-2700<br>(860) 246-6480 (fax) | By _____<br>Alison L. McKay<br>Bar No. CT 22260<br>alm@lopal.com<br>80 Ferry Boulevard<br>Stratford, Connecticut 06615-6079<br>(203) 375-7724<br>(203) 375-9397 (fax) |

and

CONDON & FORSYTH LLP

By _____
Michael J. Holland
Bar No. CT 22894
mholland@condonlaw.com
685 Third Avenue
New York, New York 10017
(212) 894-6740
(212) 370-4482 (fax)
Attorneys for Defendant
AMERICAN AIRLINES, INC.

SO ORDERED:

_____
Warren W. Eginton
United States District Judge

2