#50

FILED

2004 JUN 15 P 4: 56

U.S. DISTRICT COURT
BRIDGEPORT, CONN

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

LOLITA PRIDGEON,

        Plaintiff,

VS.

AMERICAN AIRLINES,

        Defendant.

Docket No.

3:02 CV 1032 WWE

STIPULATION AND ORDER

APPROVED and SO ORDERED
Warren W. Eginton, Sr. USDJ
Bridgeport, CT 6/18/04

FILED 2004 JUN 18 A 10:50
U.S. DISTRICT COURT
BRIDGEPORT, CONN

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for the respective parties to this action, that the time of plaintiff, to oppose American Airlines' Motion for Summary Judgment is hereby extended up to and including August 27, 2004, and that the time for American Airlines to file a reply in support of its Motion for Summary Judgment is extended to and includes September 10, 2004.

Dated: New York, New York
      June   , 2004