FILED

2004 SEP -8  P 12: 24

U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*   :
LOLITA PRIDGEON                             :
                                            :
    Plaintiff                             :     DOCKET NO.
                                            :     3: 02 CV1032 WWE
VS.                                         :
                                            :
AMERICAN AIRLINES, ET AL.                   :     STIPULATION AND ORDER
                                            :
    Defendants                            :
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for the respective parties to this action, that the time of the plaintiff, Lolita Pridgeon, to oppose American Airlines' Motion for Summary Judgment is hereby extended up to and including September 24, 2004 and that the time for American Airlines to file and reply in support of its Motion for Summary Judgment is extended to October 8, 2004.

| | |
|---|---|
| **KENNY, O'KEEFE & USSEGLIO, P.C.** | **LAW OFFICES OF PAUL A. LANGE** |
| BY: _/s/ Timothy L. O'Keefe_ <br> Timothy L. O'Keefe, Esq. <br> tokeefe@kou-law.com <br> Attorneys for Plaintiff <br> 21 Oak Street, Suite 208 <br> Hartford, CT 06106 <br> (860) 246-2700 <br> (860) 246-6480 <br> Bar No. ct15005 | BY: _/s/ Alison L. McKay_ <br> Alison L. McKay <br> alm@lopal.com <br> 80 Ferry Boulevard <br> Stratford, CT 06615-6079 <br> 0(203) 375-7724 <br> (203) 375-9397 (fax) <br> Bar No. ct 22260 |
| | **CONDON & FORSYTH, LLP** |
| | BY: _/s/ Michael J. Holland_ <br> Michael J. Holland <br> mholland @condonlaw.com <br> Attorneys for Defendant <br> American Airlines <br> 685 Third Avenue <br> New York, NY 10017 <br> (212) 894-6740 <br> (212) 370-4482 (fax) <br> Bar No. CT 22894 |

SO ORDERED:

_____
Warren W. Eginton
United States District Judge