**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

```
*********************************   :
LOLITA PRIDGEON                     :

        Plaintiff                   :         DOCKET NO.
                                    :         3: 02 CV1032 WWE
VS.                                 :
                                    :
AMERICAN AIRLINES, ET AL.           :         STIPULATION AND ORDER
                                    :
        Defendants                  :
*********************************
```

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for the respective parties to this action, that the time of the plaintiff, Lolita Pridgeon, to oppose American Airlines' Motion for Summary Judgment is hereby extended up to and including October 22, 2004 and that the time for American Airlines to file and reply in support of its Motion for Summary Judgment is extended to November 5, 2004.

**KENNY, O'KEEFE & USSEGLIO, P.C.**

BY:

Timothy L. O'Keefe, Esq.
tokeefe@kou-law.com
Attorneys for Plaintiff
21 Oak Street, Suite 208
Hartford, CT 06106
(860) 246-2700
(860) 246-6480
Bar No. ct15005

**LAW OFFICES OF PAUL A. LANGE**

BY:

Alison L. McKay
alm@lopal.com
80 Ferry Boulevard
Stratford, CT 06615-6079
(203) 375-7724
(203) 375-9397 (fax)
Bar No. ct 22260

**CONDON & FORSYTH, LLP**

BY:

Michael J. Holland
mholland @condonlaw.com
Attorneys for Defendant
American Airlines
685 Third Avenue
New York, NY 10017
(212) 894-6740
(212) 370-4482 (fax)
Bar No. CT 22894

SO ORDERED:

Warren W. Eginton
United States District Judge