UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| LOLITA PRIDGEON,<br>    Plaintiff, | Docket No.<br>3:02 CV 1032 WWE |
| VS. | AFFIDAVIT |
| AMERICAN AIRLINES, INC.<br>    Defendant. | |

STATE OF CONNECTICUT  )
                      ) ss.   Hartford, Connecticut
COUNTY OF HARTFORD    )

Timothy L. O'Keefe, being first duly sworn, deposes and says:

1.      I am a partner in the firm of Kenny, O'Keefe & Usseglio, P.C., attorneys for the plaintiff, Lolita Pridgeon, in the above matter.  I have represented Ms. Pridgeon since the inception of this action and am fully familiar with the facts and circumstances of this case.

2.      Pursuant to Rule 56 of the Federal Rules of Civil Procedure, I submit this Affidavit in further support of the plaintiff's Opposition to the Defendant's Motion for Summary Judgment on the grounds that the defendant's service of an in-flight meal to Ms. Pridgeon that was tainted with *campylobacter jejuni* was an "accident" for purposes of Warsaw Convention liability and the defendant has not provided sufficient evidence to meet its burden of proving that it took "all necessary measures" to prevent the harm that it caused Ms. Pridgeon to suffer.

3.   I respectfully submit this affidavit to highlight to the court the other affidavits, sworn deposition testimony and related information pertinent to the pending motion. The affidavits were executed by: (1) Lolita Pridgeon, the plaintiff; (2) Dr. Siegrfried Kra, the plaintiff's significant other and travel companion; and (3) Dr. Marjorie Golden, one of Ms. Pridgeon's treating physicians and consulting infectious diseases expert. Ms. Pridgeon and Dr. Kra confirm that the defendant served Ms. Pridgeon cold, pink and undercooked chicken on Flight 121. Dr. Golden confirms that Ms. Pridgeon's Guillain-Barre Syndrome was caused by *campylobacter jejuni* infected chicken which was served by the defendant on June 13, 2000.

4.   The pleadings attached to this affidavit include the Amended Complaint ("Exhibit A") and the Answer to Amended Complaint ("Exhibit B").

5.   The deposition transcripts attached to this affidavit include the deposition of Dr. Jerome Block ("Exhibit H"), the deposition of Dr. Kevin Cahill ("Exhibit I"), the deposition of Dale Norgard ("Exhibit J") and the deposition of Andrea Pratt ("Exhibit K").

6.   To further assist the court in understanding the nature of the medical issues involved in this lawsuit, I have attached several medical articles and website information ("Exhibit L") and several excerpts from Ms. Pridgeon's medical records ("Exhibit M").

7.   In response to the defendant's assertion that it has been somehow prejudiced by various issues related to the several scheduling orders agreed to in this case, I have also attached

hereto the plaintiff's Reply to Defendant's Opposition to Motion for Extension of Time and attached Affidavit of Timothy O'Keefe which detail facts pertinent to the disclosures of expert witnesses in this case ("Exhibit C").

8. The assertion that the plaintiff has not provided the defendant with expert disclosures and reports simply lacks merit. I have attached hereto all of the plaintiff's expert witness disclosures and related reports. ("Exhibits D through G")

9. It should be further noted that, to this day, the defendant has not formally designated any trial experts in this matter pursuant to the Federal Rules of Civil Procedure, despite the passage of the March 31, 2204 deadline.

10. As is further set out in Exhibit C, the plaintiff had initially retained an infectious diseases expert who was prepared to testify that Ms. Pridgeon's Guillain-Barre Syndrome was caused by the campylobacter infected chicken served by the defendant on June 13, 2000. This fact was actually disclosed to Judge Goettel during a Status Conference on September 17, 2002. Thereafter, this affiant advised counsel for the defendant that, due to a personal issue, the infectious disease specialist was no longer able to participate in this case.

11. The plaintiff has retained Dr. Marjorie Golden to testify in this case. Dr. Golden, the only board certified infectious diseases specialist involved here, will testify that, within a

3

reasonable degree of medical certainty, the defendant caused Ms. Pridgeon's Guillian-Barre Syndrome by serving her campylobacter infected chicken on June 13, 2000. ("Exhibit D").

    12.    I declare under penalty of perjury that the statements set forth above are true to the best of my knowledge and belief.

                                                        _____
                                                        Timothy L. O'Keefe

Subscribed and sworn before me this 21st day of October, 2004

                                                        _____
                                                         Notary Public
                                                        My Commission Expires:_____