# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| LOLITA PRIDGEON | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Docket No. |
| | ) | |
| vs. | ) | 3:02 CV 1032 WWE |
| | ) | |
| AMERICAN AIRLINES, INC. | ) | NOTICE OF MANUAL FILING |
| | ) | |
| Defendant | ) | |

Please take notice that the plaintiff Lolita Pridgeon has manually filed the following document or thing

1. Exhibits A through M attached to Affidavit of Timothy L. O'Keefe; and

2. Exhibits A through C attached to Affidavit of Dr. Marjorie Golden.

These documents have not been filed electronically because the exhibits are voluminous and cannot be converted to an electronic format. The documents have been manually served on all parties.

Dated: Hartford, Connecticut
October 22, 2004

                                                Kenny, O'Keefe & Usseglio, P.C.

                                                By_____
                                                Timothy L. O'Keefe
                                                Bar No. CT 15005
                                                tokeefe@kou-law.com
                                                Capitol Place
                                                21 Oak Street, Suite 208
                                                Hartford, CT 06106

To:    Michael J. Holland, Esq.
Condon & Forsyth, LLP
685 Third Avenue
New York, NY 10017
(212) 894-6740

Alison L. McKay, Esq.
Law Offices of Paul Lange
80 Ferry Boulevard
Stratford, CT 06615-6079
(203) 375-7724