UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*   :
LOLITA PRIDGEON
                                                        :
    Plaintiff                          :    DOCKET NO.
                                                        :    3: 02 CV1032 WWE
VS.                                                :
                                                        :
AMERICAN AIRLINES, ET AL.    :    OCTOBER 21, 2004
    :
    Defendants                      :
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## **AFFIDAVIT**

STATE OF CONNECTICUT)
               ) ss: at New Haven
COUNTY OF NEW HAVEN)


    I, Lolita Pridgeon, being duly sworn, depose and state the following:

    1.    I am over the age of 18 years and understand the obligations of an oath.

    2.    On June 13, 2000, I was a fare-paying passenger on an American Airlines flight between Nice and Paris, France.

    3.    I did not eat anything on the Nice to Paris flight, which connected in Paris with American Airlines Flight # 121.

4.     On said date, I was a passenger on American Airlines Flight #121 enroute from the country of France to John F. Kennedy International Airport in Queens, New York.

5.     On said date, approximately two hours into the flight, I was served an in-flight meal of Chicken Rosemary.

6.     I ate two or three bites of the chicken entrée, but did not finish it because it was cold, pink and seemed as if it were not cooked properly.

7.     I told Dr. Siegfried Kra, with whom I was traveling, about the condition of the chicken entree and he advised me not to eat it.  I discarded the chicken when a flight attendant collected disposable items.

8.     On December 18, 2003, I gave a sworn deposition in this matter.  The testimony that I gave was truthful and accurate in every regard.  A copy of the sworn deposition is annexed hereto as Exhibit A.

9.      I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

                                                                        _____  
                                                                        Lolita Pridgeon

Subscribed and sworn to before me, the undersigned, this 21st day of October, 2004.

                                                                        _____  
                                                                        Notary Public  
                                                                        My Commission Expires:_____