# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ********************************** | : | |
| LOLITA PRIDGEON | : | |
| | : | |
|     Plaintiff | : | DOCKET NO. |
| | : | 3: 02 CV1032 WWE |
| VS. | : | |
| | : | |
| AMERICAN AIRLINES, ET AL. | : | OCTOBER 21, 2004 |
| | : | |
|     Defendants | : | |
| ********************************** | | |

## <u>AFFIDAVIT</u>

STATE OF CONNECTICUT)
                    ) ss: at New Haven
COUNTY OF NEW HAVEN)

       I, Siegfried Kra, M.D., being duly sworn, depose and state the following:

       1.     I am over the age of 18 years and understand the obligations of an oath.

       2.     On June 13, 2000, Lolita "Lita" Pridgeon and I traveled by American Airlines from Nice, France to Paris, where we connected with American Airlines Flight #121.

       3.     During the flight between Nice and Paris, Lita did not consume any food.

       4.     On said date, we were fare-paying passengers on American Airlines Flight #121 enroute from Paris, France to John F. Kennedy International Airport in Queens, New York.

5.    On said date, while we were passengers on American Airlines Flight #121 enroute from France to John F. Kennedy International Airport in Queens, New York, we were served individual dinner entrees.

6.    Lita was served an in-flight meal of Chicken Rosemary.

7.    After cutting into her entree and eating a small portion, Lita drew my attention to the meal and pointed out that it was cold and pink in the middle.

8.    I advised Lita to not finish the meal and she simply discarded it.

9.    I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

_____
Siegfried Kra, M.D.

Subscribed and sworn to before me, the undersigned, this _____ day of October, 2004.

_____
Notary Public
My Commission Expires:_____