### UNITED STATES DISTRICT COURT
### DISTRICT OF CONNECTICUT

```
*********************************  :
LOLITA PRIDGEON                    :
                                   :
      Plaintiff                    :     DOCKET NO.
                                   :     3: 02 CV1032 WWE
VS.                                :
                                   :
AMERICAN AIRLINES, ET AL.          :     OCTOBER 21, 2004
                                   :
      Defendants                   :
*********************************
```

### AFFIDAVIT

STATE OF CONNECTICUT)
                          ) ss: at New Haven
COUNTY OF NEW HAVEN)

Marjorie Golden, M.D., being duly sworn, deposes and states the following:

1.     I am over the age of 18 years and understand the obligations of an oath.

2.     I am a medical doctor licensed to practice in the State of Connecticut and am board certified in the field of infectious diseases. I maintain my medical practice at The Hospital of St. Raphael in New Haven, Connecticut.

3.     My professional qualifications as an infectious diseases specialist are set forth in my curriculum vitae annexed hereto as Exhibit A.

      4.      I was involved in the care and treatment of Lolita Pridgeon at The Hospital of St. Raphael from July 1-5, 2000.

      5.      I was retained in this matter on behalf of Ms. Pridgeon to testify about the care and treatments rendered to Ms. Pridgeon as well as to review and evaluate the medical issues that are the subject of the pending lawsuit. My work on this case has consisted of reviewing all of the medical records that were forwarded to me, reviewing the deposition transcript of Ms. Pridgeon, reviewing the medical reports of Drs. Jerome Block and Kevin Cahill, reviewing the deposition transcript of Dr. Block as well as performing medical research on the medical issues that are the subject of this lawsuit.

      6.      In addition, I drafted a medical report dated May 19, 2004 which sets forth the medical opinions I have in this case. This report is annexed hereto as Exhibit B.

      7.      In addition, I gave a sworn deposition in this matter on August 26, 2004 in New Haven, Connecicut where I set forth the medical opinions I have in this case. A copy of the sworn deposition is annexed to the defendant's moving papers.

8.      I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

                                                              _____
                                                               Marjorie Golden, M.D.

Subscribed and sworn to before me, the undersigned, this 21st day of October, 2004.

                                                              _____
                                                              Notary Public
                                                             My Commission Expires:_____