**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*    **:**

LOLITA PRIDGEON

                               **:**

    Plaintiff                    **:**        DOCKET NO.

                               **:**        3: 02 CV1032 WWE

VS.                         **:**

                               **:**

AMERICAN AIRLINES, ET AL.     **:**        OCTOBER 22, 2004

                               **:**

    Defendants                **:**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**NOTICE OF OPPOSITION TO**
**MOTION FOR SUMMARY JUDGMENT**

PLEASE TAKE NOTICE that the plaintiff, Lolita Pridgeon, by and through her

attorneys, Kenny, O'Keefe & Usseglio, P.C., hereby opposes the defendant's Motion for

Summary Judgment dated April 5, 2004 as her injuries and damages were caused by an

"accident" within the meaning of the Warsaw Convention.  Furthermore, the defendant is

not entitled as a matter of law to an Order from this Court that Lolita Pridgeon's lawful

damages are capped by Article 20 of the Warsaw Convention and/or the IATA

Intercarrier Agreement.

PLEASE TAKE FURTHER NOTICE that the Opposition to the Motion for

Summary Judgment will be based upon the following papers:

1.      Local Rule 56(a)2 Statement including a separate section entitled Disputed

          Issues of Material Fact;

2.      Affidavit of Timothy L. O'Keefe, sworn to October 21, 2004 and exhibits

          annexed thereto, to-wit:

          a.  Amended Complaint dated August 30, 2002;

b.  Answer to Amended Complaint dated September 16, 2002;

c.  Reply to Defendant's Opposition to Motion for Extension of Time
    dated April 29, 2004 with attached Affidavit of Timothy L. O'Keefe
    and correspondence to Michael J. Holland, Esq. dated May 19, 2004;

d.  Disclosure of Expert Witness for Dr. Marjorie Golden dated May 25,
    2004 with attached report dated May 19, 2004;

e.  Disclosure of Expert Witness for Dr. Jonathan Goldstein dated May
    21, 2003 with attached report dated March 14, 2001 and Supplemental
    Disclosure of Expert Witness for Dr. Goldstein dated September 30,
    2003;

f.  Disclosure of Expert Witness for Dr. Moshe Hasbani dated May 21,
    2003 and Supplemental Disclosure of Expert Witness for Dr. Hasbani
    dated September 30, 2003;

g.  Disclosure of Expert Witness for Dr. John O'Brien dated June 18,
    2003, Supplemental Disclosure of Expert Witness for Dr. O'Brien
    dated July 1, 2003 and Supplemental Disclosure of Expert Witness for
    Dr. O'Brien dated November 13, 2003 with attached report dated
    October 13, 2003;

h.  Deposition of Dr. Jerome Block dated May 27, 2004;

i.  Deposition of Dr. Kevin Cahill dated September 27, 2004;

j.  Deposition of Dale Norgard dated August 13, 2004;

k.  Deposition of Andrea Pratt dated August 13, 2004;

       l.   Articles/Journals/Website Information on Guillain-Barre Syndrome

      and *Campylobacter jejuni;*

     m.  Relevant medical records of Lolita Pridgeon.

3.      Affidavit of Dr. Marjorie Golden dated October 21, 2004 with attached

report dated May 19, 2004 and deposition dated August 26, 2004;

4.      Affidavit of Lolita Pridgeon dated October 21, 2004;

5.      Affidavit of Dr. Siegfried Kra dated October 21, 2004.

A Memorandum of Law is also submitted in support of this Opposition.  Oral

Argument is hereby requested on this Opposition.

PLEASE TAKE FURTHER NOTICE that the defendant's Reply to this

Opposition, if any, is due by November 5, 2004, pursuant to the Stipulation filed by the

parties.

Dated: October 22, 2004.

                                     Kenny, O'Keefe & Usseglio, P.C.

                                       By_____

                                           Timothy L. O'Keefe

                                     Bar No. CT 15005

                                     tokeefe@kou-law.com

                                     Capitol Place

                                     21 Oak Street, Suite 208

                                     Hartford, CT 06106

To:   Michael J. Holland, Esq.
       Condon & Forsyth, LLP
       685 Third Avenue
       New York, NY 10017
       (212) 894-6740

       Alison L. McKay, Esq.
       Law Offices of Paul Lange
       80 Ferry Boulevard
       Stratford, CT 06615-6079

(203) 375-7724