Lolita Pridgeon
    Plaintiff

v.

American Airlines, ET AL
    Defendants

Docket No.
3:02 CV 1032 WWE

FILED
2004 OCT 22 PM 1:05
U.S. DISTRICT COURT
BRIDGEPORT, CONN.

October 22, 2004

I hereby certify that I have sent, via First Class Mail the following documents to all counsel of record on October 22, 2004.

1. Notice of Opposition to Motion for Summary Judgment
2. Notice of Manual Filing
3. Memorandum of Law in Opposition to Defendant's Motion for Summary Judgment
4. Local Rule 56(a)1 Statement
5. Affidavit of Lolita Pridgeon
6. Affidavit of Siegfried Kra, M.D.
7. Affidavit of Marjorie Golden, M.D.
8. Affidavit of Timothy L. O'Keefe

Michael J. Holland
Condon + Forsythe
685 Third Avenue
NY, NY 10017

Alison McKay
80 Ferry Boulevard
Stratford, CT 06615

By: Kenny, O'Keefe + Usseglio, P.C.

/s/ Garrett O'Keefe