UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

LOLITA PRIDGEON,

    Plaintiff,

Docket No.

3:02 CV 1032 WWE

VS.

AMERICAN AIRLINES,

    Defendant.

MOTION FOR LEAVE TO FILE REPLY BRIEF
IN EXCESS OF TEN PAGES

    Defendant American Airlines, Inc., by its attorneys, the Law Offices of Paul A. Lange and Condon & Forsyth, LLP, respectfully moves this Court for an Order permitting defendant American Airlines, Inc. to file a reply brief of more than ten pages in connection with American Airlines, Inc.'s motion for summary judgment.

    Defendant respectfully requests this relief to enable American Airlines to adequately reply to the extensive arguments made by plaintiff in her 40 page opposition to defendant's motion for summary judgment. This case, which involves interpretation of a treaty of the

United States known as the Warsaw Convention requires a more lengthy response than could be made within the ten page limit requirement of Local Rule 7(d).

Plaintiff's counsel has been advised of this motion and has advised that he has no objection thereto.

WHEREFORE, the undersigned respectfully asks that the Court enter an Order permitting American Airlines, Inc. to file its reply brief in excess of ten pages. A proposed Order granting the requested relief is annexed hereto.

Dated: New York, New York
       November 4, 2004

                                              Law Offices of Paul A. Lange

                                              By_____
                                                  Alison L. McKay
                                            Bar No. CT 22260
                                            alm@lopal.com
                                            80 Ferry Boulevard
                                            Stratford, Connecticut  06615-6079
                                            (203) 375-7724
                                            (203) 375-9397 (fax)

                                                  - and -

                                            CONDON & FORSYTH LLP

                                              By_____
                                                 Michael J. Holland
                                            Bar No. CT 22894
                                            mholland@condonlaw.com
                                            685 Third Avenue
                                            New York, New York  10017
                                            (212) 894-6740
                                            (212) 370-4482 (fax)
                                            Attorneys for Defendant
                                            AMERICAN AIRLINES, INC.

To: Timothy L. O'Keefe, Esq.
    Attorneys for Plaintiff
    Kenny, O'Keefe & Usseglio, P.C.
    21 Oak Street
    Hartford, CT 06106
    (860) 246-2700

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                       ) ss.:
COUNTY OF NEW YORK     )

Mary Ann Rooney, being duly sworn, deposes and says that deponent is not a party to the action, is over 18 years of age and resides in Queens, New York. That on November 4, 2004, deponent served by Federal Express, Priority Overnight Delivery the within Motion for Leave to File Reply Brief in Excess of Ten Pages and Order upon:

> Timothy L. O'Keefe, Esq.
> Kenny, O'Keefe & Usseglio, P.C.
> 21 Oak Street
> Hartford, Connecticut 06106

which is the address designated by said attorneys for service of documents.

Mary Ann Rooney

Sworn to before me this
4th day of November, 2004

_____
Notary Public

MICHAEL J. HOLLAND
Notary Public, State of New York
No. 41-4501283
Qualified in Nassau County
Commission Expires August 31, 2005