```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF CONNECTICUT

LOLITA PRIDGEON,               :
        Plaintiff,             :
                               :      No. 02CV1032 (WWE)
v.                             :
                               :
AMERICAN AIRLINES, INC.        :
```

### RULING ON MOTION FOR SUMMARY JUDGMENT

In this action, plaintiff Lolita Pridgeon alleges that she contracted Guillain-Barre Syndrome from eating a meal of Rosemary chicken that was contaminated with the bacteria, *campylobacter jejuni* ("*c. jejuni*") while she was on board defendant American Airlines' aircraft.

Defendant has moved for summary judgment, arguing (1) that plaintiff cannot prove the occurrence of an accident as that term is defined by cases interpreting Article 17 of the Warsaw Convention, and (2) even if the alleged accident did occur, that the airline's liability should be limited since it took "all necessary measures" to prevent the alleged incident.

It is undisputed that Article 17 of the Warsaw Convention governs this case. It provides, in relevant part that "[t]he carrier shall be liable for damage sustained in the event of...bodily injury suffered by a passenger, if the accident which caused the damage so sustained took place on board the aircraft..." The term "accident" refers to an "unexpected or unusual event or happening that is external to the passenger." Air France v. Saks, 470 U.S. 392, 405 (1985). As Saks elaborates, the definition of "accident" should be flexibly applied according to the

circumstances of the injury.

Here, Ms. Pridgeon alleges that she was served a chicken meal tainted with *c. jejuni*. From the record presented, the Court cannot discern whether plaintiff was actually served a meal tainted with the *c. jejuni*. However, construing the inferences of fact in plaintiff's favor, the Court will leave plaintiff to her proof. Further, disputed issues of fact preclude summary judgment relative to causation, and whether defendant took all necessary measures to prevent such an occurrence. Accordingly, the Court will deny summary judgment.

## CONCLUSION

For the foregoing reasons, the motion for summary judgment [doc. #34] is DENIED.

SO ORDERED.

_____/s/_____
Warren W. Eginton, Senior U.S. District Judge

Dated at Bridgeport, Connecticut this 27th day of December, 2004.