UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

```
LOLITA PRIDGEON,               :
        Plaintiff,             :
                               :     No. 02CV1032 (WWE)
v.                             :
                               :
AMERICAN AIRLINES, INC.        :
```

**PRETRIAL ORDER**

This case is scheduled to begin trial the week of May 2, 2005.  Jury selection will occur on May 2, 2005.  By April 15, 2005, each party shall exchange and file with the Court in **duplicate**, Trial Memoranda which shall contain the following information:

1) Brief summary of case

2) Proposed Voir Dire

3) List of Witnesses

4) List of Exhibits

5) Deposition designations and cross-designations.

6) Proposed **Jury instructions** and **Interrogatories** for

   Special Verdict forms **(with WordPerfect 10 disc)**.

Dated this February 10, 2005 at Bridgeport, Connecticut.

_____/s/_____
Warren W. Eginton
Senior U.S. District Judge