# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* :
LOLITA PRIDGEON
                                        :
    Plaintiff                 :      DOCKET NO.
                                        :      3: 02 CV1032 WWE
VS.                                     :
                                        :
AMERICAN AIRLINES, ET AL.               :      APRIL 8, 2005
                                        :
    Defendants                :
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## PLAINTIFF'S MOTION TO PRECLUDE
## DEFENDANT'S EXPERT WITNESSES

      Plaintiff, Lolita Pridgeon, hereby moves to preclude defendant, American Airlines, Inc.'s, proposed expert witnesses, Kevin Cahill, M.D. and Jerome Block, M.D. Dr. Cahill should not be permitted to testify as (1) he is not qualified to testify as an expert in this case and (2) his opinion is unreliable as he failed to support his opinion with scientific facts or independent research or testing. In addition, Dr. Block should not be permitted to testify as his opinion is unreliable because he too fails to support his opinion with any independent research or testing.

ORAL ARGUMENT IS REQUESTED

For the reasons more fully set forth in the attached memorandum, the plaintiff respectfully requests that her motion to preclude the defendant's proposed expert witnesses be granted.

        PLAINTIFF,
        LOLITA PRIDGEON

BY:_____
    Timothy L. O'Keefe, Esq.
    Kenny, O'Keefe & Usseglio, P.C.
    21 Oak Street
    Hartford, CT 06106
    Telephone No.: (860) 246-2700
    Federal Bar No. ct15005

## **CERTIFICATE OF SERVICE**

  This is to certify that the foregoing Motion to Preclude was mailed on April 8, 2005 to the following:

Alison L. McKay, Esq.
Law Offices of Paul A. Lange
80 Ferry Boulevard
Stratford, CT 06615-6079

Michael J. Holland, Esq.
Condon & Forsyth LLP
685 Third Ave.
New York, NY 10017

                                   _____
                                   Timothy L. O'Keefe