UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

LOLITA PRIDGEON,

        Plaintiff,

Docket No.

3:02 CV 1032 GLG

VS.

AMERICAN AIRLINES,

        Defendant.

**NOTICE OF MOTION TO STRIKE EXPERT REPORT
AND OPINION OF DR. MARJORIE GOLDEN**

PLEASE TAKE NOTICE that defendant American Airlines, Inc. by its attorneys, the Law Offices of Paul A. Lange and Condon & Forsyth, LLP, will move this Court at a hearing to be held before the Honorable Warren W. Eginton, at the Courthouse located at 141 Church Street, New Haven, Connecticut, on May __, 2005 at ____ in the afternoon of that day, for an Order pursuant to Rule 702 of the Federal Rules of Evidence striking the expert report and opinions of Dr. Marjorie P. Golden, plaintiff's infectious disease expert, and precluding Dr. Golden from testifying about those opinions.

PLEASE TAKE FURTHER NOTICE that the motion will be based upon the following papers:

    1.    Affidavit of Michael J. Holland, sworn to April 8, 2005 and the exhibits annexed thereto, to-wit:

        A.    Amended Complaint dated August 30, 2002;

        B.    Expert Report of Dr. Marjorie P. Golden, dated May 19, 2004;

C.      Copy of the deposition transcript of Dr. Marjorie P. Golden, conducted August 26, 2004;

D.      Copy of the deposition transcript of plaintiff Lolita Pridgeon, conducted December 8, 2003;

E.      Expert Report of Dr. Jerome M. Block, dated January 31, 2004;

F.      Expert Report of Dr. Kevin Cahill, dated June 29, 2003;

G.      Excerpts from the deposition transcript of Dr. Jerome M. Block, conducted May 27, 2004;

H.      Excerpts from the deposition transcript of Dr. Kevin Cahill, conducted September 27, 2004;

I.      Declaration from Matrix de Vries of Marfo International Foods, Inc., executed March 3, 2004;

J.      Declaration of Laurent Faye, the Financial Controller for Gate Gourmet (France), executed March 4, 2004;

K.      Affidavit of Dale Norgard of American Airlines, Inc., sworn to January 9, 2004;

L.      Diagnostic Evaluation of Dr. Stanley Roth dated June 21, 2000;

M.      Emergency Room Records, dated June 22, 2000;

N.      Rheumatologic Evaluation by Dr. Hutchinson, dated June 22, 2000;

O.      Neurology Consult by Dr. Hasbani, dated June 23, 2000;

P.      Resident Progress Notes, dated June 23, 2000;

Q.      Infectious disease fellow consult (Dr. Martinello) dated June 23, 2000;

R.      Records of the infectious disease attending evaluation, (Dr. Brett-Smith) dated June 22-24, 2000;

S.      Priority discharge summary of Dr. Moshe Hasbani, plaintiff's expert neurologist (preliminary and final), dated July 11, 2000;

T.      Discharge summary of Dr. John O'Brien, plaintiff's expert physiatrist, dated July 12, 2000 and October 10, 2000.

  U. Summary by Dr. Golden of plaintiff's medical records and a copy of her preliminary report (dated March 30, 2004), which were produced at her deposition.

  V. Physician Reportable Diseases – 2004, obtained from the website of the Commissioner of the Department of Public Health (DPH) for the State of Connecticut.

  W. Article from National Guideline Clearing House.

A Memorandum of Law is also submitted in support of the within Motion. Oral argument is requested on the motion.

PLEASE TAKE FURTHER NOTICE that opposing papers, if any, are due by April 22, 2005 as per the agreement of the parties.

Dated: New York, New York
    April 8, 2005

            Law Offices of Paul A. Lange

            By _____
              Alison L. McKay
            Bar No. CT 22260
            alm@lopal.com
            80 Ferry Boulevard
            Stratford, Connecticut 06615-6079
            (203) 375-7724
            (203) 375-9397 (facsimile)

            - and -

                                 CONDON & FORSYTH LLP

                                 By _____
                                       Michael J. Holland
                                 Bar No. CT 22894
                                 mholland@condonlaw.com
                                 685 Third Avenue
                                 New York, New York 10017
                                 (212) 894-6740
                                 (212) 370-4482 (facsimile)
                                 Attorneys for Defendant
                                 AMERICAN AIRLINES, INC.

To:  Timothy L. O'Keefe, Esq.
      Kenny, O'Keefe & Usseglio, P.C.
      Attorneys for Plaintiff
      21 Oak Street
      Hartford, CT 06106
      (860) 246-2700

# AFFIDAVIT OF SERVICE

STATE OF NEW YORK   )
                    : ss.:
COUNTY OF NEW YORK  )

Tara Nyack, being duly sworn, deposes and says that deponent is not a party to the action, is over 18 years of age and resides in Bronx, New York. That on April 8, 2005 deponent served the within **Notice of Motion to Strike Expert Report and Opinion of Dr. Marjorie Golden** via federal express upon:

> To: Timothy L. O'Keefe, Esq.
> Kenny, O'Keefe & Usseglio, P.C.
> Attorneys for Plaintiff
> 21 Oak Street
> Hartford, CT  06106
> (860) 246-2700

the address(es) designated by said attorney(s) for that purpose by depositing a true copy thereof enclosed in a post-paid properly addressed wrapper, in an official depository under the exclusive care and custody of United States Post Office within the State of New York.

_Tara Nyack_
Tara Nyack

Sworn to before me this
8th day of April, 2005

_Deborah Davis_
Notary Public
DEBORAH D. DAVIS
NOTARY PUBLIC, State of New York
No. 01DA4999460
Qualified in Kings County
Commission Expires July 27, 20 06