UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

LOLITA PRIDGEON,

    Plaintiff,

VS.

AMERICAN AIRLINES, INC.

    Defendant.

Docket No.

3:02 CV 1032 GLG

**AFFIDAVIT**

STATE OF NEW YORK   )
                             ) ss:
COUNTY OF NEW YORK  )

    Michael J. Holland, being first duly sworn, deposes and says:

    1.    I am a partner of the Firm of Condon & Forsyth LLP, one of the attorneys for defendant American Airlines, Inc. in the above matter. I have participated actively in the defense of this case since the end of 2002 and I am fully familiar with the facts and circumstances of this case.

    2.    I submit this affidavit in support of the motion of defendant American Airlines, Inc. to strike the expert report and opinion testimony of plaintiff's infectious disease expert, Dr. Marjorie Golden, pursuant to Federal Rules of Evidence 702 on the ground that Dr. Golden's expert report and opinions do not meet the reliability standards set forth in *Daubert v. Merrill Dow Pharmaceuticals, Inc.*, 509 U.S.579 (1993).

    3.    I respectfully submit this affidavit to highlight for the Court relevant documents submitted in support of the motion, including Dr. Golden's expert report, copies of deposition transcripts, the expert reports of Drs. Block and Cahill, and affidavits previously submitted in

1

support of American Airlines' motion for summary judgment. The documents attached to this affidavit are as follows:

    a.    Exhibit "A" hereto is a copy of Plaintiff's Amended Complaint;

    b.    Exhibit "B" hereto is the Expert Report of Dr. Marjorie Golden, dated May 19, 2004;

    c.    Exhibit "C" hereto is the deposition transcript of Dr. Marjorie Golden, conducted August 26, 2004;

    d.    Exhibit "D" hereto is the deposition transcript of plaintiff Lolita Pridgeon, conducted December 8, 2003;

    e.    Exhibit "E" hereto is the Expert Report of Dr. Jerome M. Block, dated January 31, 2004;

    f.    Exhibit "F" hereto is the Expert Report of Dr. Kevin Cahill, dated June 29, 2003;

    g.    Exhibit "G" hereto consists of excerpts from the deposition transcript of Dr. Jerome M. Block, conducted May 27, 2004;

    h.    Exhibit "H" consists of excerpts from the deposition transcript of Dr. Kevin Cahill, conducted September 27, 2004;

    i.    Exhibit "I" is the Declaration from Matrix de Vries of Marfo International Foods, Inc., executed March 3, 2004;

    j.    Exhibit "J" is the Declaration of Laurent Faye, the Financial Controller for Gate Gourmet (France), executed March 4, 2004; and

    k.    Exhibit "K" is the Affidavit of Dale Norgard of American Airlines, Inc., sworn to January 9, 2004.

4.    Also attached to this affidavit are various medical records from St. Raphael's Hospital produced by plaintiff in this case. The medical records attached are as follows:

    a.    Exhibit "L" hereto is the Diagnostic Evaluation of Dr. Stanley Roth dated June 21, 2000;

    b.    Exhibit "M" hereto are Emergency Room Records, dated June 22, 2000;

    c.    Exhibit "N" hereto is a Rheumatologic Evaluation by Dr. Hutchinson, dated June 22, 2000;

2

d.  Exhibit "O" hereto is a Neurology Consult by Dr. Hasbani, dated June 23, 2000;

e.  Exhibit "P" hereto are Resident Progress Notes, dated June 23, 2000;

g.  Exhibit "Q" hereto is the Infectious Disease Fellow Consult (Dr. Martinello), dated June 23, 2000;

h.  Exhibit "R" hereto is the Infectious Disease Attending Evaluation (Dr. Brett-Smith), dated June 22-24, 2000;

i.  Exhibit "S" hereto is the Priority Discharge Summary of Dr. Moshe Hasbani, plaintiff's expert neurologist (preliminary and final), dated July 11, 2000;

j.  Exhibit "T" hereto is the Discharge Summary of Dr. John O'Brien, plaintiff's expert physiatrist, dated October 10, 2000; and

k.  Exhibit "U" hereto contains Dr. Golden's summary and notes of plaintiff's medical records, and a copy of Dr. Golden's preliminary report (dated March 30, 2004), which were produced at her deposition.

5.  Exhibit "V" hereto is a copy of the Physician Reportable Diseases – 2004, obtained from the website of the Commissioner of the Department of Public Health (DPH) for the State of Connecticut. The website is as follows:

http://www.dph.state.ct.us/BCH/infectiousdise/pdf/2004physrepdislist.pdf.

6.  Exhibit "W" hereto is a copy of an article from the National Guideline Clearinghouse, titled "*Diagnosis and management of foodborne illnesses: a primer for physicians and other health care professionals,*" which can be obtained from the website:

http://www.guideline.gov/summary/summary.aspx?doc_id=5266.

_____
Michael J. Holland

Sworn to before me this
8th day of April, 2005

_____
Notary Public

DEBORAH D. DAVIS
NOTARY PUBLIC, State of New York
No. 01DA4999460
Qualified in Kings County
Commission Expires July 27, 20 06

3

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     : ss.:
COUNTY OF NEW YORK   )

     Tara Nyack, being duly sworn, deposes and says that deponent is not a party to the action, is over 18 years of age and resides in Bronx, New York. That on April 8, 2005 deponent served the within **Affidavit with Exhibits** via federal express upon:

    To: Timothy L. O'Keefe, Esq.
        Kenny, O'Keefe & Usseglio, P.C.
        Attorneys for Plaintiff
        21 Oak Street
        Hartford, CT  06106
        (860) 246-2700

the address(es) designated by said attorney(s) for that purpose by depositing a true copy thereof enclosed in a post-paid properly addressed wrapper, in an official depository under the exclusive care and custody of United States Post Office within the State of New York.

                                                          _/s/ Tara Nyack_
                                                          Tara Nyack

Sworn to before me this
8th day of April, 2005

_/s/ Deborah Davis_
Notary Public

DEBORAH D. DAVIS
NOTARY PUBLIC, State of New York
No. 01DA4999460
Qualified in Kings County
Commission Expires July 27, 20_06_