**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*  :
LOLITA PRIDGEON
                                                      :
    Plaintiff                     :        DOCKET NO.
                                                      :        3: 02 CV1032 WWE
VS.                                                :
                                                      :
AMERICAN AIRLINES, ET AL.         :        May 4, 2005
                                                      :
    Defendants                  :
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**NOTICE OF OPPOSITION TO**
**MOTION TO EXCLUDE TESTIMONY AND REPORT OF**
**PLAINTIFF'S EXPERT DR. MARJORIE GOLDEN**

PLEASE TAKE NOTICE that the plaintiff, Lolita Pridgeon, by and through her attorneys, Kenny, O'Keefe & Usseglio, P.C., hereby opposes the defendant's Motion to Exclude Testimony and Report of the Plaintiff's Dr. Marjorie Golden dated April 8, 2005. Dr. Marjorie Golden's proposed testimony and report meet the requirements set forth in Federal Rule of Evidence 702 entitled "Testimony of Experts" and therefore is allowable testimony.

PLEASE TAKE FURTHER NOTICE that the Opposition to the Motion to Exclude Testimony and Report will be based upon the following papers:

    1.    Medical Report of Dr. Jonathan Goldstein dated March 14, 2001.

    2.    S. Kuwabara, et al., *Does Campylobacter jejuni infection elicit "demyelinating" Gullian-Barré syndrome?* 63(3) NEUROLOGY 529 (2004).

    3.    Medical Report of Dr. Marjorie Golden dated May 19, 2004.

    4.    Deposition of Dr. Marjorie Golden.

    5.    Angelika F. Hahn, *Guillain-Barré syndrome*, 352 THE LANCET 635 (1998).

    6.    Sean F. Altekruse, et al., *Campylobacter jejuni- An Emerging Foodborne Pathogen*, 5:1 EMERGING INFECTIOUS DISEASES (1999).

    7.    Ban Mishu Allos, *Association between Campylobacter Infection and Guillain-Barré Syndrome*, 176 (Supp 2) THE JOURNAL OF INFECTIOUS DISEASES S125, S127 (1997).

    8.    June 25, 2000 notes by the Rheumatologist consult.

    9.    June 24, 2000 notes from the attending physician.

A Memorandum of Law is also submitted in support of this Opposition. Oral Argument is hereby requested on this Opposition.

Dated: May 4, 2005.

                        PLAINTIFF,
                        LOLITA PRIDGEON


                        By_____
                        Timothy L. O'Keefe
                        Kenny, O'Keefe & Usseglio, P.C.
                        Capitol Place
                        21 Oak Street, Suite 208
                        Hartford, CT 06106
                        Telephone No.: (860) 246-2700
                        tokeefe@kou-law.com
                        Federal Bar No. ct15005

**CERTIFICATE OF SERVICE**

      This is to certify that the foregoing Notice of Opposition was mailed, postage prepaid, on May 4, 2005 to the following:

Michael J. Holland, Esq.
Condon & Forsyth, LLP
685 Third Avenue
New York, NY 10017
(212) 894-6740

Alison L. McKay, Esq.
Law Offices of Paul Lange
80 Ferry Boulevard
Stratford, CT 06615-6079
(203) 375-7724

_____
Timothy L. O'Keefe