UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

LOLITA PRIDGEON,

Plaintiff,

VS.

AMERICAN AIRLINES, INC.

Defendant.

Docket No.

3:02 CV 1032 (WWE)

**AFFIDAVIT**

STATE OF NEW YORK    )
                                        ) ss:
COUNTY OF NEW YORK  )

Michael J. Holland, being first duly sworn, deposes and says:

1. I am a partner of the Firm of Condon & Forsyth LLP, one of the attorneys for defendant American Airlines, Inc. in the above matter. I have participated actively in the defense of this case since the end of 2002 and I am fully familiar with the facts and circumstances of this case.

2. I submit this affidavit in support of the memorandum of law of defendant American Airlines, Inc. in opposition to plaintiff's motion to preclude the opinions and testimony of defendant's expert witnesses, Kevin M. Cahill, M.D. and Jerome M. Block, M.D.

3. Attached to this affidavit are relevant documents submitted in support of the opposition to plaintiff's motion, including the transcripts of the depositions of Drs. Cahill and Block, the curriculum vitae of Dr. Cahill, and the expert reports of both doctors. The documents attached to this affidavit are as follows:

   a. Exhibit "A" hereto is a copy of the deposition transcript of Kevin M. Cahill, M.D., conducted September 27, 2004;

1

b. Exhibit "B" hereto is hereto is a copy of the curriculum vitae of Kevin M. Cahill, M.D.;

c. Exhibit "C" hereto is a copy of the Expert Report of Kevin M. Cahill, M.D. dated June 29, 2003;

d. Exhibit "D" hereto is a copy of the deposition transcript of Dr. Jerome M. Block, conducted May 27, 2004;

e. Exhibit "E" hereto is the Expert Report of Jerome M. Block, dated January 31, 2004; and

f. Exhibit "F" hereto is a copy of the deposition transcript of Marjorie Golden, M.D., conducted August 26, 2004.

*[signature]*
Michael J. Holland

Sworn to before me this
5th day of May, 2005

*[signature]*
Notary Public

MARY ANN ROONEY
NOTARY PUBLIC, State of New York
No. 31-4672706
Qualified in Queens County
Commission Expires May 31, 2006

2

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK              )
                               : ss.:
COUNTY OF NEW YORK    )

      Tara Nyack, being duly sworn, deposes and says that deponent is not a party to the action, is over 18 years of age and resides in Bronx, New York. That on May 5, 2005 deponent served the within **Affidavit with Exhibits** upon:

    Timothy L. O'Keefe, Esq.
    Kenny, O'Keefe & Usseglio, P.C.
    Attorneys for Plaintiff
    21 Oak Street
    Hartford, CT 06106
    (860) 246-2700

the address(es) designated by said attorney(s) for that purpose by depositing a true copy thereof enclosed in a post-paid properly addressed wrapper, in an official depository under the exclusive care and custody of United States Post Office within the State of New York.

                                                              */s/ Tara Nyack*
                                                                  Tara Nyack

Sworn to before me this
5th day of May, 2005

*/s/ Mary Ann Rooney*
      Notary Public

MARY ANN ROONEY
NOTARY PUBLIC, State of New York
No. 31-4672706
Qualified in Queens County
Commission Expires May 31, 2006