# EXHIBIT A

Page 1

```
 1  UNITED STATES DISTRICT COURT
 2  DISTRICT OF CONNECTICUT
 3  ------------------------------------x
 4  LOLITA PRIDGEON,
 5              Plaintiff,
 6       -against-
 7  AMERICAN AIRLINES, INC.,
 8              Defendant.
    ------------------------------------x
 9
            September 27, 2004
10
            9:45 a.m.
11
12
13       Deposition of KEVIN CAHILL, M.D.,
14  taken by Plaintiff, pursuant to Notice, at the
15  offices of Kevin Cahill, M.D., 850 Fifth Avenue,
16  New York, New York, before Phyliss Salimbene, a
17  Registered Professional Reporter and Notary
18  Public within and for the State of New York.
```

Page 2

```
 1  A P P E A R A N C E S:
 2  KENNY, O'KEEFE & USSEGLIO, LLP
       Attorneys for Plaintiff
 3     21 Oak Street
       Hartford, Connecticut 06106
 4
    BY:  TIMOTHY O'KEEFE, ESQ.
 5
 6
 7  CONDON & FORSYTH, LLP
       Attorneys for Defendant
       685 Third Avenue
 8     New York, New York 10017
 9
    BY:  MICHAEL J. HOLLAND, ESQ.
```

Page 3

```
 1              KEVIN CAHILL, M.D.
 2       (Plaintiff's Exhibit 1 for
 3  identification, Notice of Deposition.)
 4          K E V I N  C A H I L L, M. D.,
 5  having been sworn by the Notary Public (Phyllis
 6  Salimbene), was examined and testified as
 7  follows:
 8       EXAMINATION BY MR. O'KEEFE:
 9       Q.  Good morning, again, Dr. Cahill.
10       A.  Good morning.
11       Q.  My name is Tim O'Keefe, and I
12  represent Lolita Pridgeon who is a plaintiff in
13  the lawsuit brought in the U.S. District Court
14  in the District of Connecticut.
15           We're going to have your deposition
16  this morning.  We thank you for having us here.
17  Please let me know you if don't understand one
18  of my questions.  If you do answer one of my
19  questions, I am going to assume you understood
20  the question I asked; okay?
21       A.  Yes.
22       Q.  Have you been deposed before,
23  Doctor?
24       A.  If I have, it's been many, many
25  years.  I think once before I testified in a
```

Page 4

```
 1              KEVIN CAHILL, M.D.
 2  federal case as an expert witness and that was a
 3  deposition.
 4       Q.  Do you recall in which state that
 5  case was pending?
 6       A.  New York.
 7       Q.  New York.  Okay.
 8           Have you ever given any expert
 9  testimony outside the State of New York?
10       A.  No.  And to the best of my
11  knowledge, that's the only expert testimony I
12  gave.
13       Q.  In that case, Doctor, did you
14  actually have to testify in court or did you
15  just give a deposition?
16       A.  I did not testify in court, but it
17  was before -- I went to court but the case was
18  terminated before I testified.
19       Q.  I understand.
20       A.  So I did not testify.
21       Q.  Okay.  Great.
22           Just a couple of the ground rules
23  to go over them again.  Again, if you don't
24  understand one of my questions, please let me
25  know.  Do your best to keep your voice up so the
```

Page 5

KEVIN CAHILL, M.D.

1. court reporter can take it down.
2. A. Okay.
3. Q. Also let me finish my question before you give your response so that we can get a nice clean record here today; okay?
4. A. Yes.
5. Q. If you want to take a break for any reason whatsoever, Doctor, here, you just let me know.
   Okay. Have you ever consulted as an expert witness before this particular case where the subject matter involved Guillain-Barre Syndrome?
6. A. No.
7. Q. And I'm try to shorten it up to "GBS" so that we all understand what we mean.
   Have you ever consulted as an expert witness before, Doctor, with a case involved the subject matter involving Campylobacter jejuni?
8. A. No.
   (Plaintiff's Exhibit 2 for identification, CV of Dr. Cahill.)
9. Q. I'm just going to show you what has

Page 6

KEVIN CAHILL, M.D.

been marked as Plaintiff's Exhibit 2 for the deposition sake. This is a copy of your CV which had been forwarded by defense counsel and I'll just have you take a quick look at that.

