Page 37

KEVIN CAHILL, M.D.

1    KEVIN CAHILL, M.D.
2  you state that one way to confirm whether or not
3  somebody's illness was caused by eating a
4  particular meal is to check what happened to
5  other passengers, if the event concerns travel.
6         Do you know if there were any other
7  reports of illness in people on that flight?
8     A.    I don't.
9     Q.    Do you happen to know whether
10  anybody else had consumed the same meal as
11  Ms. Pridgeon on that flight?
12     A.    I have no idea.
13     Q.    If it had been determined that
14  other people had become ill on that flight,
15  would that help in any way in your analysis?
16     A.    Yes.  One would have hoped that
17  somebody would have done some studies to
18  document the cause of that illness or any other;
19  so the larger the outbreak, I think the more
20  likely it is, but to that appropriate studies
21  would have been ordered and you would find out
22  the cause, it would have been defined.
23     Q.    And how about if you were able to
24  determine that other people had actually eaten
25  the same meal, would that help in any way in

Page 38

1    KEVIN CAHILL, M.D.
2  your analysis?
3     A.    Yes.
4     Q.    How so?
5     A.    I will presume that meals are or
6  airlines, like any other large community
7  service, are prepared, you know, at a central
8  location and they are served to people.  If you
9  had an outbreak of 100 people, like on a cruise
10  ship or any other big massive thing where people
11  are contained, it is easier to find the cause in
12  situations like that because it's a community
13  outbreak and studies are done.
14     Q.    Have you had an occasion to read
15  any of the deposition transcripts from the
16  American Airlines employees in this case?
17     A.    I have not.
18     Q.    So is it fair to say that you
19  haven't done any specific research on how the
20  meals were prepared on the subject flight?
21     A.    That is correct.
22     Q.    If we were able to establish that
23  Lolita Pridgeon actually ingested Campylobacter
24  jejuni infected chicken on June 13th, 2000, do
25  you think you would then conclude that that was

Page 39

1    KEVIN CAHILL, M.D.
2  the cause of her GBS?
3     A.    I think you would have to certainly
4  say that that would be a likely antecedent
5  event, but the question really still go
6  back to a couple of other issues and that is;
7  does her clinical presentation fit Campylobacter
8  and has anyone confirmed Campylobacter.
9         But if you ask a speculative
10  question, I would answer that definitely, that
11  would be interpreted as an antecedent event.
12     Q.    Now, in your analysis of the
13  medical records here, Dr. Cahill, was there
14  anything in the clinical presentation that would
15  lead you to possibly conclude that there had
16  been a Campylobacter jejuni infection?
17     A.    No.
18     Q.    The fact that she had suffered
19  gastrointestinal illness does not lead you to
20  conclude that it's possible that it was a
21  Campylobacter jejuni infection?
22     A.    Anything, oh, anything is possible
23  it was, there's no question about that.
24     Q.    That's what I'm getting at.  I'm
25  not talking probabilities, I'm talking

Page 40

1    KEVIN CAHILL, M.D.
2  possibilities.
3         And so again, the question is:  Is
4  there anything in the clinical presentation of
5  Lolita Pridgeon that would lead you to believe
6  that it's possible that there was a
7  Campylobacter ingestion on June 13th on the
8  flight?
9     A.    No.  And -- I don't know whether
10  you want me to answer this now?
11     Q.    Yes, go ahead.
12     A.    My recollection is she develops her
13  diarrhea on the flight on the way over,
14  immediately after returning; this is most
15  unusual in Campylobacter.  And so I think that
16  clinical picture is not consistent with the
17  question you were asking, could she have gotten
18  this on the flight.  That's what I actually, you
19  know, was struck by right away --
20     Q.    Sure.
21     A.    -- was the, you know, this
22  disconnect, this unusual clinical story for
23  Campylobacter, that she developed her diarrhea
24  right away; so I would answer that it could
25  definitely have been caused by Campylobacter but

10 (Pages 37 to 40)

KEVIN CAHILL, M.D.
1  I doubt the clinical presentation as presented
2  that occurred with her diarrhea occurring on the
3  flight on the way home where she gets sick on
4  the way home.
5      Q.    Had she first become ill two days
6  after the flight, do you think it would make it
7  more likely that she had ingested Campylobacter
8  on the flight?
9      A.    I think it would make it more
10 likely but still it's, you know, early for her
11 to develop clinical symptoms.
12         As I said originally, usually it's
13 three or four days or two days to still be sure,
14 but the fact is that it would make it more
15 likely, but I could not tell that you it wasn't
16 due to, you know, French cheese or milk or
17 anything else, I just don't know, and I can't
18 tell you it's Campylobacter but no one ever did
19 any studies to document that.
20     Q.    I understand.  Well, you didn't say
21 there was anything.  So there is nothing else,
22 nothing in the clinical presentation, as you
23 understand it, that would lead you to possibly
24 conclude that there was Campylobacter ingestion

KEVIN CAHILL, M.D.
1  on the flight on June 13th?
2      A.    That is correct.
3      Q.    And it's your understanding that
4  the first onset of GI illness in this case
5  occurred on June 13th?
6      A.    I had made notes at the time
7  reviewing this massive documents.  I believe
8  there was a doctor's note stating that she has
9  her diarrhea in the chart there on the day
10 flying back and it's referred to, in fact, on a
11 number of different occasions, in the chart,
12 going back a week later saying that she started
13 her diarrhea a week later; this was unusual to
14 me, that's why I noted it.
15     Q.    And would is it be fair to say that
16 the report you drafted and the opinions that
17 you've given to me so far today is premised upon
18 the assumption that her first onset of GI
19 occurred on her flight home on June 13th, 2000?
20     A.    To the best of my recollection,
21 it's either on the flight home or right after
22 arriving home.
23     Q.    That same day?
24     A.    Yes.

KEVIN CAHILL, M.D.
1      Q.    I'm going to read to you, Doctor, a
2  question that I asked to Dr. Block, and I'm also
3  going to give his response and I'm going to ask
4  you if you agree or disagree or if you can't
5  say.
6         I asked him: "Question:  If I
7  asked you to assume for a moment that Lolita
8  Pridgeon, in fact, did ingest Campylobacter
9  infected chicken on June 13th, 2000, assume that
10 fact to be true, could you give an opinion,
11 within a reasonable degree of medical
12 probability, that that was the probable cause of
13 her Guillain-Barre?"
14         Here is the answer that he gave:
15 "If she ingested it and indeed it
16 caused an infection, if she was one of the
17 people ingesting Campylobacter on that date who
18 then got her diarrhea within two to five days,
19 then her Guillain-Barre within a week to three
20 weeks, yes.  If I knew that there was
21 Campylobacter involved in a particular meal, I
22 would say it was more than likely the cause of
23 the subsequent Guillain-Barre."
24     A.    I think that's a fair statement.

KEVIN CAHILL, M.D.
1      Q.    Okay.
2         MR. HOLLAND:  What was the page of
3  that?
4         MR. O'KEEFE:  Sure, that's from
5  Dr. Block's deposition, transcript pages 104 to
6  105.
7      Q.    Dr. Cahill, other than the massive
8  thing that you referred to, meaning
9  Ms. Pridgeon's chart or piece of her chart, I
10 think we've already established the only other
11 materials that you have in this case are those
12 contained within Exhibit 5; correct?
13     A.    That is correct.
14     Q.    Have you ever removed any
15 materials, other than the chart I marked, have
16 any other materials that you had referred to
17 been removed from your file?
18     A.    Not that I know of.  I mean, that's
19 the file that Mr. Holland gave me and I sent the
20 other one back to him; to the best of my
21 recollection, that's all I ever saw.
22     Q.    Now, you mentioned that you also
23 received a report from Dr. Marjorie Golden in
24 connection with your work in this case?

