# EXHIBIT B

# CURRICULUM VITAE

## KEVIN M. CAHILL, M.D.

April 2001

NAME:                     Kevin Michael Cahill.

DATE OF BIRTH:            May. 1936.

PLACE OF BIRTH:           Bronx, New York.

MARITAL STATUS:           Married, 5 children.

## EDUCATION

A. B. (egregia cum laude).
   Fordham University, Bronx, New York.  1957.

M.D.
   Cornell University Medical College New York. New York.  1961.

D.T.M. & H. (Eng.).
   The Royal College of Surgeons in England.  1962.

D.T.M. & H. (Lond.).
   London School of Hygiene & Tropical Medicine, England.  1962.

Fellow.
   American College of Chest Physicians.  1966.

Diplomate.
   The American Board of Microbiology.  1967.

Diplomate.
   The American Board of Preventive Medicine.  1969.

Fellow.
   The American College of Preventive Medicine.  1970.

## CURRENT PROFESSIONAL POSITIONS

President & Director.
   The Center for International Health and Cooperation.
   New York City.

Distinguished Professor & Director of The International
   Humanitarian Affairs Program.
   Fordham University. New York

DIRECTOR.
   Tropical Disease Center, Lenox Hill Hospital,
   New York City.

- 2 -

## CURRENT PROFESSIONAL POSITIONS Continued

CLINICAL PROFESSOR OF TROPICAL MEDICINE & PARASITIC DISEASES,
AND CLINICAL PROFESSOR OF MEDICINE.
    New York University (NYU) School of Medicine.

PROFESSOR AND CHAIRMAN.
    Department of International Health & Tropical Medicine,
    The Royal College of Surgeons in Ireland.
    Dublin, Ireland.

CLINICAL PROFESSOR OF MEDICINE.
    The Seton Hall University Graduate School of Medicine,
    New Jersey.

CONSULTANT (INTERNATIONAL HEALTH).
    The United Nations Health Service,
    New York.

CONSULTANT (TROPICAL DISEASES).
    St. Vincent's Hospital and Health Centre,
    New York.

MEDICAL ADVISOR TO THE CATHOLIC RELIEF SERVICE.
    Baltimore.

MEDICAL ADVISOR TO THE CATHOLIC MEDICAL MISSION BOARD.
    New York.

IMPARTIAL SPECIALIST (TROPICAL MEDICINE), New York State.
    and Workmen's Compensation Board.

SPECIAL ADVISOR TO THE SPEAKER AND HEALTH COMMITTEE CHAIRMAN,
    The New York City Council.

PRESIDENT-GENERAL.
    The American-Irish Historical Society,
    991 Fifth Avenue, New York.

UACHTARAIN (PRESIDENT), CUMANN-LUACHRA.
    Co. Kerry, Ireland.

MEDICAL ADVISOR to numerous foreign nations and international corporations.

- 3 -

## CURRENT PROFESSIONAL POSITIONS Continued

PRIVATE PRACTICE OF MEDICINE

    850 Fifth Avenue,
    New York, New York 10021.
    Telephone:   212-879-2607
    Fax:         212-434-2479

## PREVIOUS POSITIONS

LEHMAN TRAVELLING FELLOW to the Far East.
    1959.

RESEARCH FELLOW,
    under Professor Sheila Sherlock.
    Royal Free Hospital, London, England.
    1960 - 1961.

FELLOW IN CLINICAL TROPICAL MEDICINE
    under Professor A. W. Woodruff.
    Hospital for Tropical Diseases, London, England.
    1962 - 1963.

DIRECTOR OF CLINICAL TROPICAL MEDICINE & HEAD, EPIDEMIOLOGY DEPT.
    United States Naval Medical Research Unit, Cairo, Egypt.
    1963-1965.

ASSOCIATE PROFESSOR OF MICROBIOLOGY AND CLINICAL MEDICINE.
    New York Medical College.  1965 - 1967.

MEMBER.
    Scientific Advisory Council,
    The American Foundation for Tropical Medicine.
    1966 - 1974.

CLINICAL PROFESSOR OF PUBLIC HEALTH AND PREVENTIVE MEDICINE.
    The University of New Jersey, College of Medicine.
    Newark, New Jersey.
    1971 - 1995.

SPECIAL ASSISTANT to the Governor for Health Affairs,
    New York State.
    1975 - 1981.

- 4 -

## PREVIOUS POSITIONS Continued

CHAIRMAN,
The Health Planning Commission of New York State.
1975 - 1981.

CHAIRMAN,
The Health Research Council of New York State.
1975-1981.

SENIOR MEMBER.
The New York City Board of Health.
1981 - 1993.

ALFRED GELLHORN PROFESSOR OF THE HISTORY OF MEDICINE.
City University of New York.
1980 - 1981.

MEMBER.
Committee on Public Health,
The New York Academy of Medicine.
1974 - 1980.

MEDICAL ADVISOR.
Will Rogers memorial Fund,
New York.
1970 - 1987.

MEDICAL ADVISOR TO THE AFRICAN AMERICAN INSTITUTE.
New York, New York.
1967    1977.

TRUSTEE.
Fordham University, New York.
1968 - 1974.

TRUSTEE.
Mount St. Vincent College, New York.
1968 - 1974.

PRESIDENT,
The New York Society of Tropical Medicine.
1990 - 1992.

- 5 -

## HONORARY DEGREES (Honoris Causa).

Doctor of Laws,
 Iona College, New York.

