Page 69

**Block**

[2] about her I pointed that out to me and I think I
[3] discussed it with counsel when we met at one
[4] point, that the date of onset of her GI problems
[5] varies.
[6] Overall records at one point
[7] indicate she returned on about 6/13 and developed
[8] diarrhea and fever on 6/15.
[9] There is another note by Dr. Stanley
[10] Roth on the 20th saying she had returned from
[11] France one week before, had severe diarrhea and
[12] several hours later blood streaked diarrhea.
[13] There is a further note on 6/22 from
[14] the emergency department stating that she
[15] developed a febrile illness three days prior,
[16] which would be 6/19. And then records indicate
[17] that one week prior, which would be 6/15.
[18] There is an infectious disease
[19] consult on 6/24, indicates she had a day of
[20] diarrhea three weeks prior, that would be June
[21] 3rd, before she came back from France.
[22] So that there are various time
[23] frames here that I think are important in
[24] evaluating this entire situation.
[25] **Q:** Can you cite to any other references

Page 70

**Block**

[2] in the medical record as to when the
[3] gastrointestinal problems first began?
[4] **A:** Well, on 6/23 there is a resident's
[5] note that will state she returned from Paris two
[6] weeks ago and had fever and diarrhea for two days.
[7] So if it's 6/23 minus 14, that would be 6/9 that
[8] she had the fever and diarrhea.
[9] **Q:** Do you doubt though that she was
[10] actually on the flight on 6/13?
[11] **A:** Oh, no. I don't doubt that.
[12] You asked me when the date of onset
[13] of problems were. And I know her testimony and
[14] I'm just pointing out to you that there are some
[15] inconsistencies on 6/23, ID Philip states that she
[16] returned from France on 6/13 and on 6/16 developed
[17] cramping pain.
[18] So that there are a number of dates
[19] that are mentioned, some as early as June the 3rd,
[20] and some two days after the flight.
[21] **Q:** The note that mentioned that the
[22] diarrhea began on June 13th, is that ID note dated
[23] June 24th?
[24] **A:** Yes, sir.
[25] **Q:** That indicates diarrhea, illness

Page 71

**Block**

[2] three weeks prior?
[3] **A:** Yes.
[4] **Q:** Is that the only reference that you
[5] know of that references the onset of diarrhea or
[6] gastrointestinal illness occurring prior to the
[7] date of the flight?
[8] **A:** There was some note that indicated a
[9] problem as early as 6/9, I recall. Let me just
[10] look through this again.
[11] A resident on 6/23/2000, two weeks
[12] ago she had fever and diarrhea and nausea for two
[13] days. Then everything resolved.
[14] So if you subtract 14 from 23, that
[15] would be 6/9.
[16] **Q:** Doctor, doesn't the note also say
[17] that the diarrheal illness occurred upon her
[18] return from France?
[19] **A:** I don't have that full note in front
[20] of me, sir.
[21] What I have abstracted from that
[22] note indicates return from trip to St. Thomas and
[23] Paris, she two weeks ago had diarrhea with nausea
[24] for two days. Everything resolved. Seven days
[25] ago, had increasing pain in her knees and hands,

Page 72

**Block**

[2] thereafter some weakness.
[3] I don't have the full note in front
[4] of me.
[5] **Q:** Given what you have in front of you
[6] though, wouldn't that seem to indicate that she
[7] reported to the resident on June 23rd that her
[8] diarrheal illness did not onset until she returned
[9] from Paris?
[10] **A:** I don't have the full note in front
[11] of me, sir. My abstract, I think, is probably
[12] accurate.
[13] And if it says on June 23, 2000 that
[14] she had been in St. Thomas and had been in Paris
[15] and two weeks ago had fever and diarrhea, I would
[16] have to subtract two weeks, 14 days, from 6/23.
[17] I would be very happy to review the
[18] note again to see if it's accurate.
[19] **Q:** I'm not going to ask you. Do you
[20] give any credence, Dr. Block, that it apparently
[21] was reported to that resident that the diarrheal
[22] illness didn't occur until she returned from
[23] France?
[24] **A:** No, sir. I can't conclude that from
[25] the abstract that I have here. I would have to

Page 73

**Block**

read the note again and check for accuracy.
  I would be privileged to do so.
What I have is a note of 6/23/2000 indicating that two weeks ago she had fever and diarrhea, nausea for two days.
  **Q:** The note says two weeks ago, upon her return from Paris, France, does it not?
  **A:** I don't know whether it says that or not. I don't have that in my abstract of what was written.
  The resident indicates that on return from trip to St. Thomas and Paris, she two weeks ago had fever and diarrhea, which lasted for two days. If I have misinterpreted what the resident wrote, apologies, but this is my abstract of it.
  **Q:** Would it be fair to say, as you sit here this morning, without having the actual note, you can't come to any conclusions in your own mind as to whether or not Ms. Pridgeon told the resident on June 23, 2000 that her diarrheal illness occurred after her return from Paris, France?
  **A:** Not having the note in front of me,

