Page 109

*Block*

particular case?

A: No, sir. Without that, I don't think anybody knows for sure.

If asked is it possible, yes, it's possible it was Campylobacter. If asked if it was, the answer is I don't know, it's speculative to think so.

Q: Could you conceive, Dr. Block, of a situation where you are provided with enough information about a particular case, but don't have either the stool culture or the serological titer where you could say within a reasonable degree of medical probability that a Campylobacter infection was the cause of somebody's Guillain-Barre?

A: In an individual case, I don't believe I could state that. If we had an epidemic of people with nausea, diarrhea, fever, if you will, two to five days after ingesting a meal, I would say that that meal was the cause of, provided they didn't have any other common meals, was the cause.

Otherwise, the statistics of one is what you are looking for. I don't have an answer

Page 110

*Block*

for that. You can't say what happens in an individual. If you are dealing with an epidemic, then you can say with a reasonable degree of reliability this is the cause.

Q: Absent an epidemic, you wouldn't be able to do that in an individual case?

A: I cannot state, counsel, I wish I could, because were I able to do so, I would have been out of here on time, that in a situation such as this it's anything but speculative.

MR. O'KEEFE: I'm going to ask the reporter to mark that exhibit as the next exhibit, please.

(Report 5/1904, Dr. Golden's report, was marked as Plaintiff's Exhibit No. 5 for identification, as of this date.)

BY MR. O'KEEFE:

Q: Dr. Block, I am handing you a copy of what has been marked as Plaintiff's Exhibit 5.

This is a copy of Dr. Golden's report and CV.

You have had an opportunity to review this report?

Page 111

*Block*

A: (Perusing document.) I did.

Q: And I just want to take you through some of that report.

In the third paragraph on the first page she notes she was a physician covering the infectious disease service for the holiday weekend, obviously indicating that she was a treating physician in this particular instance.

Is that fair to say?

A: I believe so.

Q: Further down she judged the work —

A: Can I read that again for a moment?

Q: Sure.

A: She was covering the infectious disease service. I don't believe she states she actually examined the patient, so that being on call doesn't necessarily make you a treating physician.

Q: As you sit here today, you don't know one way or other whether or not Dr. Golden interacted with Ms. Pridgeon?

A: It doesn't say she did. I don't know.

Q: Further down it is judged the

Page 112

*Block*

working diagnosis to be Guillain-Barre syndrome likely induced by recent Campylobacter jejuni infection.

Do you see that?

A: Yes.

Q: Was it significant to you at all, Dr. Block from your analysis of this case that a consulting infectious diseases specialist judged the working diagnosis in Lolita Pridgeon's situation to be a Guillain-Barre that was induced by Campylobacter jejuni infection?

A: I think any doctor seeing the case, neurologist, infectious disease, internist, might be sophisticated about this problem, would be worried about a Campylobacter jejuni infection.

Q: You understand that Dr. Golden has rendered an opinion in this case that she believes within a reasonable degree of medical probability that Ms. Pridgeon's GBS is causally related to a Campylobacter infection which occurred on June 13, 2000?

MR. HOLLAND: I will object to that question. I don't think that's a conclusion she draws.

Page 113

Block

Q: That's what I mean. Let me withdraw that.

Look at the last paragraph where it says in summary.

A: Yes, sir.

Q: Do you agree or disagree with the first sentence of the last paragraph?

A: I disagree with it.

Q: Why do you disagree with it?

A: Because I don't think that you can conclude that there was an infection with this particular organism based on the information in the chart or that you can conclude that even if it were this organism, it came from undercooked chicken on her flight home from France.

I think these are the two speculative aspects of the conclusions which I cannot accept.

This woman ate in France at least once a day, and if she is like me, four or five times a day, and to say this specific bite of food or these two or three bites of food is the cause of my GI upset is speculative on her part.

It is speculative on the part of the

Page 114

Block

doctor, although it's tempting, to have not proved the presence of this particular bug and presume that it's there, that is also speculative.

Q: Are there any other reasons why you disagree with her conclusion?

A: No, sir. I think it's just bits of medical speculation rather than medical fact on which the issue here is based.

Do you have any last statements before I go?

Q: Do you have any idea as to what Ms. Pridgeon ate from June 10th to June 15, 2000?

A: Well, no, sir, I don't.

If she was in Paris, I would hope it was Bouillabaisse, if she was there, I hope she had a good steak tartar and washed it down with some fine wine, presuming she is a foodaholic, as am I.

Q: Do you know whether she is a foodaholic?

A: No, I do not.

Q: Do you know of anything specifically that she ate between June 10th and June 15th that could have caused the gastrointestinal illness?

Page 115

Block

A: Anything that you eat can cause a gastrointestinal illness.

Q: But do you know anything as you sit here, anything specific that it could have been?

A: No, I don't know specifically that the chicken on the airplane caused it or that anything else she ate caused it. I'm unaware of that.

Q: Have you had an opportunity to express all of the opinions that you plan to testify to at the trial in this case today at this deposition?

A: Sir, I have had the opportunity to express, and I think some repetitively, my answers to your questions today.

I have no intention of saying anything at trial that is not responsive to questions. So I'm prepared to answer any questions that may be asked. I have no other information I'm holding back at this point.

Q: Do you plan to give any opinions at this trial as of today, in addition to the opinions that you have expressed this morning?

A: I have nothing in mind. If somebody

Page 116

Block

asks me questions along a different line of reasoning or thought where I have any information, I will testify as to that, but I have nothing else in mind at present.

Q: Have you identified the most common cause of Campylobacter infection in your research?

A: The most common cause of Campylobacter infection, I think, is food contamination.

Q: Is there any particular food?

A: I have confessed before that I'm not an epidemiologist, I'm not an ID specialist.

My recall from my reading is that chicken is often involved. I think Montezuma's revenge has been pinned down to Campylobacter.

There are all sorts of people who get Campylobacter who don't eat chicken, who get the infection. Beyond that, I don't know.

Q: As you sit here today, would it be fair to say that you can't conclude that chicken is the most common cause of Campylobacter?

A: I can only tell you, I have tried to explain several times today, I am aware that chicken is a cause and I have heard about that

Page 117

*Block*

more than any other particular type of food, but I don't know, I can't swear to you that that's the most common. I don't know.

**Q:** You are not prepared to say, you don't know what the most common cause of Campylobacter infection is as you sit here today?

**A:** The most common carrying agent for Campylobacter is what you are asking me? When you say cause, what food is it associated with?

**Q:** Yes.

**A:** Right. I'm not prepared to say it's chicken. I can only say this is something I have heard, but I don't know.

**Q:** You didn't research that issue as part of your work in this case?

**A:** I don't think I can be more clear about that than I have been, counsel. I did not look into that specifically.

I really have to go.

**MR. O'KEEFE:** Let me put on the record that I want to let you go. Given the fact that Dr. Block needs to leave to get to another appointment, I would like to reserve the right to

Page 118

*Block*

recall him for a deposition to follow through with questions that I was not able to get to today.

I want to thank him.

(Whereupon, at 12:50 o'clock p.m., the deposition was concluded.)

Page 119

*Block*

**CAPTION**

The Deposition of JEROME BLOCK, taken in the matter, on the date, and at the time and place set out on the title page hereof.

It was requested that the deposition be taken by the reporter and that same be reduced to typewritten form.

It was agreed by and between counsel and the parties that the Deponent will read and sign the transcript of said deposition.

Page 120

Block

CERTIFICATE

STATE OF____________________:

COUNTY/CITY OF____________________:

Before me, this day, personally appeared JEROME BLOCK, who, being duly sworn, states that the foregoing transcript of his/her Deposition, taken in the matter, on the date, and at the time and place set out on the title page hereof, constitutes a true and accurate transcript of said deposition.

JEROME BLOCK

SUBSCRIBED and SWORN to before me this________ day of __________, 2004, in the jurisdiction aforesaid.

My Commission Expires Notary Public

Page 121

Block

DEPOSITION ERRATA SHEET

RE:

FILE NO.

CASE CAPTION: Pridgeon vs. American Airlines

DEPONENT: JEROME BLOCK

DEPOSITION DATE: May 27, 2004

To the Reporter:

I have read the entire transcript of my Deposition taken in the captioned matter or the same has been read to me. I request for the following changes be entered upon the record for the reasons indicated.

I have signed my name to the Errata Sheet and the appropriate Certificate and authorize you to attach both to the original transcript.

SIGNATURE:____________________ DATE:__________

JEROME BLOCK

Page 122

Block

INDEX

| Witness: | Direct |
|---|---|
| JEROME BLOCK, M.D. | 4 |

EXHIBITS

| Plaintiff's For Ident. | Description | Page |
|---|---|---|
| 1 | Dr. Block's curriculum vitae | 6 |
| 2 | Affidavit | 51 |
| 3 | Case file | 57 |
| 4 | Depositions and other records | 58 |
| 5 | Report 5/1904, Dr. Golden's report | 110 |

Page 123

CERTIFICATE

STATE OF NEW YORK )<br>) ss.<br>COUNTY OF NEW YORK )

I, ANNETTE FORBES, a Shorthand (Stenotype) Reporter and Notary Public of the State of New York, do hereby certify that the foregoing Deposition, of the witness, JEROME BLOCK, M.D., taken at the time and place aforesaid, is a true and correct transcription of my shorthand notes.

I further certify that I am neither counsel for nor related to any party to said action, nor in any wise interested in the result or outcome thereof.

IN WITNESS WHEREOF, I have hereunto set my hand this 4th day of June, 2004.

ANNETTE FORBES, CSR, RPR

**$**

$1,000 35:9
$350 34:18, 22; 35:13; 51:6
$4,000 34:23
$500 34:19
$80,000 34:3

**0**

03 48:12; 51:2, 19, 20
04 48:16; 49:2, 9, 11; 50:3, 7; 51:20; 60:20, 24

**1**

1 6:18, 22; 7:3, 19
1,000 93:8; 102:12
1,058 102:10, 13, 13, 19
10 18:23; 19:15; 51:12
10/13/03 49:14
100 100:14
10:55 44:6
10th 79:14; 114:13, 24
11-page 67:3, 6
11:05 44:7
12 18:15
12:10 90:12
12:15 90:13
12:50 118:6
13 61:24; 104:15; 107:20; 112:21
13th 70:22; 78:23; 105:10, 23; 106:3, 14
14 70:7; 71:14; 72:16; 74:25
15 18:15, 23; 19:15; 32:20; 51:12; 79:11; 114:13
150 12:3
15th 75:24; 78:8, 9, 12; 79:3; 87:18; 105:24; 114:24
16 11:21; 50:7
18th 66:6
1961 8:17
1968 25:11
1974 33:4
1977 19:21
1980 8:22
1988 30:7
1990 39:18
1995 86:22
1:00 90:9

**2**

2 51:24; 52:2, 6, 18; 58:21, 23
20 38:18; 64:17
2000 61:24; 66:7; 72:13; 73:22; 75:16; 76:8; 79:11; 80:3, 9; 104:15; 107:20; 112:22; 114:13
2004 49:23; 52:7; 59:19; 61:7, 18
20th 69:10
21st 48:14
23 71:14; 72:13; 73:22; 75:2, 16; 76:8
23rd 72:7; 88:3
24 60:19, 24; 61:18
24th 70:23
25 38:19
26th 48:11
27 51:2
27th 51:19
28th 66:7
29 49:23; 50:3
29th 49:11

**3**

3 57:15, 25; 58:13
3/16 49:13
3/30/01 49:14
30 11:2; 24:25; 26:10, 11; 29:7; 40:5; 96:17
31 49:2; 52:7; 59:19; 61:7
31st 48:15, 16; 49:9; 61:9, 9
35 24:25; 26:10, 11
3rd 69:21; 70:19; 75:23; 78:5

**4**

4 7:20, 23; 58:6, 9
40 11:2; 40:6; 45:25; 96:24; 97:10, 14, 21, 23

**5**

5 110:17, 21
5/19/04 47:5
5/1904 110:15
50 100:14; 107:3
50th 25:3

**6**

6/13 69:7; 70:10, 16
6/15 69:8, 17
6/16 70:16
6/19 69:16
6/19/01 49:15
6/22 69:13
6/23 70:4, 7, 15; 72:16
6/23/2000 71:11; 73:4; 74:11, 16
6/24 69:19
6/30 49:16
6/9 70:7; 71:9, 15
60 34:3

