# EXHIBIT E

JEROME M. BLOCK, M.D., P.C.
NEUROLOGY
ONE EAST 87th STREET
NEW YORK, NEW YORK 10128-0506

Telephone (212) 289-0540
Facsimile (212) 289-3905

January 31, 2004

Michael J. Holland, Esquire
Law Offices of Condon &
Forsyth
685 Third Avenue
New York, NY 10017

RE: LOLITA PRIDGEON VS. GATE GOURMET
    AND AMERICAN AIRLINES
DATE OF INCIDENT: 6-13-00
C&F REFERENCE #: MJH/28593

Dear Counselor:

As you know, I have had the opportunity to review a variety of documents pertinent to the above matter. The documents reviewed are inclusive of but not exclusive of a report by Dr. Kevin Cahill of 6-29-03, claimant's answer to interrogatories, many notes by Dr. Isaac Goodrich of Connecticut Neurosurgery beginning on 2-19-97 relative to cervical spinal cord problems which proved to be consequent to a cavernous angioma which was located within the spinal cord. I reviewed documents from the hospital where surgery was performed to remove this lesion (Hospital St. Raphael). She had residual neurologic deficits following this surgery but clearly was able to be up and functioning.

From documents reviewed I am aware that she vacationed in St. Thomas from approximately 5-18 through 5-28-00. She remained in the United States for a few days after that vacation until traveling to Europe where she vacationed in France, returning to the United States on or about 6-13-00. Within approximately two days of her return she had onset of polyarthralgia, diarrhea and was febrile up to 103 degrees. By 6-23-00 she rose from bed and collapsed because of significant weakness. It is apparent that she had developed Guillain-Barre syndrome. She was admitted to the Hospital St. Raphael where she required close monitoring and treatment. Tests for Lyme disease were equivocal but probably negative. She was

RE: LOLITA PRIDGEON VS. GATE GOURMET
    AND AMERICAN AIRLINES
DATE OF INCIDENT: 6-13-00
C&F REFERENCE #: MJH/28593
PAGE 2

tested for Yersinia infection. Initial lumbar puncture showed nine white cells in the first tube with normal protein. Electrodiagnostic studies were consistent with demyelinating and/or axonal neuropathy. Discharge diagnosis was acute polyneuritis with quadriplegia, unspecified retention of urine, hypoosmolality and/or hyponatremia, hepatitis and adjustment reaction with mixed emotional features. General treatment was instituted on the day of hospitalization with intravenous immune globulin to combat Guillain-Barre syndrome and doxycycline to combat possible Lyme disease. The antibiotic was soon stopped.

A consultant from Yale New Haven Hospital, Dr. Goldstein, expressed the opinion that the severe axonal motor neuropathy was consequent to campylobacter infection. There was no evidence on varied tests of the presence of this infectious organism which is a fairly frequent cause of traveler's diarrhea. I do note that there was indication that campylobacter titers were to be obtained and that stool samples to investigate for presence of campylobacter despite the fact that patient was on antibiotics were to be obtained among other studies to rule out CMV, lupus, Lyme disease, etc., etc. I did not find any laboratory reports that indicated such infection. At one point in early August of the year 2000 a neurologist felt that she had again become weaker, suggesting a biphasic course of her illness.

I have had the opportunity to review documents relative to Lolita Pridgeon following her discharge from the hospital. These included reports of Dr. John O'Brien in October of 2003.

I have also reviewed neurologic reports by Dr. Hasbani dated 10-15-97, Dr. Goodrich dated 9-8-97, Dr. Allan dated 8-26-97 and I am aware of the involvement of the neurologist, Dr. Hasbani, and the neurosurgeon, Dr. Goodrich in connection with her cervical spinal cord tumor and in connection with her Guillain-Barre syndrome.

I have recently had the opportunity to review statements made by Lolita Pridgeon on 12-18-03.

RE: LOLITA PRIDGEON VS. GATE GOURMET
    AND AMERICAN AIRLINES
DATE OF INCIDENT: 6-13-00
C&F REFERENCE #: MJH/28593
PAGE 3

I am aware from this review that Lolita Pridgeon had a severe problem with neurologic deficit consequent to Guillain-Barre syndrome. I am aware that over several years she has recovered very significantly but still has some deficits requiring bracing, modification of lifestyle and activities but with continued hope of further remission and/or adaptation in the future.

I have recently reviewed statement made by Dale Norgard, a senior analyst in Risk Management for American Airlines. It is indicated in statements recorded that American Airlines received no complaints from any passengers relative to food poisoning as a result of meals served aboard any American Airlines flight from Paris to the United States in June of 2000.

I also have recently reviewed an affidavit from personnel at Gate Gourmet. It confirms that Gate Gourmet received no complaints concerning the chicken rosemary meal served on any American Airlines flights during the month of June 2000.

While it is apparent that Lolita Pridgeon suffered from Guillain-Barre syndrome with severe consequences due to axonal form of this illness, the records forwarded do not confirm that campylobacter was ever isolated or proved to be the cause of this problem. While campylobacter is known to cause this type of problem, it is speculative to declare this organism was the cause when there is no laboratory proof of same.

Beyond that, it is certainly highly speculative to believe that an infection with this organism was contracted by eating chicken rosemary aboard the specified American Airlines flight from Paris. I gather from statements made that this dish might have been served on multiple flights, not only American Airlines flights but others. According to statements by American Airlines and Gate Gourmet there have been no further complaints registered at these sources consequent to reports of illness contracted aboard that American Airlines flight or any other American Airlines flights on which similar meal was served throughout the month of

```
RE:  LOLITA PRIDGEON VS. GATE GOURMET
     AND AMERICAN AIRLINES
DATE OF INCIDENT:  6-13-00
C&F REFERENCE #:   MJH/28593
PAGE 4
```

June of 2000.

While I appreciate Ms. Pridgeon's statements in her deposition that her portion of chicken seemed undercooked, I cannot accept that statement as proof that the chicken was contaminated with campylobacter which caused her febrile illness, arthralgias and Guillain-Barre syndrome. It is highly speculative that this meal is the cause of her problems.

I am prepared to discuss this matter with you if you require further clarification.

Sincerely,


Jerome M. Block, M.D.
JMB/rl
020504JB