Page 74

1   A   That's correct.
2   Q   If Miss Pridgeon had come to you on the 15th
3   of June in 2000 and she had these complaints of diarrhea and
4   vomiting and had she told you it came from eating the chicken
5   rosemary meal that she was served on an American Airlines
6   flight on June 13, 2000, would you have expected other
7   passengers who would have consumed that meal to come down
8   with similar complaints of diarrhea and vomiting?
9   A   There is a huge variability in susceptibility
10  to illness, so we could all eat something that was
11  contaminated and not all necessarily get sick. So that's the
12  first part. The second thing is lots of people have
13  self-limited gastroenteritis and never report it. You know,
14  most cases of campylobacter are self-limited. Most people
15  never go see their doctor at all, and so we don't have the
16  information of whether anybody else had any GI illness that
17  was just self-limited. So certainly the absence of knowing
18  that there were other people sick doesn't really change my
19  general sense.
20  Q   But you don't know whether any people became
21  sick after eating this meat?
22  A   That's correct.
23  Q   Did you ever -- did you ask -- well, strike
24  that.
25      You never talked to Miss Pridgeon personally

Page 75

1   so you didn't ask her anything about the source of the
2   illness?
3   A   Correct.
4   Q   Did anyone at St. Raphael's Hospital report
5   this campylobacter infection of Miss Pridgeon to the Center
6   for Disease Control?
7   A   I don't know.
8   Q   Is there a requirement that such an infection
9   be reported to the CDC?
10  A   I am not aware of whether campylobacter is on
11  the list of reportable diseases. I believe it is. We report
12  it to the State, not to the CDC.
13  Q   Do you know if any report was made by St.
14  Raphael's Hospital to the State of Connecticut?
15  A   I would assume not.
16  Q   And why would you make that assumption?
17  A   Because there was no culture.
18  Q   Now look at the last paragraph on that report,
19  and you say -- in the third line you use the term
20  "undercooked chicken"; is that correct?
21  A   Correct.
22  Q   And what do you mean when you say
23  "undercooked"?
24  A   That it didn't achieve the internal
25  temperature of 170 degrees.

Page 76

1   Q   So we agree that there is a distinction
2   between the term undercooked that you have used here and
3   uncooked which you have used on the first full paragraph of
4   that same page?
5   A   Correct.
6   Q   Your conclusion is that it's reasonable to
7   conclude that Miss Pridgeon's Guillain-Barre Syndrome was
8   caused by infection with campylobacter jejuni acquired
9   through the ingestion of undercooked chicken on her flight
10  home from France. Is your basis for saying that that the
11  chicken was undercooked?
12  A   Her testimony.
13  Q   And that's the sole basis for your conclusion?
14  A   Correct.
15  Q   Are you stating, Doctor, as an expert witness
16  in the field of infectious diseases with a reasonable degree
17  of medical certainty that Miss Pridgeon's Guillain-Barre
18  Syndrome was caused by infection with campylobacter jejuni
19  acquired through the ingestion of uncooked chicken on her
20  flight home from France?
21  A   Yes.
22  Q   That's your opinion with a reasonable degree
23  of medical certainty?
24  A   Yes.
25  Q   And your opinion is based solely on her

Page 77

1   deposition testimony?
2       MR. O'KEEFE: Object to form.
3   MR. HOLLAND:
4   Q   And your conclusion -- your medical conclusion
5   reached with a reasonable degree of medical certainty is
6   based solely on the deposition testimony of Miss Pridgeon,
7   correct?
8       MR. O'KEEFE: Object to form. You can
9       answer if you understand the question.
10      THE WITNESS: It's my understanding about
11      the time course of campylobacter infection,
12      the link of campylobacter and Guillain-Barre,
13      her testimony, my review of the medical record
14      and my review of the literature.
15  BY MR. HOLLAND:
16  Q   But your review of the medical record doesn't
17  make any reference at all to the consumption of the chicken
18  rosemary meal aboard the American Airlines flight?
19  A   Correct.
20  Q   So you told us before, and I assume that
21  you're staying with that testimony, that the sole basis for
22  your conclusion reached in this case is her deposition
23  testimony?
24      MR. O'KEEFE: Object to the form.
25      THE WITNESS: I have trouble with saying

20 (Pages 74 to 77)

