| | | | | | |
|---|---|---|---|---|---|
| **Provence** 63:22 | **questioning** 65:2 | 58:16,17,19 62:23 63:6 | **record** 4:12 9:7 13:2,3,5 | **refers** 24:6 **reflect** 36:23 | 96:5 101:9 103:2,5,8 |
| **provided** 25:13,16,20 25:23 26:4 | **questions** 4:11 10:9 22:13 | 104:7 105:7 106:9 | 13:7,9,20 15:18,20 | 69:5 86:14 **reflex** 79:10 | 108:8 **reportable** 75:11 100:22 |
| **providers** 25:12 | **quickly** 21:6 99:23 | **reading** 3:18 34:5 45:1 | 16:5 17:3 20:24 21:4 | **reflexes** 63:10 **registered** | **reported** 54:7 65:8 73:12 |
| **public** 1:16 3:14 104:24 | **quite** 21:11 36:9 41:7 | 47:17 48:20 55:23 57:20 | 21:11,15,19 30:13 31:22 | 12:23 **rehab** 17:15 | 75:9 99:1 101:6,7,11 |
| 105:10 107:4 107:19,23 | 46:15,17 **quote** 64:2 | 105:5,9 **READS** 106:9 | 32:1 33:17 47:13 48:15 | 21:6,8 27:23 93:19 | **Reporter** 1:16 **REPORTERS** |
| **publication** 6:4,5,12 | **R** | **reagents** 88:23 **reality** 25:20 | 48:23,24,25 49:2 50:22 | **rehabilitation** 13:21 17:9 | 1:22 **reporting** 1:21 |
| **published** 6:10 45:19 70:12 | **R** 2:1 104:5 107:2 | **really** 10:23 14:20 21:9 | 52:18 56:1 60:12,19,20 | 17:12 **reject** 70:23 | 1:28 2:23 101:1,5,14 |
| **pull** 35:6 | **race** 70:5 **radio** 14:15 | 22:15 24:23 25:22 35:17 | 61:23 63:3 77:13,16 | **relate** 73:5 **relatively** 19:3 | 105:21 **reports** 65:7 |
| **pulled** 82:4 **pulmonary** | **radiological** 60:2 | 47:20 69:21 69:24 70:2 | 78:9 84:5 94:9 100:10 | **relief** 36:7 **relying** 52:4 | 81:9 101:4 103:11 |
| 90:24 **punch** 84:13 | **Radiology** 60:9 | 70:19 71:4 74:18 86:19 | 104:9 **records** 9:1,4,6 | **remains** 38:22 **remember** | **represent** 4:9 **representative** |
| **purpose** 68:8 **purposes** 21:8 | **raises** 22:13,14 46:12 | 90:6,6 99:5 **reason** 11:13 | 9:8 10:8 15:13,25 | 10:17 12:17 27:22 39:20 | 85:17 **representing** |
| **pursue** 100:7 **push** 59:1 | **RANDI** 1:22 105:22 | 23:13 39:2 51:18 90:7 | 16:21 17:5 17:17 24:13 | 51:12 54:13 58:25 67:25 | 3:6,13,17,21 **represents** |
| **pushed** 97:23 **put** 11:1 12:12 | **range** 58:10 **Raphael's** 9:6 | **reasonable** 25:1 76:6,16 | 32:4 40:13 44:24 47:14 | **remembered** 100:18,19,21 | 8:14 **request** 9:8,8,9 |
| 20:24 30:17 38:3,21 | 9:21 17:3 28:19,20 | 76:22 77:5 79:14 81:18 | 48:7 52:22 55:18 60:18 | **remembers** 11:1 | 91:2 **require** 36:15 |
| 50:11,12 54:15 56:9 | 40:3 41:22 60:10 75:4 | **recall** 17:16 18:9,18 24:2 | 79:21 81:20 93:25 95:22 | **removed** 71:6 **repeat** 5:10,12 | **requirement** 75:8 |
| 60:11 67:10 80:15 85:7 | 75:14 **rapid** 36:10 | 27:2,3,13,22 27:25 28:7 | 100:14 **rectal** 80:13,20 | 38:13 90:7 **repeated** 89:22 | **requiring** 92:1 **research** 45:13 |
| 88:9,22 90:8 | 38:10 **rare** 69:18,20 | 34:14 39:16 39:21 45:1 | **red** 64:24 **redistribution** | 90:10 **repeating** | 70:8,18 73:15 |
| **puts** 73:8 95:23 | **rarely** 25:21 36:18 86:19 | 47:17 55:22 59:25 81:3 | 24:7 **reduced** | 89:24 **rephrase** 5:10 | **reserves** 3:7 **reserving** 3:9 |