A. Yes, it looks appropriate.

Q. Is that essentially an updated CV for you, Doctor?

A. It's dated 2001; and we're now in 2004. I know there are two or three other books that I edited in the meantime but, basically, that's it.

Q. Have those two or three books that you edited in the meantime, have they involved at all or touched at all on the subject matters involved in this case?

A. No.

Q. Have you written or contributed to any articles that aren't listed on your CV that involved the subject matters involved in this case?

A. No.

Q. Have you ever in your career, Doctor, written anything where the subject matter touched upon Guillain-Barre Syndrome?

Page 7

KEVIN CAHILL, M.D.

A. No.

Q. How about Campylobacter jejuni?

A. Not specific articles about Campylobacter jejuni; probably in passing, you know, textbook or something like that is the cause of diarrhea but not Campylobacter jejuni as a specific research interest.

Q. And do any of your books or articles come to mind that may have touched upon the issue of Campylobacter jejuni?

A. If I did touch upon it, it would be in the book of tropical medicine.

Q. Now, I take it you maintain an active practice, Doctor?

A. I do.

Q. And why don't you tell us, what is your discipline?

A. It's tropical medicine. What I do would be mainly infectious and parasitic diseases.

Q. In maintaining your practice currently, are you seeing any patients now or have dealt with or are dealing with GBS?

A. No.

Page 8

KEVIN CAHILL, M.D.

Q. Have you ever?

A. I've seen patients with GBS but I would have referred them on. I'm not a neurologist so I really, I've never managed a patient with GBS.

Q. Have you ever been involved in making a diagnosis of GBS in any of your patients?

A. No.

Q. Have you --

A. May I qualify that?

Q. You may.

A. I may, you know, over the years I may have had a patient develop GBS but, again, I would have referred them shortly after; so I might have been involved at the point of diagnosis, but I can't frankly recall those cases.

Q. So as you sit here today, you can't recall any cases where you may have been involved in the diagnosis of one of your patients with GBS; is that fair to say?

A. I think so. Yes.

Q. Have you ever been involved in any

Page 9

```
 1        KEVIN CAHILL, M.D.
 2   processes in your career in trying to determine
 3   the cause of GBS in either your patient or
 4   somebody else's patient?
 5        A.    No.
 6        (Plaintiff's Exhibit 3 for
 7   identification, Dr. Cahill's report dated June
 8   29th, 2003.)
 9        Q.    Do you recall, Doctor, when you
10   were first contacted in this case?
11        A.    No, I cannot tell you the date.  It
12   would presumably have been, you know, in the
13   weeks or something before I wrote the letter
14   there.  I mean, I -- getting your request but I
15   reviewed this file but I did probably over the
16   next few weeks, so it was something in that
17   range.
18        Q.    So your recall is that the first
19   contact you had in connection with this case was
20   a telephone call?
21        A.    That is correct.
22        Q.    And that was from Mr. Holland?
23        A.    That is correct.
24        Q.    And some weeks after that telephone
25   call, you received some materials, I take it?
```

Page 10

```
 1        KEVIN CAHILL, M.D.
 2        A.    That is correct.
 3        Q.    And you reviewed those materials?
 4        A.    That is correct.
 5        Q.    And then, you drafted a report?
 6        A.    That is correct.
 7        (Plaintiff's Exhibit 5 for
 8   identification, Dr. Cahill's file.)
 9        Q.    Now, we have marked a group of
10   documents this morning as Plaintiff's Exhibit 5,
11   what appears to be your entire file in
12   connection with this case; is that an accurate
13   statement, that this is your entire file?
14        A.    No, that is not.  I mean, not that
15   I reviewed.  I reviewed a hospital record that
16   was this high.
17        Q.    Okay.  All right.
18        A.    So I mean, that was what I had
19   remaining; I sent the rest back to Mr. Holland.
20        Q.    Okay, fine.  Then, let me try to do
21   this:
22        Let me ask you this question:  Is
23   there anything other than what's contained in
24   Plaintiff's Exhibit 5 -- I'll give you an
25   opportunity to go through it, if you need to --
```