11 (Pages 41 to 44)

Page 45

KEVIN CAHILL, M.D.
1       KEVIN CAHILL, M.D.
2       A.    I believe that's in there.
3       Q.    I take it further that since that
4    report is dated May 19th, 2004, you received it
5    after you drafted your written report in this
6    case?
7       A.    That is correct.
8       Q.    Was there anything contained within
9    Dr. Golden's report that leads you to change
10   your opinion in any way as it was given in your
11   report?
12      A.    No.
13            (Plaintiff's Exhibit 4 for
14   identification, Dr. Golden's report dated May
15   19th, 2004.)
16      Q.    We've actually marked Dr. Golden's
17   report as Deposition Exhibit 4, and I'm just
18   going to give you a copy of that, Dr. Cahill.
19      A.    Okay.
20      Q.    I want to go through this as
21   carefully as we can and just ask you a general
22   question.  Would you just tell me, as it relates
23   to the opinions that Dr. Golden gives and
24   findings, what you disagree with?
25      A.    I'm just looking at this now and I

Page 46

KEVIN CAHILL, M.D.
1       KEVIN CAHILL, M.D.
2    haven't reviewed it in the last few months.
3       Q.    Sure.
4       A.    But I remember feeling at the time
5    that I read this that it was very similar to
6    other sort of speculations that, as I put in my
7    letter, that the physician originally believed
8    that she was most definitely, this is all
9    speculation and it may have been valid
10   speculation of the cause of the problem but it
11   was all speculation, no one bothered to confirm
12   anything, and I think Dr. Golden's letter here
13   basically says the same thing; that she presumes
14   or is likely induced by or it is reasonable to
15   conclude and I just don't find, you know, if
16   you're going to associate this with a specific
17   meal or a specific diagnosis.
18            I, I think there's something
19   seriously lacking here in the whole medical
20   management almost of the patient, wherein the
21   testing did not confirm the cause.  So I think
22   Dr. Golden is basically saying in her way that
23   she thinks this is there but I don't know that
24   she's saying more than that.
25      Q.    You know what might help, I notice

Page 47

KEVIN CAHILL, M.D.
1       KEVIN CAHILL, M.D.
2    that your version of the report has some
3    handwritten notes on it.  Perhaps if I could
4    just hand that to you.  There is some blue ink
5    there?
6       A.    Uh-huh.
7       Q.    Are those your notes?
8       A.    Those are.
9       Q.    Let's go through those, if you
10   would, and if you could just tell me what it is
11   that you meant to be saying.
12      A.    Well, when I wrote there, I was
13   taking the clinical picture at first that she
14   developed this vomiting and that she has intense
15   arthralgia early on; this is very -- and so I
16   say "rare" and I say "rare" and I say the usual
17   is about four, just what I said before, as the
18   number of days that usually intervenes there.
19            And usually, I say a late
20   complication where she develops, if we are
21   intending that the Campylobacter was the cause
22   of her severe pain in her feet and knees, this
23   is not an early complication of Campylobacter
24   jejuni, it's a late complication and, therefore,
25   I just put a late complication there.

Page 48

KEVIN CAHILL, M.D.
1       KEVIN CAHILL, M.D.
2       Q.    Were there any other notes in the
3    margin other than those?
4       A.    Down at the bottom of the last
5    paragraph, it says she acquired, that she thinks
6    it's reasonable to conclude that her
7    Guillain-Barre syndrome was caused by
8    Campylobacter jejuni acquired through ingestion
9    of under-cooked chicken on her flight home from
10   France.  And I say "no other," or at least what
11   I know of, no other cases; this would be most
12   unusual to see an isolated case.
13      Q.    Okay.  Let's just, if we could, go
14   through those again just to make sure I'm sure
15   as to what you're referring to with your notes.
16            The note that says "rare" in the
17   margin, that's referring to the vomiting and
18   intense arthralgia or referring to the timing in
19   that particular instance?
20      A.    It's referring to the vomiting and
21   intense arthralgia as part of the acute picture,
22   Campylobacter is rare.
23      Q.    Okay.  The usual about four then is
24   usual timing --
25      A.    Usual incubation period.

12 (Pages 45 to 48)

KEVIN CAHILL, M.D.

1
2    Q.    Between ingestion and onset of
3 illness?
4    A.    That is correct.
5    Q.    The late complication of CJ refers
6 to the developing of severe pain in her feet and
7 knees?
8    A.    Correct.
9    Q.    And by that you meant to say that
10 usually you see, if you see it at all, the
11 severe pain in her feet and knees being a later
12 complication; in other words, from a timing
13 point of view you're going to see that later in
14 the presentation?
15    A.    That is correct.
16    Q.    How much later?
17    A.    Three weeks maybe; something like
18 that. It's usually in that --
19    Q.    I'm sorry.
20    A.    -- from the onset of her symptoms.
21    Q.    So three weeks from the onset of
22 the GI illness you'd expect to see --
23    A.    If you see reactive arthritis, it's
24 usually considered just like GBS is considered,
25 a later complication, not sort of in the

KEVIN CAHILL, M.D.

1
2 immediate reaction.
3    Q.    You saw that Dr. Golden refers in
4 her report to a study published by The New
5 England Journal of Medicine, it's actually the
6 second-to-last paragraph; do you see that?
7    A.    I do.
8    Q.    And she says that that study noted
9 that the median interval from the onset of
10 diarrhea from the time of the neurologic disease
11 was nine days; do you have any reason to
12 disagree with it?
13    A.    I don't know the article but I have
14 no reason to disagree with this statement, no.
15    Q.    When you just testified a moment
16 ago that your experience has been that you
17 typically see an interval period of three weeks
18 between the time of GI illness to the time of
19 onset of neurologic deficit --
20    A.    I think we were talking of
21 arthralgia at the time.
22    Q.    Okay. That's what I'm trying to
23 draw the distinction.
24        Is there a distinction between what
25 you were saying before and what Dr. Golden has

KEVIN CAHILL, M.D.

1
2 noted?
3    A.    No, I don't know this article that
4 you're referring to here, but I will presume
5 Dr. Golden is correct if that's what she writes
6 there. So I have no reason to think that that's
7 not true.
8    Q.    Okay, fine.
9        And then lastly, Dr. Cahill, the
10 note that refers to the last paragraph in
11 Dr. Golden's letter where you say "no other,"
12 you meant to say that there are no other
13 reported cases from this particular flight upon
14 which Ms. Pridgeon was a passenger; is that
15 right?
16    A.    Well, I think so. I don't remember
17 what I wrote in there, but the fact is I think I
18 was told that, you know, she got sick on the
19 plane and, as I alluded in my letter, the first
20 epidemiologic thing you do is determine whether
21 there were any other flights; as far as I know,
22 there were no others but I have not checked that
23 out. I haven't talked to American Airlines, I
24 haven't talked to Mr. Holland about that, but
25 usually when there's an outbreak, somebody

KEVIN CAHILL, M.D.

1
2 mentions an outbreak and I didn't see any
3 mention of an outbreak.
4    Q.    The last sentence in Dr. Golden's
5 letter says the time course of her diarreahal
6 illness is consistent with incubation period for
7 Campylobacter. Do you agree or disagree with
8 that assessment?
9    A.    I would disagree.
10    Q.    Tell us why.
11    A.    Because did she developed her
12 diarrhea on the flight on the way home, as I
13 recall the story, that is early for the clinical
14 presentation of Campylobacter.
15    Q.    It would appear that Dr. Golden is
16 assuming that ingestion of the chicken took
17 place on June 13th, and the onset of diarrhea
18 first occurred on June 15th.
19    A.    That would be closer to the usual
20 period of four days.
21    Q.    So if you assumed the same facts
22 that Dr. Golden was assuming vis-a-vis the
23 ingestion of the chicken and the first onset of
24 diarrhea, would you agree or disagree with the
25 statement that the time course of her diarreahal

13 (Pages 49 to 52)

Page 53

KEVIN CAHILL, M.D.

1    KEVIN CAHILL, M.D.
2 onset is coincident with the incubation for
3 Campylobacter jejuni?
4    A.   I think this would be very sure and
5 I don't think it excludes any other possible
6 causes, even if you predicate it's Campylobacter,
7 which we have no evidence of.
8    Q.   What if you did predicate that it
9 was Campylobacter?
10    A.   Then I would have to say that she
11 could have, as I said in my opening paragraph,
12 she could have certainly gotten this anywhere, I
13 just don't -- didn't see the type of serious
14 study to document a person's illness in this
15 case, I guess that's the way I found it.
16    Q.   If Lolita Pridgeon walked in today
17 and said, "Dr. Cahill, I want to know what
18 caused my GBS," do you think you would be able
19 to give her an opinion?
20    A.   This was in 2000 -- what year?
21    Q.   2000.
22    A.   2000. I doubt right now, again,
23 maybe someone would do -- that's serological
24 evidence that would document Campylobacter;
25 you'd have to ask a neurologist for other causes

Page 54

KEVIN CAHILL, M.D.

1    KEVIN CAHILL, M.D.
2 because I really don't know how to answer that
3 except for -- actually, I doubt I could answer
4 that question.
5    Q.   If she pleaded with you and said,
6 "Is there any possible way you could try to
7 determine what caused my GBS," what would you
8 do?
9    A.   I'd refer her to a neurologist,
10 like Dr. Block.
11    Q.   Like Dr. Block?
12    A.   Like Dr. Block.
13    Q.   Are you aware of what tests or
14 analysis that Dr. Block would need to do in
15 coming to a conclusion one way or another?
16    A.   No.
17    Q.   Not at all?
18    A.   No. I really do not feel that --
19 the range of the cause of GBS is so wide that I
20 don't know what tests he would want to do to be
21 thorough in that answer four years after the
22 event.
23    Q.   Ms. Pridgeon testified under oath
24 that she, in fact, did ingest some chicken on
25 board the flight on June 13th, 2000. Do you

Page 55

KEVIN CAHILL, M.D.

1    KEVIN CAHILL, M.D.
2 have any reason or have you seen any evidence to
3 lead you to conclude that she did not actually --
4    A.   No.
5    Q.   Now, understanding that your
6 background is in infectious disease and tropical
7 medicine, do you know anything about the
8 different forms of GBS, different forms or
9 patterns?
10    A.   No.
11    Q.   If I said "Can you tell me the
12 difference between the AMAN and AIDP patterns of
13 GBS," would you be able to tell me that?
14    A.   No.
15    Q.   Do you have any idea as to which
16 form of GBS is most closely associated by the
17 literature with Campylobacter, Campylobacter
18 jejuni infection?
19    A.   No.
20    Q.   Dr. Goldstein, Jonathan Goldstein
21 is a neurologist at Yale, is one of the
22 plaintiff's experts in this case, and he has
23 given an opinion that Ms. Pridgeon has the AMAN
24 pattern of GBS; do you have any reason to
25 disagree with that?