Doctor of Laws,
 LeMoyne College, New York.

Doctor of Science,
 New York Medical College, New York.

Honorary Fellow,
 Liverpool School of Tropical Medicine.

Doctor of Science,
 St. John's University, New York.

Doctor of Humane Letters,
 Villanova University, Pa.

Doctor of Letters,
 Fordham University, New York.

Doctor of Laws,
 Niagara University, New York.

Honorary Fellow,
 The Royal College of Physicians in Ireland.

Doctor of Humanities,
 University of Central America, Nicaragua.

Doctor of Humane Letters,
 Marymount College, New York.

Doctor of Humane Letters,
 College of Boca Raton, Florida.

Doctor of Medicine,
Honorary Professor of the University,
 National Autonomous University of Nicaragua,
 Managua, Nicaragua

Doctor of Science,
 Seton Hall University, New Jersey.

- 6 -

## HONORARY DEGREES (Honoris Causa) Continued

Doctor of Humane Letters,
American College of Switzerland, Geneva.

Doctor of Science,
Dominican College, New York.

Doctor of Humane Letters,
Georgetown University, Washington D.C.

Doctor of Laws,
The University of Liverpool, U.K.

Doctor of Humane Letters,
The City University of New York.


## AWARDS

Highest Order from the Government of the Sudan.

Fordham College Alumni Award.

Fordham University Award - Medicine.

Highest Order from the Government of Somalia.
1968; with sash (1972).

Fordham College Alumni Award - Civic Life.

Royal College of Surgeons - Colles Medal.

The Jesuit Order   Xavier Award.

Niagara University - President's Medal.

Fordham University Award - Science.

Miguel Larenega Order from the Government of Nicaragua.

Pan American Medical Association - International Award.

Fordham University Award - Public Service.

State University of New York Health Sciences Award.

- 7 -

## AWARDS (Continued)

Association of Retarded Children Medal.

Order of Merit; Knights of Malta, Rome.

Distinguished Service Award - American-Jewish Congress.

Grand Cross Pro Merito Melitensi, The Vatican.

The Order of Miguel Ramirez Goyena,
The Government of Nicaragua.

The Bicentenial Medal, Georgetown University.

The Order of Carlos Finlay, Havana, Cuba.
                                        et al

## ADDRESSES

PAPERS delivered at numerous national and international medical congresses.

NUMEROUS LECTURES delivered in medical schools and to societies.

## TRAVEL

Extensive medical travels to Africa, Latin America, the Near and Far East.

## BIBLIOGRAPHY

BOOKS.

| 1. | Cahill KM | Tropical Diseases in Temperate Climates. Lippincott, Philadelphia.  225 pp. 1964. |
|----|-----------|-----------|
| 2. | "    " | Health on the Horn of Africa.  102 pp. Spottiswoode Ballantyne, London.  1969. |
| 3. | "    " | Medical Advice for the Traveler.  70 pp. Holt, Rinehart & Winston, New York.  1970. Reissued in new editions by Popular Library (paperback).  1972, 1977. |
| 4. | "    " | Clinical Tropical Medicine (ed) Volume 1. 339 pp.  Univ. Park Press, Baltimore. 1972. |

- 8 -

**BIBLIOGRAPHY Continued**

5.   Cahill KM    The Untapped Resource: Medicine & Diplomacy.
(Ed).  115 pp.  Orbis Press, Baltimore.  1973.

6.   "    "    Clinical Tropical Medicine (Ed) Volume 11.
256 pp.  Univ. Park Press, Baltimore.  1973.

7.   "    "    Teaching Tropical Medicine (Ed).  141 pp.
University Park Press, Baltimore.  1973.

8.   "    "    Tropical Diseases:  A Handbook for Practitioners.
225 pp.  Octopus Press, London 1975.  Reissued
by Technomic, New York, 1976.

9.   "    "    Health and Development (Ed).  185 pp.  Orbis
Press, New York.  1975.

10.   "    "    Health in New York State.  123 pp. New York
State Press, Albany.  1977.

11   "    "    Irish Essays.  125 pp.  John Jay Press.
New York, 1980.

12.   "    "    Somalia:  A Perspective.  81 pp.  The State
University of New York Press, Albany.  1980.

13.   "    "    Threads for a Tapestry.  129 pp. New York
Medical Press, New York.  1981.

14.   "    "    Famine (Ed).  163 pp.  Orbis Press, New York.
1982.

15.   "    "    The AIDS Epidemic (Ed).  173 pp.  St. Martin's
Press, New York.  1983.  English edition 1984
Translated into Spanish, Portuguese, Japanese,
French et al 1984  1985.

16.   "    "    The American-Irish Revival (Ed).  803 pp.
Associated Faculty Press, New York.  1984.

17.   Cahill KM    Pets and your Health.  Heinemann (Kingswood
O'Brien W    Press).  London.  1987.

18.   Cahill KM    A Bridge to Peace.  101 pp.  Haymarket Doyma,
New York.  1988.

- 9 -

## BIBLIOGRAPHY Continued

Cahill KM     Un Pont Vers La Paix. (French Edition).  101 pp.
Euro-Edition Publication, Paris and Brussels. 1989.

"     "     Un Puente Tendido Hacia La Paz. (Spanish
Edition). 119 pp.  Manaqua, Nicaragua.  1989.

"     "     Arabic Edition;  University of Khartoum Press.
The Sudan.  1990.