Page 74

**Block**

sir, I can only go by what I abstracted from the note and tell you that I'm usually quite accurate in that.
  I'm sure typo errors have been made, but without that note in front of me, I think she definitely told the resident that she had been on a trip to St. Thomas. She had been on a trip to Paris. Obviously the resident knew she had returned, but recorded that two weeks ago, two weeks prior to 6/23/2000, she had fever, diarrhea and nausea for two days.
  **Q:** May I see that?
  **A:** Sure.
  **Q:** I will read it into the record. It says, "It is noteworthy 6/23/2000 that resident indicates that on return for (sic) Trip to St. Thomas and Paris, she two weeks ago had fever and diarrhea with nausea for two days and then having resolved."
  In other words, that doesn't say to you that the diarrhea occurred after she returned from Paris?
  **A:** I don't spell well, but I do mathematics pretty well. If I am to subtract 14

Page 75

**Block**

from 23, I have to say that it occurred on June the 9th.
  I would be privileged to read that note again and if I find that what I have abstracted there is inaccurate, I will, with apologies, correct my statement.
  **Q:** But as you sit here today, your choice is to believe that the interpretation is that she actually had diarrhea before she returned from Paris?
  **A:** That's what my abstracted dates say, and I have nothing else to go by, not having the original note in front of me.
  **Q:** And is it fair to say that you incorporate your belief about the June 23, 2000 note, that it says or leads you to conclude, in fact, that the diarrhea occurred before Ms. Pridgeon returned from Paris in your ultimate opinions that you have given so far in this case?
  **A:** That certainly plays a role in my opinion, as does the note indicating that it may have occurred on June 3rd, as does her testimony indicating it occurred on June 15th.
  I mean, this is all part of what I

Page 76

**Block**

have abstracted from the records. Looking at it, if I could, in the most neutral way possible and putting things down and then after all of the notes were reviewed, coming to a conclusion.
  **Q:** So would it be fair to say then, Dr. Block, that if you have an opportunity to review this resident's note dated June 23, 2000 and it leads you to conclude that, in fact, Ms. Pridgeon was telling the resident at that time diarrhea did not occur until after she returned from Paris, France, that might impact your ultimate opinion in this case?
  **A:** It might, yes.
  **Q:** How might it?
  **A:** Well, my opinion in this case is that she did, in fact, develop Guillain-Barre.
  My opinion in this case is that it's highly speculative to believe that it occurred consequent to eating some undercooked chicken, even a small amount, on the American Airlines plane. It's speculative. It was never proved that this was Campylobacter. And, therefore, it is speculative to believe that her Guillain-Barre was caused by Campylobacter.

Page 77

**Block**

[2] So you have two issues that raise
[3] some questions in my mind, and I think they are
[4] legitimate questions and to which I have tried to
[5] give a legitimate answer.
[6]     The patient has Guillain-Barre. The
[7] patient believes that she had undercooked chicken
[8] and that was the source of the Campylobacter
[9] infection.
[10]     I don't know that that has been
[11] proved. I saw nothing in the records that proved
[12] that she had Campylobacter. People thought about
[13] it, but it was not proved. And even if it had
[14] been proved that it was Campylobacter, I don't
[15] know that it can be proved that she developed the
[16] infection because of the American Airlines meal.
[17]     She could have contracted that
[18] illness anywhere from one to five days prior to
[19] getting on the airplane, as well. There are
[20] certain incubation periods for Campylobacter,
[21] which I think in general ranges from about two to
[22] five days. And certainly she ate and had things
[23] to drink in France prior to getting on the
[24] airplane.
[25]     Now, when I read over the records

Page 78

**Block**

[2] compiled by the doctors contemporaneously with her
[3] illness, before any lawsuit is started and a
[4] doctor puts down that she had diarrhea three weeks
[5] before, June 3rd, and another doctor puts down
[6] that she had diarrhea two weeks before, June 9th,
[7] you have to wonder about the accuracy of the
[8] statements that it occurred on June 15th.
[9]     Now, if it did occur on June 15th, I
[10] still remain uncertain that it was caused by the
[11] reportedly undercooked chicken.
[12]     **Q:** If it did occur on June 15th, would
[13] it make it more likely in your mind that it had
[14] been caused by the undercooked chicken?
[15]     **A:** It would make it more likely in my
[16] mind that it was caused by ingesting some food
[17] between two days and five days before the onset of
[18] her illness, and it would not necessarily reflect
[19] that it was the undercooked chicken or reportedly
[20] undercooked chicken on the American Airlines
[21] flight. That I don't know.
[22]     **Q:** You do understand that the American
[23] Airlines flight was on June 13th?
[24]     **A:** That's my understanding of it, yes.
[25]     **Q:** And if, in fact, Ms. Pridgeon did