**7**

7/30/02 49:16
70s 85:10, 10
77 20:10

**8**

8/27/03 45:16

**9**

98 47:18
99 55:17
9th 75:3; 78:6

**A**

a.m 44:7, 8
abbreviation 89:22
able 35:6; 37:23; 40:23; 46:23; 82:21; 95:16; 110:7, 9; 118:4
abnormal 32:8
abnormality 32:18
aboard 62:5
Absent 110:6
Absolutely 56:3, 3
abstract 67:22; 72:11, 25; 73:10, 16
abstracted 71:21; 74:2; 75:6, 12; 76:2
abstracting 60:20
abstracts 66:13
absurd 30:23
accept 97:20; 99:11; 113:19
accidents 41:13
according 68:13, 14; 89:13; 105:7
accuracy 73:2; 78:7
accurate 37:21; 44:2; 49:7; 52:15; 55:18; 72:12, 18; 74:3
accusations 31:3
accused 33:6; 40:23
across 40:24
actions 28:19; 29:23
actively 11:5
actual 14:25; 73:19
actually 36:17; 59:12; 62:4; 70:10; 75:10; 111:17
add 7:11, 12
added 7:8; 85:11
adding 51:8
addition 35:13; 106:7; 115:23
addressed 60:13
Administration 25:9
admitted 34:4
adopt 98:13
advance 34:23
Affidavit 51:25; 52:7, 10, 14, 19; 53:8, 12, 14; 58:20, 24; 59:12
afternoon 82:17
Again 18:14; 19:5; 26:8; 33:5; 42:22; 43:16; 61:14; 62:18; 71:10; 72:18; 73:2; 75:5; 106:13; 111:13
against 4:14; 28:19; 29:4, 23; 30:23; 31:5, 12; 33:19; 38:25; 39:3
aged 40:5
agent 117:8
ago 4:22; 14:8, 21; 16:15; 18:15; 19:15, 21; 21:7; 28:11; 36:3, 13, 13; 45:15; 50:18; 53:23; 70:6; 71:12, 23, 25; 72:15; 73:5, 7, 14; 74:10, 18; 79:5
agree 59:20; 79:25; 80:4; 85:13; 92:11; 105:18; 113:7
agreed 58:14; 119:14
agreement 23:10
agrees 32:17
ahead 90:10
AIDP 91:6
airline 50:17, 20
Airlines 4:15; 50:12, 15, 19; 76:21; 77:16; 78:20, 23; 88:18; 98:15
airplane 77:19, 24; 115:7
alleged 33:8, 10; 41:17
allow 90:7
allowed 45:13
almost 10:25; 106:16
alone 16:2
along 85:9; 116:2
although 40:2; 114:2
always 21:21; 29:18, 20
AMAN 89:15, 21; 90:21
amateur 9:20
amazing 40:15; 84:20
American 4:14; 8:10; 50:12, 15, 19; 76:21; 77:16; 78:20, 22; 88:18; 98:15
among 85:19
amount 76:21
amounts 68:10
analysis 63:11, 13; 64:24; 103:4; 108:8, 24; 112:8
analyze 95:16
and/or 55:13; 81:4; 85:18; 94:13
Annette 4:3
anniversary 25:3
antibiotic 24:9
apartment 33:24
apologies 50:23; 73:16; 75:7; 102:8
apparently 72:20
appeal 30:20; 31:16
Appellate 30:20; 31:19
applied 85:3
appointment 117:24
appreciate 108:14, 16, 19
approaching 100:13
appropriately 12:5
approximately 14:2; 15:13; 61:4
area 22:22
arguing 32:7
around 18:2, 17; 43:2; 49:7; 101:14
arrive 80:16
arriving 93:16; 95:2
arthritic 9:20
article 93:7, 12, 17; 94:12
articles 19:17, 19; 20:21; 92:20, 23; 93:5, 10; 94:13; 97:4; 102:6, 9, 18
ascribed 21:21
aside 49:9
aspects 113:18
assertion 97:9
assertions 52:13
associated 68:20; 92:3; 117:10
assume 100:5; 103:4; 104:13, 16; 105:8
Assuming 79:10; 87:16; 105:19, 21
assumptions 99:10
ate 61:22; 62:4, 8; 64:20; 65:8, 10; 77:22; 101:5; 103:5; 106:13; 113:20; 114:13, 24; 115:8
attached 97:5; 101:25
attaches 95:20
attempted 24:22
attorney 39:8, 13; 40:10; 56:11; 81:15
attorneys 30:25; 31:20; 34:24
atypical 23:24
August 51:2, 19
author 46:19
authority 28:16
auto-immune 83:3; 85:18
available 94:16
average 27:21; 36:18, 23; 38:18
aware 22:15; 91:24; 95:19, 23; 96:3; 116:24
awful 31:10; 34:24
axes 82:10
axonal 89:24; 91:18, 20;

92:5, 13; 96:15
axons 91:4, 23

## B

back 12:22; 27:5; 31:19; 40:10, 13; 50:4; 64:9; 69:21; 79:13; 82:25; 87:25; 95:15; 102:6; 106:3; 115:21
bacteria 17:12
bacterial 85:19
bad 81:16
balance 37:9
bar 40:24
based 19:9; 21:8; 63:23; 82:18; 86:13; 92:14; 95:18; 96:23; 97:22; 99:12; 105:5; 106:25; 107:2; 113:13; 114:9
basically 7:9; 34:22; 38:24; 46:12; 56:25; 68:21
basis 10:19, 22; 11:2; 12:9
became 40:4; 79:11; 87:17
become 9:3, 19, 24; 27:7; 103:7
becomes 64:15
bed 29:13; 88:4
bedside 32:12
beef 104:10
began 56:25; 70:3, 22; 87:20
behalf 38:11, 19, 23; 39:16, 19; 50:11; 55:14
belief 37:22; 52:12, 16; 75:16; 96:23; 103:24
believes 77:7; 112:18
Bellevue 25:8
bend 40:21
best 16:6; 17:3, 6, 17; 19:12; 25:24; 37:17; 42:10; 43:16, 22; 52:15; 55:15; 56:19; 61:25; 81:13; 90:11
beyond 108:2; 116:19
bibliography 97:5, 6
billing 67:15, 17
birth 38:2
bit 18:17; 23:24; 35:24; 40:4
bite 113:22
bites 61:22; 113:23
bits 114:7
blame 64:14, 19
BLOCK 4:2, 9; 6:25; 7:18; 8:4; 10:8; 13:17; 16:18; 19:16; 24:20; 32:10, 17; 41:6; 44:11; 52:6; 54:2; 56:4; 58:12; 65:21; 67:2, 21; 72:20; 76:7; 82:18; 90:17, 21; 106:21; 109:9; 110:20; 112:8; 117:23; 119:4
Block's 6:20
blood 15:11; 33:15, 17; 69:12; 99:25; 108:15
board 7:13; 8:5, 10, 11, 12, 16, 19; 9:3, 6, 8, 10, 12, 21, 24; 10:4
boards 9:15, 16
body 83:4
books 95:15
borne 17:4, 8; 27:16
both 65:15; 91:18
bottom 32:13
botulism 12:15
bought 88:8
Bouillabaisse 114:16
break 6:12, 14; 90:4, 10
breakdown 36:24
brief 52:9
briefly 11:11; 67:3
brought 29:23; 33:19; 53:25; 107:13
bug 108:4; 114:3
bystanders 41:14

## C

California 28:7, 11
call 12:7; 38:22; 40:12; 45:6; 48:22; 89:2; 111:18
called 4:2; 13:19; 29:14; 41:8, 19, 25; 42:8, 14, 19; 43:7
came 18:15; 33:12, 23; 53:7, 19; 69:21; 85:9; 88:15; 92:8; 98:14; 113:15
Campylobacter 13:9, 19; 14:4, 13, 19; 15:17; 16:4, 10, 20, 25; 17:7, 23; 18:14; 19:2, 10; 20:6, 9, 15, 21; 21:2, 9, 15; 22:8; 25:23; 26:4, 15, 21; 27:2, 9, 15; 41:23; 42:5; 76:23, 25; 77:8, 12, 14, 20; 79:4, 13, 15, 20, 22; 80:3, 8; 83:17; 85:20; 86:6; 92:3, 14; 95:21; 96:4, 11, 18; 97:11, 21, 24; 98:11, 22; 99:2, 14, 15, 18; 100:6, 7, 19; 101:10, 15, 17, 20; 102:11, 20; 103:5, 10, 14, 16; 104:2, 15, 22; 105:2, 10, 14, 15, 15; 107:25; 108:21; 109:6, 14; 112:3, 12, 16, 21; 116:7, 9, 16, 18, 22; 117:7, 9
Campylobacter-infected 105:22; 106:14
Can 4:20; 5:22; 9:10; 12:17; 13:21; 14:15; 15:15; 19:7; 21:11; 22:20; 23:6; 24:20; 25:21; 26:11, 18, 23; 36:15, 24; 37:5, 17; 38:4, 15; 39:5; 40:22; 43:7; 44:3; 45:4; 47:17; 49:5; 59:5; 69:25; 74:2; 77:15; 80:10; 81:13; 82:15, 19; 83:20; 84:2, 14; 85:21; 90:7, 11; 95:10; 98:24; 99:5, 16; 107:16, 23; 108:7, 24; 110:4; 111:13; 113:11, 14; 115:2; 116:23; 117:13, 17
cancel 35:5
cancelled 37:21
capable 107:3
CAPTION 119:2
car 41:13
care 11:22; 13:18; 25:10; 29:24; 81:25
career 9:5; 14:11; 15:25; 24:21; 26:19; 41:21; 42:13; 50:12
carried 108:4
carrying 117:8
case 5:14, 15; 14:3; 16:11, 19; 17:2, 7; 21:16; 22:11; 25:22; 30:15, 16, 23; 31:3, 15, 16, 18, 20, 23; 32:5, 9, 18, 21; 33:4; 34:2; 38:3, 12; 40:11, 25; 42:2, 8, 12; 43:10, 13, 14, 15, 15, 21, 23; 45:11, 20; 46:4, 16; 48:10, 19, 25; 49:5; 50:17, 20; 51:17; 53:18, 25; 54:18; 55:9, 10, 14; 57:8, 24; 58:13; 59:24; 60:11; 61:6, 7, 17; 63:9; 67:2; 75:20; 76:13, 16, 18; 81:15; 82:4, 12; 84:3; 86:7; 88:12; 92:18; 93:6, 15, 17; 95:2, 6, 12; 98:3, 12; 99:9, 23; 106:2, 22; 107:18; 109:2, 11, 17; 110:7; 112:8, 13, 18; 115:12; 117:16
cases 11:24; 13:3, 15, 17; 14:5; 18:11; 21:22, 23; 22:3, 17; 25:17, 25; 26:2, 5, 19, 24; 27:2, 3, 3, 13; 34:6; 35:4; 36:7, 20, 25; 37:13; 40:16; 41:7, 10, 12, 16; 42:16, 20; 43:18; 50:15; 56:7, 20; 81:6, 7; 82:9; 85:14, 21; 86:11; 96:10; 97:23; 103:19, 25
cashed 18:6
CAT 33:12
causal 16:9; 19:3, 9; 21:2, 9; 27:9; 42:4; 86:5; 107:19
causally 98:21; 99:13; 112:20
causative 20:15
cause 14:9; 15:17; 16:4, 20; 17:9, 25; 18:14; 20:9; 21:14, 19; 22:7; 23:13; 24:22; 27:2, 14; 31:8; 43:8; 64:8; 80:13; 81:8; 83:17, 22; 84:5, 5, 21, 22; 85:12, 16, 22; 86:10, 12; 88:17, 24; 96:21; 97:14, 17; 98:12; 99:16; 103:11; 104:18; 105:3, 11, 20; 109:15, 21, 23; 110:5; 113:23; 115:2; 116:7, 8, 22, 25; 117:6, 10
caused 14:13; 24:18; 25:23; 33:21; 64:18; 76:25; 78:10, 14, 16; 79:23; 82:20; 83:14; 96:11; 100:8; 104:21; 107:25; 114:25; 115:7, 8
causes 80:21, 24; 81:2; 83:9; 84:2; 85:11; 103:9, 13
caveat 8:7
celebrating 25:3
cells 22:24; 23:4
central 23:2
certain 56:21; 77:20; 80:25; 99:9, 10
certainly 23:19; 54:6; 55:24; 57:10; 75:21; 77:22; 88:24; 91:23; 93:20; 98:8; 106:4
certification 8:10, 13, 16, 19
certifications 7:13
certified 8:5, 22; 9:6, 9, 24; 10:4
cervical 65:18, 22, 25; 66:2
challenged 42:25
change 63:16, 17; 98:17; 107:18; 108:9, 20, 25
changed 50:7
chapters 19:21
characterize 90:23
charge 32:9; 34:15, 17, 18, 19; 35:14, 15
charged 51:6
chart 29:16; 32:16; 51:3; 56:8; 92:7; 93:21; 113:14
check 34:23, 25; 39:14; 73:2; 97:7
chicken 27:17; 47:18; 61:23; 62:4, 8, 11, 15, 17, 20; 63:5, 11, 15, 20; 65:3, 9, 10; 76:20; 77:7; 78:11, 14, 19, 20; 99:18; 103:20; 104:3, 8, 12, 15; 105:22; 106:14; 113:16; 115:7; 116:15, 18, 21, 25; 117:13
China 18:16
choice 9:23; 75:9
chose 9:16, 21, 24
circumscribed 68:22
cite 69:25; 92:25
Cituatara 12:18
City 10:16; 30:10, 11
claimant 38:12; 81:25
claimants 81:24
clarify 28:24
clean 28:17
cleaner 87:22
clear 117:17
clearly 12:17; 22:3; 83:23; 100:18
clinical 9:14; 25:6
close 82:17; 107:3
closely 92:2, 14; 104:3
closer 96:24
coffee 44:4
coincidence 84:23
color 62:15
Columbia-Presbyterian 31:6
comfortable 19:6
coming 11:19; 60:7; 76:5
commemorating 60:21
comment 88:19, 22, 24
comments 47:18; 88:23
commitment 90:9
committing 34:13
common 109:22; 116:6, 8, 22; 117:4, 6, 8
commonly 80:15; 89:23; 91:6, 15
community 18:22, 22; 20:14
compiled 78:2
complain 63:6
complained 64:3
complaining 33:25
complaint 39:10; 63:14, 18; 64:22
complaints 27:22; 62:24; 63:3, 10
completed 48:21; 57:2
conceive 109:9
conclude 72:24; 75:17; 76:9; 100:7, 10; 113:12, 14; 116:21
concluded 15:16; 16:4, 9; 21:8; 25:22; 26:14; 86:24; 89:14; 91:25; 101:9; 118:7
concludes 102:9, 18
concluding 28:12
conclusion 26:20; 76:5; 87:10; 89:20; 92:8, 12; 98:13; 100:2, 13; 105:25; 106:9; 107:19; 112:25; 114:6
conclusions 16:20; 73:20; 113:18
Condon 50:21
conference 45:16; 48:23
confessed 116:12
confirm 23:12
Connecticut 4:13, 14; 35:22, 25; 37:23
connection 4:12; 13:4; 21:9; 26:15, 21; 27:9; 43:20; 45:19; 46:16; 48:10, 18; 49:4; 56:6; 59:24; 93:5; 94:25; 95:6, 11; 96:4; 98:3
consequent 76:20
consider 82:13; 104:5
considerable 88:6
considered 39:24; 40:2; 83:14, 23