Page 78

1  that the sole basis of my conclusion is her
2  testimony, and it may be just semantics but I
3  feel like all of the other background
4  information and understanding what
5  campylobacter can do is an important part of
6  me making the decision.
7  BY MR. HOLLAND:
8  Q    But none of the background information or the
9  medical record information even mentions this meal, correct?
10 A    That is correct.
11 Q    And, in fact, it's fair to say, is it not,
12 that the medical information presents varying dates and times
13 with respect to the onset and the ending of both the diarrhea
14 and the pains in her knees which led to the Guillain-Barre
15 Syndrome?
16 A    That's correct.
17 Q    Now, is the standard in the field of
18 infectious diseases the doctors in your specialty base their
19 opinions and conclusions based on what the patients tell
20 them?
21 A    We certainly weight heavily what they tell us.
22 Q    But you also usually perform tests, don't you,
23 to confirm what the patients tell you?
24 A    Yes, we do.
25 Q    And there were no such tests performed in this

Page 79

1  case; isn't that correct?
2  A    That's correct.
3  Q    Lyme disease we agree can cause GBS, correct?
4  A    That's correct.
5  Q    And the Lyme's tests were initially positive
6  for Miss Pridgeon; is that correct or am I overstating that?
7  A    I think that's overstating.
8  Q    Tell me what they were.
9  A    The ELISA is a screening test. If the
10 screening test is positive, then that generates a reflex
11 confirmatory test. People can have false positive Lyme
12 ELISAs, so we generally wouldn't treat unless you had a
13 positive Western Blot. In her because she was sick it was
14 deemed reasonable to treat her for Lyme until that
15 confirmatory test came back. If I were seeing you in my
16 office for the blahs and you had a positive Lyme ELISA, I
17 probably wouldn't treat you until the Western Blot came back
18 because you're out and functioning and doing well. So it's
19 sort of clinical judgment whether you treat based on a low
20 positive ELISA.
21 Q    Now in your medical records there for June 21,
22 2000, there is something that says "stool occult blood" and
23 it's initialed. Does those initials mean that the test was
24 ordered? I think I have a copy of it.
25 A    Typically, that's just a positive or a

Page 80

1  negative.
2       MR. HOLLAND: Let's mark this separately.
3       (Defendant's Exhibit 5 was marked
4       for identification, described in
5       index.)
6       THE WITNESS: I think that says
7       negative.
8  BY MR. HOLLAND:
9  Q    Stool occult blood, you think that says
10 negative?
11 A    I think it says NEG. Basically the way a
12 stool occult blood test is done is the examining doctor does
13 a rectal exam. They get a little bit of stool specimen on
14 their gloved finger. They rub it on a card that is
15 impregnated with a chemical. They put a couple drops of
16 developer and it's positive or negative, and that looks like
17 it was negative.
18 Q    But that's the same as stool sample?
19 A    That is not a stool culture. That's what is
20 left on the examiner's hand after a rectal exam.
21 Q    The fact that that's negative, is that a
22 significant finding in terms of your diagnosis in this case?
23 A    No.
24 Q    And why not?
25 A    All it tells you is that there was no blood in

Page 81

1  that specimen at that time. That's all it tells you.
2  Q    Can the flu or a common cold cause GBS?
3  A    I don't recall off the top of my head if
4  influenza is one of the viral infections that can cause GBS.
5  I am going to postulate that the answer is probably yes.
6  Influenza season is typically October/November through
7  February/March, so it's less likely in this case to be
8  influenza because of the timing of her illness.
9  Q    Did you look at the reports that we prepared
10 by Dr. O'Brien and Dr. Goldstein and Dr. Hasbani in this
11 case?
12 A    I don't recall seeing those.
13 Q    You didn't?
14 A    No. No, I don't recall seeing those.
15 Q    Is GBS called a syndrome rather than a disease
16 because its causes are diffuse?
17 A    I don't know the answer to that question. I
18 think that's a reasonable guess though.
19 Q    I just want to show you a couple other pages
20 here from the medical records that we want to look at
21 next.
22      MR. HOLLAND: Let's mark as Exhibit 6
23      just a page from June 22, 2000, progress note.
24      (Defendant's Exhibit 6 was marked
25      for identification, described

21 (Pages 78 to 81)

Page 82

1  in index.)
2  BY MR. HOLLAND:
3  Q    This is a page again from the progress note
4  from the hospital chart, Doctor. I have just pulled it out.
5  The top line says R-H-E-U-M attending. What does that mean?
6  A    Rheumatology.
7  Q    And that's a separate department?
8  A    That's Dr. Hutchinson. I recognize the
9  handwriting.
10 Q    Okay. So he says on June 22nd she has been in
11 severe pain for one and a half days, correct?
12 A    Yes.
13 Q    And it says she is allergic to Cipro. What is
14 Cipro?
15 A    It's an antibiotic.
16 Q    And it says she is described as having a
17 crushing pain in her feet when she awoke on the 21st,
18 correct?
19 A    Correct.
20 Q    Okay. Let's look at the next exhibit we are
21 going to mark, and that's a page again from the progress
22 notes.
23       (Defendant's Exhibit 7 was marked
24       for identification, described
25       in index.)