| **P.C** 2:3 **p.m** 12:19 | **rate** 36:10 38:10 86:16 | 81:12,14 **received** 31:24 | 107:11 **refer** 53:20 | 5:12 44:2 **report** 5:19 | **resident** 56:5,6 56:18,24 |
| 103:18 | 102:16 **rates** 65:13 | **receiving** 6:8 **recess** 56:12 | 60:2 67:23 68:2 | 6:22 7:4,8,10 8:1,4,7 18:21 | 62:12 87:22 |
| **Q** | **raw** 66:1 68:3 68:3,6,7 | **recognize** 82:8 **recognized** | **reference** 21:14 61:13 | 19:6,8 20:1,1 20:7,9 28:25 | **residents** 89:25 97:9 |
| **qualified** 107:5 | **reached** 28:24 77:5,22 | 14:25 **recollection** | 77:17 **references** | 29:3 34:7,9 40:15 41:1 | **residual** 61:8 **resolved** 53:6 |
| **question** 3:8 3:11 5:9,13 | **reactivity** 88:24 | 10:16 11:6 27:17 58:22 | 20:10 35:4 60:24 65:5 | 41:14 43:8 50:20 54:15 | 53:8 57:5,23 63:25 72:11 |
| 7:23 8:8 40:19 41:7 | **read** 11:8,11 17:22 18:2,5 | 59:4 61:14 **recommended** | **referred** 18:20 18:24 20:11 | 59:25 60:3 65:2,13 | 72:19,20 **respect** 28:24 |
| 43:22 46:18 55:15,16 | 18:7,10,24 29:20 30:13 | 36:3,21,22 37:16 38:15 | 34:18 86:21 **referring** | 66:14 68:2 69:1 71:20 | 47:19 73:16 78:13 |
| 58:14 67:24 69:24 70:10 | 30:15 48:7 48:14 53:12 | 89:23 **recommends** | 46:16 56:8 66:17 67:13 | 74:13 75:4 75:11,13,18 | **respective** 3:13,17 |
| 77:9 81:17 95:7,15 99:4 | 53:12,14 57:2,15,24 | 101:14 | 90:9 | 83:5 93:3 | **respiratory** |
| **questionable** 12:11 | | | | | |

ESQUIRE DEPOSITION SERVICES
1-800-944-9454

| | | | | | |
|---|---|---|---|---|---|
| 23:1,5,9 | 66:12 67:11 | saying 39:21 | seeing 10:16 | 38:2 87:14 | signature |
| 36:12 | 68:12 72:15 | 66:9 76:10 | 18:9 55:21 | 93:3 101:4,6 | 105:16,18 |
| response 69:5 | 86:13,24 | 77:25 91:25 | 59:25 79:15 | serum 85:20 | signed 62:21 |
| 69:7,11 | 87:20 88:6 | says 15:19 | 81:12,14 | 88:22 | 83:2,3 |
| restate 105:17 | 90:21,25 | 38:17 53:22 | seen 15:18,20 | served 48:15 | significance |
| result 33:24 | 92:14,16 | 55:12 56:24 | 39:12 63:8 | 74:5 99:14 | 47:19 |
| 69:16 90:8 | 95:1 96:5 | 57:9,11,12 | 73:14 85:15 | service 11:9 | significant |
| results 64:22 | 97:20 99:24 | 61:17 63:6 | 88:18 93:25 | 29:22 30:14 | 12:25 21:9 |
| 84:7 108:12 | 100:3 103:2 | 64:8 65:21 | seep 67:6 | 60:3 92:10 | 24:12 37:18 |
| 108:18 | rinsed 50:19 | 72:6 79:22 | seeps 66:16 | services 1:21 | 45:25 54:8 |
| retail 65:6,8 | rises 91:19 | 80:6,9,11 | sees 69:6 | 56:20 105:21 | 64:4 80:22 |
| retained 4:22 | Robins 44:20 | 82:5,10,13 | self-limited | set 70:24 71:2 | 99:2,2,6,13 |
| 10:4 26:24 | room 12:23 | 82:16 83:7,8 | 53:4 74:13 | setting 59:7 | signing 3:18 |
| 27:15 41:15 | 24:24 58:1 | 87:7 89:15 | 74:14,17 | 86:17 | 105:5 |
| 42:15 | 60:21 64:5 | 89:22 91:4,4 | 99:18 | seven 56:22 | signs 23:17,18 |
| return 57:18 | rosemary 74:5 | 91:10 98:15 | semantics | 57:5,25 58:2 | 37:19 38:9 |
| 105:18 | 77:18 | school 26:7 | 24:11 78:2 | 62:13,14 | similar 65:22 |