Page 11

```
 1        KEVIN CAHILL, M.D.
 2   and the medical records, the medical chart for
 3   Ms. Pridgeon that you reviewed in connection
 4   with your work on this case?
 5        A.    I reviewed the entire chart that
 6   was sent to me from her hospital stay, that's
 7   the best of my recollection.
 8        Q.    Okay.
 9        A.    It was a very large file.
10        Q.    Sure, sure.
11        So other -- let me just get it on
12   the record, pardon me, Doctor.  Other than the
13   very large chart for Lolita Pridgeon that you
14   reviewed and the materials that are contained
15   within Plaintiff's Exhibit 5, are there any
16   other documents that you can recall at this
17   point in time that you reviewed in connection
18   with drafting your report in this case?
19        A.    No, nothing official, nothing that
20   I can think of.
21        Q.    Okay.  Did you consult with any
22   specific articles in particular, prior to
23   drafting your report in this case?
24        A.    Yes.  There's a medical journal
25   called "Medical Update," which you can get on
```

Page 12

```
 1        KEVIN CAHILL, M.D.
 2   the computer, and I think I recall looking at
 3   the article on Campylobacter jejuni in that
 4   Medical Update, I believe the name of if is a
 5   "Medical Update" but, anyway, it's an on-line
 6   service that we have in the hospital.
 7        Q.    "Medical Update" is an on-line
 8   service that you use at the hospital?
 9        A.    That is correct.
10        Q.    And that's at Lenox Hill Hospital?
11        A.    Lenox Hill Hospital.  And I
12   actually don't really recall but I was writing
13   it also then but I believe I looked it up at
14   that time to confirm some things before I put it
15   down in the letter.
16        Q.    Was it just one article?
17        A.    Yes.  To the best of my ability, it
18   was one article.
19        Q.    Do you happen to remember the title
20   of the article?
21        A.    I do not.
22        Q.    Do you happen to remember the
23   author or the authors?
24        A.    I do not.
25        Q.    Do you happen to remember anything
```

Page 13

```
 1           KEVIN CAHILL, M.D.
 2   more about the subject matter which you were
 3   researching?
 4       A.   Not really.  It was, I think I
 5   wanted to see how Campylobacter, how early cases
 6   had been reported following exposure to
 7   Campylobacter, I wanted to confirm for myself
 8   that observation, and that's why I looked it up.
 9       Q.   Tell me if I have this right:  You
10   were doing some research on incubation periods
11   as it relates to the ingestion of Campylobacter?
12       A.   Yes.  My recollection and
13   experience have been that it was usually more in
14   terms of four, five, six days.  And when I read
15   the chart or the report from one of the doctors
16   that said she had developed diarrhea on the
17   plane on the way home or just after arriving
18   home, and I thought that was unusual and I
19   wanted to make sure that, I wanted to check that
20   fact; that's my recollection but it's, you know,
21   more than a year ago.
22       Q.   And did this article that you
23   consulted, did it confirm --
24       A.   It confirmed what I had believed
25   was correct, normally three or four days after
```

Page 14

```
 1           KEVIN CAHILL, M.D.
 2   exposure rather than an immediate reaction.
 3       Q.   And this would be, I just want to
 4   make sure I'm getting it right, your feeling
 5   was, and this article confirmed, that the
 6   incubation period between Campylobacter
 7   ingestion and the first onset of diarreahal or
 8   gastrointestinal illness is somewhere between
 9   three or four five days?
10       A.   It could be up as long as a week or
11   more but the usual is about three to five days.
12       Q.   Other than that particular article
13   or that issue, can you recall researching
14   anything in particular in connection with
15   drafting your report in this case?
16       A.   No.
17       Q.   Have you drafted just the one
18   report?
19       A.   Yes.
20       Q.   Just to confirm, Doctor, I'm going
21   to hand you what's been marked as Plaintiff's
22   Exhibit 3 for the deposition and ask you is that
23   a copy of your report?
24       A.   Yes, that is a copy.
25       Q.   The date on this particular
```

Page 15

```
 1           KEVIN CAHILL, M.D.
 2   document is cut off; although, the facsimile
 3   reference would seem to indicate that it was
 4   drafted on June 29th, 2003; does that sound
 5   accurate?
 6       A.   That does.
 7       Q.   Have you had an opportunity to
 8   review the deposition transcript from Dr. Jerome
 9   Block in this case?
10       A.   No.
11       Q.   Do you know Dr. Block?
12       A.   I do.
13       Q.   Is his someone's opinion that you
14   trust?
15       A.   Yes.
16       Q.   Have you referred patients to
17   Dr. Block?
18       A.   Including my own family, yes.
19       Q.   So he would be one on your short
20   list of neurologists to whom you've referred
21   patients before?
22       A.   That is correct.
23       Q.   Do you recall if any of those
24   patients had been diagnosed with GBS?
25       A.   I honestly don't recall but I
```