Page 56

KEVIN CAHILL, M.D.

1    KEVIN CAHILL, M.D.
2    A.   I honestly don't know what it is
3 but if you tell me somebody said it, I have no
4 reason to disagree that he said it, that's all I
5 can say.
6    Q.   Okay, that's fine.
7    I take it then, just to get it on
8 the record, that the form of Ms. Pridgeon's GBS
9 or pattern of Ms. Pridgeon's GBS did not play
10 any role whatsoever in the analysis that you did
11 in determining, in giving the opinions that you
12 gave in your report?
13    A.   No. My report was based on
14 submitted files that was sent to me; there was
15 nothing in there that, you know, influenced it
16 beyond that file.
17    Q.   Now, did you ask for any other
18 information in connection with the opinions that
19 you gave; in other words, did you ask
20 Mr. Holland, "I need this piece of information
21 or that piece of information"?
22    A.   Not that I can recall.
23    Q.   Were you satisfied that you had all
24 the information that you needed in order to
25 render the opinions that you rendered in this

14 (Pages 53 to 56)

Page 57

KEVIN CAHILL, M.D.

1  case?
2      A.    I was asked to render an opinion on
3  looking at that file that was sent to me, what
4  did I think of the file, and I did that; so
5  that's the best of my, you know -- that was what
6  I was asked to do and that's what I did.
7      Q.    And you were satisfied that when
8  you sat down to draft your report to give the
9  opinions that you gave in this case, that you
10  had all the information available to you that
11  was necessary in order to give those opinions?
12      A.    No, that goes to the heart of my
13  problem with the whole thing, is that there are
14  things missing in that hospital file and missing
15  in the tests that were ordered to document what
16  was sort of diagnosed.
17          I think it's -- it was almost
18  striking to me, and I remember reading this, how
19  one person said it and it wasn't based on any
20  documentation and then the next person said it
21  and then it was said this was proven and it just
22  struck me as very, very unusual in this case to
23  see that in a -- in a chart, people's names
24  cited with it, and when you went to look for the

Page 58

KEVIN CAHILL, M.D.

1  laboratory studies they weren't there.
2      Q.    You have given an opinion in this
3  case that you do not believe within a reasonable
4  degree of medical probability that Ms. Pridgeon's
5  GBS was caused by the meal that she ate on the
6  American Airlines flight; correct?
7      A.    I don't know what it was caused by.
8      Q.    No, I understand.  But the opinion
9  that you give is it certainly was not caused by --
10      A.    No, that is not my opinion.  I did
11  not say that.  I just do not find any documentation
12  to support that opinion.
13      Q.    I see, okay.  I misspoke.
14          In the universe of possibilities,
15  it's possible that Ms. Pridgeon's GBS was
16  related somehow to the chicken that she ate on
17  the flight, the American Airlines flight?
18      A.    The universe of possibilities is
19  possible.
20      Q.    But you don't have enough
21  information available to you to draw a causative
22  link between those two events?
23      A.    That is correct.
24      Q.    Okay.  Now, just to make sure, I

Page 59

KEVIN CAHILL, M.D.

1  notice the article that you referenced over at
2  the Lenox Hill Hospital when you were drafting
3  this report, you didn't make a copy of that
4  article?
5      A.    I did not.
6      Q.    Have we had an opportunity to talk
7  about all of the opinions that you have in
8  connection with this particular case today?
9      A.    I believe so.
10      Q.    If you were called upon to testify
11  at trial, is there anything else that's
12  strikingly different in terms of your opinions
13  from what we've discussed this morning?
14      A.    I don't think so.  I think I've
15  mentioned in my last response to you what was
16  strikingly, striking to me about this case and
17  that was the failure to document a cause for
18  this woman's GBS and to make any, it seems to
19  me, to make any link, to make any documented
20  evidence to support what was then all
21  speculated, and it could have been done.
22      Q.    How so?
23      A.    You could have drawn blood, just to
24  see if she had antibodies; at the time you could

Page 60

KEVIN CAHILL, M.D.

1  have sent cultures even though there are
2  antibodies, I don't know what her antibodies
3  were anyway at that time, but I think those
4  efforts could have been made there.
5      Q.    Do you know why it was that she was
6  unable to produce a stool culture?
7      A.    No.
8      Q.    Do you know if one was ordered in
9  the first place?
10      A.    I think it was in my report here
11  that they were ordered and cancelled or
12  something like that, so you'd have to go back to
13  the record, but, you know, I have no idea.
14      Q.    Do you know if any serological
15  studies were done in Ms. Pridgeon's hospital
16  course?
17      A.    I believe when they refer to
18  serological studies, and I traced it back to
19  that thing, it was Lyme Disease and something
20  else.
21      Q.    But nothing usual that would
22  confirm or not confirm the presence of
23  Campylobacter jejuni in her system?
24      A.    I don't believe that was ordered.

KEVIN CAHILL, M.D.

1
2    Q.    Understanding that you don't recall
3  exactly the subject matter of the case that you
4  consulted on prior as it related to the cruise
5  ship, did that opinion in any way deal with the
6  presence or lack of serological evidence or some
7  other laboratory evidence?
8    A.    It's easily 10 or more years ago.
9    Q.    Sure.
10   A.    So I have no recollection of that.
11 But my recollection, my best recollection is
12 that it had to do with infection caused by the
13 acid in the toilet and a rocking ship and I
14 don't see that serologic evidence would have
15 been, you know, even relevant but I can't tell
16 you that, I can't tell you that I remember.
17   Q.    Do you know what the most common
18 source of Campylobacter Guillain-Barre is?
19   A.    Poultry.
20   Q.    Have you done any research at all,
21 Dr. Cahill, on the percentage of GBS cases that
22 are believed to be related to Campylobacter?
23   A.    I have done no research on that.
24   Q.    I take it you didn't consult any
25 articles on that issue?

KEVIN CAHILL, M.D.

1
2    A.    No. I've read and I've attended,
3  you know, average lectures and I know that, as I
4  said, the linkage seems to be definite and I
5  think it's insignificant percentages; if I were
6  to tell you 40 percent or something like that,
7  that's a vague -- that's a, you know, a
8  recollection from something but I couldn't even
9  tell you where I got that from, a lecture or...
10 again, a neurologist would probably be the
11 better one to get that specific information
12 from.
13   Q.    Other than a stool culture and/or
14 some serological evidence, is there any other
15 information that you would believe would be
16 helpful in drawing, to draw a causative link
17 between a meal that Lolita Pridgeon ingested on
18 June 13th and her ultimate problem with GBS?
19   A.    If you -- I can't think of
20 anything. There are some I know of, I read
21 also, some research tools that are not used in
22 clinical practice testing down DNA and making
23 that linkage there, and you might be able to,
24 you know, find somebody doing that. I, I don't
25 do it. I don't think most clinicians would do

KEVIN CAHILL, M.D.

1
2  it but I know there are some research tools.
3         But, no, I think you have to
4  document that there was an infection that was
5  caused by a meal and that you would use clinical
6  epidemiologic and, primarily, the only way to
7  make a diagnosis is either microbiological or
8  serological evidence to support it.
9         MR. O'KEEFE:  I think that's all I
10 have but let me just make sure and see what's
11 attached to the exhibits.
12        That's all I have, Dr. Cahill,
13 thank you very much.
14        THE WITNESS:  Thank you.
15        (Time noted:  11:06 a.m.)
16
17       _____
18
18       KEVIN CAHILL, M.D.
19
20 Subscribed and sworn to before me
21 this _____ day of _____, 2004.
22
23 _____
24
25

1  STATE OF NEW YORK   )    Pg__of__Pgs
2                      ss:
3  COUNTY OF NEW YORK  )
4    I wish to make the following changes, for the
5  following reasons:
6  PAGE LINE
7  ____ ____ CHANGE: _____
8         REASON: _____
9  ____ ____ CHANGE: _____
10        REASON: _____
11 ____ ____ CHANGE: _____
12        REASON: _____
13 ____ ____ CHANGE: _____
14        REASON: _____
15 ____ ____ CHANGE: _____
16        REASON: _____
17 ____ ____ CHANGE: _____
18        REASON: _____
19 ____ ____ CHANGE: _____
20        REASON: _____
21 ____ ____ CHANGE: _____
22        REASON: _____
23
24
25