"     "     Un ponte alla pace.  (Italian Edition).  120 pp.,
Pantheon Press, Rome, 2001.

19.   Cahill KM   Tropical Medicine: A Clinical Text. 261 pp.
     O'Brien W    Anniversary Press, Royal College of Surgeons in
Ireland, Dublin.  1989.

"     "     Tropical Medicine: A Clinical Text.  250 pp.
Heinemann UK, U.S., Australia, India and
Worldwide Edition.  1990.

"     "     Medicine Tropicale.  Precis Clinique.  (French
Edition), Euro-Edition Publication, Paris. 209 pp.
1990.

20.   Cahill KM   Imminent Peril:  Public Health in a Declining
Economy (Ed).  Twentieth Century Fund Press,
New York. 148 pp.  1991.

21    "     "     A Framework for Survival (Ed.)  349 pp.  Basic
Books/Council on Foreign Relations Publication,
New York, 1993.  Second Edition.  378 pp.
Routledge, CIHC, 1999.

22.    "     "     Clearing the Fields:  Solutions to the Global Land
Mines Crisis.  237 pp.  Basic Books/Council on
Foreign Relations Publication, New York.  1994.

23.    "     "     Silent Witnesses.  98 pp.  Harper Collins, New
York, 1995.

24.    "     "     Preventive Diplomacy.  370 pp.  Basic Books, New
York, 1996.  Second Edition, 330 pp.,
Routledge/CIHC, 2000.

- 10 -

## BIBLIOGRAPHY Continued

25    "         "          The Open Door: Health and Foreign Policy at the
                          R.C.S.I. 133 pp, RCSI/CIHC Press, 1999.

26.    Cahill KM          Tropical Medicine. 370 pp., CIHC/RCSI & Le Jacq
       Gilles HM          Medical Press, New York, 2001. French Edition,
                          Euro Press, 370pp., Brussels, 2001.

## ARTICLES

1.     Cahill KM          A note on the History of Medicine, Ind. J. Hist.
                          Med. 4, 49. 1959.

2.     "         "        A Medical Impresion of India. New York St. J.
                          Med. 60, 1295. 1960.

3.     "         "        The Golden Era of Irish Medicine. New Eng. J.
                          Med. 225, 544. 1961.

4.     "         "        Polychthemia Vera. Ir. J. Med. Sci. 4, 464. 1961.

5.     "         "        Mitral Valculotomy - A Survey. Roy. Free Med. J.
                          12, 1. 1961.

6.     Cahill KM          Favism & Thalassemia Minor in a Pregnant
       Ley A.             Woman. J. Amer. Med. Assoc. 180, 119. 1962.

7.     Cahill KM          Hepatitis in Pregnancy. Surg. Gynae & Obst. 114,
                          545. 1962.

8.     "         "        Chloramphenicol Hypersensitivity - A Severe
                          Haemorrhagic Reaction. The Lancet. 2, 277.1962.

9.     "         "        Digitalis as a Diuretic. The Lancet. 2, 465. 1962.

10.    Cahill KM          Listeria Monocytogenes Meningitis. Arch. Int.
       Ring I.            Med. 110, 389. 1962.

11.    Cahill KM          Primary Leiomyoma of the Greater Omentum.
                          Am. J. Surg. 104, 705. 1962.

12.    Cahill KM          Rupture of the Infarcted Ventricular Septum.
       Flood F            Am. Hrt. J. 64, 686. 1962.

- 11 -

## BIBLIOGRAPHY Continued

### Publications Continued

13.  Cahill KM    The Need to Travel.  Ann Int. Med.  56, 354.
1962.

14.  "    "    Platonic Concepts of Hepatology.  Arch. Int. Med.
111, 819.  1963.

15.  Cahill KM    Weil's Disease in New York City.  New York St. J.
Med.  63, 1207.  1963.

16.  "    "    Foreword (A. W. Woodruff).  New York St. J. Med.
63, 1124.  1963.

17.  "    "    Tropical Medicine for Temperate Climates
(Editorial).  New York St. J. Med.  63, 1124. 1963.

18.  "    "    Filariasis.  New York St. J. Med.  63, 1380.  1963.

19.  "    "    Other Filarial Infections of Man.  New York St. J.
Med.  63, 1552.  1963.

20.  "    "    Schistosomiasis.  New York St. J. Med   63, 1692.
1963.

21.  "    "    Other Schistosomal Diseases.  New York St. J. Med.
63, 1832.  1963.

22.  "    "    Hookworm.  New York St. J. Med. 63, 2113.
1963.

23.  "    "    Echinococcosis.  New York St. J. Med. 63, 1965.
1963.

24.  "    "    Amebiasis.  New York St. J. Med.  63, 2248.  1963.

25.  "    "    Leprosy.  New York St. J. Med.  63, 2393.  1963.

26.  "    "    Quarantine.  New York St. J. Med.  63, 2545.
1963.

- 12 -

## BIBLIOGRAPHY Continued

### Publications   Continued

27.    "    "    Cholera. New York St. J. Med. 63, 2672. 1963.

28.    "    "    Smallpox. New York St. J. Med. 63, 2818. 1963.

29.  Cahill KM    Yellow Fever. New York St. J. Med. 63, 2991.
                 1963.

30.    "    "    The Human Trypanosomatidae, Part 1. New York
                 St. J. Med. 63, 3128. 1963.

31.    "    "    The Human Trypanosomatidae, Part 11. New
                 York St. J. Med. 63, 3282. 1963.