Page 79

**Block**

[2] first suffer from a gastrointestinal illness on
[3] June 15th, that would be within the incubation
[4] period for Campylobacter infection that you have
[5] just identified a few moments ago?
[6]     **A:** Yes, sir.
[7]     **Q:** The two to five days?
[8]     **A:** Yes, sir, that's my understanding of
[9] it.
[10]     **Q:** Assuming that Ms. Pridgeon first
[11] became ill on June 15, 2000, given your
[12] understanding of the incubation period of
[13] Campylobacter infection, you would search back to
[14] June 10th and onward in trying to determine the
[15] genesis of the Campylobacter infection?
[16]     **A:** I think that would be the proper
[17] thing to do.
[18]     **Q:** Has it ever been?
[19]     **A:** That's provided she had a
[20] Campylobacter infection. You are looking for it.
[21]     If you presume that it's
[22] Campylobacter infection, you want to see what
[23] caused it, you have to look at least up to five
[24] days before.
[25]     **Q:** You are not prepared to agree with

Page 80

**Block**

[2] the notion that Ms. Pridgeon ever had a
[3] Campylobacter infection in June of 2000?
[4]     **A:** Well, I will agree with the notion,
[5] but I can't say that as a fact.
[6]     **Q:** You aren't prepared to say within a
[7] reasonable degree of medical probability that Ms.
[8] Pridgeon had a Campylobacter infection in June
[9] 2000?
[10]     **A:** I can only say it's possible that
[11] she had one. I could say that she did have one.
[12]     It's part of the differential
[13] diagnosis or cause of Guillain-Barre.
[14]     **Q:** Differential diagnosis, that's
[15] something that physicians commonly use, is it not,
[16] Doctor, in trying to arrive at diagnoses?
[17]     **A:** Yes, you have to think about a
[18] number of things, sure.
[19]     **Q:** When you think about a number of
[20] things, you mean that you think of a number of
[21] potential causes of a particular medical problem?
[22]     **A:** Yes.
[23]     **Q:** And in that process, as you are
[24] trying to think about potential causes of a
[25] medical problem, you will rule out certain

Page 81

**Block**

potential causes?

A: You try, yes, sir, you try to come to a diagnosis, you try to rule in and/or rule out.

Q: When you consult on cases like this in legal cases and you are asked to provide an opinion as to the cause of the particular medical problem, do you undergo the same process of using the differential diagnosis?

A: Yes, yes, I believe in a situation such as this I engage, try to find out the truth and report it as best I can.

And I believe that an ethical attorney sending me a case wants to know whether the news for his or her side is good or bad.

And that's all they are going to get from me.

Q: And as part of giving him or her the news, you use the process of differential diagnosis?

A: Yes, sir.

I try to think about what went on. I have to rely on reports of the claimants and the physicians who were taking care of the claimant.

Page 82

**Block**

Q: As part of that process, do you essentially undertake the same diagnostic process as you would if the person about whom the case relates were a patient of yours?

A: Yes, sir.

I treat my medical/legal consultations very much the same as I treat private patients or one of the service cases.

I have no axes to grind when I review these situations.

If somebody sent me the case, doesn't like my report, I consider it that person's problem, not mine, and I try to be as objective as I can.

Q: If Ms. Pridgeon were to walk in this room this morning or close to this afternoon and ask you, "Dr. Block, what is your opinion based upon your review of all these records, can you tell me what caused my Guillain-Barre," would you be able to give her an answer?

A: No, sir, I would not.

Q: Do you think it's medically possible —

A: Let me just go back a step.

Page 83

**Block**

Q: Sure.

A: I would say you had an auto-immune reaction to something in your body. And as far as we know, this is most frequently unidentified. It's most frequently thought of as being viral in origin.

We now know that there are other causes for Guillain-Barre. Viral infection or spirochetal or Lyme disease including the virus of HIV, as far as I know, all of which has been ruled out.

Other viral infections might have caused the GI upset that were not considered as viruses. Epstein-Barr virus. These were never ruled out. It was thought of as food poisoning. It is well known that Campylobacter is a cause of traveler's diarrhea, if you will.

You don't even have to travel, you can have your GI upset in your own home, at a local restaurant.

So it's a cause of GI upset and clearly this has to be considered and investigated.