**considering** 66:14
**consult** 42:20; 50:17; 56:20; 69:19; 81:6; 94:10
**consultant** 43:19; 44:15
**consultation** 34:16; 40:7
**consultations** 11:25, 25; 12:8; 82:8
**consulted** 42:3; 50:14
**consulting** 25:19; 37:10; 42:14; 54:18; 112:9
**contained** 13:13
**contaminated** 99:21
**contamination** 116:10
**contemporaneously** 68:24; 78:2
**content** 58:17
**contents** 47:10; 60:23
**contract** 101:11; 102:20
**contracted** 14:12; 15:15; 16:3; 17:2; 21:12; 66:12, 22; 77:17; 89:15
**contracting** 43:9; 107:21
**contraction** 96:5; 105:25
**contributed** 25:15; 26:3
**convicted** 34:12
**copies** 57:11, 13, 18
**copy** 6:18, 25; 49:3; 58:14; 110:20, 22
**cord** 65:25; 66:2
**corrections** 59:14, 16; 60:3
**correctly** 10:6
**correspondence** 55:12; 56:11; 57:3
**costs** 35:9
**counsel** 18:24; 48:20; 54:10; 57:10; 69:3; 88:16; 93:7; 107:24; 110:8; 117:18; 119:14
**course** 105:12
**Court** 4:14; 5:4; 6:17; 30:12; 33:23; 34:21; 35:7, 9, 14, 15, 16, 22; 36:9, 17, 23; 37:10; 38:17, 21; 39:8; 40:12, 18; 41:22; 42:2, 16, 24; 43:9; 106:23; 107:8, 12
**courts** 36:5
**cover** 35:10, 20
**covering** 111:6, 15
**covers** 97:16
**cramping** 70:17
**credence** 72:20
**credentials** 102:24
**credibility** 63:19; 64:4, 7, 23; 101:6
**credit** 18:7; 20:8
**crime** 34:13
**culture** 15:4, 5; 99:25; 100:9; 108:13, 22; 109:12
**cultures** 14:25; 86:9
**curiosity** 98:7
**current** 7:5, 15
**currently** 12:23
**curriculum** 6:19, 20; 7:6
**CV** 7:9, 11, 12, 23; 110:23

# D

**daily** 10:25; 12:8
**dandy** 66:14
**date** 6:23; 18:24; 37:17, 19; 49:25; 52:3; 53:21; 56:21; 58:2, 10; 60:25; 61:2, 5; 67:12, 14, 16; 69:4; 70:12; 71:7; 87:19, 21; 101:9; 104:22; 110:18; 119:5
**dated** 49:14, 23; 56:16; 59:19; 60:24; 61:18; 70:22; 76:8
**dates** 61:14; 70:18; 75:12
**day** 27:20, 21; 35:5, 11; 45:5, 8, 15, 23; 47:7, 11; 48:6; 63:23; 64:10, 12, 20; 69:19; 99:19; 113:21, 22
**days** 17:16; 25:2; 46:18; 61:5; 68:6, 7, 17, 19, 22; 69:15; 70:6, 20; 71:13, 24, 24; 72:16; 73:6, 15; 74:12, 19; 77:18, 22; 78:17, 17; 79:7, 24; 84:16; 85:5; 87:3, 13; 101:5; 104:23; 109:20
**deadline** 8:24
**dealing** 110:3
**dealt** 14:3
**decades** 36:3
**decent** 102:24
**decision** 24:2, 5
**defense** 38:24; 39:2, 7, 9, 15, 25; 40:20, 24; 41:9
**define** 86:11, 12; 91:11
**defined** 85:15
**definite** 42:23; 99:7
**definitely** 74:7
**definitively** 85:22
**degree** 80:7; 104:17; 109:14; 110:4; 112:19
**demyelinating** 89:25; 91:3, 5, 17
**department** 11:10, 14, 15; 69:14
**Deponent** 119:15
**deposed** 4:18
**deposition** 4:21; 5:10; 34:20; 44:9; 57:22; 58:4; 61:19, 22; 65:7; 90:15; 115:13; 118:2, 7; 119:4, 9, 16
**Depositions** 58:7
**describe** 11:11
**described** 18:4; 34:9; 55:7
**description** 85:3
**desk** 55:20, 20, 21
**detail** 47:16
**determine** 15:8; 24:22; 79:14; 88:2
**determined** 21:25; 22:7; 23:15; 27:14; 97:15, 18
**develop** 76:17
**developed** 64:24; 68:11, 16; 69:7, 15; 70:16; 77:15; 105:17
**developing** 33:13
**diagnosed** 33:14
**diagnoses** 80:16
**diagnosing** 24:5; 94:8
**diagnosis** 14:10; 21:14; 22:6, 13; 80:13, 14; 81:4, 10, 21; 88:16; 94:7; 106:11, 17, 18; 112:2, 10
**diagnostic** 82:3
**diarrhea** 69:8, 11, 12, 20; 70:6, 8, 22, 25; 71:5, 12, 23; 72:15; 73:5, 14; 74:11, 19, 22; 75:10, 18; 76:10; 78:4, 6; 83:18; 100:16, 20; 101:19, 19; 104:23; 109:19
**diarrheal** 71:17; 72:8, 21; 73:22
**dictate** 56:13
**dictated** 60:12, 20; 61:3, 4, 9, 11, 12
**died** 33:17
**Diego** 28:13
**different** 6:2; 8:2; 38:25; 106:8; 116:2
**differential** 80:12, 14; 81:10, 20; 94:7
**differentiates** 103:13
**difficulty** 88:7
**dinner** 17:21
**DIRECT** 4:7
**direction** 106:5
**director** 10:14; 11:9, 16; 25:11; 29:12
**disabled** 10:11
**disagree** 23:21, 23; 87:10, 14; 89:19; 90:2; 97:12; 102:21, 25; 113:7, 9, 10; 114:6
**disbelieve** 62:6, 14, 22
**discard** 54:12, 21; 55:25; 56:5
**discarded** 54:9
**discarding** 55:7
**disciplinary** 28:19
**discipline** 9:6
**disciplined** 31:6
**discovered** 85:10
**discovery** 20:8
**discuss** 88:15
**discussed** 15:21; 45:10; 46:3, 4; 69:3
**discussion** 25:16; 32:15
**disease** 21:24; 22:2, 14, 18, 20, 23; 23:3, 7, 12, 17; 24:12; 30:18; 69:18; 83:10; 85:9; 106:6, 12; 111:7, 16; 112:14
**diseases** 10:5; 106:8; 112:9
**dismissed** 29:20; 31:17, 18, 23; 32:25; 33:2
**disorder** 41:17
**disorders** 19:20
**distress** 17:16
**District** 4:14
**division** 10:14; 11:15, 16, 22; 25:12; 30:21; 31:19
**Doctor** 4:17; 6:12; 12:10; 16:2; 20:4; 32:23; 35:8; 48:3, 19; 59:5; 67:10; 71:16; 78:4, 5; 80:16; 112:13; 114:2
**doctors** 29:23; 30:17; 31:12; 33:5; 78:2
**document** 7:2, 5; 52:11, 22; 59:6, 10; 60:10, 11; 66:25; 111:2
**documented** 39:9
**documents** 48:21; 49:12; 55:9; 56:22
**done** 4:24; 33:12; 86:2, 4; 98:4; 106:21
**doubt** 70:9, 11; 91:19
**down** 5:22; 17:15; 25:8; 27:21; 33:24; 41:13; 67:22; 76:4; 78:4, 5; 84:25; 100:15, 17, 19; 101:22; 111:12, 25; 114:17; 116:16
**doxycycline** 23:10; 24:8, 19
**dozens** 25:7, 13
**Dr** 4:9; 6:20, 25; 7:17; 8:4; 10:7; 13:17; 16:18; 18:4, 8; 19:16; 24:20; 32:10, 16; 41:6; 46:21; 47:2; 48:6; 49:3, 9, 13, 15; 52:6; 54:2; 56:4; 58:12; 65:20; 67:2; 69:9; 72:20; 76:6; 82:18; 89:5, 6, 12, 20; 90:21; 92:7, 12; 96:22; 101:25; 106:20; 109:9; 110:15, 20, 22; 111:21; 112:8, 17; 117:23
**drafted** 50:9
**drawing** 42:4
**drawn** 26:20; 86:5
**draws** 112:25
**drink** 77:23
**drive** 98:7
**dropped** 29:18; 31:3, 20
**due** 23:2; 97:21
**duly** 4:3
**During** 46:14
**duties** 11:11
**dysfunction** 89:3

# E

**earlier** 22:12; 94:6; 106:24
**early** 18:5; 68:4; 70:19; 71:9
**easier** 64:19
**eat** 115:2; 116:18
**eaten** 17:19; 27:20; 99:19; 100:14, 22; 101:2
**eating** 76:20
**education** 7:13; 9:13, 22
**effect** 12:16
**eight** 28:11
**either** 11:20; 12:4, 6; 25:18; 38:8; 41:8, 16; 42:19; 51:16; 54:20; 55:7; 56:5; 109:12
**else** 7:11; 12:5; 52:25; 75:13; 94:3; 100:23; 108:23; 115:8; 116:4
**emergency** 11:24; 69:14
**employed** 10:13
**endemic** 22:22
**ending** 31:8
**engage** 81:12
**England** 86:21; 87:12
**enough** 6:4, 5; 39:14, 25; 54:16; 95:14; 103:2; 106:21; 109:10
**entail** 8:19; 11:12, 17; 36:25
**entire** 58:13, 15; 69:24
**entirely** 67:20
**epidemic** 109:18; 110:3, 6
**epidemiologic** 103:22
**epidemiological** 103:9
**epidemiologist** 116:13
**epidemiology** 104:6
**Epstein-Barr** 83:15
**Epstein-Barre** 86:8
**errors** 74:5
**essentially** 82:3
**established** 26:4
**estimate** 13:22; 14:15; 24:20; 26:18; 36:16; 37:6
**estimates** 18:24
**ethical** 81:14
**evaluating** 69:24
**even** 4:23; 29:16; 76:21; 77:13; 83:19; 106:10; 107:5; 113:14
**event** 17:14; 29:16; 64:16
**events** 16:23
**eventually** 66:18
**everybody** 100:18; 105:14
**everyone** 5:21; 100:20
**evidence** 19:10
**exact** 26:9
**exactly** 56:8
**EXAMINATION** 4:7; 23:25
**examined** 4:5; 111:17
**example** 95:22
**excellent** 11:22
**except** 38:2; 98:7

**exception** 53:10
**exclusively** 91:22
**Exhibit** 6:18, 21; 7:3, 18; 51:23, 24; 52:2, 6; 57:9, 15, 25; 58:5, 8, 13, 21; 110:13, 14, 17, 21
**exist** 91:13
**expand** 29:9
**expect** 22:25; 101:3
**expense** 35:12
**expenses** 34:23, 25; 35:3, 16
**experience** 9:14; 22:16; 86:18; 93:13, 23; 95:18
**expert** 9:20; 30:22; 34:15; 36:17; 37:12; 39:9; 40:2; 41:8; 42:14; 43:19; 104:5, 5
**explain** 9:10; 116:24
**explained** 41:3
**express** 115:11, 15
**expressed** 115:24