Page 83

1  BY MR. HOLLAND:
2  Q    And that was signed by -- it looks like it was
3  signed by Dr. Hutchinson.
4  A    This is the second page.
5  Q    Oh, it's the second page of the same report?
6  A    Correct.
7  Q    Okay. It says on the bottom there, and there
8  is a mark on the left side of it, Doctor, it says, GBS less
9  likely but weakness leads to consideration. What does that
10 mean?
11 A    It means it's in his differential diagnosis
12 but not number one.
13 Q    If it's not Guillain-Barre Syndrome, what
14 could it have been?
15 A    Well, there are lots of infectious agents that
16 can give you joint pain, so I think he is wondering whether
17 her joint pain was from one of those agents.
18 Q    Lyme Disease?
19 A    Well, and arthralgia, which basically means
20 joint pain after a diarrheal illness would be much less
21 likely from Lyme because Lyme typically doesn't give you
22 diarrhea.
23       MR. HOLLAND: Okay. Let's mark the next
24       exhibit.
25       (Defendant's Exhibit 8 was marked

Page 84

1  for identification, described
2  in index.)
3  BY MR. HOLLAND:
4  Q    Can you tell me what Exhibit 8 is? It is a
5  page from the medical record and it looks like the printout
6  of some of the tests.
7  A    Exhibit 8, these are all laboratory results.
8  Q    Okay.
9  A    So the first two are cultures of blood. They
10 are not finalized yet because they say "status in progress."
11 Q    Okay.
12 A    Then CBC is a complete blood count, so what
13 you can't see because of the punch through is her white blood
14 cell count 7.4000. That's normal. The things that we would
15 pay attention to, then the next one to jump to is HCT.
16 That's hematocrit to measure whether someone is anemic or
17 not. That is normal. The next one to jump to is her
18 platelet count, 452,000 which is a little bit high. Anything
19 abnormal is underlined by the lab.
20 Q    I see. Okay.
21 A    And then what --
22 Q    How about LYM?
23 A    So then what happens the way a CBC is
24 performed the top number, that's 7.4, is the total number of
25 white blood cells that the machine counts. It then breaks

Page 85

1  them down into all of the various kinds of white cells that
2  you can have. The lab does this in two ways. The routine is
3  do what is called an automated differential. So this tells
4  you that 10 percent of her white cells have lymphocytes.
5  That's what that LYM is. 1.9 percent are monocytes. 87.2
6  percent are neutrophils, and .1 percent are ecenophils, .2
7  percent basophils, and then they put in a calculation. They
8  basically multiply those percentages by the 7.4 and that's
9  what the absolute numbers are listed beneath it. If it's
10 normal, you see the comment manual differential not indicated
11 because that's a much more labor intensive and costly
12 procedure. If we think something is amiss, then we will ask
13 the lab to do a manual diff where a tech actually looks under
14 the microscope and manually counts all the different kinds of
15 white cells that are seen.
16 Q    Not by the thousands?
17 A    No. They count a representative field, but
18 it's much more labor intensive than the machine doing it.
19 Q    And the second page, what is that?
20 A    The second page are her serum electrolytes.
21 So NA is sodium. K is potassium. CL is chloride. $CO_2$ is
22 carbon dioxide. Anion gap is a mathematical formula.
23 Basically, it will look at whether or not there is excess
24 acid production in the body which can occur with overwhelming
25 infection, for example. GLUC is glucose. BUN and creatinine