| returned | round 37:4 | 40:4 73:24 | send 38:23 | severe 61:17 | 69:9 74:8 |
| 56:24 57:10 | rounds 29:14 | screening | sending 11:22 | 61:24 62:3 | Similarly |
| 63:20,23 | routine 64:20 | 11:23 37:14 | Senokot 89:19 | 63:6,7 64:6 | 73:11 |
| returning 62:3 | 85:2 | 64:21 79:9 | sense 44:14 | 72:6 82:11 | simply 41:1 |
| review 16:21 | rub 80:14 | 79:10 89:18 | 45:23 54:10 | sex 70:5,6 | sink 50:19 |
| 16:24 17:21 | rule 64:18 | 102:7 | 74:19 99:22 | sexual 22:7 | sit 8:6 |
| 20:3 24:13 | 96:22 97:21 | scribble 62:24 | sensitive 14:21 | shake 5:15 | sitting 7:22 |
| 25:24 31:16 | 101:20 | search 35:3 | sent 8:25 | shape 73:10 | 16:25 |
| 32:1 34:24 | run 31:4 51:12 | 45:15 | 11:21 15:25 | shedding | six 13:16 40:9 |
| 34:25 40:13 | 67:25 | season 81:6 | 16:1 20:5 | 96:19 | 40:10 56:22 |
| 41:14 42:18 | running 67:22 | second 58:2 | 38:25 64:13 | sheet 15:14 | 72:10,14,15 |
| 47:14 48:22 | R-H-E-U-M | 61:22 62:18 | 89:13 96:18 | 20:4 105:16 | 72:18 |
| 50:22 77:13 | 82:5 | 65:3 74:12 | 101:22 105:4 | shellfish 46:10 | size 14:14 |
| 77:14,16 | | 83:4,5 85:19 | sentence 7:21 | 46:11,12 | skin 67:18 |
| 96:2 | **S** | 85:20 89:8 | 30:19 57:24 | 47:3,4,6,7,8 | slaps 67:15 |
| reviewed | S 2:1 3:2,2 | 94:3 | sentences 7:24 | Shorthand | small 50:23 |
| 18:18 19:2 | salmonella | secondary | separate 17:11 | 1:16,22 | 52:13 |
| 21:3,5 29:24 | 101:3,16,21 | 29:24 30:5 | 50:16 82:7 | shortness 38:8 | smears 101:12 |
| 30:16,16,18 | 101:23 | 90:17 | 91:21 93:20 | 91:8 | Smith 9:22 |
| 32:4 41:5,10 | sample 14:13 | seconds 43:3 | 93:22 | shoulder 30:3 | smoke 22:6 |
| 52:18 73:16 | 32:2,6 80:18 | second-year | separately | show 5:20 32:9 | smoother 5:4 |
| 103:9 | Sasco 4:14 | 56:24 | 80:2 | 33:7 57:3 | snails 47:6,8 |
| reviewing 8:5 | sat 7:17 | section 41:17 | September | 65:13 81:19 | SOB 91:7 |
| 35:6 41:1 | Saturday | 92:12 | 107:20 | shown 5:25 | social 22:5 |
| 55:4 | 58:20 | sed 86:16 | Serax 36:9 | shows 93:13 | sodium 85:21 |
| revise 7:21 | sauce 68:1 | see 13:8 21:14 | serologic | shrug 30:3 | sole 52:16 |
| Rheumatolo... | save 7:23 | 24:6 29:16 | 32:20 96:2 | sick 46:3 66:8 | 76:13 77:21 |
| 82:6 | saw 9:5,10 | 29:17 33:21 | 96:22 | 74:11,18,21 | 78:1 |
| right 3:7,9 | 10:11,11,13 | 35:4,20 | serological | 79:13 99:1 | solely 76:25 |
| 10:9 18:20 | 10:19,25 | 51:12 53:17 | 33:4 35:9 | 99:10,12,13 | 77:6 |
| 20:23 23:4 | 11:4,7,16,20 | 64:14 67:25 | 97:7,16 | 100:7 | Soma 36:8 |
| 30:5 32:7 | 18:12 24:20 | 73:3,11,17 | serologies | side 11:5 37:7 | somebody |
| 38:10 45:22 | 24:21 29:7,8 | 73:21 74:15 | 37:12 92:17 | 83:8 | 11:2 22:12 |
| 48:19 57:13 | 29:10,13 | 84:13,20 | serology 11:21 | sides 73:13 | 22:13 26:21 |
| 58:16,21 | 36:23 39:7 | 85:10 86:6 | 36:2 37:15 | sign 59:6 | 36:13 56:14 |
| 59:2 62:22 | 55:21 60:16 | 86:22 94:23 | 37:17,23 | 105:10,11,15 | 69:14,22 |
| | 64:4 67:21 | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 101:8 | spectrophot... 88:25 | 17:25 18:2,5 18:9,10 20:3 21:20 45:19 46:23 50:25 | structures 69:10 | 94:8,14 95:2 95:17 108:22 | 30:5 58:6 59:6 68:12 71:22 73:3 76:7,18 |