Page 16

```
 1           KEVIN CAHILL, M.D.
 2   actually think, yes, and I know of her -- I
 3   mean, I've heard -- I, I don't know the answer
 4   to that.  It's not been recent, that's for sure.
 5       Q.   Have you spoken with Dr. Block
 6   about this case, in particular?
 7       A.   Specifically, no.
 8       Q.   How about generally?
 9       A.   I talk to him, generally, but I
10   have specifically not talked because I felt it
11   was not proper.
12       Q.   About this case.
13            Would it be fair to say that the
14   report that you drafted on June 29, 2003, which
15   has now been marked as Plaintiff's Exhibit 3 for
16   this deposition, is the summary of the opinions
17   that you have in connection with this case?
18       A.   Yes.
19       Q.   When you were first contacted by
20   Mr. Holland, what were you asked to do?
21       A.   To review the hospital records on
22   Ms. Pridgeon, that's all I was asked to do.
23       Q.   And were you asked either
24   specifically or generally to answer any
25   questions about those hospital records?
```

4 (Pages 13 to 16)

Page 17

1       KEVIN CAHILL, M.D.
2    A.   No. No.
3    Q.   And were you asked to give an
4 opinion on any subject in our pending lawsuit,
5 do you recall?
6    A.   I don't recall that. I think I was
7 asked to review the records and give my opinion,
8 that was about what I was asked to do.
9    Q.   Okay. What were you asked to give
10 your opinion about?
11    A.   I think to review the records and
12 give my opinion as to what the natural history
13 of this disease was and did it relate; we can
14 get into it later.
15    Q.   Sure.
16    A.   But I even found certain things
17 that I thought were unusual and I recorded those
18 in my letter.
19    Q.   Doctor, based upon your experience,
20 do you believe it's possible to determine the
21 cause of somebody's contracting GBS?
22    A.   Yes.
23    Q.   And do you think it's possible to
24 do that without a stool culture?
25    A.   You're specifically talking about

Page 18

1       KEVIN CAHILL, M.D.
2 GBS --
3    Q.   Right.
4    A.   -- not about Campylobacter?
5    Q.   Well, yes, yes.
6    A.   Yes, I think there is a -- there
7 are other causes of GBS and so you'd make your
8 diagnosis there.
9         You could also make your diagnosis,
10 even if you're referring to the GBS, as caused
11 by Campylobacter jejuni, there are serologic
12 ways of demonstrating a likely link there; I
13 don't think you can be more specific than that,
14 but that's...
15    Q.   I understand.
16         Do you think it's possible to
17 establish a causative link between Campylobacter
18 jejuni and GBS without having either a stool
19 culture or another serological study?
20    A.   No.
21    Q.   So in other words, do you believe
22 it's not possible to establish a causative link
23 between Campylobacter jejuni ingestion and
24 somebody's contracting GBS through reference to
25 the scientific literature on those issues?

Page 19

1       KEVIN CAHILL, M.D.
2    A.   I'm afraid I don't understand the
3 question.
4    Q.   I'm not sure that I do, either, but
5 let me try it again.
6         You've said that you do not believe
7 it's possible to establish a causative link
8 between Campylobacter jejuni and GBS without
9 having either a stool culture or another
10 serological study; did I get that right?
11    A.   I answered that correctly.
12    Q.   So understanding that, then, is it
13 your opinion that it's not possible to determine
14 that causative link merely with reference to the
15 scientific literature on those issues?
16    A.   I still don't understand the
17 question.
18    Q.   Sure, sure.
19    A.   If you're talking of the specific
20 case, I've answered that in the first question.
21 If you're talking of the scientific literature,
22 I'm not sure what that means, so that's what I
23 can't get here.
24    Q.   Let's assume you've determined that
25 somebody has GBS, and you're asking your opinion