Page 65

```
 1          C E R T I F I C A T E
 2  STATE OF NEW YORK  )
 3                     : ss.
 4  COUNTY OF NEW YORK )
 5
 6          I, PHYLISS SALIMBENE, a Registered
 7  Professional Reporter and Notary Public within
 8  and for the State of New York, do hereby
 9  certify:
10          That KEVIN CAHILL, M.D, the witness
11  whose deposition is hereinbefore set forth, was
12  duly sworn by me and that such deposition is a
13  true record of the testimony given by the
14  witness.
15          I further certify that I am not
16  related to any of the parties to this action by
17  blood or marriage, and that I am in no way
18  interested in the outcome of this matter.
19          IN WITNESS WHEREOF, I have hereunto
20  set my hand this _____ day of September, 2004.
21
22          _____
23             PHYLISS SALIMBENE, RPR
24
25
```

Page 66

```
 1          E X H I B I T S
 2  DESCRIPTION                    PAGE
 3
 4  (Plaintiff's Exhibit 1 for        3
 5  identification, notice of
 6  deposition.)
 7  (Plaintiff's Exhibit 2 for        5
 8  identification, CV of Dr. Cahill.)
 9  (Plaintiff's Exhibit 3 for        9
10  identification, Dr. Cahill's report
11  dated June 29th, 2003.)
12
13  (Plaintiff's Exhibit 5 for       10
14  identification, Dr. Cahill's file.)
15  (Plaintiff's Exhibit 4 for       45
16  identification, Dr. Golden's report
17  dated May 19th, 2004.)
18
19
20
21
22
23
24
25
```

**A**

ability 12:17
able 33:16 37:23 38:22
  53:18 55:13 62:23
abroad 32:14
accurate 10:12 15:5
acid 26:15 61:13
acquired 36:9 48:5,8
action 65:16
active 7:15
acute 48:21
afraid 19:2
Africa 32:2
ago 13:21 22:7 27:13
  50:16 61:8
agree 43:5 52:7,24
ahead 21:22 40:11
AIDP 55:12
airline 29:10
airlines 1:7 29:21 30:4
  38:6,16 51:23 58:7
  58:18
alluded 51:19
AMAN 55:12,23
amebic 36:9,13
American 1:7 29:20
  30:4 38:16 51:23
  58:7,18
American-Irish 27:20
analysis 20:7 37:15
  38:2 39:12 54:14
  56:10
and/or 62:13
answer 3:18 16:3,24
  22:17 23:5,24 33:18
  39:10 40:10,24 43:15
  54:2,3,21
answered 19:11,20
answering 23:10 36:18
antecedent 23:20 24:12
  24:19 34:6 39:4,11
antibodies 59:25 60:3,3
anybody 37:10
anyway 12:5 60:4
appear 52:15
appears 10:11
appropriate 6:6 37:20
area 23:11 24:23,25
  26:15
arriving 13:17 42:23
arthralgia 47:15 48:18
  48:21 50:21
arthritis 49:23
article 12:3,16,18,20
  13:22 14:5,12 50:13
  51:3 59:2,5
articles 6:19 7:4,10
  11:22 61:25
asked 3:20 16:20,22,23
  17:3,7,8,9 27:22
  29:14,17,22 43:3,7,8

57:3,7
asking 19:25 22:16
  36:17 40:17
assessment 52:8
associate 46:16
associated 36:16 55:16
assume 3:19 19:24 43:8
  43:10
assumed 52:21
assuming 34:25 35:16
  35:23 52:16,22
assumption 42:19
ate 30:3 58:6,17
attached 63:11
attended 62:2
attorney 27:4
Attorneys 2:2,7
author 12:23
authors 12:23
available 57:11 58:22
Avenue 1:15 2:8
average 22:22,24 62:3
aware 54:13
a.m 1:10 63:15

**B**

B 66:1
back 10:19 34:15,20
  35:4,8,9,13 39:6
  42:11,13 44:21 60:13
  60:19
background 55:6
based 17:19 56:13
  57:20
basically 6:11 46:13,22
behalf 26:18,19
believe 12:4,13 17:20
  18:21 19:6 24:11,20
  28:19 29:9 31:11
  40:5 42:8 45:2 58:4
  59:10 60:18,25 62:15
believed 13:24 46:7
  61:22
best 4:10,25 11:7 12:17
  36:15 42:21 44:21
  57:6 61:11
better 62:11
beyond 56:16
big 38:10
bit 22:14
Block 15:9,11,17 16:5
  31:10 43:3 54:10,11
  54:12,14
Block's 28:3 44:6
blood 59:24 65:17
blue 47:4
board 24:24 25:5,11,13
  26:13 54:25
book 7:13
books 6:10,13 7:9
bothered 46:11

bottom 48:4
break 5:8
breaks 21:19
brought 3:13 34:18
  35:15
burning 26:15
buy 20:12

**C**

C 2:1 3:4 65:1,1
Cahill 1:13,15 3:1,9 4:1
  5:1,24 6:1 7:1 8:1 9:1
  10:1 11:1 12:1 13:1
  14:1 15:1 16:1 17:1
  18:1 19:1 20:1 21:1
  22:1 23:1 24:1 25:1
  26:1 27:1 28:1 29:1,8
  30:1 31:1 32:1 33:1
  34:1 35:1 36:1,24
  37:1 38:1 39:1,13
  40:1 41:1 42:1 43:1
  44:1,8 45:1,18 46:1
  47:1 48:1 49:1 50:1
  51:1,9 52:1 53:1,17
  54:1 55:1 56:1 57:1
  58:1 59:1 60:1 61:1
  61:21 62:1 63:1,12
  63:18 65:10 66:8
Cahill's 9:7 10:8 66:10
  66:14
call 9:20,25
called 11:25 26:9,22
  59:11
Campylobacter 5:21
  7:3,5,7,11 12:3 13:5
  13:7,11 14:6 18:4,11
  18:17,23 19:8 20:3,4
  20:9,17 21:4,12,18
  22:16,25 23:17 24:3
  24:12,18 34:14,18
  35:5,6,15 36:8 38:23
  39:7,8,16,21 40:7,15
  40:23,25 41:8,19,25
  43:9,18,22 47:21,23
  48:8,22 52:7,14 53:3
  53:6,9,24 55:17,17
  60:24 61:18,22
cancelled 60:12
career 6:23 9:2
carefully 45:21
Caribbean 30:12,16,21
  31:2,12,18 32:3,8,18
  32:24 33:25 35:21
  36:4,10
case 4:2,5,13,17 5:12
  5:19 6:16,21 9:10,19
  10:12 11:4,18,23
  14:15 15:9 16:6,12
  16:17 19:20 26:3,9
  26:11,24 27:11,13,15
  27:23 28:9,15,22

29:25 38:16 42:5
  44:12,25 45:6 48:12
  53:15 55:22 57:2,10
  57:23 58:4 59:9,17
  61:3
cases 8:19,21 13:5 21:5
  21:6,19 23:13 34:9
  48:11 51:13 61:21
causative 18:17,22
  19:7,14 30:20 33:24
  58:22 62:16
cause 7:7 9:3 17:21
  22:7,12,17 23:2,6,14
  24:4,7,10,13 32:7,10
  36:4,14 37:18,22
  38:11 39:2 43:13,23
  46:10,21 47:21 54:19
  59:18
caused 18:10 20:2,9
  35:7 37:3 40:25
  43:17 48:7 53:18
  54:7 58:6,8,10 61:12
  63:5
causes 18:7 23:24 24:2
  24:15 34:3 36:20
  53:6,25
central 38:7
certain 17:16
certainly 23:3 36:11
  39:3 53:12 58:10
certified 24:24 25:2,5
  25:11,13
certify 65:9,15
change 45:9 64:7,9,11
  64:13,15,17,19,21
changes 64:4
charge 25:17 26:2
  29:23
chart 11:2,5,13 13:15
  42:10,12 44:10,10,16
  57:24
check 13:19 27:15 37:4
checked 51:22
cheese 41:17
chicken 30:3 38:24
  43:10 48:9 52:16,23
  54:24 58:17
childhood 21:10
children 22:8
cited 57:25
CJ 49:5
claim 29:24 30:9
clean 5:6
clear 33:7
clinical 39:7,14 40:4,16
  40:22 41:2,12,23
  47:13 52:13 62:22
  63:5
clinicians 62:25
closely 55:16
closer 52:19

coincident 53:2
come 7:10 20:8 26:2
coming 54:15
common 21:17,25
  22:12,17 23:2,4 24:9
  24:12,19 36:13 61:17
community 21:9 22:15
  22:19,22,24 38:6,12
complication 47:20,23
  47:24,25 49:5,12,25
computer 12:2
concerns 37:5
conclude 38:25 39:15
  39:20 41:25 46:15
  48:6 55:3
conclusion 20:8 54:15
conclusions 35:23 36:2
CONDON 2:7
confirm 12:14 13:7,23
  14:20 37:2 46:11,21
  60:23,23
confirmed 13:24 14:5
  39:8
confirming 20:17
Connecticut 1:2 2:3
  3:14 26:2 28:16
connection 9:19 10:12
  11:3,17 14:14 16:17
  26:3,24 27:25 28:11
  28:14,21 44:25 56:18
  59:9
considered 49:24,24
consistent 40:16 52:6
constant 21:11
consult 11:21 61:24
consulted 5:11,18
  13:23 61:4
consumed 37:10
contact 9:19
contacted 9:10 16:19
contained 10:23 11:14
  28:7 38:11 44:13
  45:8
contended 26:14
contracting 17:21
  18:24 32:16
contributed 6:18
copy 6:3 14:23,24 28:8
  45:18 59:4
correct 9:21,23 10:2,4
  10:6 12:9 13:25
  15:22 20:23 23:8
  24:4,5,8 25:15,18,19
  28:5,6,12,23 32:11
  32:12 33:11 36:22
  38:21 42:3 44:13,14
  45:7 49:4,8,15 51:5
  58:7,24
correctly 19:11
counsel 6:4
COUNTY 64:3 65:4