32.    "    "    The Human Trypanosomatidae, Part III.
                 Leishmaniasis: Kala azar. New York St. J. Med.
                 63, 3405. 1963.

33.    "    "    The Human Trypanosomatidae, Part IV.
                 Cutaneous & Mucocutaneous Leishmaniasis. New
                 York St. J. Med. 63, 3549. 1963.

34   Cahill KM    Drugs for Parasitic Infections. A Review. The
                  (Consulting Ed). Med. Let. 15, 18. 1963.

35.  Cahill KM    The Irish Physician as a Poet. J. Amer. Med.
                  Assoc. (Editorial). v 183, p 883, 822;   v 184,
                  p 17, 66, 130;   v 185, p 357, 200, 90, 609, 558,
                  627, 718, 759;   v 186, p 192, 937;   v 187, p 11,
                  93, 126, 201, 360, 449, 526.  1963 - 64.

36.    "    "    Malaria. New York St. J. Med. 64, 278. 1964.

37.    "    "    Advice for Prospective Travelers in the Tropics.
                 New York St. J. Med. 64, 425. 1964.

38.    "    "    Treponematosis & Rickettsiosis. New York St. J.
                 Med. 64, 647. 1964.

- 13 -

## BIBLIOGRAPHY Continued

### Publications  Continued

39.  "    "    Tropical Diseases of the Eye.  New York St. J. Med. 64, 535.  1964.

40.  "    "    Miscellaneous Tropical Diseases.  New York St. J. Med.  64, 783.  1964.

41.  Cahill KM    Perforation in Typhoid Fever.  J. Egypt Pub.
     Omar M       Hlth. Assoc. 39, 107.  1964.
     Habib A

42.  Cahill KM    Lymphangiography in Bancroftian Filariasis.
     Kaiser RL.   Trans. Roy. Soc. Trop. Med. & Hyg. 58, 356. 1964.

43.  Cahill KM    Leishmaniasis in the Sudan Republic.  XXI.
                  Infection in American Personnel.  Am. J. Trop.
                  Med. & Hyg. 13, 794.  1964.

44.  Cahill KM    Extragenital Lesions in Cutaneous
     Mofty A      Schistosomiasis.  Am. J. Trop. Med. & Hyg.
                  13, 800.  1964.

45.  "    "       Cutaneous Schistosomiasis - Genital and
     "    "       Extragenital Lesions.  Derm. Trop. 2, 10.  1965.

46.  Cahill KM    Leishmanin Survey in South East Turkey.
     Anderson G   Bull. WHO. 32, 121.  1965.
     Turegun N

47.  Cahill KM    Filarial Chyluria.  A Biochemical and Radiographic
                  Study of 5 Patients.  J. Trop. Med. & Hyg. 68, 27.
                  1965.

48.  Cahill KM    Leishmanin Skin Testing in Omdurman.  J. Trop.
     Omar A       Med. & Hyg. 68, 151.  1965.
     Razak M

49.  Cahill KM    Leishmanin Skin Testing in Turkey, Egypt, The
                  Sudan, and Ethiopia.  E. Afr. Med. J.  5, 213.  1965.

- 14 -

## BIBLIOGRAPHY Continued

**Publications   Continued**

50. Cahill KM        Echinococcal Survey in Egypt.  J. Egypt. Pub.
    Atalla W         Hlth. Assoc.  XL, 293. 1965.
    Johnson R.

51. Cahill KM        Leishmaniasis in Egypt, UAR.  Trans. Roy. Soc.
    Kordy M.         Trop. Med. & Hyg.  60, 79.  1966.
    Girgia N.
    Atalla W

52. Cahill KM        A Study of an S. dysenteriae Epidemic in
    Davies J         Somalia. Am. J. Trop. Med. & Hyg.  15, 52,
    Johnson R        1966.

53. Cahill KM        Medicine & Diplomacy in the Tropics.  New York
                     St. J. Med.  67, 2229.  1967.

54. Cahill KM        Leishmanin Skin Testing in Somalia.  Trans. Roy.
    Hassan M         Soc. Trop. Med. & Hyg.  61, 340.  1967.

55. Cahill KM        Primary Cutaneous Aspergillosis.  Arch. Derm.
    Mofty A.         96, 545.  1967.
    Kawaguchi P

56. Cahill KM        Thiabendazole in Massive Strongyloidiasis.
                     Am. J. Trop. Med. & Hyg.  16, 451.  1967.

57.   "      "       Malaria in New York City.  New York St. J.
                     Med.  64, 2601.  1967.

58.   "      "       Bancroftian Filarial Nodule.  Am. J. Trop. Hyg.
                     16, 636.  1967.

59. Cahill KM        Reticulum Cell Lymphomas Simulating Leprosy.
    Mofty A.         Derm. Intern.  6, 189.  1967.
    Nada P.

60. Cahill KM        Advising the Tropical Traveler.  St. Clare's
                     Hospital.  16 pp.  1967.

61. Cahill KM        Schistosomiasis in Somalia.  Trans. Roy. Soc.
    Kagan I.         Trop. Med. & Hyg.  62, 227.  1968.

- 15 -

## BIBLIOGRAPHY Continued

### Publications   Continued

62.   Cahill KM        Tropical Diseases in the U.S.A.  Hosp. Prac.
                       3, 56.  1968.

63.   Cahill KM        Yellow Fever in East Africa.  Bull WHO.  38,
      Henderson B      229.  1968.
      Timms C.
        et al

64.   Cahill KM        Parasitic Antibodies in Somalia.   Am. J. Trop.
      Kagan I.         Med. & Hyg.  17, 450.  1968.