Q: Of all the universe of possible

Page 84

**Block**

causes of Guillain-Barre syndrome, can you identify one in Lolita Pridgeon's case that would be the most likely?

A: The most likely cause remains cause unknown. And more than likely in that respect a viral gastroenteritis.

Q: You do believe that it was related to the viral gastroenteritis?

A: I think she had a GI upset. Now, if she had a GI upset anywhere up to three weeks before or if she had an upper respiratory infection by a virus up to three weeks before, Guillain-Barre can follow.

We see Guillain-Barre occurring from five days to three or four weeks after an upper respiratory or problem GI, an infectious problem of some sort. We also see it without any history of such.

It's an amazing set, it's a syndrome as opposed to a specific cause. And for a long time it remained cause unknown.

And I don't think it's coincidence that a very significant percentage of people who come down with what passes for Guillain-Barre, and

Page 85

**Block**

[1]
[2] there are lots of people to whom that label is
[3] applied, don't fit with the original description
[4] of Guillain-Barre who have had upper respiratory
[5] or GI problems within a few days or two to three
[6] weeks.
[7]     Therefore, in retrospect, a variety
[8] of things have been implicated most prevalently,
[9] and then as Lyme disease came along, that was only
[10] discovered when, in the mid '70s or late '70s,
[11] that got added to the causes of it.
[12]   Q: Guillain-Barre is no longer cause
[13] unknown. Would you agree with that statement?
[14]   A: I think a lot of cases of
[15] Guillain-Barre are not defined as to the specific
[16] cause.
[17]     It is felt to be an immune, an
[18] auto-immune reaction to some viral and/or
[19] bacterial infection. And among them is
[20] Campylobacter.
[21]   Q: But there are cases where you can
[22] definitively say what the cause of Guillain-Barre
[23] is?
[24]   A: Yes, sir.
[25]   Q: In fact, you, in your practice, you

Page 86

**Block**

[1]
[2] have done that in the past?
[3]   A: We look for it, yes.
[4]   Q: You have done at least one occasion
[5] where you have drawn the causal nexus between
[6] Guillain-Barre and Campylobacter?
[7]   A: We have looked for it in every case
[8] that I have seen including getting, Epstein-Barre
[9] virus, titers stool cultures, HIV tests, Lyme
[10] studies. We look for cause. We have tried to
[11] define it and in the majority of cases we do not
[12] define the cause.
[13]   Q: Do you know, based upon your
[14] knowledge of the medical literature, what the
[15] median interval period is between the time of
[16] onset of gastrointestinal illness and neurological
[17] illness, related to Guillain-Barre?
[18]   A: From my experience and from my
[19] reading, probably one to two weeks.
[20]   Q: Are you familiar with the study that
[21] was published in the New England Journal of
[22] Medicine in 1995?
[23]   A: I did read that study, yes.
[24]   Q: And that study, in fact, concluded
[25] that the median interval between time of

Page 87

**Block**

[1]
[2] gastrointestinal illness and onset of neurological
[3] illness related to Guillain-Barre is nine days?
[4]   A: That's my recall of it, which is one
[5] to two weeks. There is a spread.
[6]   Q: So that wouldn't be inconsistent
[7] with your thinking as a neurologist as it relates
[8] to this particular medical issue.
[9]     In other words, do you have any
[10] reason to disagree with the conclusion of that
[11] particular study that was published in the New
[12] England Journal of Medicine that says that the
[13] median interval would be nine days?
[14]   A: No, I have no reason to disagree
[15] with that.
[16]   Q: Assuming for a minute that Ms.
[17] Pridgeon, in fact, became ill from a
[18] gastrointestinal point of view on June 15th, do
[19] you know at what point in time after that date she
[20] first began to suffer from neurological illness?
[21]   A: I forget the date on which she felt
[22] that her vacuum cleaner was too heavy. And that
[23] might have been the first sign of onset of
[24] neurologic illness.
[25]     I would have to go back into my

Page 88

**Block**

[1]
[2] notes to determine that.
[3]     I think it was on the 23rd that she
[4] got out of bed and fell because of weakness, which
[5] obviously was quite severe at that point.
[6]     But I think it was a considerable
[7] time before then that she had some difficulty with
[8] using a vacuum that she had recently bought,
[9] thinking it might have been too heavy, and that
[10] might have been the first sign of a neurologic
[11] problem.
[12]   Q: As part of your work on this case,
[13] what were you specifically asked to do?
[14]   A: I was specifically asked to review
[15] what records came to me originally and discuss
[16] with counsel the diagnosis of the patient and the
[17] cause and see whether it was related to the
[18] reported food insult on American Airlines.
[19]   Q: Were you also asked to comment on
[20] the severity of the neurological injury here?
[21]   A: I don't think I was asked
[22] specifically to comment on the severity. I think
[23] they were more interested in comments on the
[24] cause, but I certainly did comment on the severity
[25] of her injury, which was, well, of her illness, I


Page 89

**Block**

would rather call it an illness than an injury, but nevertheless her neurologic dysfunction was indeed quite severe.