# F

**fact** 17:5; 39:11; 56:4; 59:22; 63:2, 9; 66:9, 22; 75:18; 76:9, 17; 78:25; 80:5; 85:25; 86:24; 87:17; 89:21; 91:8; 92:6; 104:14, 16; 105:9; 114:8; 117:23
**factor** 63:11
**factors** 63:12; 107:16
**facts** 99:11; 107:11, 13
**factual** 99:10
**Fair** 6:4, 5; 13:25; 18:20; 41:5, 6; 42:7; 45:17; 50:5, 10; 66:20; 73:18; 75:15; 76:6; 92:21; 93:15; 103:2, 24; 111:10; 116:21
**falls** 29:13; 41:13
**familiar** 25:14; 86:20; 103:21
**far** 16:11; 29:19; 43:7; 75:20; 83:4, 11; 101:7
**farm** 47:21
**fault** 30:17; 67:20
**faxed** 47:6
**febrile** 69:15
**Federal** 5:4
**feel** 106:21; 107:7
**fees** 35:10, 19
**fell** 33:24; 88:4
**felt** 18:13; 21:19; 62:13; 85:17; 87:21; 96:11
**fever** 66:14; 69:8; 70:6, 8; 71:12; 72:15; 73:5, 14; 74:11, 19; 109:19
**few** 46:18; 58:16; 79:5; 85:5
**field** 8:5; 10:4
**figure** 26:9
**file** 51:4; 53:25; 55:9, 14, 16, 23; 57:8, 17, 24; 58:13, 15, 17, 19; 59:23; 60:11; 61:18; 67:2; 92:18
**filed** 4:13; 55:22
**files** 55:16
**filing** 55:18
**fill** 35:8
**finally** 28:12
**find** 31:2, 21; 40:11, 14; 45:6; 54:12; 68:10; 75:5; 81:12; 103:6
**findings** 23:25
**fine** 114:18
**finish** 90:11
**firm** 23:23; 40:20; 43:20, 23; 44:16; 50:21, 23; 60:18; 100:2
**firms** 39:25; 40:8
**first** 4:3, 17; 8:16; 18:4; 29:5; 33:4; 42:8, 12; 43:23; 61:12, 15; 65:15; 67:24; 70:3; 79:2, 10; 87:20, 23; 88:10; 103:14; 105:23; 111:5; 113:8
**fit** 85:3
**five** 17:16; 33:22; 36:8, 13, 13; 77:18, 22; 78:17; 79:7, 23; 84:16; 101:5; 104:23; 109:20; 113:21
**five-day** 95:24
**flight** 61:23; 62:5; 63:15; 65:4, 17; 68:17, 19; 70:10, 20; 71:7; 78:21, 23; 113:16
**fluid** 22:24; 23:25
**follow** 84:14; 118:2
**follows** 4:6; 44:12; 90:18
**food** 17:4, 8; 27:16; 78:16; 83:16; 88:18; 100:6, 8, 15; 103:6, 10, 15; 113:22, 23; 116:9, 11; 117:2, 10
**food-borne** 12:12, 14, 24; 13:5; 42:16
**foodaholic** 114:18, 21
**foot** 32:13
**Forbes** 4:4
**forced** 99:21
**forget** 34:3; 37:19; 61:14; 87:21
**Forgive** 42:18
**forgot** 64:20
**forgotten** 18:8; 50:23
**form** 67:15, 17; 89:15; 90:21, 24; 91:5, 17, 18, 20, 25; 92:13; 119:11
**formed** 16:24
**forming** 22:12
**forms** 96:16
**Forsyth** 50:21
**forward** 29:4; 58:15
**forwarded** 49:13; 50:6; 51:14
**found** 12:17; 39:11, 12, 13; 103:16; 106:6
**four** 13:24; 14:2; 18:25; 36:12; 84:16; 113:21
**four-page** 60:10
**fourth** 7:18
**frame** 19:6
**frames** 69:23
**France** 67:25; 69:11, 21; 70:16; 71:18; 72:23; 73:8, 24; 76:12; 77:23; 113:16, 20
**free** 9:23
**frequently** 40:16, 17; 83:5, 6; 89:25; 103:16
**Friedman** 33:16
**front** 50:2; 55:20; 71:19; 72:3, 5, 10; 73:25; 74:6; 75:14
**frontal** 46:20
**full** 53:21; 71:19; 72:3, 10
**funny** 62:17, 20; 63:6, 21
**further** 23:11; 44:12; 62:7, 16, 23; 69:13; 90:18; 107:15; 111:12, 25

# G

**gastric** 68:21
**gastroenteritis** 84:7, 9
**gastrointestinal** 18:12; 67:24; 68:5, 12, 16; 70:3; 71:6; 79:2; 86:16; 87:2, 18; 95:22; 105:23; 114:25; 115:3
**gave** 4:21; 62:3, 19
**GBS** 20:16, 18; 21:14; 112:20
**general** 19:7; 35:7; 46:6; 47:22; 55:24; 77:21; 94:9
**generally** 20:14; 23:4; 95:20; 106:18
**genesis** 79:15
**gentleman** 33:24
**gets** 29:13; 100:20; 105:15
**GI** 17:15; 27:22; 69:4; 83:14, 20, 22; 84:10, 11, 17; 85:5; 100:16; 105:16; 113:24
**given** 12:14; 20:8; 22:10; 41:21; 56:4; 59:22; 67:19; 72:5; 75:20; 79:11; 99:9, 10; 106:25; 107:9; 117:23
**gives** 12:5
**giving** 39:3; 81:19; 107:4
**glad** 107:15
**Golden** 46:21; 47:3, 4; 96:22; 111:21; 112:17
**Golden's** 48:6; 49:3, 10; 102:2; 110:15, 22
**Goldstein** 89:5, 6, 12, 20; 92:8
**Goldstein's** 92:12
**Good** 4:9, 10; 6:15; 37:19; 42:11; 81:16; 96:20; 114:17
**graduation** 25:4
**grand** 13:12, 16; 26:24; 27:13
**grandchild** 38:3
**grandfather** 8:23
**grandma** 64:10
**grandpa** 64:11
**great** 36:19
**greater** 41:7
**grind** 82:10
**ground** 5:10
**grow** 91:12
**guest** 7:7, 10
**Guillain-Barre** 12:16, 20; 14:6, 9, 12; 15:16, 17; 16:3, 10; 17:11, 23; 18:2, 5, 6, 10; 19:4, 11, 17, 22, 25; 20:6, 18; 21:3, 10, 12, 17, 23, 24; 22:3, 6, 13, 19, 21; 23:3; 24:3, 6, 15, 23, 25; 25:22; 26:11, 16, 22; 27:10; 41:23; 42:5, 21, 25; 43:9, 14; 64:24; 65:23; 66:3, 23; 76:17, 24; 77:6; 80:13; 82:20; 83:9; 84:2, 14, 15, 25; 85:4, 12, 15, 22; 86:6, 17; 87:3; 89:16, 24; 91:2, 21; 92:2, 13; 93:11; 95:14; 96:6, 10; 97:10, 14, 15, 17; 98:21; 99:13, 16; 100:8, 17, 19; 101:11, 16, 23; 102:20; 104:19, 24; 105:4, 11, 17; 106:2; 107:22; 109:16; 112:2, 11
**guilt** 34:4

# H

**Half** 45:25
**hand** 40:13; 50:4; 60:9; 67:2; 100:25
**handing** 6:25; 49:21; 52:5; 110:20
**handled** 57:5, 6
**hands** 59:7; 71:25
**happened** 40:9; 63:23; 66:19
**happens** 110:2
**happy** 31:8; 32:16; 72:17
**Haspani** 49:16
**hate** 90:8
**head** 6:9, 10
**headache** 33:25
**hear** 101:3
**heard** 15:24; 16:16; 116:25; 117:14
**heavy** 87:22; 88:9
**held** 30:17
**hello** 89:11
**help** 51:4; 103:3; 105:24
**helped** 100:12
**hematoma** 33:13, 21
**hepatitis** 33:16, 17
**hereof** 119:6
**high** 23:5; 35:2; 47:20
**higher** 39:20
**highly** 23:9; 76:19; 99:6
**Hill** 10:13; 11:10; 13:13; 25:12; 32:6
**history** 68:9; 84:18
**HIV** 21:22; 22:2; 23:4; 83:11; 86:9
**hold** 19:5; 49:10
**holding** 11:5; 26:9; 28:8; 59:7; 115:21
**holiday** 111:7
**HOLLAND** 5:3, 7; 43:25; 44:5, 23; 45:19; 46:10; 47:2, 7, 11; 48:6, 13; 49:24; 51:2; 57:12, 20; 58:14; 60:17; 112:23
**Holland's** 43:20; 44:16
**home** 17:19; 32:22; 83:20; 101:19; 113:16
**hope** 55:21; 114:15, 16
**Hospital** 10:14, 24; 11:10; 12:2; 13:13, 15; 22:14; 23:16, 18; 25:8; 29:13; 32:6; 38:24; 39:2; 68:5, 10; 108:12, 17
**hospitalized** 68:15
**hospitals** 25:20
**hour** 34:18, 19, 22; 35:13; 45:25; 51:10, 12
**hourly** 34:17
**hours** 11:5; 69:12
**house** 11:18; 25:10; 32:7
**hypothesis** 16:24

# I

**ID** 70:15, 22; 116:13
**idea** 57:3; 114:12
**identification** 6:22; 52:3; 58:2, 9; 110:17
**identified** 79:5; 97:24; 116:6
**identifies** 96:22
**identify** 84:3
**ill** 79:11; 87:17; 103:7
**illegible** 108:19
**illness** 12:12; 17:25; 68:25; 69:15; 70:25; 71:6, 17; 72:8, 22; 73:23; 77:18; 78:3, 18; 79:2; 86:16, 17; 87:2, 3, 20, 24; 88:25; 89:2; 95:22; 105:23; 114:25; 115:3
**illnesses** 12:14, 15, 25; 13:5; 42:16; 66:11; 67:25; 106:16
**imagine** 16:17; 46:10
**immediately** 34:2; 57:5
**immodest** 95:13
**immune** 85:17
**impact** 76:12
**implicated** 85:8; 103:20;

104:8, 11, 12
important 5:20; 69:23
inaccurate 18:25; 75:6
inappropriately 33:20
Incidentally 92:17
include 35:17
included 108:18
including 12:18; 83:10; 86:8
income 35:17
inconsistencies 70:15
inconsistent 5:16; 87:6
incorporate 75:16
incorrect 102:4
increasing 71:25
incubation 77:20; 79:3, 12; 95:19; 105:6
indeed 23:10; 89:4; 104:20
independent 60:5
indicate 11:13; 68:3; 69:7, 16; 72:6
indicated 24:12, 14; 46:13; 68:11; 71:8; 108:10
indicates 40:14; 69:19; 70:25; 71:22; 73:12; 74:17
indicating 73:4; 75:22, 24; 111:8
indication 92:4
individual 62:21; 63:25; 98:25; 99:4; 109:17; 110:3, 7
induced 112:3, 11
infected 100:6, 7; 103:5; 104:15
infection 13:9, 19; 14:4, 13, 19; 15:18; 16:5, 21; 17:7; 21:10, 18; 22:8; 23:4; 25:23; 26:22; 27:15; 77:9, 16; 79:4, 13, 15, 20, 22; 80:3, 8; 83:9; 84:13; 85:19; 92:3, 15; 96:5, 12; 98:22; 99:2, 14, 15; 101:11, 15, 17, 22; 104:21; 109:15; 112:4, 12, 16, 21; 113:12; 116:7, 9, 19; 117:7
infections 83:13
infectious 10:4; 21:19; 69:18; 84:17; 105:13; 111:7, 15; 112:9, 14
inform 108:8, 24
information 60:20; 93:20; 95:5; 98:9; 109:11; 113:13; 115:21; 116:3
infraction 64:15, 15
ingest 104:14
ingested 65:3; 104:20; 105:9, 21
ingesting 78:16; 104:22; 109:20
ingestion 95:20
ingests 105:14
initials 89:18; 91:7, 11, 13, 18
injured 29:13; 41:14
injuries 30:18
injury 41:17; 88:20, 25; 89:2
innocent 41:14
instance 19:9; 94:18; 106:11; 111:9
instead 106:18
institutions 25:20
insult 88:18
intention 115:17
intentionally 55:25
interacted 111:22
interested 88:23
internist 112:14
interpretation 75:9
interrupt 90:8
interval 86:15, 25; 87:13
intestinal 21:18
into 56:15; 57:4; 63:11, 12; 68:23; 74:15; 87:25; 98:8; 108:4; 117:19
intoxication 12:18
investigated 83:24
involve 20:5; 50:20; 91:4
involved 13:18; 14:4, 6; 16:11; 30:5; 32:4, 21; 34:7, 10; 42:21; 50:22; 91:23; 105:2; 116:15
issue 41:18; 43:14; 87:8; 114:9; 117:15
issued 48:9, 11, 24; 61:5, 7, 8
issues 77:2

# J

January 48:14, 15, 16; 49:2, 9; 51:20; 60:19, 24; 61:7, 9, 9, 18
jejuni 13:9, 19; 14:4, 13, 19; 15:18; 16:5, 25; 17:7; 19:3, 10; 20:6, 22; 21:10, 15; 22:8; 25:23; 26:21; 41:23; 42:5; 95:21; 108:2; 112:3, 12, 16
JEROME 4:2; 44:11; 67:21; 90:17; 119:4
Jersey 28:7
John 49:13
Journal 86:21; 87:12
judge 32:22
judged 111:12, 25; 112:9
judgment 64:2
jumped 18:18
June 61:24; 69:20; 70:19, 22, 23; 72:7, 13; 73:22; 75:2, 16, 23, 24; 76:8; 78:5, 6, 8, 9, 12, 23; 79:3, 11, 14; 80:3, 8; 87:18; 104:15; 105:10, 23, 24; 106:3, 14; 107:20; 112:21; 114:13, 13, 24, 24
jury 5:18; 31:12; 38:22; 40:24