Page 86

1  are markers of kidney function and CA is calcium. Then
2  underneath that are all of her liver function tests.
3  Aspartate transaminase. Alamine transaminase. Total
4  bilirubin. Alkaline phosphatase. Direct bilirubin. Albumin
5  is a protein. That's a marker of malnutrition if it's low,
6  and TP is total protein. Underneath you see that urine
7  culture.
8      Q    These would all be normal then because they
9  were not underlined?
10     A    Correct. The only thing that was abnormal was
11 her blood sugar was a little high.
12     Q    That's the glucose?
13     A    Right. The urinalysis, the abnormality here
14 is that she has ketones which would reflect that she had not
15 been eating. You start generating ketones when you're not
16 eating. The Westergrin sed rate is a very nonspecific marker
17 for illness. It can be elevated in the setting of infection
18 malignancy, connective tissue disease. A lot of people think
19 it's kind of a worthless test. It's rarely really helpful.
20 Then there is the culture of the joint fluid, and the cell
21 count in the joint fluid that we had referred to earlier
22 where you can see there were 18 white cells. CUNM is per
23 cubic milliliter which is basically a milliliter of fluid.
24     Q    All right.
25     MR. HOLLAND: Let's look at another page

Page 87

1  of the progress notes.
2      (Defendant's Exhibit 9 was marked
3      for identification, described
4      in index.)
5  BY MR. HOLLAND:
6      Q    If you look at the note there, Doctor, I guess
7  it's Number 5, and it says on Doxy four for both --
8      A    A Doxy IV.
9      Q    Doxycycline intravenous. Okay. For both -- I
10 can't get that next word.
11     A    For empiric treatment of Lyme and
12 campylobacter coverage.
13     Q    And then there is a --
14     A    Serology and culture pending.
15     Q    Oh, pending. That doesn't mean positive?
16     A    Pending.
17     Q    Okay. And who was this note prepared by; do
18 you know?
19     A    The first page of it is missing.
20     Q    Right. Okay.
21     A    In general, that summary with a beeper number
22 on it makes me think it would be a medical resident.
23     Q    Beeper number meaning 1235?
24     A    Yes.
25     (Defendant's Exhibit 10 was marked

Page 88

1      for identification, described
2      in index.)
3  BY MR. HOLLAND:
4      Q    This is prepared by the nutrition department?
5      A    Okay.
6      Q    Right?
7      A    Yes.
8      Q    And they are diagnosed Guillain-Barre and they
9  put in low. Is that low positive?
10     A    Correct.
11     Q    Lyme titer.
12     A    Correct.
13     Q    Now can you explain to me what that is,
14 please?
15     A    That's that's the positive ELISA.
16     Q    Okay. That's the positive ELISA?
17     A    Correct.
18     Q    So I guess what does titer mean? I have seen
19 that term in this case a lot. What does that mean?
20 T-I-T-E-R.
21     A    It's how high the antibody is. The way that
22 the ELISAs work in general is that the patient's serum is put
23 into a little plastic dish with some reagents, and if there
24 is reactivity it's actually a color metric assay where the
25 color is measured on a spectrophotometer and the machine

Page 89

1  generates a number, so that's what the titer is. It's how
2  high that number is.
3      (Defendant's Exhibit 11 was marked
4      for identification, described
5      in index.)
6  BY MR. HOLLAND:
7      Q    And again, this indicates positive Lyme
8  titers, correct, on the second line?
9      A    Positive Lyme titer, correct.
10     Q    Now by that time was all this lab work pending
11 or had it come back as positive?
12     A    The hospital does not do the Lyme titers
13 in-house and so they get sent out to an outside lab. It was
14 a long holiday weekend.
15     Q    So when it says "positive Lyme titers," that's
16 just they thought without having the actual lab backup?
17     A    That was I assume based on the ELISA, the
18 screening test.
19     Q    Okay. And she is also on Senokot and that's
20 to prevent constipation?
21     A    Correct.
22     Q    And the Lyme titer would be repeated it says?
23     A    Well, we would never have recommended
24 repeating the Lyme ELISA because if the Western Blot -- and
25 sometimes I have to say the residents just create plans that

Page 90

1  are not always true. If the original Western Blot were
2  positive, we were going to treat obviously. One of the
3  things with Lyme disease if you initiate therapy early on you
4  interfere with the ability of the normal antibody production,
5  so that a Lyme test in somebody who has gotten a course of
6  treatment for Lyme is really uninterpretable, so there really
7  would have been no reason to repeat the lyme test. We were
8  going to put all our money in the result of that Western
9  Blot, and he may well have been referring to the Western Blot
10 when he said Lyme titer repeated.
11        (Defendant's Exhibit 12 was marked
12         for identification, described
13         in index.)
14 BY MR. HOLLAND:
15    Q   Again, Doctor, this is another page from the
16 progress notes and it's dated June 26, 2000, and the top
17 there GBS secondary to diarrhea disease. Now what is
18 diarrhea disease? I mean is that a specific medical term or
19 is that just a layman's --
20    A   It's diarrhea.
21    Q   There is no diarrhea disease, right?
22    A   I mean diarrhea is not the normal state for
23 the vast majority of people.
24    Q   And again, there was a pulmonary consultation,
25 I suppose, and I guess that was done there, right?