| somebody's 95:24 | speculation 96:12,15 | | stuck 67:17 | Sunday 67:9 | |
| Somewhat 60:23 | speeds 14:15 15:23 | | students 25:19 | supermarket 65:9 | |
| sorry 11:15 35:8,24 62:17 72:14 72:16 94:12 97:20 | | statements 18:7 73:5 | studies 26:21 26:22 65:13 70:11,20 | supermarkets 65:17 | 78:15 81:15 83:13 91:17 94:5,14 96:11 |
| | Spellacy 1:14 | states 1:1 64:1 | | supervising 56:18 | |
| | spending 40:9 | stating 76:15 | study 72:24 96:17 | | syphilis 101:5 |
| | spent 40:7,11 55:4 | status 28:21 84:10 | | suppose 90:25 98:16 | system 69:10 69:11 70:16 |
| sort 61:8 68:20 70:16 71:17 79:19 96:3 | spine 60:5 | stay 91:9 94:10 | stuff 67:20 | supposed 25:20 94:11 | |
| | spoke 43:2 | | stuffs 46:14 | | |
| | spoken 27:19 28:1 | staying 77:21 | subacute 11:5 37:7 | suppositories 31:13 | T |
| source 19:7 52:16 71:20 75:1 | | stenographi... 107:10 | subject 56:2 | | T 3:2,2 104:5 107:2,2 |
| | sporadic 73:21 73:22 | steps 34:21 40:25 | submitted 19:24 40:8 | suppository 31:20,24 | table 17:1 |
| sources 18:24 34:8,11 65:22 66:2 | spot 37:14 | steroid 24:5,8 | Subscribed 104:17 | sure 27:8 40:19 41:7 43:4 | tachycardia 36:10 |
| | spread 7:17 47:10 | steroids 30:1 97:2 | subsequent 17:20 | | tachycardic 38:7 |
| south 63:22 | spreads 44:6 | STIPULAT... 3:5,12,16,20 | subsequently 95:13 | surface 69:9 70:24 71:1,1 | tag 94:21 |
| speaking 27:3 | Squibb 10:1 | | | surprise 24:22 | take 9:13 10:15 13:3 14:5 16:13 16:17 21:3 26:6 42:11 43:13 50:2,6 50:12 56:10 63:2 94:3 99:25 101:1 |
| special 32:23 65:10 | St 9:5,21 17:3 22:1,2 28:19 28:20 40:3 41:22 56:25 60:10 62:4 63:18 75:4 75:13 91:13 | stool 31:6,8 32:2,6,6,7 33:7 38:20 79:22 80:9 80:12,13,18 80:19 96:17 96:20,21 101:22 102:2 | subsided 99:23 | surprising 25:7 | |
| | | | substance 42:7 | | |
| specialist 15:4 23:22 26:18 26:20 | | | substances 22:7 | survey 98:18 | |
| | | | substantially 72:22 | susceptibility 74:9 | |
| specialists 41:5,10 | | | sugar 64:15,16 64:17 86:11 | suspect 10:25 31:1 56:7 101:9 102:22 | |
| specialty 26:17 27:4 78:18 | stable 37:19 | | | | |
| | staff 28:19 | | sugars 70:15 | | taken 1:12 3:15 4:19 38:20 56:12 105:2 107:10 |
| species 44:3,6 44:10 | stain 64:19 | stop 29:17 36:3,19 38:2 58:2 61:22 96:19 | suggest 71:9 98:23 | suspected 95:11 | |
| specific 3:7 11:25 14:16 14:18,21 23:15 24:8,9 39:20 44:3 54:13 67:24 70:15 90:18 102:2 | STAMFORD 1:25 | | suggested 30:25 38:12 38:14 | suspend 103:14,15 | |
| | stand 55:15 | | | | |
| | standard 22:8 31:6 78:17 101:23 102:4 | stopped 95:14 | | sustained 55:19 | talk 19:3 34:1 49:2 61:14 |
| | | stopping 38:14 | suggesting 27:23 | swab 65:10 | talked 39:14 74:25 |
| | | straight 67:18 | | sweats 63:24 | |
| | stands 26:22 | Stratford 2:11 | suggestive 33:14 | sworn 4:2 104:17 107:8 | talking 27:13 |
| | start 8:4,5 86:15 | Street 1:14 2:4 | | | tap 64:8 |