Page 20

1       KEVIN CAHILL, M.D.
2 as to whether or not that GBS was caused by
3 Campylobacter jejuni, an ingestion of
4 Campylobacter jejuni, but it's several years
5 later and you have neither a stool culture nor a
6 serological study that would help you in that
7 analysis, do you think there's any other way you
8 could come to a conclusion that that person's
9 GBS had been caused by a Campylobacter jejuni
10 infection?
11    A.   Serologic evidence may be sustained
12 for long periods, so I'm not sure I would buy
13 the several years later idea that would rule
14 that out.
15    Q.   Sure.
16    A.   But I don't think there would be
17 any scientific way of confirming Campylobacter
18 jejuni as the ideology [etiology] of the GBS without some
19 documentation.
20    Q.   And by "documentation," you mean
21 either a stool culture or some other serological
22 evidence?
23    A.   Correct. You might, I recall this,
24 I might in a large outbreak have epidemiological
25 evidence, but I don't know that that wouldn't

Page 21

```
 1            KEVIN CAHILL, M.D.
 2   make a specific link for a specific diagnosis,
 3   that's what I'm saying.
 4       Q.   Sure.  With Campylobacter jejuni
 5   cases, are they more typically found in larger
 6   outbreaks or sporadic cases?
 7       A.   It depends where you're talking
 8   about.  In the developed world, it would be more
 9   in community larger outbreaks; in the developing
10   world, you might have start from childhood on up
11   and so you'd have -- you know, just constant
12   exposure to Campylobacter jejuni.
13       Q.   I take it you would include France
14   and the United States in the "developed world"?
15       A.   I would.
16       Q.   So in your opinion, in the
17   developed world, it's more common to see
18   Campylobacter jejuni infection in larger out
19   breaks as opposed to sporadic cases?
20       A.   Yes.
21       Q.   Have you ever -- I'm sorry, go
22   ahead.
23       A.   In a larger -- it doesn't have to
24   mean thousands, it could be in a family you
25   usually would have, you know, a more common than
```

Page 22

```
 1            KEVIN CAHILL, M.D.
 2   an isolated in a specific.
 3       Q.   More than one, okay.
 4            Have you done any specific research
 5   on that particular issue?
 6       A.   No, not here.  Actually, years and
 7   years ago, there was a cause of diarrhea in
 8   children in the tropics, I was there and that's
 9   why I said it is different in the tropics but it
10   is not relevant in France and the United States.
11       Q.   In France and the United States, is
12   there a most common cause of gastrointestinal
13   illness?
14       A.   I guess it depends a little bit on
15   the community you're talking about but
16   Campylobacter jejuni, if you're asking the
17   questions, is that a common cause, the answer
18   would be yes.  But there would be differences
19   in, for example, a community like, El Salvador
20   or the Dominican Republic, they might have a
21   different incident of infection as the ideology
22   of their diarrhea as the average community in
23   our society.
24       Q.   But in the average community, in
25   our society, is Campylobacter jejuni the most
```

Page 23

```
 1            KEVIN CAHILL, M.D.
 2   common cause of GI illness?
 3       A.   It's certainly one of them, I'm not
 4   sure that it is the most common.  I just don't
 5   know the answer to that.
 6       Q.   If someone said that the cause of
 7   the Guillain-Barre Syndrome is not known, that
 8   would be an inaccurate statement; correct?
 9       A.   You know, I really would not be as
10   good as a neurologist in answering that, it is
11   not an area I know.  There are many things that
12   would have been linked with Guillain-Barre
13   Syndrome and there are a lot of cases where
14   there is no known cause.  But, for example, I
15   give a lot of vaccinations and that is a known
16   linkage with GBS.
17            Campylobacter jejuni is a known
18   linkage with GBS, so I don't know if one would
19   say that it's not known.  I think those are
20   antecedent events, both of them, as I gave you
21   two specific examples.
22            I think you would have to get an
23   expert neurologist as to whether there are other
24   causes, I don't know the answer to that.
25       Q.   Do you know that there are at least
```