Page 68

couple 4:22 29:4 39:6
course 52:5,25 60:17
court 1:1 3:13 4:14,16
 4:17 5:2 25:21,22
cruise 38:9 61:4
culture 17:24 18:19
 19:9 20:5,21 60:7
 62:13
cultures 60:2
currently 7:23
cut 15:2
CV 5:24 6:3,7,19 66:8

**D**

D 3:4
date 9:11 14:25 32:25
 33:13 43:18
dated 6:9 9:7 45:4,14
 66:11,17
dates 30:17
day 42:10,24 63:21
 65:20
days 13:14,25 14:9,11
 34:10,22,22 35:9,11
 41:6,14,14 43:19
 47:18 50:11 52:20
deal 61:5
dealing 7:24
dealt 7:24
Defendant 1:8 2:7
defending 26:25
defense 6:4
deficit 50:19
defined 37:22
definite 62:4
definitely 39:10 40:25
 46:8
degree 43:12 58:5
demonstrating 18:12
depends 21:7 22:14
deposed 3:22
deposition 1:13 3:3,15
 4:3,15 6:3 14:22 15:8
 16:16 26:10 28:4,8
 28:13,19,24 31:10
 38:15 44:6 45:17
 65:11,12 66:6
DESCRIPTION 66:2
determine 9:2 17:20
 19:13 32:6,15 33:23
 34:17 35:5,14 37:24
 51:20 54:7
determined 19:24
 25:25 37:13
determining 56:11
develop 8:15 41:12
developed 13:16 21:8
 21:14,17 25:25 26:12
 26:16 40:23 47:14
 52:11
developing 21:9 49:6

develops 40:12 47:20
diagnosed 15:24 57:17
diagnosis 8:8,18,22
 18:8,9 21:2 33:5,10
 46:17 63:7
diarreahal 14:7 52:5
 52:25
diarrhea 7:7 13:16
 22:7,22 30:14 36:18
 40:13,23 41:3 42:10
 42:14 43:19 50:10
 52:12,17,24
difference 55:12
differences 22:18
different 22:9,21 36:17
 42:12 55:8,8 59:13
disagree 30:9 31:14
 33:4 43:5 45:24
 50:12,14 52:7,9,24
 55:25 56:4
discipline 7:18
disconnect 40:22
discussed 59:14
disease 17:13 24:25
 25:14 50:10 55:6
 60:20
diseases 7:21 25:9,12
dispute 33:10
distinction 50:23,24
District 1:1,2 3:13,14
DNA 62:22
doctor 3:23 4:13 5:9,19
 6:8,24 7:15 9:9 11:12
 14:20 17:19 25:16
 27:25 28:16 43:2
doctors 13:15
doctor's 42:9
document 15:2 37:18
 41:20 53:14,24 57:16
 59:18 63:4
documentation 20:19
 20:20 57:21 58:12
documented 59:20
documents 10:10 11:16
 42:8
doing 13:10 62:24
Dominican 22:20
doubt 41:2 53:22 54:3
Dr 3:9 5:24 9:7 10:8
 15:8,11,17 16:5 28:3
 28:17,21,25 29:8
 31:10 36:24 39:13
 43:3 44:6,8,24 45:9
 45:14,16,18,23 46:12
 46:22 50:3,25 51:5,9
 51:11 52:4,15,22
 53:17 54:10,11,12,14
 55:20 61:21 63:12
 66:8,10,14,16
draft 57:9
drafted 10:5 14:17

15:4 16:14 29:5
 42:17 45:5
drafting 11:18,23
 14:15 59:3
draw 35:22 50:23
 58:22 62:16
drawing 62:16
drawn 59:24
due 26:14 30:24 31:7
 41:17
duly 65:12

**E**

E 2:1,1 3:4 65:1,1 66:1
early 13:5 35:13 41:11
 47:15,23 52:13
easier 38:11
easily 61:8
eaten 29:10 37:24
eating 37:3
edited 6:11,14
effective 24:22
efforts 60:5
either 9:3 16:23 18:18
 19:4,9 20:21 42:22
 63:7
El 22:19
else's 9:4
employees 38:16
England 50:5
entire 10:11,13 11:5
epidemiologic 36:25
 51:20 63:6
epidemiological 20:24
ESQ 2:4,9
essentially 6:7
establish 18:17,22 19:7
 38:22
established 24:17
 44:11
event 34:6 37:5 39:5,11
 54:22
events 23:20 24:19
 58:23
evidence 20:11,22,25
 29:9 53:7,24 55:2
 59:21 61:6,7,14
 62:14 63:8
exactly 61:3
EXAMINATION 3:8
examined 3:6
example 22:19 23:14
 36:9
examples 23:21
exclude 34:4
excludes 53:5
Exhibit 3:2 5:23 6:2
 9:6 10:7,10,24 11:15
 14:22 16:15 29:6
 44:13 45:13,17 66:4
 66:7,9,13,15

exhibits 63:11
expect 49:22
experience 13:13 17:19
 24:17 50:16
expert 4:2,8,11 5:12,19
 23:23
experts 55:22
exposure 13:6 14:2
 21:12 34:23 35:11
extensively 30:12

**F**

F 65:1
facsimile 15:2
fact 13:20 30:2 39:18
 41:15 42:11 43:9,11
 51:17 54:24
facts 52:21
failure 59:18
fair 8:23 16:13 25:23
 25:24 35:18 38:18
 42:16 43:25
family 15:18 21:24
far 34:15 35:4 42:18
 51:21
Fearon 27:14
federal 4:2
feel 54:18
feeling 14:4 46:4
feet 47:22 49:6,11
felt 16:10 32:22
Fifth 1:15
figure 33:20
file 9:15 10:8,11,13
 11:9 28:7 29:23
 33:14 44:18,20 56:16
 57:4,5,15 66:14
files 32:19 56:14
find 37:21 38:11 46:15
 58:12 62:24
findings 45:24
fine 10:20 33:19,19
 51:8 56:6
finish 5:4
firm 26:25 27:4,10
first 9:10,18 14:7 16:19
 19:20 30:15 33:2
 34:14 35:2,24 36:23
 41:6 42:5,19 47:13
 51:19 52:18,23 60:10
fit 39:7
five 13:14 14:9,11
 34:21,22 43:19
flight 29:21 30:4 37:7
 37:11,14 38:20 40:8
 40:13,18 41:4,7,9
 42:2,20,22 48:9
 51:13 52:12 54:25
 58:7,18,18
flights 51:21
flying 42:11

following 13:6 64:4,5
follows 3:7
form 55:16 56:8
forms 55:8,8
FORSYTH 2:7
forth 65:11
forwarded 6:4
found 17:16 21:5 53:15
four 13:14,25 14:9
 34:21,22 41:14 47:17
 48:23 52:20 54:21
France 21:13 22:10,11
 30:12 48:10
frankly 8:18
French 41:17
further 35:24 45:3
 65:15

**G**

gastrointestinal 14:8
 22:12 39:19
GBS 5:17 7:24 8:3,6,8
 8:15,23 9:3 15:24
 17:21 18:2,7,10,18
 18:24 19:8,25 20:2,9
 20:18 23:16,18 24:2
 24:4,7,10,15,19,22
 30:20,24 31:7,13
 32:7,10,16 33:2,5,8
 33:10,13,25 34:4
 36:14,16 39:2 49:24
 53:18 54:7,19 55:8
 55:13,16,24 56:8,9
 58:6,16 59:19 61:21
 62:18
general 45:21
generally 16:8,9,24
getting 9:14 14:3 39:24
GI 23:2 34:15,17,23
 35:7,11,14 36:20
 42:5,19 49:22 50:18
give 4:15 5:5 10:24
 17:3,7,9,12 23:15
 26:10 29:18 43:4,11
 45:18 53:19 57:9,12
 58:10
given 4:8 31:23 42:18
 45:10 55:23 58:3
 65:13
gives 45:23
giving 56:11
go 4:23 10:25 21:21
 34:20 35:8 36:23
 39:5 40:11 45:20
 47:9 48:13 60:13
goes 57:13
going 3:15,19 5:25
 14:20 30:15 42:13
 43:2,4,4 45:18 46:16
 49:13
Golden 28:17,17,21,25

44:24 45:23 46:22
50:3,25 51:5 52:15
52:22
Golden's 45:9,14,16
46:12 51:11 52:4
66:16
Goldstein 55:20,20
good 3:9,10 23:10
gotten 40:17 53:12
Great 4:21
ground 4:22
group 10:9
guess 22:14 53:15
Guillain-Barre 5:13
6:25 23:7,12 29:19
30:2 43:14,20,24
48:7 61:18