65.   Cahill KM        Isopora Belli Infections in N.Y.C.  J. Trop. Med.
      Tsai W.          & Hyg.  71, 141.  1968.

66.   Cahill KM        Schistosomiasis - An Introduction.   Bull New
                       York Acad. Med.  44, 230.  1968.

67.     "      "       American Contributions in the History of
                       Tropical Medicine.  Bull. New York Acad.
                       Med.  44, 621.  1968.

68.     "      "       Clinical & Epidemiological Patterns of
                       Leishmaniasis in Africa.  Trop. & Geog. Med.
                       29, 109.  1968.

69.     "      "       Tropical Disease Training for Foreign
                       Physicians in the United States.  J. Irish Med.
                       Assoc.  62, 107.  1969.

70.     "      "       Hepatitis in the Tropics.  Bull. New York Acad.
                       Med.  45, 125.  1969.

71.     "      "       Protecting the Physician-Traveler.  New York
                       Med.  25, 267.  1969.

72.     "      "       Are Returning Travelers Seeding the Atlantic
                       Coast with Parasites?  J. Environ. Hlth.  32, 3. 1969.

73.     "      "       A Medical Program for the Tourist.  New York
                       Times.  Feb. 3rd, 1969.

- 16 -

## BIBLIOGRAPHY Continued

### Publications Continued

74.    Cahill KM    Malaria. Bull. New York Acad. Med. 45, 1202.
1969.

75.    "    "    A Radiologic & Histologic Study of Lymph Nodes
in Lepromatous Leprosy. Int. J. Lep. 37, 382.
1970.

76.    Cahill KM    Blood Grouping in Somalia. J. Trop. Med. & Hyg.
Case S. 73, 68. 1970.

77.    Cahill KM    Cutaneous Schistosomiasis. In:  Maddis S, ed.
Current Dermatologic Therapy.  Mosby, St. Louis:
Vol. 4  1970.

78.    "    "    Schistosomiasis & Filariasis. In:  Gellis S, Kagan B,
eds.  Current Pediatrics.  W.B. Saunders, Phil.  1970.

79.    "    "    Field Techniques for the Diagnosis of Kala Azar.
Trans. Roy. Soc. Trop. Med. & Hyg. 64, 107. 1970.

80.    "    "    Schistosomiasis. In:  Gellis S, Kagan B, eds.  Current
Pediatric Therapy. 4th Ed.  WB Saunders Company,
Phil.  1970.

81.    "    "    Filariasis. In:  Gellis S, Kagan B, eds.  Current
Pediatric Therapy. 4th Ed.  WB Saunders Company,
Phil.  1970.

82.    "    "    A Deathless Dream. J. Irish Coll. Phy. & Surg. 6, 1.
1970.

83.    "    "    Medicine & Diplomacy. Bull. New York Acad. Med.
46, 299. 1970.

84.    Cahill KM    Twenty-Year Experience with Malaria at US Public
Health Service Hospital. New York St. J. Med. 20,
2565. 1970.

· 17 ·

## BIBLIOGRAPHY Continued

### Publications    Continued

85.    Cahill KM        Parasites of the German Cockroach (Blatella
       Tsai YM          germanica L). J. Parasit. 56, 375. 1970.

86.    Cahill KM        International Aspects of Preventive Medicine.
                        J. Am. Coll. Prev. Med. 12, 8. 1971.

87.    "       "        Studies in Somalia. Trans. Roy. Soc. Trop. Med.
                        & Hyg. 65, 28. 1971.

88.    "       "        Amebiasis. New York Acad. Med. 47, 435. 1971.

89.    Cahill KM        Serology of Amebiasis. Bull. New York Acad.
       Healy G.         Med. 47, 494. 1971.

90.    Cahill KM        Ireland & Tropical Medicine. J. Irish Med. Assoc.
                        64, 507. 1971.

91.    "       "        Immunodiagnosis of Leishmaniasis by the
                        Intradermal Test. Ind. J. Med. & Surg. 36, 3.
                        1971.

92.    "       "        Cholera. Bull. New York Acad. Med. 47, 1137.
                        1971.

93.    Cahill KM        Hepatitis in Missionary Personnel. J. Amer. Med.
       Woodson R        Assoc. 219, 9. 1972.

94.    Cahill KM        Helminthic Infections of the Intestine. In:
                        Cox KB Hoeprich P. Infectious Diseases. Hoeber
                        Medical Division, Harper & Row, New York. 1972.

95.    "       "        Enteric-Associated Helminthic Infection. In:
       "       "        Hoeprich P. Infectious Diseases. Hoeber Medical
                        Division, Harper & Row, New York. 1972.

- 18 -

## BIBLIOGRAPHY Continued

### Publications Continued

96. Cahill KM    Cutaneous Larva Migrans. In: Hoeprich P.
Cox KB  Infectious Diseases. Hoeber Medical
Division, Harper & Row, New York. 1972.

97. Cahill KM    Intestinal Parasites. In: Conn. ed. Current
Therapy. WB Saunders, Phil. 1972.

98. "    "    Medical Diplomacy. America. 126, 234. 1972.

99. "    "    The International Health Agency Act. The
Congressional Record. HR10042. 1972.