**Q:** Dr. Goldstein, who is a neurologist at Yale, do you know Dr. Goldstein?

**A:** I do not, sir.

**Q:** Have you ever spoken with him, to your knowledge?

**A:** We might have been in the same meeting and said hello sometime, but I don't believe I ever met Dr. Goldstein.

**Q:** According to his study and his reports, he concluded that Ms. Pridgeon had contracted the AMAN form or pattern of Guillain-Barre, is that your understanding?

**A:** My recall is that he used those initials, yes.

**Q:** Do you have any reason to disagree with the conclusion that Dr. Goldstein reached that this, in fact, was the AMAN pattern?

**A:** The abbreviation is something which is not commonly used, but I believe it refers to the axonal manifestations of Guillain-Barre, which is more frequently just a demyelinating problem,

Page 90

**Block**

but I have no reason to disagree with that statement.

    I do have reason to ask for a break now for just a moment. I have reason to remind you that I have got places I have got to be and we can allow a little more time.
    I would hate to interrupt this, but I have a commitment at 1:00 o'clock.

**Q:** Go ahead, take your break, we will do the best we can to finish.

    (Whereupon, at 12:10 o'clock p.m., a recess was taken to 12:15 o'clock p.m.)
    (The deposition resumed with all parties present.)
JEROME BLOCK, resumed and testified further as follows:
            BY MR. O'KEEFE:

**Q:** We were speaking when we went off the record, Dr. Block, about the AMAN form or pattern.
    Now, would you characterize it as a form or pattern, am I getting that right or wrong?

**A:** It's one of the manifestations of

Page 91

**Block**

Guillain-Barre which was previously thought to be only demyelinating, but now it's been proved to involve axons, as well.

**Q:** The demyelinating form or pattern is commonly referred to as the AIDP pattern?

**A:** I don't use initials.

**Q:** In fact, I noticed in your notes that you made a note to yourself that you wanted to —

**A:** You define the initials. It's something I plainly did not grow up with those initials. I know they exist.

**Q:** It's not something that you readily or commonly use in your practice as a neurologist, I take it, right?

**A:** I would say the demyelinating form or the axonal form or both as opposed to initials.

**Q:** No doubt in your mind as you review the medical records that this was axonal form of Guillain-Barre in Ms. Pridgeon?

**A:** Probably not exclusively. Myelin was involved, certainly the axons were.

**Q:** Are you aware of any research or scientific literature which has concluded the form

Page 92

**Block**

or pattern of Guillain-Barre that is most closely associated with Campylobacter infection?

**A:** I believe the indication is that it's more likely to be axonal than otherwise.

**Q:** In fact, I believe you may have noted in your record somewhere in a chart that Dr. Goldstein came to that conclusion or noted that research?

**A:** Yes, sir.

**Q:** Do you have any reason to not agree with Dr. Goldstein's conclusion in that regard that the axonal form of Guillain-Barre is more closely based upon the literature to Campylobacter infection?

**A:** I believe that to be the truth.

**Q:** Incidentally, I note in looking through your reports in your case file here that you don't have any specific scientific research of articles.
    Would that be fair to say?

**A:** I have not quoted any specific research articles. I read all the time, but, no, I am not reporting it here.

**Q:** You don't cite any?

Page 93

**Block**

[1]
[2] A: No.
[3] Q: Do you have any recall, as you sit
[4] here today, as to whether or not you relied on any
[5] specific scientific articles in connection with
[6] your work on this case?
[7] A: No specific article, counsel.
[8] As I told you, I read about 1,000
[9] pages of neurologic literature per month and in
[10] those articles that I read there are scattered
[11] reports about Guillain-Barre and research on it.
[12] There is no specific article I rely on. What's
[13] left is my memory and my experience.
[14] Q: Understood.
[15] And so in this case would it be fair
[16] to say that in arriving at your opinions in this
[17] case you didn't rely on any specific article?
[18] A: That's correct.
[19] Q: You relied on the medical
[20] information that was provided to you certainly
[21] from Lolita Pridgeon's chart?
[22] A: Yes, sir.
[23] Q: You relied on your experience,
[24] knowledge and training as a practicing and
[25] teaching neurologist?