# K

keep 37:13; 56:7
keeping 37:19
kept 37:16
kind 66:10
knees 71:25
knew 74:9; 95:14, 25; 100:13; 104:25
knowing 105:18
knowledge 17:3, 6; 18:17; 52:15; 55:15; 65:2, 6; 86:14; 89:9; 93:24; 95:19; 97:22; 104:7
knowledgeable 20:14
known 11:23; 18:9, 21; 19:2, 9; 22:2; 24:18; 27:8; 30:19; 83:17; 101:15, 16, 21
knows 109:4

# L

label 85:2
laboratory 21:8; 108:17
lady 5:22
lamb 104:10
Landry 18:4, 8
large 18:10
largely 18:12
last 4:20; 6:6; 45:24; 48:25; 64:17, 17; 113:4, 8; 114:10
lasted 51:5; 73:14
lasting 68:22
late 85:10
later 33:18; 57:6; 67:18; 69:12
latest 96:9, 13, 14
latter 29:8
law 60:17
lawsuit 4:12; 78:3
lawyers 5:8
lead 107:18; 108:9, 25
leads 75:17; 76:9
least 18:22; 25:16; 26:23; 43:7; 60:24; 65:15; 79:23; 86:4; 100:15; 113:20
leave 117:24
lecture 12:10
lectured 12:11, 19
lectures 7:7, 10; 12:4, 5
led 33:12, 14
left 93:13
legal 42:20; 43:15; 45:16; 53:16; 54:18; 56:7; 81:7
legitimate 77:4, 5
lend 64:6; 101:6
Lenox 10:13; 11:10; 13:13; 25:12; 32:6
lent 63:19; 64:4, 23
lesion 65:22, 25
less 51:11; 101:7
letter 49:22, 23; 50:4; 55:19
letters 55:21
lettuce 104:11
level 30:13
library 94:12, 20
license 28:10, 14
licensed 27:24; 28:3
licenses 28:8
licensing 28:15
light 107:14
likely 78:13, 15; 84:4, 5, 6; 92:5; 99:6; 104:9; 105:3; 112:3
line 116:2
link 16:10; 19:9; 20:15; 21:2; 42:4
list 37:13
listed 7:20, 23; 8:2, 9; 38:22; 39:2, 6, 15
literature 19:14; 86:14; 91:25; 92:14; 93:9; 94:10, 14; 95:11, 15; 96:3, 9, 13, 14; 98:17, 23; 99:2, 5, 12; 101:9, 25; 102:22; 103:8; 105:7
litigation 16:11, 17
little 56:15; 90:7
live 106:20
lives 22:22
lobe 46:20
local 83:21
log 56:7
Lolita 4:12; 22:11; 84:3; 93:21; 104:14; 107:21; 112:10
long 18:2, 2; 19:8, 21; 31:9; 43:2; 45:23; 51:5; 53:22; 84:21
longer 85:12
look 7:4, 17; 54:4; 64:8, 13, 13; 67:15, 17; 71:10; 79:23; 86:3, 10; 94:12; 98:8; 113:4; 117:19
looked 86:7
looking 37:2; 51:13; 59:9; 76:2; 79:20; 92:17; 95:25; 109:25
looks 59:21
loss 35:17
lost 55:19
lot 34:24; 63:19; 67:21; 85:14
lots 68:21; 85:2; 101:18
love 104:4
Lyme 21:23, 25; 22:14, 18, 20, 23; 23:2, 3, 7, 12, 17; 24:12; 83:10; 85:9; 86:9; 106:6, 11

# M

M 67:21
M.D 67:21
mail 34:25
maintain 10:15
major 64:15
majority 36:19; 41:7; 86:11
making 12:7; 94:7
malpractice 28:21; 29:3, 4, 7, 17, 22; 41:10
man 34:5
Manhattan 25:8
manifestation 105:13
manifestations 89:24; 90:25
many 10:22; 14:15; 24:21; 26:19; 28:23; 29:2, 3; 36:16; 37:6; 44:25; 101:2, 2, 3, 3
March 49:11, 18, 23; 50:3, 7; 52:7; 59:19
margin 36:12
Marjorie 47:4
mark 6:17; 51:23; 57:14, 16; 110:13
marked 6:21; 7:2; 51:25; 52:5; 57:8, 24; 58:5, 8, 12, 21; 110:16, 21
Maryann 60:6
material 54:8, 24
materials 46:15; 48:4; 49:4; 50:6; 56:22, 24
mathematics 74:25
matter 39:11; 119:5
mature 39:25
matured 40:5
may 15:24; 18:25; 29:9, 10; 37:19, 20; 49:19; 51:13; 54:4, 6; 64:18; 65:9; 66:6, 7; 74:13; 75:22; 92:6; 95:13; 97:11, 13, 23, 24; 98:7; 99:22; 101:20; 107:18; 115:20
maybe 47:20, 21
meal 27:23; 64:17; 77:16; 98:15; 99:20; 100:22; 101:2, 5; 105:2; 108:3; 109:20, 21
meals 17:19; 27:20; 64:17, 17; 109:22
mean 13:22; 14:23; 20:18; 36:8; 40:22; 43:15; 75:25; 80:20; 103:15; 113:2
means 9:12; 51:7
meat 47:18
median 86:15, 25; 87:13
medical 11:18, 19; 18:21, 22; 19:13; 20:13; 24:21; 25:4, 20; 41:9; 54:19; 55:8; 56:6; 58:5; 70:2; 80:7, 21, 25; 81:8; 86:14; 87:8;



91:20; 93:19; 94:10; 104:17; 109:14; 112:19; 114:8, 8
**medical/legal** 40:7; 82:7
**medically** 22:17; 82:23
**medicine** 9:9, 17, 25; 11:15, 20; 27:25; 28:15; 86:22; 87:12
**Medline** 94:18, 19, 24; 95:3
**meeting** 45:22, 24; 46:10, 14, 15, 17, 18; 48:5; 50:25; 51:5, 6, 8, 15, 18, 21; 89:11
**members** 5:18
**memory** 60:23; 68:18; 93:13; 96:19
**mentioned** 21:5; 24:8; 29:16; 70:19, 21; 103:3
**menus** 27:18
**merit** 40:11
**meritorious** 32:24; 40:15
**message** 40:24
**met** 44:22; 45:18; 47:7; 51:11; 69:3; 89:12
**microphone** 56:15
**mid** 85:10
**might** 5:17; 35:19; 45:9; 46:11, 22, 23; 51:8; 53:14; 66:11; 76:12, 14, 15; 83:13; 87:23; 88:9, 10; 89:10; 99:20; 101:3, 14; 107:6; 108:24; 112:14
**mimic** 21:22, 24
**mind** 43:4; 73:20; 77:3; 78:13, 16; 91:19; 98:17; 115:25; 116:5
**mine** 15:23; 17:13; 82:14
**minority** 41:11
**minus** 18:25; 70:7
**minute** 48:2; 49:10; 87:16
**minutes** 45:25; 51:12
**misinterpreted** 73:15
**miss** 108:11
**mistaken** 18:16
**modifies** 98:10
**moment** 46:22; 52:9; 90:5; 104:14; 111:13
**moments** 79:5
**Montezuma's** 116:15
**month** 19:14; 36:18, 24; 38:18; 54:25; 55:2; 57:6; 93:9
**months** 14:8; 55:4
**More** 5:7; 7:14; 13:22; 14:17; 17:8; 25:13; 26:7; 27:17; 40:4; 63:19; 64:4, 6, 23; 65:24; 78:13, 15; 84:6; 88:23; 89:25; 90:7; 92:5, 13; 101:6; 103:8, 16; 104:2; 105:3; 117:2, 17
**morning** 4:9, 10; 5:11, 17; 54:2; 73:19; 82:17; 115:24
**most** 18:9; 30:4, 6; 41:12; 76:3; 83:5, 6; 84:4, 85:8; 92:2; 96:20; 104:9; 116:6, 8, 22; 117:4, 6, 8
**Mostly** 94:15
**move** 28:12
**much** 39:20; 82:8
**multiple** 30:18; 103:19, 25
**must** 53:2; 59:25
**Myelin** 91:22
**myself** 104:5; 108:11

# N

**naivete** 21:20
**name** 4:11; 8:12; 22:2; 29:15; 46:19, 20; 60:6
**named** 18:7; 29:2, 6, 20; 32:18; 33:5
**nature** 18:13; 98:13
**nausea** 71:12, 23; 73:5; 74:12, 19; 100:16, 20; 109:19
**necessarily** 78:18; 111:18
**need** 7:14; 9:2
**needs** 117:23
**neighbor** 33:23
**nervous** 23:2
**neurologic** 9:18; 12:16; 19:20; 29:15; 87:24; 88:10; 89:3; 93:9
**neurological** 41:17; 86:16; 87:2, 20; 88:20
**neurologically** 10:11
**neurologist** 10:16; 11:5; 39:12; 41:20; 49:15; 66:16; 87:7; 89:5; 91:15; 93:25; 112:14
**neurologists** 11:21; 12:6; 13:15
**neurology** 8:6, 8, 11, 13; 9:7; 10:10, 14; 11:10, 14; 13:16; 25:7, 12
**neuropathologic** 20:3
**neutral** 76:3
**nevertheless** 89:3
**New** 4:5; 10:16; 11:19; 17:20; 19:13; 27:25; 28:7; 30:8, 10, 11, 12, 21; 36:5, 9, 14, 20; 38:3; 46:15; 61:23; 65:5, 17; 86:21; 87:11
**news** 81:16, 20
**next** 51:23; 107:7; 110:14
**nexus** 86:5
**nice** 17:25
**nine** 68:6; 87:3, 13
**nodding** 6:8
**nonEnglish** 94:14
**nonGerman** 94:14
**nonJapanese** 94:14
**normal** 22:25
**northern** 18:16
**Notary** 4:4; 52:19, 24; 53:2, 4, 7, 13, 15, 19, 23, 24; 58:24, 25; 59:15
**notary's** 59:11, 14, 17
**note** 17:25; 32:16; 54:23; 55:3; 56:20, 23, 25; 61:17, 21; 62:7; 65:14, 14; 66:4, 4; 67:3, 6; 69:9, 13; 70:5, 21, 22; 71:8, 16, 19, 22; 72:3, 10, 18; 73:2, 4, 7, 19, 25; 74:3, 6; 75:5, 14, 17, 22; 76:8; 91:9; 92:17; 108:13, 15
**noted** 92:7, 8; 101:24
**notes** 51:7, 13; 56:18; 60:13, 20; 61:18; 67:4, 7, 13; 68:2, 8, 25; 76:5; 88:2; 91:8; 102:5; 108:11; 111:6
**noteworthy** 74:16
**notice** 54:13; 58:23
**noticed** 91:8
**noting** 67:18
**notion** 80:2, 4
**November** 38:6; 48:11; 51:20
**number** 16:14; 29:21; 35:4, 5; 39:17; 68:9, 15; 70:18; 80:18, 19, 20
**NYU** 25:7