Page 91

1     A   Correct.
2     Q   And that was done at the request of Dr. Kraw?
3     A   Correct.
4     Q   And it says she has a burning -- it says, Miss
5  Pridgeon has a burning pain associated with weakness?
6     A   Correct.
7     Q   Denies SOB. What does that mean?
8     A   Shortness of breath. It's a terrible
9  abbreviation, but it's there to stay.
10    Q   And it says "travel history noted," so that
11 would have meant the history of travel to France presumably
12 and the Virgin Islands?
13    A   I would assume so. St. Thomas, yes.
14    Q   What does the last three lines on that mean?
15 Can you interpret that for me?
16    A   Maintaining oxygenation and ventilation by
17 clinical parameters despite progressive motor syndrome. So
18 one of the complications of Guillain-Barre is that you get
19 that weakness that rises up your body so you can get weakness
20 of the diaphragm and the muscles that you need to breathe.
21 Oxygenation and ventilation are actually two separate things.
22 Oxygenation is having an adequate amount of oxygen in your
23 blood. Ventilation is actually the physical ability to move
24 your chest wall in and out. So you can -- those two don't
25 necessarily travel together, but he is basically saying that

Page 92

1  she is not in danger of requiring mechanical ventilation.
2     Q   So she was able to breathe on her own?
3     A   Correct.
4         (Defendant's Exhibit 13 was marked
5          for identification, described
6          in index.)
7  BY MR. HOLLAND:
8     Q   The next page that we have marked is from June
9  30th and this is where it indicates that you are going to be
10 picking up the service, correct?
11    A   Yes.
12    Q   And Dr. Boyce is your section chief?
13    A   That's correct.
14    Q   All right. And that's Dr. Boyce's note about
15 agreed with continuing the Doxycycline?
16    A   Right, the Doxycycline.
17    Q   Doxycycline. Until all Lyme serologies are
18 back?
19    A   Correct.
20        (Defendant's Exhibit 14 was marked
21         for identification, described
22         in index.)
23 BY MR. HOLLAND:
24    Q   This is the first page where you pick up the
25 treatment?

Page 93

1     A   Correct.
2     Q   We went through this and you said you're still
3  awaiting the Lyme serology report?
4     A   Correct.
5     Q   Okay.
6         (Defendant's Exhibit 15 was marked
7          for identification, described
8          in index.)
9  BY MR. HOLLAND:
10    Q   Doctor, this is the Discharge Summary for Miss
11 Pridgeon, correct?
12    A   Yes.
13    Q   Now it shows she was discharged on October 10,
14 2000, correct?
15    A   Yes.
16    Q   Now why would Dr. O'Brien be the one who would
17 do the Discharge Summary?
18    A   So as I explained earlier, the admission --
19 the acute hospital admission and the rehab admission are two
20 totally separate admissions, so he is summarizing his part of
21 it.
22    Q   Is there a separate Discharge Summary from the
23 hospital?
24    A   Yes, there should be.
25    Q   And have you seen that in your records?

Page 94

1   A   Okay. That is from Dr. Hasbani. Dictation
2   date July 11, 2000.
3   Q   Can I just take a look at that for a second?
4   A   Yes.
5   Q   And his diagnosis is GBS Syndrome, correct?
6   A   Yes.
7   Q   And again, his -- when a doctor does a
8   Discharge Summary, is it fair to say that he summarizes the
9   entire medical record which has been prepared during the
10  patient's stay?
11  A   They are supposed to.
12  Q   Is there any mention in there -- sorry.
13      Is there any mention in Dr. Hasbani's
14  Discharge Summary of the Guillain-Barre Syndrome being caused
15  by campylobacter jejuni?
16  A   He does not specifically mention
17  campylobacter.
18  Q   Was Dr. Hasbani her primary treating physician
19  while she was in the hospital?
20  A   I believe he was the admitting physician, yes.
21  Q   So when she had that wrist tag on her wrist,
22  that's going to say Dr. Hasbani on it under her name?
23  A   Correct. That's correct. And you can see on
24  the nameplate that that's how you know who the attending
25  physician is.