| | | strength 37:21 59:4 | suit 107:15,16 107:17 | symptom 61:5 | tapered 30:1 |
| specifically 11:12 28:1 39:16 44:10 45:3 94:16 96:1 | started 61:16 61:17 62:8 98:1 | | Summaries 95:18 | symptoms 23:16,17 53:1 58:8,9 61:1 72:18 99:22 | tapped 64:5 |
| | | strike 3:10 24:16 25:6 43:21 45:8 45:21 46:20 52:11 53:25 58:13 66:10 66:12 72:16 73:14 74:23 99:1 | | | tasted 51:2 |
| | starting 36:21 | | summarized 36:15 | | taught 25:19 |
| | starts 44:5 | | | | teaching 56:15 |
| | state 1:16 13:15 24:8 63:18,20 75:12,14 90:22 101:4 101:6,14 107:5 | | summarizes 94:8 | | Tearful 38:7 |
| specimen 31:12,14 38:23 80:13 81:1 102:2 | | | | syndrome 10:12 12:4 14:23 23:8 23:12,14,16 23:21,23 24:4,6,10,10 | tech 85:13 |
| | | | summarizing 93:20 | | technically 17:10 |
| | | | | | Tegretol 36:8 36:18,18 |
| specimens 65:12 | | stronger 23:11 30:2 | summary 15:14 87:21 93:10,17,22 | | tell 14:3 19:19 22:23 28:11 31:17,18 |
| spector 22:14 46:12 | | statement | struck 10:23 | | |

| | | | | | |
|---|---|---|---|---|---|
| 40:6 41:9 | 59:11 76:12 | 73:13,19 | times 57:4,22 | travel 22:7 | 101:11 |
| 50:11 78:19 | 77:1,6,13,21 | 79:7,24 80:6 | 78:12 | 23:10 63:20 | tumor 24:9 |
| 78:21,23 | 77:23 78:2 | 80:9,11 | timing 59:16 | 63:23 91:10 | 71:5 |
| 79:8 84:4 | 104:9 105:17 | 81:18 83:16 | 59:21,21 | 91:11,25 | turkey 67:18 |
| 96:7 98:8 | 107:13 | 85:12 86:18 | 62:12 81:8 | traveled 52:19 | twenty-four |
| tells 80:25 | testing 64:23 | 87:22 96:9 | TIMOTHY | 63:18,21,21 | 12:21 |
| 81:1 85:3 | 96:22 97:7 | 96:11,11,14 | 2:2 105:4 | travelers | twice 95:11 |
| temperature | tests 14:5 31:4 | 96:15 98:5 | tissue 86:18 | 22:11,21,25 | two 17:10 |
| 43:21 49:12 | 32:20,22,25 | 98:17,19 | titer 88:11,18 | traveler's | 19:12 25:10 |
| 68:9 75:25 | 35:9 36:1,16 | 99:5,7,19 | 89:1,9,22 | 100:4 | 30:19 50:21 |
| Temple 60:9 | 37:13 40:25 | 101:8 | 90:10 | travels 21:20 | 51:19 54:13 |
| ten 13:12 | 78:22,25 | thinking 43:4 | titers 89:8,12 | treat 12:10 | 56:25 57:4 |
| 56:23 59:16 | 79:5 84:6 | 54:17,20 | 89:15 95:12 | 29:5 38:13 | 57:10,22 |
| tend 44:9 | 86:2 97:11 | 58:25 98:3 | title 26:16 | 79:12,14,17 | 59:17 60:25 |
| tendon 63:9 | 97:14 101:20 | third 2:7 75:19 | 36:11 | 79:19 90:2 | 63:7,10,12 |
| tentative 31:2 | 108:15 | thirty 43:2 | today 4:11 | 97:13 | 84:9 85:2 |
| ten-hour 53:22 | Thank 51:9 | Thomas 22:1,2 | 19:23 38:1 | treated 8:16 | 91:21,24 |
| 54:5 | 105:25 | 56:25 62:4 | 40:18,22 | 10:7 30:22 | 93:19 98:11 |
| term 75:19 | Theoretically | 63:18 91:13 | 42:16 103:6 | 43:9 95:10 | 100:1 103:4 |
| 76:2 88:19 | 23:25 24:1 | thought 24:23 | told 28:9 33:11 | treating 9:21 | 103:11 |
| 90:18 | theracelazos... | 35:5 36:17 | 41:4 48:12 | 94:18 | Tylenol 99:25 |
| terms 80:22 | 68:19 | 51:2 69:5 | 74:4 77:20 | treatment 9:1 | type 8:7 99:14 |
| terrible 91:8 | therapy 6:8,9 | 71:13 89:16 | 95:6 96:4 | 20:21 35:18 | typed 7:18 |
| terribly 21:9 | 27:25 29:23 | 97:22 98:12 | tomorrow | 39:9 41:25 | 20:2 |