Page 24

```
 1            KEVIN CAHILL, M.D.
 2   two causes of GBS, the two that you've just
 3   identified, the Campylobacter jejuni is one
 4   possible cause of GBS; correct?
 5       A.   That is correct.
 6       Q.   And a vaccination is another
 7   possible cause of GBS?
 8       A.   That is correct.
 9       Q.   Do you know what the most common
10   cause of the GBS is?
11       A.   I believe from the literature, that
12   Campylobacter is the most common antecedent of
13   that; whether you use the word "cause" is
14   another question because, no, I don't think a
15   lot of people understand how it causes the GBS.
16       Q.   But in your opinion or in your
17   experience, it's been established that the
18   ingestion of Campylobacter jejuni are the most
19   common antecedent events with persons with GBS?
20       A.   I believe that is true.
21       Q.   Do you know if there are any
22   effective treatments for GBS?
23       A.   It's out of my area.
24       Q.   Have you been board certified in
25   the area of infectious disease?
```

Case 3:02-cv-01032-WIG    Document 83-3    Filed 05/06/2005    Page 8 of 10

Page 25

```
 1       KEVIN CAHILL, M.D.
 2     A.   In microbiology, I'm certified in
 3   public health, and the subdivisions of parasitic
 4   and tropical health infections.
 5     Q.   So you're board certified in
 6   microbiology?
 7     A.   And in public health.
 8     Q.   And in public health, but that's
 9   not in infectious diseases?
10     A.   No, it's public health. The
11   subdivision I'm board certified in is tropical
12   medicine and infectious diseases.
13     Q.   It's possible to be board certified
14   in infectious disease; right?
15     A.   That is correct.
16     Q.   Now, Doctor, my understanding is
17   that the charge of your testimony is $500 per
18   hour; is that correct?
19     A.   That is correct.
20     Q.   And do you have a rate schedule for
21   court testimony?
22     A.   I've never testified in court.
23     Q.   Fair enough.
24          So it would be fair to say that you
25   haven't yet developed or determined what you
```

Page 26

```
 1       KEVIN CAHILL, M.D.
 2   would charge to come to Connecticut to testify
 3   in connection with this case?
 4     A.   It would be so inconvenient that I
 5   just don't even want to think about it, so...
 6     Q.   How about putting it on videotape,
 7   perhaps?
 8     A.   Well, that's possible.
 9     Q.   The case where you were called upon
10   to give an opinion at a deposition here in New
11   York, what was the subject matter of that case?
12     A.   It was a woman who had developed a
13   rectal infection while on board a ship from
14   which or from which she contended was due to the
15   acid in the toilet burning her perianal area for
16   which she subsequently developed a skin
17   infection there.
18     Q.   And did you testify on her behalf
19   or on behalf of the ship?
20     A.   I didn't testify.
21     Q.   I'm sorry.
22     A.   As I said, I never was called.
23     Q.   Let me ask it this way: Who
24   retained you in connection with this case?
25     A.   A maritime law firm defending the
```

Page 27

```
 1       KEVIN CAHILL, M.D.
 2   ship.
 3     Q.   Do you happen to remember the name
 4   of that firm or the name of the attorney who you
 5   worked with?
 6     A.   It was William Hogan.
 7     Q.   William Hogan?
 8     A.   Yes.
 9     Q.   Have you had occasion to work with
10   Mr. Holland or Mr. Holland's firm prior to this
11   case?
12     A.   I don't think so. I might have
13   reviewed another case years ago for his partner,
14   Steve Fearon, but I don't recall -- I think I
15   did review a case but you'd have to check that
16   with them, I don't remember.
17     Q.   Not something you have any specific
18   recall of?
19     A.   I have no recall at all. Steve is
20   the treasurer of the American-Irish Historical
21   Society, and I serve as one of the officers, and
22   so I see him and I think he asked me to look at
23   a case; I don't honestly recall what it was
24   about or anything else.
25     Q.   Now, Doctor, in connection with
```

Page 28

```
 1       KEVIN CAHILL, M.D.
 2   your work, I think you mentioned you have not
 3   had an opportunity to review Dr. Block's
 4   deposition transcript; I got that right,
 5   correct?
 6     A.   That is correct.
 7     Q.   I see contained within your file a
 8   copy of the deposition transcript from
 9   Ms. Pridgeon, the plaintiff in this case. Did
10   you have an opportunity to review that in
11   connection with your work here?
12     A.   That is correct.
13     Q.   Did you review any other deposition
14   transcripts in connection with your work in this
15   case?
16     A.   A doctor from Connecticut.
17     Q.   Was it Dr. Golden, Marjorie Golden?
18     A.   I think it was. It was a letter, I
19   don't believe it was a deposition.
20     Q.   I show you a written report from
21   Dr. Golden in connection with your work in this
22   case.
23     A.   That is correct.
24     Q.   You have not seen a deposition
25   transcript from Dr. Golden?
```