**H**

H 3:4 66:1
hand 14:21 47:4 65:20
handwritten 47:3
happen 12:19,22,25
27:3 30:16 37:9
happened 37:4
Hartford 2:3
health 25:3,4,7,8,10
heard 16:3
heart 57:13
heavy 34:5
help 20:6 37:15,25
46:25
helpful 62:16
hereinbefore 65:11
hereunto 65:19
high 10:16
Hill 12:10,11 59:3
Historical 27:20
history 17:12
Hogan 27:6,7
Holland 2:9 9:22 10:19
16:20 27:10 44:3,20
51:24 56:20
Holland's 27:10
home 13:17,18 41:4,5
42:20,22,23 48:9
52:12
honestly 15:25 27:23
33:17 56:2
hoped 37:16
hospital 10:15 11:6
12:6,8,10,11 16:21
16:25 57:15 59:3
60:16
hour 25:18

**I**

idea 20:13 30:22 37:12
55:15 60:14
identification 3:3 5:24
9:7 10:8 45:14 66:5,8

66:10,14,16
identified 24:3
ideology 20:18 22:21
ill 35:2,24 37:14 41:6
illness 14:8 22:13 23:2
34:15,17 35:7,14
36:4,16,21 37:3,7,18
39:19 42:5 49:3,22
50:18 52:6 53:14
immediate 14:2 50:2
immediately 40:14
inaccurate 23:8
incident 22:21
include 21:13
included 31:17
Including 15:18
inconvenient 26:4
incubation 13:10 14:6
48:25 52:6 53:2
indicate 15:3
induced 46:14
infected 38:24 43:10
infection 20:10 21:18
22:21 26:13,17 34:6
36:9,13 39:16,21
43:17 55:18 61:12
63:4
infections 25:4
infectious 7:20 24:25
25:9,12,14 55:6
influenced 56:15
information 56:18,20
56:21,24 57:11 58:22
62:11,15
ingest 43:9 54:24
ingested 36:3 38:23
41:8 43:16 62:17
ingesting 43:18
ingestion 13:11 14:7
18:23 20:3 24:18
29:20 34:14,18 35:5
35:6,15 40:7 41:25
48:8 49:2 52:16,23
ink 47:4
insignificant 62:5
instance 48:19
intending 47:21
intense 47:14 48:18,21
interest 7:8
interested 65:18
interpreted 39:11
interval 50:9,17
intervenes 47:18
involved 5:13,20 6:14
6:16,20,20 8:7,17,22
8:25 43:22
involving 5:20
isolated 22:2 48:12
issue 7:11 14:13 22:5
36:25 61:25
issues 18:25 19:15 39:6

**J**

J 2:9
jejuni 5:21 7:3,5,7,11
12:3 18:11,18,23
19:8 20:3,4,9,18 21:4
21:12,18 22:16,25
23:17 24:3,18 34:14
34:19 35:16 36:8
38:24 39:16,21 47:24
48:8 53:3 55:18
60:24
Jerome 15:8
Jonathan 55:20
journal 11:24 50:5
June 9:7 15:4 16:14
33:15,16 35:3,4,13
35:16,25 38:24 40:7
42:2,6,20 43:10
52:17,18 54:25 62:18
66:11

**K**

K 3:4
keep 4:25
KENNY 2:2
Kevin 1:13,15 3:1 4:1
5:1 6:1 7:1 8:1 9:1
10:1 11:1 12:1 13:1
14:1 15:1 16:1 17:1
18:1 19:1 20:1 21:1
22:1 23:1 24:1 25:1
26:1 27:1 28:1 29:1
30:1 31:1 32:1 33:1
34:1 35:1 36:1 37:1
38:1 39:1 40:1 41:1
42:1 43:1 44:1 45:1
46:1 47:1 48:1 49:1
50:1 51:1 52:1 53:1
54:1 55:1 56:1 57:1
58:1 59:1 60:1 61:1
62:1 63:1,18 65:10
knees 47:22 49:7,11
knew 43:21
know 3:17 4:25 5:10
6:10 7:6 8:14 9:12
13:20 15:11 16:2,3
20:25 21:11,25 23:5
23:9,11,18,24,25
24:9,21 30:23,24
31:3,7 32:19,25 33:9
33:17 34:4 37:6,9
38:7 40:9,19,21
41:11,17,18 44:19
46:15,23,25 48:11
50:13 51:3,18,21
53:17 54:2,20 55:7
56:2,15 57:6 58:8
60:3,6,9,14,15 61:15
61:17 62:3,3,7,20,24
63:2
knowledge 4:11 36:15

known 23:7,14,15,17
23:19

**L**

L 3:4,4
laboratory 58:2 61:7
lack 61:6
lacking 46:19
large 11:9,13 20:24
38:6
larger 21:5,9,18,23
37:19
lastly 51:9
late 47:19,24,25 49:5
law 26:25
lawsuit 3:13 17:4
lead 35:22,25 39:15,19
40:5 41:24 55:3
leads 45:9
lecture 62:9
lectures 62:3
Lenox 12:10,11 59:3
letter 9:13 12:15 17:18
28:18 46:7,12 51:11
51:19 52:5
Let's 19:24 47:9 48:13
LINE 64:6
link 18:12,17,22 19:7
19:14 21:2 30:20
31:5 32:17 33:24
34:13 58:23 59:20
62:16
linkage 23:16,18 62:4
62:23
linked 23:12
list 15:20
listed 6:19
literature 18:25 19:15
19:21 24:11 55:17
little 22:14
LLP 2:2,7
location 38:8
Lolita 1:4 3:12 11:13
38:23 40:5 43:8
53:16 62:17
long 14:10 20:12
look 6:5 27:22 32:9
35:12 57:25
looked 12:13 13:8
looking 12:2 34:2,6,16
35:4 45:25 57:4
looks 6:6
lot 23:13,15 24:15
Lyme 60:20

**M**

M 3:4
maintain 7:14
maintaining 7:22
making 8:8 29:25
62:22

managed 8:5
management 46:20
manifest 36:10
margin 48:3,17
maritime 26:25
Marjorie 28:17 44:24
marked 6:2 10:9 14:21
16:15 29:6 44:16
45:16
marriage 65:17
massive 38:10 42:8
44:8
materials 9:25 10:3
11:14 44:12,16,17
matter 5:13,20 6:25
13:2 26:11 61:3
65:18
matters 6:15,20
meal 29:10,20 37:4,10
37:25 43:22 46:17
58:6 62:17 63:5
meals 38:5,20
mean 5:17 9:14 10:14
10:18 16:3 20:20
21:24 31:4 33:15
35:9 44:19
meaning 44:9
means 19:22
meant 47:11 49:9
51:12
median 50:9
medical 11:2,2,24,25
12:4,5,7 33:7 39:13
43:12 46:19 58:5
medicine 7:13,19 25:12
50:5 55:7
mention 52:3
mentioned 28:2 29:8
30:11 44:23 59:16
mentions 52:2
merely 19:14 29:23
metals 34:5
MICHAEL 2:9
microbiological 63:7
microbiology 25:2,6
milk 41:17
mind 7:10
missing 57:15,15
misspoke 58:14
moment 35:2 43:8
50:15
month 34:7
months 36:11 46:2
morning 3:9,10,16
10:10 59:14
mountain 32:19
M.D 1:13,15 3:1 4:1
5:1 6:1 7:1 8:1 9:1
10:1 11:1 12:1 13:1
14:1 15:1 16:1 17:1
18:1 19:1 20:1 21:1

22:1 23:1 24:1 25:1
26:1 27:1 28:1 29:1
30:1 31:1 32:1 33:1
34:1 35:1 36:1 37:1
38:1 39:1 40:1 41:1
42:1 43:1 44:1 45:1
46:1 47:1 48:1 49:1
50:1 51:1 52:1 53:1
54:1 55:1 56:1 57:1
58:1 59:1 60:1 61:1
62:1 63:1,18 65:10

**N**

N 2:1 3:4
name 3:11 12:4 27:3,4
names 57:24
natural 17:12
nature 31:25
necessary 57:12
need 10:25 54:14 56:20
needed 56:24
neither 20:5
neurologic 50:10,19
neurologist 8:5 23:10
23:23 33:6 53:25
54:9 55:21 62:10
neurologists 15:20
never 8:5 25:22 26:22
New 1:16,16,18 2:8,8
4:6,7,9 26:10 50:4
64:1,3 65:2,4,8
nice 5:6
nine 35:10 50:11
normally 13:25
Notary 1:17 3:5 65:7
note 31:7 42:9 48:16
51:10
noted 42:15 50:8 51:2
63:15
notes 42:7 47:3,7 48:2
48:15
notice 1:14 3:3 46:25
59:2 66:5
number 34:21 42:12
47:18

**O**

Oak 2:3
oath 54:23
observation 13:8
obviously 32:8
occasion 27:9 38:14
occasions 42:12
occurred 41:3 42:6,20
52:18
occurring 41:3
officers 27:21
offices 1:15
official 11:19
oh 39:22
okay 3:20 4:7,21 5:3,6