100. "    "    Medicine & Ireland in a Troubled Time. The
Congressional Record. HR653. 1972.

101. "    "    Teaching Tropical Medicine. Bull. New York
Acad. Med. 48, 1206. 1972.

102. "    "    Tropical Medicine - The Philosophy & Reality
of One Course. Bull. New York Acad. Med. 46,
1248. 1972.

103. "    "    International Health Programs 1972. The
Congressional Record. S3023. 1972.

104. "    "    The Irish-Americans in Medicine. Recorder
75; 79. 1972.

105. "    "    Lymphangiography in Filariasis. In:
Lymphography - Clinical & Experimental. Ed.
by Gooneratine B., Butterworth, England. 1974.

106. "    "    Schistosomiasis. In: Conn. ed. Current Dermatologic
Management. W. B. Saunders, Phil. 1972.

107. "    "    The Nicaraguan Earthquake - Medical Aspects. The
Congressional Record. Publication No. E506. 1973.

- 19 -

## BIBLIOGRAPHY Continued

### Publications    Continued

108    Cahill KM    Leishmaniasis. In: Diseases of Animals Transmitted to Man. Ed. by Hubbert W. et al. C. H. Thomas, U.S.A. 1973.

109    "    "    Toxoplasmosis. Bull. New York Acad. Med. 49. 1974.

110.    "    "    Medicine & Diplomacy. Preventive Medicine. 2. 1974.

111.    "    "    An Approach to Teaching Tropical Medicine - Haffkine Symposium, Bombay. In: Progress in Drug Research. Volume 18. 1974.

112.    "    "    Amebiasis. In: Conn. Current Diagnosis. WB Saunders, Phil. 1974.

113.    "    "    Medical Education & the Public. New York St. Ann. 8 pp. 1975.

114.    "    "    Health & Development. Bull. New York Acad. Med. 1975.

115.    "    "    Africa's Flight from Drought Ends in Somalia. New York Times. July 15th, 1975.

116.    "    "    Symposium on Health & Development (introduction). Bull. New York Acad. Med. 51, 569. 1975.

117.    "    "    Presidential Address; The American-Irish Historical Society. Recorder. 36, 21. 1975.

118.    "    "    The State of Health. New York St. J. Med. 76, 1523. 1976.

119.    "    "    Report on Effects of Recent Guatemala Earthquakes The Congressional Record. 119, 22. 1976.

- 20 -

## BIBLIOGRAPHY Continued

### Publications Continued

120. Cahill KM    World Hunger, Health & Refugee Problems. The Congressional Record, Part VII. 1976.

121.    "    "    Health, Work & Human Development. Cor. Unum. The Vatican Press. 1976.

122.    "    "    Presidential Address. The Recorder. 37, 21-22. 1976.

123.    "    "    For a United States Role in Somalia. New York York Times. July 18th, 1977.

124.    "    "    Health Needs Know no Limits. Maryknoll Magazine. 71. 20-21. June, 1977.

125.    "    "    Presidential Address. The Recorder. 38. 21-22. 1977.

126.    "    "    Drought & Warfare Sear an Ancient Land. Maryknoll Magazine. 72, 27-30. July, 1978.

127.    "    "    The Irish of Africa. Newsweek. March 4th, 1978.

128.    "    "    Medical Malpractice - A Contemporary Review. The Health Planner. 2, 1. 1973.

129.    "    "    The Government's Role in Medical Malpractice. New York State Health Planning Commission Monograph. 1, 1. 1978.

130.    "    "    The Medical Scene - The Cornell Commencement Address. New York St. J. Med. 38, 2101. 1978.

131.    "    "    Public Health: Where do We go from Here? Health Plan. 1, 1. 1978.

- 21 -

## BIBLIOGRAPHY Continued

**Publications   Continued**

132. Cahill KM      Studies on Infantile Diarrhoea in Cairo, Egypt.
     Abraham H      J. Trop. Ped. 24, 194. 1978.
     et al

133. Cahill KM      Presidential Address. The Recorder. 39, 23.
                    1978.

134.  "      "     A Fenian Physician. The Recorder. 39, 77. 1978.

135.  "      "     Foreward. In: O'Quigley Sean; Health & Travel.
                   3. 1979.

136.  "      "     Ulster - Why the Carey Offer Should Be Considered.
                   The Manchester Guardian. Sept. 3rd, 1979.

137   "      "     The Government's Role in Medical Malpractice.
                   New York Law J. 181. 2. 15, 16, & 20, 1979.

138.  "      "     The Cross & the Cadaceus. Catholic Mind. 72, 31.
                   1979.

139.  "      "     The Health Care Industry; A Case Study and
                   Future Policy Issues. J. Hlth. Pol. & Law. 3, 456.
                   1979.

140   "      "     The Government's Role in Medical Malpractice.
                   Skandia Intern Symposia. 159. 1979.

141.  "      "     A Life Before Death in Northern Ireland. The
                   New York Daily News. April 22nd, 1979.

142.  "      "     A Perverse Silence. The New York Daily News.
                   July 26th, 1979.

143.  "      "     Rejecting the No-Solution School of Irish Thought
                   The New York Daily News. Sept. 27th, 1979.

- 22 -

## BIBLIOGRAPHY Continued

**Publications   Continued**

144. Cahill KM     Presidential Address. The Recorder. 40, 21. 1979.

145.    "    "     Health Manpower Planning: Principles, Methods & Issues. J. Econ. Lit. 17, 1. 1979.