Page 94

**Block**

[1]
[2] A: Yes, sir.
[3] Q: Is there anything else that you
[4] relied on?
[5] A: Not that I recall.
[6] Q: When you spoke earlier about using
[7] the process of making a differential diagnosis in
[8] diagnosing the patients, in that process, from a
[9] general point of view, will you have occasion to
[10] consult specific medical texts and literature?
[11] A: Oh, from time to time, I will go to
[12] the library and look up an article that I have
[13] read in the past and/or search for any articles in
[14] the nonEnglish, nonGerman, nonJapanese literature
[15] that I haven't read. Mostly there are translation
[16] services which make these things available now.
[17] Q: Do you have any particular on-line
[18] services, Medline, for instance?
[19] A: Medline is one of the popular ones
[20] that we use the library, yes.
[21] Q: You yourself use that from time to
[22] time?
[23] A: I have.
[24] Q: Did you use Medline or any other
[25] on-line service in connection with your work,

Page 95

**Block**

[1]
[2] arriving at your opinions in this case?
[3] A: No, sir, I did no research, Medline
[4] or otherwise.
[5] Q: Did you request any information in
[6] connection with your work on this case that wasn't
[7] provided to you?
[8] A: No, sir.
[9] Q: Is there any particular reason you
[10] can think of why you did not do any research of
[11] scientific literature in connection with your work
[12] in this case?
[13] A: It may seem immodest, but I thought
[14] I knew enough about Guillain-Barre without going
[15] back to the books or the literature and I thought
[16] I was able to analyze the records without having
[17] to go to any references.
[18] Q: Based upon your experience and
[19] knowledge, you were aware of the incubation period
[20] that generally attaches to the ingestion of
[21] Campylobacter jejuni and the onset of
[22] gastrointestinal illness, as an example?
[23] A: I would say I am pretty well aware.
[24] Q: That two to five-day period was
[25] something that you knew without looking up?

Page 96

**Block**

[1]
[2] A: Yes, sir.
[3] Q: You are also aware of the literature
[4] that suggests a connection between Campylobacter
[5] infection and the onset or contraction of
[6] Guillain-Barre?
[7] A: Yes, sir.
[8] Q: Do you know, as you sit here today,
[9] what the latest literature suggests in terms of
[10] the percentage of Guillain-Barre syndrome cases
[11] that are felt to be caused by Campylobacter
[12] infection?
[13] A: What is the latest literature?
[14] The latest literature that I recall
[15] reading in the past year or two is of the axonal
[16] forms.
[17] My recall is that up to 30 percent
[18] have been proved to be Campylobacter, but I would
[19] reserve the right to refresh my memory on that. I
[20] think it's reasonably good. Most of them still
[21] remain unidentified cause.
[22] Q: Dr. Golden identifies in her report
[23] that it's her belief based upon her research that
[24] that percentage is closer to 40 percent.
[25] Did you read her report?

Page 97

**Block**

A: I did read her report.

Q: When you read her report, did you read the articles or the research that she attached in the bibliography?

A: I know that she had a bibliography. I did not check any of those sources.

Q: Do you have any reason not to believe her assertion in her report that in the United States up to 40 percent of Guillain-Barre may be triggered by Campylobacter?

A: I would disagree with that statement offhand. It may be that in the United States up to 40 percent of Guillain-Barre, cause of which has been determined, will be Guillain-Barre. I don't know that it covers the spectra of Guillain-Barre where cause has not been determined.

Q: You don't know one way or the other?

A: At this point I don't accept the statement that 40 percent are due to Campylobacter based on my knowledge at this point. I think it may be that 40 percent of the cases that have been specifically identified may be Campylobacter, but I could have to research that.

Page 98

**Block**

Q: And you didn't do that research in connection with your work yet on this case?

A: I have not done it as yet, sir.

Q: Do you plan to?

A: I have no particular reason to do that at this point. Except my curiosity may drive me to it, I am certainly going to look into this information.

I don't think it modifies my opinion that Campylobacter has not been proved to be the cause in this case, and also that if we were to adopt the speculative nature of that conclusion, that it has been proved that it came from this one meal on American Airlines.

I don't think that any of the statistics in the literature would change my mind in that regard.

Q: Do you believe it's possible, possible, not probable, but possible to prove that somebody's Guillain-Barre is causally related to a Campylobacter infection through reference to the scientific literature?

A: I don't think you can prove something in an individual by reference to the

Page 99

**Block**

literature in regard to Campylobacter infection.

I think you have to prove it in that individual.

All you can say from the literature is it's possible, probable, highly likely, you can't say it's definite.

Q: So, in other words, you do believe that in a theoretical case, given a certain set of factual assumptions or given a certain set of facts that you accept to be true, you could say based upon the scientific literature that somebody's Guillain-Barre was causally related to a Campylobacter infection?

A: I know that Campylobacter infection can cause Guillain-Barre. I know that.