# O

**O'Brien** 49:13, 14
**o'clock** 44:6, 8; 90:9, 12, 14; 118:6
**O'KEEFE** 4:8, 11, 25; 6:16, 24; 44:13; 51:22; 52:4; 57:7, 14; 58:3, 11; 90:19; 110:12, 19; 117:21
**oath** 5:11; 53:8, 20
**object** 112:23
**objective** 82:15
**observer** 102:24
**obviously** 27:24; 74:9; 88:5; 111:8
**occasion** 16:8; 22:5; 38:10; 86:4; 94:9
**occasions** 14:16; 24:21; 28:23; 36:16, 22; 37:6, 9; 39:5; 45:2, 11, 18
**occupation** 10:7
**occur** 72:22; 76:11; 78:9, 12
**occurred** 31:25; 38:16; 43:17; 45:23; 71:17; 73:23; 74:22; 75:2, 18, 23, 24; 76:19; 78:8; 107:20; 112:21
**occurring** 71:6; 84:15
**occurs** 42:18
**October** 8:17; 37:24; 38:2, 6
**off** 90:20
**offended** 64:18
**offhand** 97:15
**office** 11:2, 5; 37:18; 40:6; 44:19; 45:11, 19; 52:23; 53:3, 7, 19; 54:22; 56:24; 57:4; 60:7
**Often** 37:4; 38:15; 39:2; 61:10; 116:15
**on-line** 94:17, 25
**Once** 21:25; 31:15; 36:18; 38:18; 54:19; 113:21
**one** 5:21, 25; 6:6; 8:11; 11:21; 12:6; 14:8, 11, 18; 15:14, 22; 16:8; 17:20; 19:18; 21:6; 23:8; 25:21, 25; 26:12; 27:23; 29:11; 30:6; 31:11; 34:16; 36:23; 37:20, 20; 39:3; 40:9, 21; 41:3, 15; 45:7; 47:17, 20, 21; 64:16; 65:11; 66:13; 69:3, 6, 11, 17; 77:18; 80:11, 11; 82:9; 84:3; 86:4, 19; 87:4; 90:25; 94:19; 97:19; 98:14; 100:23, 23; 101:14; 102:9, 10, 13, 14, 18, 19; 104:21; 106:18; 108:3, 10, 11; 109:24; 111:21
**one-tenth** 101:14; 102:14
**ones** 94:19
**only** 8:8, 14; 15:22; 19:18; 25:21, 25; 26:12; 41:19; 53:24; 66:10; 71:4; 74:2; 80:10; 85:9; 91:3; 107:23; 116:23; 117:13
**onset** 69:4; 70:12; 71:5; 72:8; 78:17; 86:16; 87:2, 23; 95:21; 96:5
**onto** 32:6
**onward** 79:14
**opinion** 21:13; 23:19, 22; 41:4, 8, 22; 42:4, 9, 15; 43:8, 13; 46:5, 12, 24; 62:15; 63:2, 16, 18; 64:5; 65:20; 75:22; 76:12, 16, 18; 81:8; 82:18; 98:10; 104:17; 107:4; 108:9, 20, 25; 112:18
**opinions** 25:16; 26:3; 50:8; 63:8; 75:20; 93:16; 95:2; 106:23; 107:9; 115:11, 22, 24
**opportunity** 5:17; 54:20; 61:19; 76:7; 110:24; 115:10, 14
**opposed** 47:21, 21; 84:21; 91:18
**order** 7:14
**ordered** 33:6
**organism** 15:2; 24:19; 47:19; 113:13, 15
**origin** 83:7
**original** 57:9; 59:18; 75:14; 85:3; 106:10
**originally** 88:15
**orthopedic** 9:20
**others** 12:17; 15:21; 34:8; 68:24; 103:17
**otherwise** 35:18; 92:5; 95:4; 109:24
**ought** 32:22
**out** 5:18; 17:21; 18:15; 29:13; 35:5; 45:6; 57:21; 58:19; 60:10, 15; 64:16; 66:25; 69:2; 70:14; 80:25; 81:5, 12; 83:12, 16; 88:4; 102:10, 13, 19; 103:6; 106:6, 12; 108:20; 110:10; 119:6
**outbreak** 103:9, 18, 25
**outrageous** 31:7
**outside** 33:24; 36:9, 14; 57:16
**over** 24:24; 25:2, 4; 26:8; 27:5; 38:5, 16; 47:6; 49:23; 51:7, 13; 57:23; 66:10; 67:21; 68:8; 77:25
**Overall** 69:6
**own** 25:25; 26:10; 39:11; 73:20; 83:20

# P

**P** 47:4
**p.m** 90:13, 14; 118:7
**page** 7:18, 20, 23; 52:18; 58:23; 102:17; 111:6; 119:6
**pages** 19:13; 93:9
**pain** 68:21; 70:17; 71:25
**paper** 19:24, 25; 49:19
**papers** 18:15; 49:6
**paragraph** 111:5; 113:4, 8
**paragraphs** 52:10
**paraplegia** 30:19
**Pardon** 67:5
**Paris** 61:23; 65:4, 17; 68:17, 19; 70:5; 71:23; 72:9, 14; 73:8, 13, 23; 74:9, 18, 23; 75:11, 19; 76:11; 114:15
**parsimony** 106:17
**part** 34:4; 35:11; 75:25; 80:12; 81:19; 82:2; 88:12; 113:24, 25; 117:16
**participated** 29:24; 43:12
**particular** 14:9; 15:2; 17:13; 27:23; 32:8; 39:21; 47:16; 52:14; 53:9, 18; 59:6, 9; 61:17; 66:8; 80:21; 81:8; 87:8, 11; 94:17; 95:9; 98:6; 99:18, 19; 100:5; 105:2; 106:2, 11, 22; 107:18; 109:2, 11; 111:9; 113:13; 114:3; 116:11; 117:2
**parties** 44:10; 90:16; 119:15
**pass** 64:2


**passes** 84:25
**past** 13:20; 14:7; 15:14; 18:23; 27:4, 5; 36:8, 15; 37:5; 38:11, 16; 39:6; 86:2; 94:13; 96:15; 101:13; 102:5
**patient** 13:18; 14:3, 18; 15:14, 20, 22; 16:9, 25; 17:13, 15, 19; 21:6, 6; 22:6; 29:14; 30:18; 32:8, 11, 17; 33:13; 77:6, 7; 82:5; 88:16; 111:17
**patient's** 29:24; 32:12, 21; 55:22
**patients** 10:18, 22, 25; 11:2, 23, 24; 12:8, 23, 24; 13:4, 8, 12, 14; 14:11; 16:2; 17:11, 22; 18:19; 19:19, 23; 21:12; 24:25; 25:7, 9, 13, 13, 14, 15; 26:10, 25; 27:20; 35:6, 17; 40:6; 82:9; 94:8
**pattern** 89:15, 21; 90:22, 24; 91:5, 6; 92:2
**pay** 35:7, 20
**penalties** 29:11
**people** 18:9; 20:2; 64:8, 13; 77:12; 84:24; 85:2; 100:14, 14; 101:2, 3, 10, 15, 18; 102:10, 19; 103:6; 104:21; 109:19; 116:17
**per** 10:25; 11:3; 12:4; 19:14, 14; 34:22; 36:24; 93:9
**percent** 38:19; 40:6; 47:18; 55:17; 96:17, 24; 97:10, 14, 21, 23; 101:14; 102:15
**percentage** 18:11; 39:19; 84:24; 96:10, 24; 100:21; 101:10, 22; 104:10
**performed** 20:24; 33:7, 9, 20
**perhaps** 10:25; 21:20; 38:2
**period** 79:4, 12; 86:15; 95:19, 24
**periods** 77:20; 105:6
**peripheral** 20:2
**person** 35:15; 53:8; 82:4; 100:23
**person's** 82:14
**personal** 15:19; 25:25; 26:5; 29:19
**personally** 13:11; 34:10; 44:22
**Perusing** 52:11; 111:2
**Philip** 70:15
**physician** 10:9; 23:20; 31:5; 37:3, 7, 11; 38:13, 24, 25; 46:25, 25; 111:6, 9, 19
**physicians** 26:25; 34:4; 35:10, 20; 68:3, 9, 15; 80:15; 81:25
**pick** 54:13, 25; 55:2; 64:16
**picked** 33:25; 54:14
**piece** 99:18; 100:5, 7; 103:5; 105:22
**pile** 54:11
**pin** 17:14
**pink** 62:8, 12, 13; 63:20
**pinned** 116:16
**place** 50:25; 51:16; 103:14; 119:5
**places** 90:6
**plainly** 91:12
**plaintiff** 38:12, 20; 39:10, 20; 40:7; 41:9
**Plaintiff's** 6:18, 21; 7:2, 18; 30:25; 31:20; 39:8, 13; 40:10; 51:24; 52:2, 6; 57:15, 25; 58:8, 13, 21; 110:16, 21
**plaintiffs** 39:16
**plan** 98:5; 115:11, 22
**plane** 76:22
**plays** 19:3; 75:21
**please** 9:11; 54:5; 57:15; 110:14
**pleasing** 39:14
**plus** 18:25; 34:22; 58:4
**pneumoencephalogram** 33:11
**point** 5:17; 38:9; 69:4, 6; 87:18, 19; 88:5; 94:9; 97:20, 22; 98:7; 115:21
**pointed** 69:2
**pointing** 70:14
**points** 15:25
**poisoning** 83:16
**Poor** 18:8; 33:16
**popular** 94:19
**position** 11:9
**positive** 15:3; 23:9
**possible** 17:9; 76:3; 80:10; 82:24; 83:25; 98:19, 20, 20; 99:6; 103:9, 13; 109:5, 6
**possibly** 25:15
**potential** 80:21, 24; 81:2
**poultry** 65:3
**practice** 10:15, 23, 24; 25:18; 27:25; 28:15; 54:17; 55:25; 56:5; 85:25; 91:15
**practices** 10:9
**practicing** 93:24
**preceded** 21:17
**precedent** 27:14
**preceding** 50:8
**precipitating** 19:3; 30:17
**precise** 65:24
**prejudice** 31:4
**prepared** 60:11, 17; 67:9, 18; 79:25; 80:6; 107:8, 12; 115:19; 117:5, 12
**presence** 52:19; 53:13; 59:11; 114:3
**present** 10:7; 22:20; 44:10; 59:15; 90:16; 116:5
**presented** 13:16; 26:24
**presently** 28:8
**presume** 53:24; 79:21; 99:17, 21, 22; 114:3
**presumed** 27:16
**presuming** 114:18
**pretty** 18:21; 37:18; 42:11, 23; 47:20; 74:25; 95:23
**prevalent** 40:4
**prevalently** 85:8
**previously** 91:2
**Pridgeon** 4:12; 22:11; 23:16; 63:10; 65:2, 16; 66:6; 67:24; 73:21; 75:19; 76:9; 78:25; 79:10; 80:2, 8; 82:16; 87:17; 89:14; 91:21; 104:14; 111:22; 114:13
**Pridgeon's** 61:19; 84:3; 93:21; 107:21; 112:10, 20
**primarily** 9:17
**printed** 46:20
**prior** 17:16; 22:12; 46:14, 17; 48:5; 51:8; 61:5; 65:4, 16; 69:15, 17, 20; 71:2, 6; 74:11; 77:18, 23
**private** 10:15, 23, 24; 25:18; 26:25; 82:9
**privileged** 73:3; 75:4
**probability** 80:7; 104:18; 109:14; 112:19
**probable** 98:20; 99:6; 104:18
**probably** 11:2; 19:13; 24:24; 29:6; 37:8, 21; 38:18; 40:5; 51:12; 52:25; 55:17; 72:11; 86:19; 91:22
**problem** 19:23; 21:18; 29:15, 19; 57:18; 64:19; 68:16, 20; 71:9; 80:21, 25; 81:9; 82:14; 84:17, 17; 88:11; 89:25; 112:15
**problems** 17:15; 18:12; 20:3; 23:2; 27:22; 68:5, 12; 69:4; 70:3, 13; 85:5; 105:17
**proceed** 42:2
**proceeded** 18:10
**process** 8:20; 31:9, 16; 46:8; 55:6; 80:23; 81:9, 20; 82:2, 3; 94:7, 8
**products** 65:3
**professor** 25:6
**proper** 79:16
**protein** 22:25; 23:5
**prove** 98:20, 24; 99:3
**proved** 14:18, 22; 76:22; 77:11, 11, 13, 14, 15; 91:3; 96:18; 98:11, 14; 101:21; 114:2
**provide** 81:7
**provided** 47:14; 48:5; 56:22; 79:19; 93:20; 95:7; 105:12; 108:8; 109:10, 22
**provoked** 25:16
**psychology** 8:5, 10
**Public** 4:4; 52:19; 53:15
**publications** 7:13, 19, 22
**published** 7:24, 25; 19:17, 21; 20:10, 21, 25; 86:21; 87:11
**pull** 58:19
**pulling** 60:10
**push** 106:4
**put** 32:16; 37:20, 20; 67:22; 117:21
**puts** 78:4, 5
**putting** 76:4

**qualification** 9:10, 12
**qualified** 9:8
**quick** 7:4; 54:4
**quite** 35:24; 50:10; 74:3; 88:5; 89:4
**quoted** 92:22

# R

**racetrack** 64:11
**radiologist** 33:7
**raise** 22:23; 77:2
**rambling** 66:15
**range** 30:7
**ranges** 68:6, 25; 77:21
**Raphael** 22:14; 23:16
**rare** 17:20
**rather** 6:8, 9; 22:19; 37:21; 68:14; 89:2; 100:2; 114:8
**rational** 26:19
**reach** 105:24
**reached** 89:20
**reaction** 83:4; 85:18
**read** 19:13; 46:19; 60:23; 67:21; 68:8; 73:2; 74:15; 75:4; 77:25; 86:23; 92:23; 93:8, 10; 94:13, 15; 96:25; 97:2, 3, 4; 101:13, 24; 102:4; 111:13; 119:15
**readily** 91:14
**reading** 49:20; 51:7; 66:10, 16; 86:19; 96:15; 116:14
**real** 39:10
**realize** 53:22
**really** 40:22; 60:8; 117:20
**reason** 6:13; 8:9; 23:21, 23; 39:21; 40:19; 53:11; 62:2, 6, 10, 14, 19, 22; 87:10, 14; 89:19; 90:2, 4, 5; 92:11; 95:9; 97:8; 98:6; 102:21, 25
**reasonable** 80:7; 104:17; 109:13; 110:4; 112:19
**reasonably** 96:20
**reasoning** 116:3
**reasons** 64:13; 114:5
**recall** 13:7, 17; 14:20; 15:15; 16:18; 17:8, 17; 19:12; 21:6, 11; 23:10; 25:21; 26:8, 11, 23; 27:12, 13; 35:23, 25; 36:4; 39:5; 41:24; 42:17, 22, 24; 43:3, 8, 16; 44:15, 17, 18; 46:2, 24; 47:17, 23; 48:8; 49:5; 50:16, 18, 21; 51:3; 53:9, 19, 21; 59:5, 15; 60:4, 6, 22; 61:25; 65:7, 8, 9; 71:9; 87:4; 89:17; 93:3; 94:5; 96:14, 17; 116:14; 118:2
**receive** 46:17; 49:4
**received** 8:17; 49:3, 8; 54:15; 55:13; 56:21, 24; 59:6, 23
**recent** 13:3, 6; 27:3; 30:4, 6; 36:7; 112:3
**recently** 4:24; 14:7; 54:15; 88:8
**recertification** 8:20
**recertified** 9:3
**recess** 44:7; 90:13
**recognizing** 40:20
**recollection** 16:6; 25:25; 42:10; 43:22, 24; 51:4; 59:10
**record** 5:16, 23; 56:16; 70:2; 74:15; 90:21; 92:7; 102:16; 117:22
**recorded** 56:12; 68:3, 9, 24; 74:10
**records** 34:19; 54:11, 19; 55:8; 56:6; 58:7; 67:22; 69:6, 16; 76:2; 77:11, 25; 82:19; 88:15; 91:20; 95:16; 108:12, 17
**recycle** 54:13, 21, 25; 55:4; 56:5
**recycled** 54:16
**recycling** 55:7
**reduced** 119:10
**reference** 19:22; 45:14; 47:15; 56:17; 71:4; 98:22, 25
**references** 69:25; 71:5; 95:17
**referencing** 49:23
**referred** 56:10; 91:6; 102:5
**refers** 89:23
**reflect** 78:18
**reflex** 32:8, 11, 14, 17
**refresh** 51:4; 59:10; 60:22; 96:19
**regard** 92:12; 98:18; 99:2
**registered** 62:24; 63:3; 64:22
**regular** 10:18
**rehab** 9:18