Page 95

1   Q   Okay. Right.
2       And you have looked at the Discharge Summary
3   and you have confirmed with me that Dr. Hasbani does not
4   mention campylobacter jejuni?
5   A   Correct.
6   Q   Now you told me that you -- well, let me ask
7   you this question: And he doesn't mention Lyme disease, Dr.
8   Hasbani, does he?
9   A   He mentions that during the early phase of her
10  hospitalization the patient was also treated with Doxycycline
11  100 milligrams twice a day for a suspected Lyme disease.
12  This particularly since the initial titers were positive, but
13  then subsequently the Western Blot was negative and the
14  Doxycycline was stopped.
15  Q   So let me ask you this question: Where does
16  Dr. O'Brien come up with the Lyme's disease then in his
17  Discharge Summary? I mean Hasbani doesn't mention it.
18  A   Doing Discharge Summaries is one of the more
19  onerous aspects of being a physician and a lot of the
20  patient's problem list and information that gets listed on
21  the computer, all that has to happen, and that is a huge
22  problem with electronic medical records because as somebody
23  puts in something it then gets passed on as, you know, a
24  definitive diagnosis. So he could have perused somebody's
25  note where they wrote Lyme and he didn't -- since it wasn't

Page 96

1   going to change what he specifically was doing he may not
2   have gone back to review the actual serologic test.
3   Unfortunately, that sort of thing happens all the time.
4   Q   Now you told me that you looked at Dr.
5   Cahill's report, right?
6   A   Yes.
7   Q   What -- tell me where Dr. Cahill went wrong in
8   your opinion.
9   A   You know, I think we obviously agree that she
10  had a diarrheal illness and that she had Guillain-Barre
11  Syndrome. I think that's not being disputed. I think, you
12  know, his comment that it's speculation by our infectious
13  disease fellow that campylobacter organisms have been
14  associated with Guillain-Barre, you know, I think it's more
15  than speculation that there is a link. I also think it's
16  fairly well accepted that that link has been proven. I agree
17  that campylobacter was not detected. Even if a stool study
18  had been sent it may well have been negative because a lot of
19  patients stop shedding organisms within a couple of days even
20  so, although a positive stool culture would be helpful to
21  prove a diagnosis, a negative stool culture would certainly
22  not rule it out. Serologic testing was not ordered because
23  it in no way would have changed our management.
24  Q   But it would have proven the campylobacter,
25  wouldn't it?

Page 97

1   A   Yes, but again it wouldn't -- I mean the
2   management is steroids, intravenous immunoglobulin.
3   Q   Which is what you gave her?
4   A   Which is what we gave her anyway.
5   Q   But if you were looking at determining the
6   cause of the campylobacter, it would have helped if you had
7   serological testing?
8   A   But I mean practically -- and this is
9   something that we hammer into our residents as a cost control
10  issue. We don't order a test if it's not going to change our
11  management because we could have ordered, you know, tests
12  for, you know, a whole host of infectious etiologies that we
13  wouldn't treat. If we are not going to do anything with the
14  information, it's not worth it. All of these tests are very
15  expensive.
16  Q   What does a serological test cost to
17  determine, for example --
18  A   Probably a couple hundred dollars.
19  Q   Couple of hundred dollars, but -- well, all
20  right. Go ahead. Sorry.
21  A   So, you know, we as a general rule, you know,
22  I mean as the person covering her if I had thought it would
23  have changed the management I would have pushed to order the
24  test.
25  Q   Of course you didn't know there was going to

25 (Pages 94 to 97)

Page 98

1  be a lawsuit started either.
2      A    I certainly did not.
3           The comment about the Yale physician thinking
4  that she has the GB variant most definitely from
5  campylobacter I think is this whole issue about the AMAN form
6  with Dr. Goldstein and that is so outside my personal area of
7  expertise.
8      Q    What is that issue? Tell me what that issue
9  is.
10     A    Well, there are different -- there are
11 basically two broad forms of Guillain-Barre, and so she has
12 the form that's thought to be more linked with campylobacter
13 but that's more for the neurophysiologist than the infectious
14 disease person, so I don't disagree with much of what he
15 says.
16     Q    Except the conclusion, I suppose?
17     A    I think I dispute that there would be
18 tremendous value from doing an epidemiologic survey of the
19 other people on the airline. I think it's actually very
20 unlikely that you would get any meaningful information from
21 that.
22     Q    Well, you know, if there were -- let me just
23 suggest to you that there were approximately 19,000 other
24 people who consumed this meal during the month of June aboard
25 American Airlines flights from Paris to the U.S. Nobody else