| test 11:23,24 | 90:3 | 100:3,6 | 38:2 | 42:3 60:16 | typewriting |
| 12:9 13:25 | thereto 3:9 | thousands | top 12:15 24:2 | 87:11 90:6 | 107:11 |
| 14:12,19,20 | thing 67:14,16 | 85:16 | 81:3 82:5 | 92:25 | typical 59:16 |
| 14:21 32:18 | 68:7 74:12 | three 30:2 | 84:24 90:16 | tremendous | 59:19,21 |
| 32:24 33:7 | 86:10 96:3 | 53:10,16 | 102:19 | 98:18 | typically 30:10 |
| 38:13 64:15 | 101:7 | 55:6,8,11 | total 84:24 | trial 3:7 29:3 | 30:17 61:10 |
| 64:17 79:9 | things 18:24 | 59:16 61:19 | 86:3,6 | 40:24 | 64:13,16 |
| 79:10,11,15 | 23:17 40:25 | 62:4,8 91:14 | totally 17:11 | Trichinella | 73:2 79:25 |
| 79:23 80:12 | 61:2 69:19 | Thursday 1:17 | 55:8 93:20 | 44:7 | 81:6 83:21 |
| 86:19 89:18 | 73:10 84:14 | tie 59:24 | Tower 1:14 | trichinosis | 101:1 |
| 90:5,7 96:2 | 90:3 91:21 | Tim 42:10 | towns 63:22 | 44:8 | T-I-T-E-R |
| 97:10,16,24 | 103:4 | time 7:14 | TP 86:6 | trigger 23:3 | 88:20 |
| 101:5,25 | think 10:22 | 10:11,19,20 | track 10:20 | 68:17 69:3 | |
| 102:1 108:12 | 12:17 15:2 | 11:20 12:5 | 19:6 | triggered | U |
| tested 71:17 | 17:14 19:10 | 12:25 13:1 | tract 12:6 43:9 | 68:12 69:2 | U 3:2 104:5 |
| 101:23,24 | 25:1,9 26:23 | 13:21 17:8,9 | 61:2 | triggering | Ultram 36:8 |
| testified 4:2 | 34:15 35:2 | 17:20 22:9 | transaminase | 23:10 | unable 47:20 |
| 40:2 54:22 | 35:23 40:25 | 24:24 25:4,8 | 86:3,3 | triggers 11:10 | unaware |
| 103:6 107:9 | 44:21 45:23 | 26:24 29:5,7 | transcript | trip 56:25 | 45:20 46:11 |
| testify 41:11 | 46:1,2 47:16 | 29:10 33:23 | 3:25 19:25 | trouble 46:8 | 46:22 47:4 |
| 67:21 | 47:18 51:8 | 36:23,25 | 20:17,18 | 59:3,3 77:25 | uncooked |
| testifying | 52:23 54:12 | 39:7,11,14 | 105:13,13 | true 90:1 99:7 | 50:23 51:4 |
| 40:18 41:1 | 58:12,13 | 40:10 48:4 | 107:12 | 104:8 107:12 | 51:14,16,23 |
| testimony | 60:25 61:5 | 54:24 55:4 | transmission | try 5:6,7 30:17 | 52:13 68:4,7 |
| 18:14 31:25 | 62:1 63:14 | 59:2 60:24 | 26:21 | 30:19 | 76:3,19 |
| 34:5 42:18 | 65:1 66:19 | 71:21 72:23 | transmittal | trying 51:17 | undercooked |
| 47:17 48:8 | 67:8,25 68:8 | 73:18 77:11 | 20:4 | 59:24 70:9 | 51:15,16,23 |
| 48:21 50:4 | 69:24 70:2 | 81:1 89:10 | transplant | 70:13,17 | 68:4,6,7 |
| 52:15 54:4 | 71:10 72:4,6 | 96:3 | 70:23 | Tuberculosis | 75:20,23 |
| | | | | | 76:2,9,11 |

| | | | | | |
|---|---|---|---|---|---|
| underlined 84:19 86:9 | 66:16 73:17 78:22 | **W** | welcome 51:10 | worked 66:5 | **Z** |
| underneath 86:2,6 | U.S 52:20 98:25 | Wait 13:19 | went 7:14 58:1 58:20 59:22 | working 8:4 30:16,20 | zoology 47:9 |
| understand 5:9,13,17 9:10 40:19 41:7 45:16 77:9 | | waiting 36:2 waived 3:15 3:19,23,25 | 64:5 93:2 96:7 | 40:7 works 9:25 | **0** |
| | **V** | Waldbaum's 65:16 | Werdiger 27:11 36:20 | 10:1 56:14 world 22:10 | 06106 2:4 06443 1:23 |
| | vacation 47:25 vacuum 58:17 58:21 59:3 72:2 | walked 42:10 wall 91:24 | weren't 33:2 43:4 47:25 | 25:18 worse 36:17 | 105:23 06615 2:11 |