**Page 29**

```
 1          KEVIN CAHILL, M.D.
 2     A.   I have not.
 3     Q.   All right.  Now, I just wanted to
 4  ask you a couple of questions about the report
 5  that you drafted here, and that, again, has been
 6  marked as Plaintiff's Exhibit 3.
 7          In the third sentence of your
 8  report, Dr. Cahill, you mentioned that you do
 9  not believe there is sufficient evidence to
10  relate this to a meal eaten on an airline; do
11  you see that there?
12     A.   I do.
13     Q.   Was that one of the questions you
14  were asked to work on?
15     A.   No.
16     Q.   It wasn't.  Okay.
17          So you weren't asked specifically
18  to give an opinion as to whether or not
19  Ms. Pridgeon's Guillain-Barre Syndrome was
20  related to an ingestion of a meal on an American
21  Airlines flight?
22     A.   I was simply asked to review the
23  file, that was merely the charge to me.
24     Q.   Do you understand that the claim
25  that Ms. Pridgeon is making in this case is that
```

**Page 30**

```
 1          KEVIN CAHILL, M.D.
 2  her Guillain-Barre Syndrome was, in fact,
 3  related to some chicken that she ate on an
 4  American Airlines flight?
 5     A.   That was what she gave in her
 6  testimony.
 7     Q.   So you reviewed that?
 8     A.   Yes.
 9     Q.   And you disagree with that claim?
10     A.   I do.
11     Q.   You mentioned that the patient had
12  traveled extensively in France and Caribbean
13  prior to her return to the U.S. when she
14  reported diarrhea.
15          I'm going to ask you first about
16  the Caribbean trip:  Do you happen to recall the
17  dates of that trip?
18     A.   I do not.
19     Q.   Do you think that Ms. Pridgeon's
20  GBS has any causative link to the trip that she
21  took to the Caribbean?
22     A.   I have no idea.
23     Q.   You don't know?
24     A.   I don't know what her GBS is due
25  to.
```

**Page 31**

```
 1          KEVIN CAHILL, M.D.
 2     Q.   Do you rule out the Caribbean trip?
 3     A.   No.  I'm just saying I don't know
 4  -- I mean, you'll get to ask me questions, but I
 5  don't see the link and that's what I tried to
 6  write down here that has been proven, so I don't
 7  know what her GBS is due to.  But I note that
 8  she had traveled and that's what I put down
 9  there.
10     Q.   Dr. Block at his deposition
11  testified that he does not believe there's any
12  scientific significance between the Caribbean
13  trip and Ms. Pridgeon's GBS; would you have any
14  reason to disagree with that?
15     A.   No.
16     Q.   Is there any particular reason why
17  you included a reference to a trip to the
18  Caribbean in your report?
19     A.   Because it was in her -- the
20  testimony.
21     Q.   Okay.  Again, though, does it have
22  any scientific relevance to the opinion that you
23  have given?
24     A.   Yes.  I always put down where
25  people have traveled, that's the nature of what
```

**Page 32**

```
 1          KEVIN CAHILL, M.D.
 2  I do.  So if people say they traveled to Africa,
 3  that's what I do.  She traveled to the Caribbean
 4  and I put it down, but I have -- that's as
 5  simple as that.
 6     Q.   In terms of trying to determine the
 7  cause of GBS, though, had she traveled to the
 8  Caribbean ten years prior, obviously, that's not
 9  something you would look at as the possible
10  cause of GBS, I take it?
11     A.   No, that is correct.
12     Q.   Would it also be correct that there
13  has to be some sort of temporal relevance of
14  somebody's trip abroad or elsewhere in trying to
15  determine whether or not that has anything to do
16  with her ultimate contracting of a GBS problem?
17     A.   Yes, there is a temporal link.  I
18  don't recall when the Caribbean trip is; if you
19  do, I -- you know, from this mountain of files
20  that were there.
21     Q.   Sure.
22     A.   I might have felt at the time that
23  that was relevant; I just don't remember when
24  she went to the Caribbean.
25     Q.   Do you know the date upon which
```