5:11 10:17,20 11:8
11:21 17:9 22:3
29:16 31:21 36:19
44:2 45:19 48:13,23
50:22 51:8 56:6
58:14,25
once 3:25
onset 14:7 33:2,13,25
34:8,15,23 35:11
42:5,19 49:2,20,21
50:9,19 52:17,23
53:2
on-line 12:5,7
opening 53:11
opinion 15:13 17:4,7
17:10,12 19:13,25
21:16 24:16 26:10
29:18 31:22 43:11
45:10 53:19 55:23
57:3 58:3,9,11,13
61:5
opinions 16:16 42:17
45:23 56:11,18,25
57:10,12 59:8,13
opportunity 10:25 15:7
28:3,10 59:7
opposed 21:19
order 56:24 57:12
ordered 37:21 57:16
60:9,12,25
originally 41:13 46:7
outbreak 20:24 37:19
38:9,13 51:25 52:2,3
outbreaks 21:6,9
outcome 65:18
outside 4:9
owe 33:20
O'Keefe 2:2,4 3:8,11
44:5 63:9

**P**

P 2:1,1
page 44:3 64:6 66:2
pages 44:6
pain 47:22 49:6,11
paragraph 36:23 48:5
50:6 51:10 53:11
parasitic 7:20 25:3
pardon 11:12
part 48:21
particular 5:12 11:22
14:12,14,25 16:6
22:5 31:16 37:4
43:22 48:19 51:13
59:9
parties 65:16
partner 27:13
passenger 51:14
passengers 37:5
passing 7:5
patient 8:6,15 9:3,4

30:11 46:20
patients 7:23 8:3,9,23
15:16,21,24
pattern 55:24 56:9
patterns 55:9,12
pending 4:5 17:4
people 24:15 31:25
32:2 37:7,14,24 38:8
38:9,10 43:18
people's 57:24
percent 62:6
percentage 61:21
percentages 62:5
perianal 26:15
period 14:6 48:25
50:17 52:6,20
periods 13:10 20:12
person 57:20,21
persons 24:19
person's 20:8 53:14
Pg 64:1
Pgs 64:1
Phyliss 1:16 65:6,23
Phyllis 3:5
physician 46:7
picture 40:16 47:13
48:21
piece 44:10 56:20,21
place 52:17 60:10
plaintiff 1:5,14 2:2
3:12 28:9
plaintiff's 3:2 5:23 6:2
9:6 10:7,10,24 11:15
14:21 16:15 29:6
45:13 55:22 66:4,7,9
66:13,15
plane 13:17 51:19
play 56:9
pleaded 54:5
please 3:17 4:24
point 8:17 11:17 33:21
36:25 49:13
possibilities 40:2 58:15
58:19
possible 17:20,23 18:16
18:22 19:7,13 24:4,7
25:13 26:8 32:9 36:4
39:20,22 40:6 53:5
54:6 58:16,20
possibly 39:15 41:24
Poultry 61:19
practice 7:15,22 62:22
predicate 53:6,8
premised 42:18
prepared 38:7,20
presence 60:23 61:6
presentation 39:7,14
40:4 41:2,23 49:14
52:14
presented 41:2
presumably 9:12

presume 38:5 51:4
presumes 46:13
Pridgeon 1:4 3:12 11:3
11:13 16:22 28:9
29:25 33:2 35:2,20
37:11 38:23 40:5
43:9 51:14 53:16
54:23 55:23 62:17
Pridgeon's 29:19 30:19
31:13 44:10 56:8,9
58:5,16 60:16
primarily 63:6
prior 11:22 27:10
30:13 32:8 61:4
probabilities 39:25
probability 43:13 58:5
probable 43:13
probably 7:5 9:15 34:7
34:8,11 35:9 62:10
problem 32:16 46:10
57:14 62:18
processes 9:2
produce 60:7
Professional 1:17 65:7
proper 16:11
proven 31:6 57:22
public 1:18 3:5 25:3,7
25:8,10 65:7
published 50:4
pursuant 1:14
put 12:14 31:8,24 32:4
46:6 47:25
putting 26:6

**Q**

qualify 8:12
question 3:20 5:4 10:22
19:3,17,20 24:14
33:18 34:20 36:17
39:5,10,23 40:3,17
43:3,7 45:22 54:4
questions 3:18,19 4:24
16:25 22:17 29:4,13
31:4
quick 6:5

**R**

R 2:1 65:1
range 9:17 34:10 35:10
54:19
ranging 34:9
rare 47:16,16 48:16,22
rate 25:20
reaction 14:2 50:2
reactive 49:23
read 13:14 38:14 43:2
46:5 62:2,20
reading 57:19
really 8:5 12:12 13:4
23:9 39:5 54:2,18
reason 5:9 31:14,16

33:9 50:11,14 51:6
55:2,24 56:4 64:8,10
64:12,14,16,18,20,22
reasonable 43:12 46:14
48:6 58:4
reasons 64:5
recall 4:4 8:18,21 9:9
9:18 11:16 12:2,12
14:13 15:23,25 17:5
17:6 20:23 27:14,18
27:19,23 30:16 32:18
33:21 52:13 56:22
61:2
received 9:25 44:24
45:4
recollection 11:7 13:12
13:20 40:12 42:21
44:22 61:10,11,11
62:8
record 5:6 10:15 11:12
56:8 60:14 65:13
recorded 17:17 33:17
records 11:2 16:21,25
17:7,11 33:8 39:13
rectal 26:13
refer 54:9 60:18
reference 15:3 18:24
19:14 31:17
referenced 59:2
referred 8:4,16 15:16
15:20 42:11 44:9,17
referring 18:10 48:15
48:17,18,20 51:4
refers 49:5 50:3 51:10
Registered 1:17 65:6
relate 17:13 29:10
related 29:20 30:3
58:17 61:4,22 65:16
relates 13:11 45:22
relevance 31:22 32:13
relevant 22:10 32:23
61:15
remaining 10:19
remember 12:19,22,25
27:3,16 32:23 46:4
51:16 57:19 61:16
removed 44:15,18
render 56:25 57:3
rendered 56:25
report 9:7 10:5 11:18
11:23 13:15 14:15,18
14:23 16:14 28:20
29:4,8 31:18 36:24
42:17 44:24 45:4,5,9
45:11,14,17 47:2
50:4 56:12,13 57:9
59:4 60:11 66:10,16
reported 13:6 30:14
51:13
reporter 1:17 5:2 65:7
reports 37:7

represent 3:12
Republic 22:20
request 9:14
research 7:8 13:10
    22:4 38:19 61:20,23
    62:21 63:2
researching 13:3 14:13
response 5:5 43:4
    59:16
rest 10:19
retained 26:24
return 30:13
returned 35:21
returning 40:14
review 15:8 16:21 17:7
    17:11 27:15 28:3,10
    28:13 29:22
reviewed 9:15 10:3,15
    10:15 11:3,5,14,17
    27:13 30:7 33:14
    46:2
reviewing 42:8
right 10:17 13:9 14:4
    18:3 19:10 25:14
    28:4 29:3 33:22
    36:19 40:19,24 42:22
    51:15 53:22
rocking 61:13
role 56:10
roughly 34:21
RPR 65:23
rule 20:13 31:2 36:2
rules 4:22
_____
            S
S 2:1 66:1
sake 6:3
Salimbene 1:16 3:6
    65:6,23
Salvador 22:19
sat 57:9
satisfied 56:23 57:8
saw 44:22 50:3
saying 21:3 31:3 42:13
    46:22,24 47:11 50:25
says 46:13 48:5,16 50:8
    52:5
schedule 25:20
scientific 18:25 19:15
    19:21 20:17 31:12,22
second-to-last 50:6
see 13:5 21:17 27:22
    28:7 29:11 31:5
    48:12 49:10,10,13,22
    49:23 50:6,17 52:2
    53:13 57:24 58:14
    59:25 61:14 63:10
seeing 7:23
seen 8:3 28:24 55:2
sent 10:19 11:6 44:20
    56:14 57:4 60:2

sentence 29:7 52:4
September 1:9 65:20
serious 53:13
seriously 46:19
serologic 18:11 20:11
    61:14
serological 18:19 19:10
    20:6,21 53:23 60:15
    60:19 61:6 62:14
    63:8
serve 27:21
served 38:8
service 12:6,8 38:7
set 65:11,20
severe 47:22 49:6,11
ship 26:13,19 27:2
    38:10 61:5,13
short 15:19
shorten 5:16
shortly 8:16
show 5:25 28:20
sick 35:16 41:4 51:18
significance 31:12
similar 46:5
simple 32:5
simply 29:22
sit 8:20
situations 38:12
six 13:14
skin 26:16
society 22:23,25 27:21
somebody 9:4 19:25
    35:16 37:17 51:25
    56:3 62:24
somebody's 17:21
    18:24 32:14 33:24
    34:17 37:3
someone's 15:13
sorry 21:21 26:21
    49:19
sort 32:13 46:6 49:25
    57:17
sound 15:4
source 61:18
specific 7:4,8 11:22
    18:13 19:19 21:2,2
    22:2,4 23:21 27:17
    38:19 46:16,17 62:11
specifically 16:7,10,24
    17:25 29:17
speculated 59:22
speculation 46:9,10,11
speculations 46:6
speculative 39:9
spoken 16:5
sporadic 21:6,19
ss 64:2 65:3
start 21:10
started 42:13
state 1:18 4:4,9 37:2
    64:1 65:2,8