146.    "    "     Healing Hands. Foreign Policy. 37, 87. 1979.

147.    "    "     Somalia; A Tragedy Beyond Cambodia. New York Daily News & Congressional Record. December, 1979.

148. Cahill KM     Tropical Sprue - A Review. J. Roy. Soc. Med. 72, <br>O'Brien W     10. 1979.

149. Cahill KM     The Einstein Approach - A Unified Field Theory for Medical Care. New York St. J. Med. 80, 1748. 1980.

150.    "    "     Starving Refugees. Maryknoll Magazine. 74, 34. 1980.

151.    "    "     Presidential Address. The Recorder. 41, 21. 1980.

152.    "    "     Protozoan Infections. In: Survey of Clinical Pediatrics. Ed. Gellis S, 224. 1980.

153. Cahill KM     Fulminant Babesiosis Managed with Exchanged <br>Reich L     Transfusion. Transfusion. 21, 193. 1981. <br>et al

154. Cahill KM     Palm Sunday in Somalia. Catholic News. 26, 4. 1981.

155.    "    "     Somalia: A Hunger the World had Never Seen. New York Daily News. April 23rd, 1981.

- 23 -

## BIBLIOGRAPHY Continued

### Publications  Continued

156. Cahill KM        Beyond Parochialism.  Congress Monthly.  48, 15.  1981.

157.    "      "      Canvas and Lace.  The Recorder.  42, 55.  1981.

158.    "      "      Presidential Address.  The Recorder.  42, 21. 1981.

159.    "      "      Intestinal Infections and the Traveler.  Female Patient.  7, 57.  1982.

160.    "      "      Pied Beauty.  New York Med. Quart.  2, 4.  1982.

161.    "      "      Beirut's Smell of Death.  New York Times.  July 24th, 1982.

162.    "      "      Why, Indeed?  Seeds.  5, 1.  1982.

163.    "      "      Presidential Address.  The Recorder.  43.  1982.

164.    "      "      Dreams, Reality, Tradition.  The Recorder.  43, 1982.

165.    "      "      Lebanon's Elusive Peace.  Maryknoll Mag.  77, 11.  1983.

166.    "      "      Conquering AIDS.  New York Times.  4, 22. 1983.

167.    "      "      A Conspiracy of Silence.  Sexual Medicine Today. 11, 22.  1983.

168.    "      "      Red Stains on the Emerald Isle.  New York Times. March 11th, 1984.

169.    "      "      A Physician's View of Suffering.  Catholic Near East. 10.  1984.

- 24 -

## BIBLIOGRAPHY Continued

### Publications  Continued

170. Cahill KM    Presidential Address.  The Recorder.  45.  1984.

171.   "      "    Reflections on the AIDS Epidemic.  J. Irish
Coll. Physicians & Surg.  179.  1984.

172.   "      "    Hunger & Fasting in Nicaragua.  America.  1, 99.
1985.

173.   "      "    An American Role in Northern Ireland.  New York
Times.  12, 26.  1985.

174.   "      "    Presidential Address.  The Recorder.  1,  121.
1985.

175.   "      "    El Medico Es Puente.  Revista.  7, 8.  1986.

176.   "      "    A Doctor's Reflections on the Libyan Situation.
America.  5, 355.  1986.

177.   "      "    AIDS - A Six Year Retrospective.  America, 6, 29.
1986.

178.   "      "    Allowing the Poor to Participate.  America, 11,
384.  1986.

179.   "      "    Frank Barry - In Memorium.  The Recorder, 11,
99,  1986.

180.   "      "    No a la Violencia.  Revista, 7, 11.  1986.

181.   "      "    The U.S. Bombing of Libya was Ineffective.  In:
Sources of Foreign Policy.  Greenhaven Press,
MN.  1986.

182.   "      "    Respect Please for Nicaraguan Rights.  New York
Times.  2, 14.  1987.

183.   "      "    Bridges to Peace.  J. Publ. Health Policy.  229.
1987.

- 25 -

## BIBLIOGRAPHY Continued

### Publications Continued

184. Cahill KM     The University and Revolution. America. 8, 77. 1987.

185.   "    "     Presidential Address, The Recorder. 5, 1. 1987.

186.   "    "     The Price is Death. Newsday/L.A. Times. 8, 21. 1987.

187.   "    "    - Holidays in Nicaragua. America. 1, 9. 1988.

188.   "    "     Bicentenial Address, Georgestown Univ. Press. 1988.

189.   "    "     Oliver Fitzgerald - A Memoriam. Journal of the Irish Colleges of Physicians & Surgeons. 17, 2, 31. 1988.

190.   "    "     Presidential Address. The Recorder. 10, 1. 1988.

191.   "    "     War Vs. Nicaragua Saps our Moral Authority. Newsday/Wash. Post/L.A. Times. 7, 18. 1989.

192.   "    "     Dreams and Travel; doctors and the underdeveloped world. J. Irish Coll. of Physicians & Surgeons. 18, 255. 1989.

193.   "    "     Presidential Address. The Recorder. 10, 9. 1989.

194.   "    "     Medical Advice for the Traveler. 31 pp. Pub. Le Jacq, 1989.

195.   "    "     Losing in Nicaragua; Temps Nouveaux 38, 89. 1989.

196.   "    "     The Symbolism of Salamanca. University of Nicaragua Press. 8, 10. 1990.

197.   "    "     Presidential Address, The Recorder. 11, 1. 1990.