And if I am asked to presume there was Campylobacter in a particular piece of chicken that was eaten on a particular day, and there was no other meal that might have been so contaminated, if I am forced to presume that or asked to presume that, I would say yes, that may well be the case.

But I would like to see the stool culture and I would like to see the blood titers

Page 100

**Block**

so that my conclusion would be firm rather than speculative.

Q: Could you, in your situation where you are asked to assume that a piece of particular food was Campylobacter infected, could you conclude that that Campylobacter infected piece of food caused somebody's Guillain-Barre without having the stool culture or titers?

A: I don't believe I could conclude. It would be speculative.

I would be helped in that speculation approaching a conclusion if I knew that 50 other people or 100 other people had eaten the same food and had at least come down with diarrhea and nausea, vomiting, GI upset. They don't have to come down with Guillain-Barre.

Clearly not everybody who has Campylobacter comes down with Guillain-Barre, not everyone who gets nausea and vomiting or diarrhea, but a significant percentage of them do.

If this is a meal that was eaten by one person and no one else, you can't get those statistics.

If, on the other hand, this is a

Page 101

**Block**

[2] meal that was eaten by many, many people, you
[3] might expect to hear from those many, many people
[4] that there was something wrong with them within
[5] two to five days after they ate that meal.
[6]     That would lend more credibility to
[7] it, make it far less speculative.
[8]     **Q:** Do you know what the scientific
[9] literature has concluded to date about the
[10] percentage of people that have Campylobacter
[11] infection that ultimately contract Guillain-Barre?
[12]     Do you know anything about that?
[13]     **A:** I have read in the past that it
[14] might be somewhere around one-tenth of one percent
[15] of people with known Campylobacter infection who
[16] get Guillain-Barre, and that's with known
[17] Campylobacter infection.
[18]     There are lots of people who have
[19] so-called traveler's diarrhea or at home diarrhea
[20] who may have Campylobacter, but it's never been
[21] proved. So that all of those who have the known
[22] infection, a very small percentage will come down
[23] with Guillain-Barre.
[24]     **Q:** You noted that you did not read any
[25] of the literature that was attached to Dr.

Page 102

**Block**

[2] Golden's report?
[3]     **A:** I'm sorry, if you understood that
[4] from my statement, that's incorrect. I have read
[5] in the past some of the notes which you referred
[6] to. I did not go back to those articles and
[7] reread them.
[8]     **Q:** My apologies.
[9]     If one of those articles concludes
[10] that one out of every 1,058 people who have
[11] Campylobacter —
[12]     **A:** 1,000?
[13]     **Q:** 1,058, one out of every 1,058.
[14]     **A:** That's about one-tenth of one
[15] percent.
[16]     **Q:** Let me get it for the record. I
[17] think we are going to be on the same page.
[18]     If one of those articles concludes
[19] that one out of every 1,058 people who have
[20] Campylobacter ultimately contract Guillain-Barre,
[21] would you have any reason to disagree with that
[22] literature?
[23]     **A:** If it were written by a reliable
[24] observer with decent credentials, I would have no
[25] reason to disagree with that.

Page 103

**Block**

[2]     **Q:** Fair enough.
[3] You mentioned that it would help in
[4] your analysis, when you were asked to assume
[5] somebody ate a Campylobacter infected piece of
[6] food, to find out whether or not other people had
[7] also become ill. Do you know what the scientific
[8] literature suggests with respect to the more
[9] possible causes of an epidemiological outbreak of
[10] Campylobacter in terms of food types that would
[11] cause that?
[12]     Do you know anything about it that
[13] differentiates between the possible causes of
[14] Campylobacter in the first place?
[15]     **A:** You mean on what type of food
[16] Campylobacter is more frequently found than
[17] others?
[18]     **Q:** To have an outbreak, to have
[19] multiple cases?
[20]     **A:** I think chicken is implicated, but
[21] I'm not significantly familiar with the
[22] epidemiologic studies. I don't understand that.
[23]     **Q:** As you sit here today, would it be
[24] fair to say that your belief is that in those
[25] cases where there is an outbreak of multiple

Page 104

**Block**

[2] victims with Campylobacter, you think that's more
[3] closely related to chicken than other sources?
[4]     **A:** I would love to give testimony as an
[5] expert. I don't consider myself as an expert in
[6] the epidemiology of this at all.
[7]     I have second or thirdhand knowledge
[8] about chicken being implicated, but I can't tell
[9] you whether that's most likely. I think it is. I
[10] can't tell you what percentage of beef or lamb or
[11] lettuce and tomatoes have also been implicated in
[12] it, but I know that chicken has been implicated.
[13]     **Q:** If I asked you to assume for a
[14] moment that Lolita Pridgeon, in fact, did ingest
[15] Campylobacter infected chicken on June 13, 2000,
[16] assume that fact to be true, could you give an
[17] opinion within a reasonable degree of medical
[18] probability that that was the probable cause of
[19] her Guillain-Barre?
[20]     **A:** If she ingested it and if indeed it
[21] caused an infection, if she was one of the people
[22] ingesting Campylobacter on that date who then got
[23] her diarrhea within two to five days, then her
[24] Guillain-Barre within a week to three weeks, yes.
[25]     If I knew that there was