**rehabilitate** 19:23
**rehabilitation** 9:9, 17, 19, 25; 10:11; 19:18, 19; 20:2
**related** 12:11; 19:17; 20:21; 41:22; 42:15; 65:18; 84:8; 86:17; 87:3; 88:17; 98:21; 99:13; 104:3; 106:2; 112:20
**relates** 82:5; 87:7
**relation** 20:5; 107:19
**relations** 41:22
**reliability** 110:5
**reliable** 102:23
**relied** 93:4, 19, 23; 94:4
**rely** 81:24; 93:12, 17
**remain** 78:10; 96:21
**remained** 84:22
**remains** 84:5
**remarkably** 40:15
**remarking** 47:17
**remarks** 47:24
**remember** 27:18
**remind** 4:23; 5:9; 90:5
**removed** 55:9
**rendered** 21:13; 31:12; 48:17; 50:8; 51:16; 63:9; 112:18
**rendering** 63:8
**repetition** 42:18
**repetitively** 115:15
**rephrase** 6:3
**report** 38:22; 39:9, 14; 40:10, 14; 46:18; 47:5, 6, 11, 24, 25; 48:7, 11, 12, 23, 25; 49:2, 3, 10, 13, 14, 15; 60:12, 13; 61:6, 6, 12, 13; 65:15; 81:13; 82:13; 96:22, 25; 97:2, 3, 9; 102:2; 110:15, 16, 23, 25; 111:4
**report's** 46:19
**reported** 47:19; 72:7, 21; 88:18
**reportedly** 78:11, 19
**reporter** 6:17; 51:23; 110:13; 119:10
**reporting** 92:24
**reports** 40:25; 48:9, 18, 18; 50:9; 51:17, 19, 21; 56:10; 58:5; 61:15; 65:15; 66:5, 13, 16; 81:24; 89:14; 92:18; 93:11; 108:11
**represent** 4:11
**request** 95:5
**requested** 119:9
**require** 107:14
**required** 9:13, 14
**reread** 102:7
**research** 20:25; 91:24; 92:9, 19, 23; 93:11; 95:3, 10; 96:23; 97:4, 25; 98:2; 116:7; 117:15
**researched** 27:9
**reserve** 48:22; 96:19; 117:25
**resident** 32:15; 71:11; 72:7, 21; 73:12, 16, 22; 74:7, 9, 17; 76:10
**resident's** 70:4; 76:8
**resolved** 71:13, 24; 74:20
**respect** 10:12; 84:6; 103:8
**respects** 40:25
**respiratory** 18:11; 21:18; 84:13, 17; 85:4
**response** 6:7
**responsibilities** 11:17; 35:11, 20
**responsible** 22:17
**responsive** 24:19; 115:18
**restaurant** 64:20; 83:21
**result** 15:8
**results** 21:8
**resumed** 44:9, 11; 90:15, 17
**retail** 47:18
**retain** 55:22
**retained** 55:12
**retirement** 28:13
**retrial** 30:24; 31:19
**retrospect** 64:9; 85:7
**retrospective** 63:24
**return** 34:25; 54:12, 21; 56:5; 57:9; 67:25; 71:18, 22; 73:8, 13, 23; 74:17
**returned** 54:9; 69:7, 10; 70:5, 16; 72:8, 22; 74:10, 22; 75:10, 19; 76:11
**returning** 55:8
**revenge** 116:16
**review** 34:19; 47:10; 48:21; 52:10; 54:9, 20; 56:6, 14, 25; 57:2; 61:19; 72:17; 76:7; 82:11, 19; 88:14; 91:19; 110:25
**reviewed** 49:12, 17; 54:11; 56:9, 16; 76:5
**reviewing** 56:13; 108:12
**revoked** 28:15, 18
**ride** 35:4
**right** 15:12; 24:2, 4; 90:24; 91:16; 96:19; 117:12, 25
**role** 19:3; 75:21
**roll** 38:4
**room** 5:21; 11:24; 55:5; 82:17
**Rooney** 60:6
**Roth** 69:10
**rounds** 12:7; 13:12, 16; 26:24; 27:13; 35:8
**routinely** 54:23
**rule** 6:6; 53:10; 80:25; 81:4, 4
**ruled** 83:11, 16; 106:12
**rules** 5:10

**S**

**Saint** 22:14
**same** 62:18; 81:9; 82:3, 8; 89:10; 100:15; 102:17; 119:10
**San** 28:12
**saw** 77:11
**saying** 53:16; 54:13; 64:20; 69:10; 115:17
**scaffolds** 41:13
**scans** 33:12
**scattered** 93:10
**scene** 33:12
**schedule** 12:3
**scheduled** 37:25; 40:16
**School** 11:20; 25:4
**scientific** 19:10; 62:25; 63:5, 11, 13; 66:8; 91:25; 92:19; 93:5; 95:11; 98:23; 99:12; 101:8; 103:7; 105:7
**scientifically** 27:8
**search** 79:13; 94:13
**second** 61:6, 6, 13, 15; 104:7
**seconds** 32:20
**secretary** 45:6; 48:22; 53:4
**section** 11:22
**seeing** 11:20; 112:13
**seem** 23:12; 59:17; 72:6; 95:13
**sees** 32:17
**self-employed** 10:12
**send** 34:24; 39:14; 40:10, 13; 54:23; 55:3; 57:20
**sending** 33:20; 81:15
**sense** 10:21; 19:7, 8; 38:15; 46:6; 105:8
**sent** 31:19; 40:7; 54:8, 22, 24; 55:14, 20; 82:12; 108:18
**sentence** 113:8
**separate** 11:14
**serological** 108:23; 109:12
**served** 43:19
**service** 13:14; 25:14; 26:25; 29:12; 82:9; 94:25; 111:7, 16
**services** 12:2; 60:15; 94:16, 18
**sessions** 12:15
**set** 30:23; 67:4, 7, 12; 84:20; 99:9, 10; 119:5
**settle** 40:25
**settled** 34:2; 40:17
**seven** 14:21; 15:14; 21:7; 28:11; 61:5; 68:7; 71:24
**several** 13:20, 21; 14:7, 8; 65:16; 66:5; 69:12; 116:24
**severe** 68:20; 69:11; 88:5; 89:4
**severity** 88:20, 22, 24
**shaking** 6:10
**show** 58:21
**showed** 22:24
**shown** 18:13; 46:15
**shuffle** 49:6
**sic** 74:17
**sick** 105:15, 16
**side** 81:16
**sign** 59:13; 60:7; 87:23; 88:10; 119:15
**signature** 49:24; 58:25; 59:2, 14, 18, 18; 60:2
**signed** 52:7, 18, 21; 53:2, 22, 23, 23; 59:12; 60:14
**significance** 63:2; 66:9
**significant** 84:24; 100:21; 112:7
**significantly** 68:25; 103:21
**simply** 6:13; 55:21; 66:15
**simultaneously** 56:15; 106:8, 16
**sit** 52:12; 73:18; 75:8; 93:3; 96:8; 103:23; 106:20; 107:6, 17; 111:20; 115:4; 116:20; 117:7
**situation** 34:5; 65:21; 69:24; 81:11; 100:4; 107:24; 109:10; 110:10; 112:11
**situations** 82:11
**six** 14:21; 15:14; 19:20; 21:7; 36:13
**skillful** 31:21
**skillfully** 33:7, 9
**small** 64:14; 76:21; 101:22
**so-called** 37:12; 101:19
**somebody** 16:3; 24:12, 15; 53:5; 60:17; 82:12; 103:5; 106:7; 115:25
**somebody's** 24:23; 43:9; 98:21; 99:13; 100:8; 109:15
**somehow** 43:14
**someone** 12:5; 60:6
**sometime** 15:13; 27:7; 49:17; 89:11
**Sometimes** 38:21; 57:4; 64:8, 14, 16
**somewhere** 26:9; 30:7; 38:7; 66:12; 92:7; 101:14
**sophisticated** 112:15
**sorry** 19:14; 49:6; 102:3
**sort** 28:19; 84:18
**sorts** 116:17
**Sounds** 45:17
**source** 56:17; 77:8
**sources** 97:7; 104:3
**spastic** 30:19
**speak** 5:21; 15:23
**speaking** 20:14; 90:20
**specialist** 112:9; 116:13
**specific** 13:7, 22; 14:23; 16:23; 17:9, 14, 18; 19:6, 8, 24, 25; 27:19, 22; 43:4; 47:23; 64:16; 84:21; 85:15; 92:19, 22; 93:5, 7, 12, 17; 94:10; 108:3; 113:22; 115:5
**specifically** 4:13; 12:24; 14:3; 20:22; 36:25; 37:2; 46:2; 47:13; 88:13, 14, 22; 97:24; 106:13; 114:23; 115:6; 117:19
**spectra** 97:17
**speculation** 100:13; 114:8
**speculative** 76:19, 22, 24; 98:13; 100:3, 11; 101:7; 107:24; 108:2, 5; 109:7; 110:11; 113:18, 24, 25; 114:4
**spell** 74:24
**spent** 51:12
**spinal** 22:24; 23:25; 66:2
**spine** 65:18, 22, 25
**spirochetal** 22:4; 83:10
**spoke** 25:18; 47:12; 94:6; 106:23
**spoken** 89:8
**spread** 87:5
**spreading** 18:17
**squeaky** 28:17
**St** 23:15; 66:6, 12, 17, 21; 71:22; 72:14; 73:13; 74:8, 18
**staff** 11:18; 25:11; 32:7; 37:18; 55:16; 60:15
**stamp** 58:24
**stand** 9:20; 31:2, 2
**Stanley** 69:9
**start** 29:5; 44:25
**started** 18:18; 78:3
**Starting** 45:22
**State** 4:5; 27:25; 28:4, 16; 30:21; 36:9, 14, 20; 70:5; 109:18; 110:8
**statement** 63:23; 68:14; 75:7; 85:13; 90:3; 97:12, 21; 102:4
**statements** 31:7; 63:19; 68:23; 78:8; 114:10
**states** 28:6, 9; 70:15; 97:10, 13; 111:16
**stating** 69:14
**statistics** 98:17; 100:24; 109:24
**steak** 114:17
**step** 82:25
**still** 11:4; 28:2; 52:12; 78:10; 96:20; 106:9
**stips** 5:2
**stipulations** 5:4
**stool** 15:4; 86:9; 99:24;

100:9; 108:13, 22; 109:12
store 55:5
straighten 108:20
streaked 69:12
stroke 64:10
strongly 106:5
struck 41:15
students 11:18, 19
studied 20:25
studies 86:10; 103:22
study 15:9; 22:24; 47:20; 86:20, 23, 24; 87:11; 89:13; 106:22; 107:2, 15
studying 107:3
subdural 33:13, 21
subject 42:15
subpoena 39:15
subpoenaed 39:7
subsequent 105:4
subspecialty 10:10
subtract 71:14; 72:16; 74:25
subway 35:4
succinct 26:7
sued 28:20
suffer 79:2; 87:20
suffered 13:8; 67:24
suffice 48:22
suggest 55:17
suggestive 23:9, 9
suggests 96:4, 9; 103:8
suit 29:4, 17; 33:19
suits 29:3, 7, 25; 30:3; 32:3
summary 113:5
supervised 13:12
supervising 25:10
suppose 53:17
supposed 5:5
Supreme 30:12
Sure 44:5; 74:5, 14; 80:18; 83:2; 106:17; 109:4; 111:14
Surely 58:18
surgery 33:14, 15; 65:17
surprise 34:24
surrendered 28:10
suspected 22:13; 23:6
suspicion 22:23
suspicious 23:24
swear 52:13; 53:12, 14; 117:3
Switzerland 38:3
sworn 4:3, 21; 59:12; 62:4, 19
syndrome 12:17, 20; 14:6, 9, 12; 15:16; 18:5; 21:13, 17; 22:19, 21; 84:2, 20; 96:10; 112:2
system 12:16; 23:2; 108:4