Page 99

1  reported that they got sick. Does that strike you as
2  significant or not significant?
3           MR. O'KEEFE: Object to the form of the
4      question.
5           THE WITNESS: I think it would be really
6      significant if you had a documented cluster.
7      So if the converse was true, but I think, you
8      know, the absence of the knowledge doesn't
9      mean that other people couldn't have gotten
10     sick. We just don't know.
11 BY MR. HOLLAND:
12     Q    Well, could have gotten sick. I mean anybody
13 can get sick, but I mean do you not find it significant that
14 if there were 19,000 other meals of this type served during
15 that month and no one but Miss Pridgeon got ill from it?
16          MR. O'KEEFE: Object to the form.
17          THE WITNESS: Campylobacter for the vast
18     majority of patients is a self-limited
19     illness. I think most people would just pass
20     it off.
21 BY MR. HOLLAND:
22     Q    Pass it off in the sense that the symptoms
23 would have subsided quickly?
24     A    Right. Most people have diarrhea, abdominal
25 cramping, maybe some fever. They take some Tylenol and Pepto

Page 100

1  Bismol and they are better in a day or two and that's the end
2  of it.
3      Q    Right. And they would have just thought they
4  had traveler's illness or something of that nature?
5      A    Exactly. Or, you know, maybe people even
6  would have thought I ate something in the airport, on the
7  plane that made me sick but wouldn't pursue it any further
8  than that.
9      Q    And there is certainly nothing in the entire
10 medical record of Miss Pridgeon that indicates that she ate
11 anything on this aircraft that caused her to become ill,
12 correct?
13     A    Say that again.
14     Q    There is nothing in the medical records here
15 which indicates that anything she ate on this airplane that
16 caused her to become ill?
17     A    That's correct.
18     Q    Now you said Miss Pridgeon remembered you very
19 well. Is that what you said, or did you say you remembered
20 her well?
21     A    I remembered her well.
22     Q    The list of reportable diseases that we
23 discussed previously, who would maintain that list, Doctor?
24     A    The hospital has an infection control
25 department that is headed by Dr. Boyce. The microtechs in

Page 101

1  the lab will typically take care of reporting. That's how
2  most of the diagnosis are made. So if, you know, we isolate
3  salmonella, for example, in the microbiology lab, the lab
4  reports that to the State. Our serology lab does its own
5  reporting, so an HIV test that's positive, a syphilis
6  serology that's positive, those get reported to the State.
7  There are some thing that get reported based on clinical
8  judgment. So, for example, if I think somebody has
9  pertussis, which is whooping cough, I can report a suspect
10 case just based on clinical grounds. So there is a fair bit
11 of leeway. Tuberculosis gets reported by the microbiology
12 lab when the smears come back positive. So there is a fairly
13 extensive net, but our infectious control practioners monitor
14 what the CDC and the State recommends for reporting of
15 diseases.
16     Q    Salmonella, what is that caused by?
17     A    It's a bacteria.
18     Q    Can that be caused by poultry as well?
19     A    Yes.
20     Q    And were there tests done to rule out
21 Salmonella in this case?
22     A    Had a stool culture been sent it would have
23 been tested for Salmonella. There is a standard panel of
24 pathogens that get tested.
25     Q    The same test that would have been able to

26 (Pages 98 to 101)

ESQUIRE DEPOSITION SERVICES
1-800-944-9454

Page 102

1  determine campylobacter or a different test?
2      A    Well, a stool specimen is plated on specific
3  kinds of different growth media so the actual plates are
4  different, but we have a standard panel of organisms that we
5  look for.
6      Q    Could there be a false positive in the ELISA
7  screening?
8      A    For which organism?
9      Q    For campylobacter.
10           MS. MCKAY: Could something else cause a
11       false positive in the ELISA?
12           THE WITNESS: Virtually every ELISA for
13       every organism has false positives.
14  BY MR. HOLLAND:
15      Q    What is the percentage?
16      A    Well, the rate varies depending on the
17  organism.
18      Q    How about for campylobacter?
19      A    I don't know the precise number off the top of
20  my head.
21      Q    Would it be more than 2 percent?
22      A    I suspect so, but I do not know the exact
23  number.
24      Q    So if I asked you if it would be more than 10
25  percent, you wouldn't know?