| understandi... 8:16 44:12 49:6 77:10 78:4 | | Wallingford 10:3 | West 27:24 44:21 45:4 45:11,15,22 | worth 35:5 97:14 | **1** |
| | value 98:18 values 36:16 | want 10:9 40:25 49:15 59:23 81:19 | 45:24 | worthless 86:19 | 1 5:20,21 6:1 8:14 15:16 |
| understood 70:3 | Vanderbilt 34:15 | 81:20 103:14 | Westergrin 86:16 | wouldn't 13:11 24:22 | 53:24 85:6 105:7 108:7 |
| undoubtedly 25:1 | variability 74:9 | washing 50:13 wasn't 11:7 | Western 11:25 12:2 14:10 | 35:10,12,15 49:15 58:8 | 1st 20:22 29:7 29:19 35:23 |
| Unfortunately 48:2 96:3 | variant 98:4 variation 73:13 | 21:9 32:16 52:3 54:17 95:25 103:3 | 14:11 79:13 79:17 89:24 90:1,8,9 | 59:19 79:12 79:17 96:25 97:1,13 | 35:25 1,000 69:16 1,058 69:17 |
| unintentiona... 25:4 | varies 102:16 various 25:12 | water 22:13 way 11:22 | 95:13 Westport 4:15 | 100:7 102:25 wrist 94:21,21 | 1,100 36:12 1.9 85:5 |
| uninterpreta... 90:6 | 66:22 85:1 varying 78:12 | 19:12 32:9 35:13,19 | white 37:22 38:2 64:15 | write 7:21 25:19 30:18 | 10 12:19 85:4 87:25 93:13 |
| unique 12:1 70:21,24 | vast 90:23 99:17 | 47:21 56:14 71:10 80:11 | 64:24 84:13 84:25 85:1,4 | 30:19 36:25 writes 56:17 | 102:24 108:17 |
| unit 12:7 13:21 21:6 37:4,6,8 | VECCHIO 1:21,28 2:23 105:21 | 84:23 88:21 96:23 | 85:15 86:22 whooping | writhing 24:22 writing 40:15 | 10:01 1:17 100 95:11 |
| UNITED 1:1 | ventilation 36:15 91:16 | ways 85:2 weakness 59:1 | 101:9 withdraw | 62:25 63:1 written 45:7 | 10017 2:8 103 104:7 |
| unknown 6:7 unpasteurized 46:5 | 91:21,23 92:1 | 59:5,7,8 61:15 63:10 | 55:16 witness 4:23 | wrong 57:15 57:16 96:7 | 1032 1:6 11 89:3 94:2 |
| unquote 64:2 | verbally 5:15 version 7:8 | 64:6 83:9 91:5,19,19 | 7:2 8:10 10:5 13:8 32:12 | wrote 20:19 30:24 95:25 | 108:18 117 1:22 |
| unrelated 50:9 unusual 24:16 | versus 61:8 viable 50:2,7 | website 19:1,2 19:6 34:12 | 56:5,13 76:15 77:10 | WWI 1:6 | 105:22 12 90:11 |
| Updike 1:13 upper 23:1 | vinegar 67:5 viral 81:4 | 35:3 49:13 49:14 65:4 | 77:25 80:6 99:5,17 | **X** | 108:19 12:45 103:14 |
| uric 64:18 urinalysis 36:4 | Virgin 21:25 91:12 | 65:21 week 63:5 | 102:12 105:7 106:6 107:19 | Xeroxed 20:20 | 12:46 103:18 1235 87:23 |
| 38:3,13 86:13 | Virtually 102:12 | weekend 9:11 9:13,17,18 | witnesses 5:4 41:11 | **Y** | 13 21:17 33:19 50:24 74:6 |
| urinary 12:6 38:5,12 43:9 | VITAE 108:7 vital 37:19 | 27:2,6,12 30:15 38:1 | woman 10:20 24:25 64:19 | Yale 26:6 28:18,21 40:4 98:3 | 92:4 108:20 13th 52:19 |
| urine 36:5 38:12 86:6 | 38:9 vividly 10:17 | 42:5,10,17 89:14 | women 70:7 wondering | Yale-New 60:3 year 9:11 | 59:14 14 92:20 |
| use 22:6 51:18 51:23 69:2 | volume 34:25 36:12 45:17 | weekends 9:19 weeks 25:6 | 83:16 word 32:7 | years 28:3,7 54:13 | 108:21 15 68:25 93:6 |
| 71:20 75:19 105:14 | vomiting 52:23,24 | 55:11 56:25 57:10 59:16 | 57:2 69:2 87:10 | yeast 38:11,13 yesterday 38:8 | 108:22 15th 53:2 58:7 |
| USSEGLIO 2:3 | 58:7 59:15 74:4,8 | 63:10,12 weight 54:15 | words 51:23 work 68:10 | 43:3 York 2:8,8 | 59:15 74:2 16 51:11 53:21 |