Page 33

```
 1            KEVIN CAHILL, M.D.
 2   Ms. Pridgeon first had onset of GBS?
 3       A.   No.
 4       Q.   Do you disagree with the ultimate
 5   diagnosis that was made that she had GBS?
 6       A.   No. I'm, again, not a neurologist
 7   but it would seem very clear from the medical
 8   records that she had GBS.
 9       Q.   So you don't know of any reason to
10   dispute the ultimate diagnosis of GBS?
11       A.   That is correct.
12       Q.   But again, you're not sure of the
13   date of the onset of the GBS?
14       A.   I haven't reviewed this file in a
15   year now. I mean, if you tell me June 23rd or
16   June 28th, I wouldn't be able to tell you unless
17   I recorded it in here. So I honestly don't know
18   the answer to your question.
19       Q.   That's fine, that's fine, you don't
20   owe me anything. I'm just trying to figure out
21   what you can recall at this point in time.
22       A.   Right.
23       Q.   If you were trying to determine a
24   causative link between somebody's trip to the
25   Caribbean and the onset of GBS, what type of
```

Page 34

```
 1            KEVIN CAHILL, M.D.
 2   timing would you be looking at?
 3       A.   Since there are so many causes of
 4   GBS, I can't exclude, you know, things like
 5   heavy metals or anything else, but if we're
 6   looking for an infection as an antecedent event,
 7   it would probably be within a month or so before
 8   the onset. It probably would have been, in the
 9   cases of both vaccinations, ranging up to 60
10   days, I don't -- something in that range,
11   probably. It wouldn't be ten years, that's for
12   sure.
13       Q.   How about the link between a
14   Campylobacter jejuni ingestion and the first
15   onset of GI illness, how far back are you
16   typically looking when you're trying to
17   determine whether somebody's GI illness was
18   brought on by an ingestion of Campylobacter
19   jejuni?
20       A.   I would go back to that question:
21   Number one, roughly, it would be four to five
22   days; three, four, five days, that would be
23   between the exposure and the onset of GI
24   symptoms.
25       Q.   If, assuming it is true for a
```

Page 35

```
 1            KEVIN CAHILL, M.D.
 2   moment, that Ms. Pridgeon first became ill on
 3   June 15th, 2000, I take it, then, that you would
 4   be looking as far back as June 8th, 9th or 10th
 5   for a Campylobacter ingestion to determine
 6   whether or not it was a Campylobacter ingestion
 7   that had caused the GI illness?
 8       A.   Yes. I think you'd go back even
 9   ten days, probably back to the -- I mean, I
10   think the range is usually three to nine or ten
11   days after exposure before onset of GI symptoms.
12       Q.   So perhaps you would want to look
13   back to perhaps as early as June 5th to
14   determine whether or not a GI illness was
15   brought on by an ingestion of Campylobacter
16   jejuni, assuming somebody became sick on June
17   15th?
18       A.   I think that's a fair statement,
19   yes.
20       Q.   If I told you that Ms. Pridgeon
21   returned from her trip to the Caribbean on May
22   28th, would that lead you to draw any
23   conclusions as to whether or not her -- assuming
24   further is true that she first became ill on
25   June 15th -- would that lead you to any
```

Page 36

```
 1            KEVIN CAHILL, M.D.
 2   conclusions as to whether or not to rule out
 3   anything that she might have ingested in the
 4   Caribbean as a possible cause of her illness?
 5       A.   No.
 6       Q.   Why not?
 7       A.   Because you're talking about
 8   Campylobacter jejuni, she could have had an
 9   amebic infection, for example, acquired in the
10   Caribbean and only it became manifest sometimes
11   years later, but months later would certainly
12   not be unusual.
13       Q.   How common is an amebic infection
14   thought to be the cause of GBS?
15       A.   To the best of my knowledge, it's
16   not been associated with the illness of GBS.
17   But you're asking a different question on
18   diarrhea; that's what I was answering.
19       Q.   Okay. You're right.
20            There are many causes of GI
21   illness, I take it?
22       A.   That is correct.
23       Q.   You go on in your first paragraph
24   of your report, Dr. Cahill, to talk about this
25   issue from an epidemiologic point of view and
```