statement 10:13 23:8
    35:18 43:25 50:14
    52:25
States 1:1 21:14 22:10
    22:11
stating 42:9
stay 11:6
Steve 27:14,19
stool 17:24 18:18 19:9
    20:5,21 60:7 62:13
story 40:22 52:13
Street 2:3
striking 57:19 59:17
strikingly 59:13,17
struck 40:19 57:23
studies 37:17,20 38:13
    41:20 58:2 60:16,19
study 18:19 19:10 20:6
    50:4,8 53:14
subdivision 25:11
subdivisions 25:3
subject 5:13,20 6:15,20
    6:24 13:2 17:4 26:11
    38:20 61:3
submitted 56:14
Subscribed 63:20
subsequent 43:24
subsequently 26:16
suffered 39:18
sufficient 29:9
summary 16:16
support 58:13 59:21
    63:8
sure 11:10,10 13:19
    14:4 16:4 17:15 19:4
    19:18,18,22 20:12,15
    21:4 23:4 32:21
    33:12 34:12 40:20
    41:14 44:5 46:3
    48:14,14 53:4 58:25
    61:9 63:10
sustained 20:11
sworn 3:5 63:20 65:12
symptoms 34:24 35:11
    41:12 49:20
syndrome 5:14 6:25
    23:7,13 29:19 30:2
    48:7
system 60:24
_____
            T
T 65:1,1 66:1
take 5:2,8 6:5 7:14 9:25
    21:13 32:10 35:3
    36:21 45:3 56:7
    61:24
taken 1:14
talk 16:9 36:24 59:7
talked 16:10 51:23,24
talking 17:25 19:19,21
    21:7 22:15 36:7

39:25,25 50:20
telephone 9:20,24
tell 7:17 9:11 13:9
    33:15,16 41:16,19
    45:22 47:10 52:10
    55:11,13 56:3 61:15
    61:16 62:6,9
temporal 32:13,17
ten 32:8 34:11 35:9,10
terminated 4:18
terms 13:14 32:6 59:13
testified 3:6,25 4:18
    55:22 31:11 50:15
    54:23
testify 4:14,16,20 26:2
    26:18,20 59:11
testimony 4:9,11 25:17
    25:21 30:6 31:20
    65:13
testing 46:21 62:22
tests 54:13,20 57:16
textbook 7:6
thank 3:16 63:13,14
thing 38:10 44:9 46:13
    51:20 57:14 60:20
things 12:14 17:16
    23:11 34:4 57:15
think 3:25 8:24 11:20
    12:2 13:4 16:2 17:6
    17:11,23 18:6,13,16
    20:7,16 23:19,22
    24:14 26:5 27:12,14
    27:22 28:2,18 30:19
    35:8,10,18 37:19
    38:25 39:3 40:15
    41:7,10 43:25 44:11
    46:12,18,21 50:20
    51:6,16,17 53:4,5,18
    57:5,18 59:15,15
    60:4,11 62:5,19,25
    63:3,9
thinks 46:23 48:5
third 2:8 29:7
thorough 54:21
thought 13:18 17:17
    36:14
thousands 21:24
three 6:10,13 13:25
    14:9,11 34:22 35:10
    41:14 43:20 49:17,21
    50:17
Tim 3:11
time 11:17 12:14 32:22
    33:21 42:7 46:4
    50:10,18,18,21 52:5
    52:25 59:25 60:4
    63:15
timing 34:2 48:18,24
    49:12
TIMOTHY 2:4
title 12:19

today 5:6 8:20 42:18
    53:16 59:9
toilet 26:15 61:13
told 35:20 61:18
tools 62:21 63:2
touch 7:12
touched 6:15,25 7:10
traced 60:19
transcript 15:8 28:4,8
    28:25 44:6
transcripts 28:14 38:15
travel 37:5
traveled 30:12 31:8,25
    32:2,3,7
treasurer 27:20
treatments 24:22
trial 59:12
tried 31:5
trip 30:16,17,20 31:2
    31:13,17 32:14,18
    33:24 35:21
tropical 7:13,19 25:4
tropics 22:8,9
true 24:20 34:25 35:24
    43:11 51:7 65:13
trust 15:14
try 5:16 10:20 19:5
    54:6
trying 9:2 32:6,14
    33:20,23 34:16 50:22
two 6:10,13 23:21 24:2
    24:2 41:6,14 43:19
    58:23
type 33:25 53:13
typically 21:5 34:16
    50:17
_____
            U
Uh-huh 47:6
ultimate 32:16 33:4,10
    62:18
unable 60:7
understand 3:17 4:19
    4:24 5:17 18:15 19:2
    19:16 24:15 29:24
    41:21,24 58:9
understanding 19:12
    25:16 42:4 55:5 61:2
understood 3:19
under-cooked 48:9
United 1:1 21:14 22:10
    22:11
universe 58:15,19
unusual 13:18 17:17
    36:12 40:15,22 42:14
    48:12 57:23
Update 11:25 12:4,5,7
updated 6:7
use 12:8 24:13 63:5
USSEGLIO 2:2

Page 72

| | | |
|---|---|---|
| usual 14:11 47:16 48:23,24,25 52:19 60:22 | 28:14,21 29:14 44:25 | 29 16:14 |
| | worked 27:5 | 29th 9:8 15:4 66:11 |
| usually 13:13 21:25 35:10 41:13 47:18,19 49:10,18,24 51:25 | world 21:8,10,14,17 | **3** |
| | wouldn't 20:25 33:16 34:11 | 3 9:6 14:22 16:15 29:6 66:4,9 |
| U.S 3:13 30:13 | write 31:6 | |
| **V** | writes 51:5 | **4** |
| V 3:4 | writing 12:12 | 4 45:13,17 66:15 |
| vaccination 24:6 | written 6:18,24 28:20 45:5 | 40 62:6 |
| vaccinations 23:15 34:9 | wrote 9:13 47:12 51:17 | 45 66:15 |
| vague 62:7 | **X** | **5** |
| valid 46:9 | x 1:3,8 66:1 | 5 10:7,10,24 11:15 44:13 66:7,13 |
| version 47:2 | **Y** | 5th 35:13 |
| videotape 26:6 | Yale 55:21 | **6** |
| view 36:25 49:13 | year 13:21 33:15 53:20 | 60 34:9 |
| vis-a-vis 52:22 | years 3:25 8:14 20:4,13 22:6,7 27:13 32:8 34:11 36:11 54:21 61:8 | 685 2:8 |
| voice 4:25 | | **8** |
| vomiting 47:14 48:17 48:20 | | 8th 35:4 |
| **W** | York 1:16,16,18 2:8,8 4:6,7,9 26:11 64:1,3 65:2,4,8 | 850 1:15 |
| walked 53:16 | **$** | **9** |
| want 5:8 14:3 26:5 35:12 40:10 45:20 53:17 54:20 | $500 25:17 | 9 66:9 |
| | **0** | 9th 35:4 |
| wanted 13:5,7,19,19 29:3 | 06106 2:3 | 9:45 1:10 |
| wasn't 29:16 41:16 57:20 | **1** | |
| way 13:17 20:7,17 26:23 37:2,15,25 40:13 41:4,5 45:10 46:22 52:12 53:15 54:6,15 61:5 63:6 65:17 | 1 3:2 66:4 | |
| | 10 61:8 66:13 | |
| | 10th 35:4 | |
| | 100 38:9 | |
| | 10017 2:8 | |
| | 104 44:6 | |
| ways 18:12 | 105 44:7 | |
| week 14:10 42:13,14 43:20 | 11:06 63:15 | |
| weeks 9:13,16,24 43:21 49:17,21 50:17 | 13th 38:24 40:7 42:2,6 42:20 43:10 52:17 54:25 62:18 | |
| went 4:17 32:24 57:25 | 15th 35:3,17,25 52:18 | |
| weren't 29:17 58:2 | 19th 45:4,15 66:17 | |
| we're 3:15 6:9 34:5 | **2** | |
| we've 44:11 45:16 59:14 | 2 5:23 6:2 66:7 | |
| whatsoever 5:9 56:10 | 2000 35:3 38:24 42:20 43:10 53:20,21,22 54:25 | |
| WHEREOF 65:19 | | |
| wide 54:19 | 2001 6:9 | |
| William 27:6,7 | 2003 9:8 15:4 16:14 66:11 | |
| wish 64:4 | 2004 1:9 6:10 45:4,15 63:21 65:20 66:17 | |
| witness 4:2 5:12,19 63:14 65:10,14,19 | 21 2:3 | |
| woman 26:12 | 23rd 33:15 | |
| woman's 59:19 | 27 1:9 | |
| word 24:13 | 28th 33:16 35:22 | |
| words 18:21 49:12 56:19 | | |
| work 11:4 27:9 28:2,11 | | |