- 26 -

## BIBLIOGRAPHY  Continued

### Publications  Continued

198. Cahill KM — Our Right to Public Health.  Newsday L.A. Times, 10, 26.  1991.

199.  "     " — Presidential Address.  The Recorder.  12, 1.  1991.

200.  "     " — Bicentenial Address.  The Collected Poems of Yeats in Text & Teaching.  (Edited by Collins, M.) 150-180 pp.  Georgetown University Press.  1991.

201.  "     " — Common Interests Shared Objectives.  New York State Journal of Medicine.  6, 1.  1992.

202.  "     " — Presidential Address, The Recorder.  13, 1.  1992.

203.  "     " — The Doctor in Conflict and Disaster:  Why Ireland Should Participate.  J. Irish Coll. Phys. & Surg., 22, 95.  1993.

204.  "     " — A Necessary Balance, America, 169, 6.  1993.

205.  "     " — Guest Editorial, Health & Conflicts.  Cardiovascular Reviews & Reports, 14, 9.  1993.

206.  "     " — Guns Don't Answer Questions of Hunger.  Newsday, 2, 2-38.  1993.

207.  "     " — Presidential Address, The Recorder.  14, 1.  1993.

208.  "     " — Health Care Survey amongst Diplomatic Missions. J. Community Hlth.  Vol. 18.  1993.

209. Cahill KM
     Farah A
     Hussein A — Directory of Somali Professionals.  Somali Lifeline Publication.  128 pp.  1993.

210. Cahill KM — Presidential Address, The Recorder.  15, 1.  1994.

211.  "     " — Developing Indigenous Amputee Programs: Lessons from Nicaragua and Somalia.  Congres. Record, 5, 13.  1994.

- 27 -

## BIBLIOGRAPHY  Continued

### Publications  Continued

212.  Cahill, KM      Mines:  The Hidden Weapon. Humanitarian
      Farah, A.       Monitor, 2, 27, 1995.

213.  Cahill KM       Babesiosis - Unappreciated Even in Endemic
                      Areas,  J. Comm. Hlth, 20, 1995.

214.   "    "        Medical Advice for the Traveler,  New Edition,
                      35 pp., Le Jacq Public., 1995.

215.   "    "        The Role of Health in New York State Under the
                      Governorship of Hugh Carey,  J. Comm. Hlth, 21,
                      1,  1995.

216.   "    "        Developing Programs for Amputee Land Mine
                      Victims in War Zones, U.N. Public., Geneva, 7, 5,
                      1995.

217.   "    "        Health and The Healing Process   An Introduction,
                      J. Irish Coll. Phy. & Surg., 25, 1, 1996.

218.  Cahill, KM      Fulminant Systemic Strongyloidiasis in AIDS,
      Shevchuk,M      Ann. Trop. Med. & Parasit., 90, 3, 1996.

219.  Cahill KM       Stopping Wars Before They Start, UN Chronicle,
                      33,  51-55,  1996.

220.  Cahill, KM      Typhoid Abscess of the Aorta,  Am. J. Vasc. Surg.;
      Ahmed,M

221.  Cahill KM       Mobilizing Physicians to Eradicate a Scourge.
                      Medicine and Global Survival, 5, 59, 1998

222.  Cahill KM       Perceptions, Am. J. Sports Med., 3, 56, 1999.

et al.

# EXHIBIT C

**Kevin M. Cahill, M.D.**
**850 Fifth Avenue**
**New York, NY 10021**
**tel: 212/434-2477  fax: 212/434-2479 email: cihcnyc@aol.com**

June 29, 200

Mr. Michael J. Holland
Condon and Forsyth LLP
685 Third Avenue
New York, NY 10017

Re: Pridgeon versus Gate Gourmet and American Airlines

Dear Mr. Holland:

I reviewed the large package of medical and legal reports concerning the above case. The is no question regarding the woman's serious medical problems. However, I do not believe there is sufficient evidence to relate this to a meal eaten on an airline. The patient had traveled extensively in France and the Caribbean prior to her return to the U.S. when she reported diarrhea. There is no evidence that the patient's putative diarrhea and fever were caused by a meal eaten on American Airlines; one interesting way, from an epidemiologic point of view, to confirm this would be to check whether there were any other reports of illness in people who had chicken on the flight that day, to document how many chicken meals were served on that flight and to correlate that figure with the number of illnesses, if any.

As far as I can figure from the medical records she was not seen by a physician at the time of her diarrhea, but was advised not to take any antibiotics. There is a speculation in a June 23rd note by an infectious disease fellow that Campylobacter organisms have been associated with Guillan Barre syndrome. As far as I can figure from the chart there is no evidence of any cultures that prove Campylobacter were detected in this patient. In fact, the ID note states that the patient was on antibiotics on admission to the hospital and that stool studies were not useful, serologic studies would be ordered. If one checks the laboratory sheets the stool studies for white blood cells and cultures on 6/27 were "cancelled". A stool culture on 6/24 is reported as ordered but I cannot find the results in the chart. The second page of the ID note of 6/24 is also missing from the chart. On July 1st another ID note states that "the current g-b syndrome was probably secondary to Campylobacter infection" but again I can find no evidence to support this finding. This becomes an accepted fact in a March 30, 2001 note where Dr. O'Brien states that a Yale physician believes that she has a g-b variant "most definitely from the Campylobacter".

I have marked off pages in the chart that I would be happy to review with you.

Sincerely,

Kevin M. Cahill, M.D.