Page 105

[1]  **Block**
[2] Campylobacter involved in a particular meal, I
[3] would say it was more than likely the cause of the
[4] subsequent Guillain-Barre.
[5]   Q: So, in other words, based upon your
[6] understanding of the various incubation periods,
[7] according to the scientific literature, it would
[8] make sense to you, if you were told to assume that
[9] to be true, that she, in fact, ingested
[10] Campylobacter on June 13th, that that would have
[11] been the cause of her Guillain-Barre?
[12]   A: Yes, sir, provided, of course, that
[13] she had an infectious manifestation of
[14] Campylobacter. Not everybody who ingests
[15] Campylobacter gets sick from Campylobacter.
[16]   So if she got sick with the GI
[17] problems and then developed Guillain-Barre, I
[18] would have to agree that knowing, as you say,
[19] assuming that it was there, that that was the
[20] cause.
[21]   Q: So assuming that she ingested a
[22] Campylobacter-infected piece of chicken on
[23] June 13th, first had a gastrointestinal illness on
[24] June 15th, that would help you reach your
[25] conclusion that her ultimate contraction of

Page 106

[1]  **Block**
[2] Guillain-Barre in this particular case was related
[3] back to June 13th?
[4]   A: Yes, sir, it certainly would push me
[5] in that direction very strongly.
[6]   If I found out she had Lyme disease
[7] in addition, and so on, but we don't give somebody
[8] two different diseases simultaneously.
[9]   Q: And your conclusion still would be
[10] even though you know that there was an original
[11] diagnosis in this particular instance of Lyme
[12] disease, you would have ruled that out if you were
[13] told again specifically she ate
[14] Campylobacter-infected chicken on June 13th?
[15]   A: I would not believe that she got two
[16] illnesses almost simultaneously.
[17]   I'm sure by parsimony in diagnosis I
[18] generally try to make one diagnosis instead of
[19] two.
[20]   Q: As you sit here live today, Dr.
[21] Block, do you feel as though you have done enough
[22] work, study on this particular case to come to
[23] court to give the opinions that you spoke about
[24] earlier?
[25]   A: I think based on what was given to

Page 107

[1]  **Block**
[2] me to study, and based on what I have been
[3] studying for close to 50 years, that I am capable
[4] of giving a valid opinion.
[5]   Q: In other words, even though you
[6] might do so as you sit here today, if the trial
[7] were next week, you would feel as though you are
[8] prepared already to come to court to testify, to
[9] give the opinions that you have already given?
[10]   A: Yes, sir.
[11] Unless there are facts unknown to
[12] me, I am prepared to testify in court as to what I
[13] have said today. Or if any facts are brought to
[14] light, of which I am unaware now, that require
[15] further study, I will be very glad to do so.
[16]   Q: Are there any factors that you can
[17] think of as you sit here today about this
[18] particular case that may lead you to change your
[19] conclusion that there is no causal relation
[20] between something that occurred on June 13, 2000
[21] and Lolita Pridgeon's contracting of
[22] Guillain-Barre?
[23]   A: The only thing I can tell you about
[24] this situation, counsel, is that it's speculative
[25] to believe that it was caused by Campylobacter

Page 108

[1]  **Block**
[2] jejuni, and it is speculative beyond that to
[3] believe that this specific meal was the one that
[4] carried this bug into her system. It's
[5] speculative.
[6]   Q: Well, let me ask it this way.
[7] Is there anything that can be
[8] provided to you that would inform your analysis
[9] that would lead you to change your opinion?
[10]   A: Well, as I indicated in one of my
[11] reports, one of my notes to myself, did I miss
[12] something in reviewing the hospital records, is
[13] there some note about a stool culture that I
[14] didn't see or appreciate?
[15]   Is there some note about a blood
[16] titer that I didn't see or appreciate? If there
[17] is something in the hospital laboratory records
[18] that was not included in what was sent to me or
[19] was so illegible that I didn't appreciate it,
[20] straighten me out and my opinion will change as to
[21] whether it was Campylobacter or not.
[22]   Q: Other than a stool culture or a
[23] serological titer, is there anything else that you
[24] can think of that might inform your analysis that
[25] could lead you to change your opinion in this