## T

talk 32:3; 56:15
talking 44:14
tartar 114:17
taste 62:17, 20; 63:21
tasted 63:6
taxi 35:3
teaching 11:18; 12:14; 26:3; 93:25
telling 62:3; 76:10
tempting 114:2
ten 10:25; 25:2; 27:4, 5; 64:17
tend 23:4
tends 40:25
terms 7:12; 96:9; 103:10
terrible 34:5
test 15:11; 17:10, 22; 18:18; 23:8; 33:6, 10, 20
testified 4:6; 31:5; 32:20; 35:21, 24; 36:9, 14; 37:7; 39:16, 19; 44:12; 50:11; 61:21; 62:8, 14, 16, 23; 64:4; 90:18
testifier 31:21
testify 5:14; 37:2, 14, 23; 38:11; 42:20; 107:8, 12; 115:12; 116:4
testifying 36:4, 23; 38:23, 25
testimony 25:21; 30:22; 34:20, 21; 36:17; 39:3; 62:4, 20; 63:7; 65:8; 68:13; 70:13; 75:23; 104:4
testing 23:11; 68:18
tests 86:9
texts 94:10
theoretical 99:9
thereafter 34:2; 72:2
therefore 76:23; 85:7
thinking 87:7; 88:9
third 111:5
thirdhand 104:7
Thomas 66:6, 12, 18, 21; 71:22; 72:14; 73:13; 74:8, 18
though 4:23; 70:9; 72:6; 106:10, 21; 107:5, 7
thought 20:19; 22:18; 23:12; 60:21; 77:12; 83:6, 16; 91:2; 95:13, 15; 116:3
thoughts 63:24; 66:15
thousand 19:13
three 4:22; 13:24; 14:2; 18:25; 27:20; 29:22; 30:3, 17; 31:11; 33:5; 34:6, 8; 38:11, 16; 39:5; 61:22; 68:4, 7; 69:15, 20; 71:2; 78:4; 84:12, 13, 16; 85:5; 104:24; 113:23
three-day 61:10
throughout 11:25
Tim 4:11
times 29:2, 3, 7, 21; 39:17, 19; 57:5; 113:22; 116:24
titer 108:16, 23; 109:13
titers 15:2, 7; 86:9; 99:25; 100:9
title 119:6
today 44:20, 23; 46:7, 11; 52:13; 75:8; 93:4; 96:8; 103:23; 106:20; 107:6, 13, 17; 111:20; 115:12, 16, 23; 116:20, 24; 117:7; 118:4
together 51:9
told 73:21; 74:7; 93:8; 105:8; 106:13
tomatoes 104:11
took 50:25
topic 12:11, 13
topics 12:19
tortured 31:9
touched 32:13
toxicity 66:14
trace 16:22
training 9:18; 93:24
transcribed 60:25
transcript 119:16
transfusion 33:16, 17
translation 94:15
travel 83:19
traveler's 83:18; 101:19
treat 82:7, 8
treated 12:24; 13:4, 11
treating 13:8; 23:20; 24:2; 37:3, 7; 38:13; 111:9, 18
treatment 12:22; 20:5; 24:11, 14
trial 5:14, 14; 30:2, 3, 4, 13; 31:25; 32:19; 33:22; 40:16; 107:6; 115:12, 18, 23
tried 77:4; 86:10; 116:23
triggered 97:11
trip 66:17, 21; 71:22; 73:13; 74:8, 8, 18
trips 41:12
tropical 30:19
true 41:16; 52:14; 99:11; 104:16; 105:9
truly 34:9
truth 53:16; 62:3; 81:12; 92:16
try 6:3; 56:20; 81:3, 3, 4, 12, 23; 82:14; 106:18
trying 79:14; 80:16, 24
turn 58:23
turnaround 61:10
Turning 52:18
twice 37:8; 45:3
two 9:22; 26:23; 27:12; 28:9; 32:3, 7; 33:17; 40:9; 45:11, 18; 48:9, 18; 50:9; 51:17; 55:4; 61:10, 22; 65:4; 68:16, 19, 22; 70:5, 6, 20; 71:11, 12, 23, 24; 72:15, 16; 73:5, 6, 7, 13, 15; 74:10, 10, 12, 18, 19; 77:2, 21; 78:6, 17; 79:7; 85:5; 86:19; 87:5; 95:24; 96:15; 101:5; 104:23; 106:8, 15, 19; 109:20; 113:17, 23
type 64:12; 103:15; 117:2
typed 60:15
types 103:10
typewritten 119:11
typing 60:15
typo 74:5

## U

U.S 4:13
ulcer 31:8
ultimate 75:19; 76:12; 105:25
ultimately 23:14; 24:5; 31:15; 63:9; 101:11; 102:20
unassigned 11:23, 24; 12:7
unaware 107:14; 115:8
uncertain 78:10
under 5:11; 25:10
undercooked 63:20; 76:20; 77:7; 78:11, 14, 19, 20; 113:15
undergo 81:9
undergone 65:17
Understood 6:11; 93:14; 102:3
undertake 82:3
unidentified 83:5; 96:21
United 97:10, 13
universe 83:25
University 11:19
unknown 84:6, 22; 85:13; 107:11
Unless 107:11
up 24:25; 30:24; 31:2; 33:25; 37:17, 19; 46:23; 51:9; 54:13, 14, 25; 55:2; 79:23; 84:12, 13; 91:12; 94:12; 95:25; 96:17; 97:10, 13
upon 19:9; 21:8; 41:8, 19, 25; 42:8, 14, 19; 43:7; 56:20, 21; 67:25; 71:17; 73:7; 82:19; 86:13; 92:14; 95:18; 96:23; 99:12; 105:5
upper 18:11; 21:18; 84:12, 16; 85:4
upset 83:14, 20, 22; 84:10, 11; 100:16; 113:24
use 80:15; 81:20; 91:7, 15; 94:20, 21, 24
used 89:17, 23
using 40:3; 81:9; 88:8; 94:6
usual 5:2, 3
usually 11:23; 40:23; 74:3

## V

vacuum 87:22; 88:8
valid 107:4
varies 69:5
variety 68:3; 85:7
various 25:20; 68:10; 69:22; 105:6
verdict 30:15, 16; 31:13; 38:22
version 7:6; 58:20, 24
Veterans 25:8
victims 104:2
videotape 38:4
view 87:18; 94:9
viral 22:4; 83:6, 9, 13; 84:7, 9; 85:18
virological 15:9
virus 18:13; 21:21; 83:10, 15; 84:13; 86:9
viruses 83:15
vitae 6:19, 20; 7:6
voluminous 54:19
vomiting 100:16, 20

## W

walk 82:16
walked 32:6
wants 81:15
ward 11:23; 13:14; 25:14; 32:6
washed 114:17
way 4:25; 26:19; 31:16; 33:8; 40:21; 59:21; 63:16; 65:11; 76:3; 97:19; 108:6; 111:21
we-really-mean-it 55:3
weakness 72:2; 88:4
week 10:25; 11:3; 17:16; 19:14; 69:11, 17; 104:24; 107:7
weekend 111:8
weekly 10:22
weeks 4:22; 33:23; 65:4; 68:4, 7; 69:20; 70:6; 71:2, 11, 23; 72:15, 16; 73:5, 7, 14; 74:10, 11, 18; 78:4, 6; 84:12, 13, 16; 85:6; 86:19; 87:5; 104:24
What's 43:24; 93:12
whatsoever 6:13; 65:23
whereas 23:3
Whereupon 44:6; 90:12; 118:6
widely 18:21
wine 114:18
wisdom 30:22

**wish** 110:8
**withdraw** 113:2
**withdrew** 23:11; 31:23
**within** 4:4; 27:4; 36:8, 15, 20; 37:5; 38:10; 79:3; 80:6; 85:5; 101:4; 104:17, 23, 24; 109:13; 112:19
**without** 73:19; 74:6; 84:18; 95:14, 16, 25; 100:8; 109:3
**witness** 4:2; 5:5; 30:23; 31:2; 37:12; 39:3, 7, 15; 44:3
**woman** 46:25; 113:20
**won** 32:15
**wonder** 66:11; 78:7
**Wonderful** 34:5
**word** 45:17
**words** 74:21; 87:9; 99:8; 105:5; 107:5
**work** 20:4; 25:19; 60:19; 88:12; 93:6; 94:25; 95:6, 11; 98:3; 106:22; 111:12; 117:16
**workaholic** 11:6
**workers** 41:14
**working** 25:19; 56:19; 112:2, 10
**world** 18:17
**worried** 112:16
**worthy** 60:21
**written** 48:9, 17, 20; 49:24; 51:17, 19; 55:13; 73:11; 102:23
**wrong** 15:24; 90:24; 101:4
**wrote** 73:16

**X**

**XYZ** 56:16

**Y**

**Yale** 89:6
**year** 9:22; 12:4; 36:15; 37:5, 24; 38:2; 39:6; 49:18; 96:15
**years** 8:20; 13:20, 21, 24; 14:2, 7, 21; 15:14; 16:14; 18:15, 23; 19:2, 15; 21:7; 24:24; 25:2, 5; 26:8; 27:4, 6; 28:11, 13; 33:18; 36:8, 13, 13; 38:11, 16; 65:16; 107:3
**yesterday** 45:5, 8, 15, 23; 47:8, 11
**York** 4:5; 10:16; 11:19; 27:25; 30:8, 10, 11, 12, 21; 36:5, 10, 14, 20; 61:23; 65:5, 17
**Yorkers** 17:20
**young** 5:22

61:24
**17th** 58:20 59:10 72:3
**170** 49:15,18 50:5 68:9 75:25
**18** 53:21 54:23 86:22
**19** 6:23 7:6 108:11
**19th** 20:7 60:23
**19,000** 98:23 99:14
**1960** 4:18
**1997** 71:6
**1998** 34:25
**1999** 34:17

**2**

**2** 6:22,24 15:16 85:6 102:21 105:9 108:8
**2nd** 29:8 35:20 35:22 36:6
**20** 60:4 68:25
**20th** 59:22
**2000** 9:11 21:17 29:12 33:19 50:24 54:18 55:20 60:4 74:3,6 79:22 81:23 90:16 93:14 94:2
**2003** 54:23
**2004** 1:17 6:16 6:23 7:6 8:14 10:6 16:18 41:16 104:19 105:2 107:20
**2007** 107:25
**203** 1:24,28 2:24
**203-375-7724** 2:12
**21** 2:4 79:21
**21st** 54:18 72:6 82:17
**211** 1:20 107:24
**212-490-9100** 2:8
**22** 34:25 53:25 54:18 81:23
**22nd** 11:19 82:10
**2200** 12:24
**23** 34:17 57:10
**23rd** 11:14 13:12 58:3 62:19
**24th** 11:16
**245-9583** 1:24 1:28 2:24
**26** 1:17 90:16 105:2
**265** 1:14

**3**

**3** 8:19,20 15:24 34:9 53:24 62:1,2 105:12 108:9
**3rd** 29:8 37:9 37:10
**3:02** 1:6
**30** 10:6 16:18
**30th** 92:9
**31** 107:25
**35** 51:8 67:23
**352** 34:25
**39-year-old** 29:24

**4**

**4** 4:14,18 19:14 54:1 105:17 108:3 108:11
**4th** 9:10,17,18 29:8 37:18 38:18
**40** 68:11 69:1
**41** 34:25
**45** 53:25
**452,000** 84:18
**46** 53:19,20,24 54:1
**47** 53:18

**5**

**5** 80:3 87:7 105:18 108:7 108:12
**5th** 20:22 29:8 29:11 39:5,6
**5-1-04** 108:9
**5-19-04** 108:8
**5/18** 63:19
**5/28** 63:19,21
**5/31** 63:21
**51** 58:22

**6**

**6** 81:22,24 108:8,13
**6th** 20:14
**6/13** 61:16,17 61:25 63:23
**6/15** 63:23
**6/16** 62:16,17 63:24
**6/17** 53:5,8 63:25 72:21
**6/18** 63:25
**6/21** 63:7 64:1 64:3 72:8
**6/22** 12:24 58:1 64:4,8
**6/23** 12:24 57:1,8,9 61:16 62:13 63:5,11 64:5
**6/23/00** 12:19
**60** 68:14
**635** 34:25
**685** 2:7

**7**

**7** 82:23 108:14
**7.4** 84:24 85:8
**7.4000** 84:14
**7/1/00** 29:21
**7/16** 62:14
**7/5** 38:7
**7:30** 12:23

**8**

**8** 29:22 83:25 84:4,7 108:10,15
**80** 2:11 108:12
**81** 108:13
**82** 108:14
**83** 108:15
**860-246-2700** 2:5
**87** 108:16,17
**87.2** 85:5
**88** 65:14
**89** 108:18

**9**

**9** 57:10 87:2 108:16
**9th** 57:16,18 63:12 107:19
**90** 65:14 108:19
**92** 108:20,21
**93** 108:22
**98** 65:7,12