Page 103

1      A    I don't know the exact number.
2      Q    All right. Back to the report from Dr. Cahill
3  for a moment. You said that there wasn't much that you
4  disagreed with. You did mention one or two things. Is there
5  anything else that you disagree with in Dr. Cahill's report
6  other than what you have testified to today?
7      A    No.
8      Q    What about Dr. Block's report, have you
9  reviewed that?
10     A    In its entirety, yes.
11     Q    He did two reports, I believe, if I am not
12  mistaken.
13           MR. O'KEEFE: I will just note that I
14       have about 12:45. Do you want to suspend?
15           MR. HOLLAND: I would suspend.
16           MR. O'KEEFE: Okay.
17           (Whereupon the proceedings were adjourned
18       at 12:46 p.m.)

Page 104

JURAT

I have read the foregoing 103 pages and hereby acknowledge the same to be a true and correct record of the testimony.

_____
MARJORIE GOLDEN, M.D.

Subscribed and sworn to_____

Before me this_____day of_____,2004.


_____
Notary Public
My Commission Expires:

Page 105

1  CASE NAME: LOLITA PRIDGEON VS. AMERICAN AIRLINES, INC.
2  DEPOSITION OF: MARJORIE GOLDEN TAKEN ON AUGUST 26, 2004.
3
4      SENT TO: TIMOTHY O'KEEFE, ESQUIRE
5      INSTRUCTIONS FOR READING AND SIGNING OF DEPOSITION
6
7  1. To Witness: Please read the enclosed copy of your
8      deposition.
9  2. After reading the deposition, appear before a notary
10     public and sign before him/her on the page indicated and
11     have the notary sign where indicated.
12 3. If there are any corrections to be made in the
13     transcript, please do not make them on the transcript.
14     Please use the attached form for listing any and all
15     corrections and then have the notary sign along with your
16     signature on the bottom of the sheet where indicated.
17 4. Do not make changes to restate your testimony.
18 5. Please return signature page and correct page ONLY
19     to:
20
21     DEL VECCHIO REPORTING SERVICES
22     117 RANDI DRIVE
23     MADISON, CONNECTICUT  06443
24
25         Thank you.

Page 106

1  CORRECT PAGE
2
3  NAME OF CASE:
4  LOLITA PRIDGEON VS. AMERICAN AIRLINES, INC.
5
6  NAME OF WITNESS:
7  MARJORIE GOLDEN, M.D.
8
9  PAGE  LINE    NOW READS              SHOULD READ
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 108

1                INDEX OF EXAMINATIONS
2                                              PAGE
3  DIRECT EXAMINATION BY MR. HOLLAND....................4
4
5                INDEX OF EXHIBITS
    DEFENDANT'S                              PAGE
6
7  1, CURRICULUM VITAE..................................5
8  2, 5-19-04 REPORT....................................6
9  3, LETTER DATED 5-1-04 FROM ATTORNEY O'KEEFE TO
10 DR. GOLDEN...........................................8
11 4, FILE - DR. GOLDEN................................19
12 5, LABORATORY TEST RESULTS..........................80
13 6, PAGE FROM PROGRESS NOTES.........................81
14 7, PAGE FROM PROGRESS NOTES.........................82
15 8, PRINTOUT OF TESTS................................83
16 9, PAGE FROM PROGRESS NOTES.........................87
17 10, NOTE - NUTRITION DEPARTMENT.....................87
18 11, LABORATORY RESULTS..............................89
19 12, PAGE FROM PROGRESS NOTES........................90
20 13, PAGE FROM PROGRESS NOTES........................92
21 14, PAGE FROM PROGRESS NOTES........................92
22 15, DISCHARGE SUMMARY...............................93
23
24
25

Page 107

1
2         C E R T I F I C A T E
3
4       I hereby certify that I am a Notary Public, in and
5  for the State of Connecticut, duly commissioned and qualified
6  to administer oaths.
7       I further certify that the deponent named in the
8  foregoing deposition was by me duly sworn, and thereupon
9  testified as appears in the foregoing deposition; that said
10 deposition was taken by me stenographically in the presence
11 of counsel and reduced to typewriting under my direction, and
12 the foregoing is a true and accurate transcript of the
13 testimony.
14      I further certify that I am neither of counsel nor
15 attorney to either of the parties to said suit, nor am I an
16 employee of either party to said suit, nor of either counsel
17 in said suit, nor am I interested in the outcome of said
18 cause.
19      Witness my hand as Notary Public the __9th__ day
20 of __September___, 2004.
21
22              _____
                MEGHAN M. ENGLISH, LSR
23              Notary Public
24
   LSR NO. 211
25 My Commission Expires October 31, 2007

28 (Pages 106 to 108)

ESQUIRE DEPOSITION SERVICES
1-800-944-9454