| usual 63:18,20 usually 30:19 | VS 1:6 105:1 106:4 | 78:21 | 88:22 89:10 | 17:23 young 10:19 10:22 24:25 | 57:10 16th 58:3 |

| | | | | | |
|---|---|---|---|---|---|
| 61:24<br>**17th** 58:20<br>59:10 72:3<br>**170** 49:15,18<br>50:5 68:9<br>75:25<br>**18** 53:21 54:23<br>86:22<br>**19** 6:23 7:6<br>108:11<br>**19th** 20:7<br>60:23<br>**19,000** 98:23<br>99:14<br>**1960** 4:18<br>**1997** 71:6<br>**1998** 34:25<br>**1999** 34:17<br><br>_____ **2** _____<br>**2** 6:22,24<br>15:16 85:6<br>102:21 105:9<br>108:8<br>**2nd** 29:8 35:20<br>35:22 36:6<br>**20** 60:4 68:25<br>**20th** 59:22<br>**2000** 9:11<br>21:17 29:12<br>33:19 50:24<br>54:18 55:20<br>60:4 74:3,6<br>79:22 81:23<br>90:16 93:14<br>94:2<br>**2003** 54:23<br>**2004** 1:17 6:16<br>6:23 7:6 8:14<br>10:6 16:18<br>41:16 104:19<br>105:2 107:20<br>**2007** 107:25<br>**203** 1:24,28<br>2:24<br>**203-375-7724**<br>2:12<br>**21** 2:4 79:21<br>**21st** 54:18<br>72:6 82:17<br>**211** 1:20<br>107:24<br>**212-490-9100**<br>2:8 | **22** 34:25 53:25<br>54:18 81:23<br>**22nd** 11:19<br>82:10<br>**2200** 12:24<br>**23** 34:17 57:10<br>**23rd** 11:14<br>13:12 58:3<br>62:19<br>**24th** 11:16<br>**245-9583** 1:24<br>1:28 2:24<br>**26** 1:17 90:16<br>105:2<br>**265** 1:14<br><br>_____ **3** _____<br>**3** 8:19,20<br>15:24 34:9<br>53:24 62:1,2<br>105:12 108:9<br>**3rd** 29:8 37:9<br>37:10<br>**3:02** 1:6<br>**30** 10:6 16:18<br>**30th** 92:9<br>**31** 107:25<br>**35** 51:8 67:23<br>**352** 34:25<br>**39-year-old**<br>29:24<br><br>_____ **4** _____<br>**4** 4:14,18<br>19:14 54:1<br>105:17 108:3<br>108:11<br>**4th** 9:10,17,18<br>29:8 37:18<br>38:18<br>**40** 68:11 69:1<br>**41** 34:25<br>**45** 53:25<br>**452,000** 84:18<br>**46** 53:19,20,24<br>54:1<br>**47** 53:18<br><br>_____ **5** _____<br>**5** 80:3 87:7<br>105:18 108:7<br>108:12<br>**5th** 20:22 29:8<br>29:11 39:5,6 | **5-1-04** 108:9<br>**5-19-04** 108:8<br>**5/18** 63:19<br>**5/28** 63:19,21<br>**5/31** 63:21<br>**51** 58:22<br><br>_____ **6** _____<br>**6** 81:22,24<br>108:8,13<br>**6th** 20:14<br>**6/13** 61:16,17<br>61:25 63:23<br>**6/15** 63:23<br>**6/16** 62:16,17<br>63:24<br>**6/17** 53:5,8<br>63:25 72:21<br>**6/18** 63:25<br>**6/21** 63:7 64:1<br>64:3 72:8<br>**6/22** 12:24<br>58:1 64:4,8<br>**6/23** 12:24<br>57:1,8,9<br>61:16 62:13<br>63:5,11 64:5<br>**6/23/00** 12:19<br>**60** 68:14<br>**635** 34:25<br>**685** 2:7<br><br>_____ **7** _____<br>**7** 82:23 108:14<br>**7.4** 84:24 85:8<br>**7.4000** 84:14<br>**7/1/00** 29:21<br>**7/16** 62:14<br>**7/5** 38:7<br>**7:30** 12:23<br><br>_____ **8** _____<br>**8** 29:22 83:25<br>84:4,7<br>108:10,15<br>**80** 2:11 108:12<br>**81** 108:13<br>**82** 108:14<br>**83** 108:15<br>**860-246-2700**<br>2:5<br>**87** 108:16,17<br>**87.2** 85:5<br>**88** 65:14 | **89** 108:18<br><br>_____ **9** _____<br>**9** 57:10 87:2<br>108:16<br>**9th** 57:16,18<br>63:12 107:19<br>**90** 65:14<br>108:19<br>**92** 108:20,21<br>**93** 108:22<br>**98** 65:7,12 | | |