**A**
**Aaronson** 37:25
**abbreviation** 91:9
**abdominal** 37:12 63:24 99:24
**ability** 90:4 91:23
**able** 31:12 37:20 38:10 92:2 101:25
**abnormal** 36:1 36:4 37:14 37:23 84:19 86:10
**abnormalities** 12:9
**abnormality** 86:13
**aboard** 21:16 24:14 33:22 48:16 49:2 77:18 98:24
**above-refere...** 8:15
**absence** 74:17 99:8
**absolute** 85:9
**Absolutely** 48:13 50:18
**absorbed** 67:4
**academic** 28:20 40:4
**accept** 15:3,5
**accepted** 96:16
**accomplished** 7:21
**accuracy** 48:10,11
**accurate** 54:11 107:12
**achieve** 68:8 75:24
**achy** 64:2 72:8
**acid** 64:18 85:24
**acknowledge** 104:8
**acquired** 76:8 76:19
**active** 6:8 38:22
**actual** 89:16 96:2 102:3
**acute** 13:21 17:11 61:5 93:19
**add** 71:12
**added** 35:2
**additional** 27:24 35:2
**address** 4:13 12:3
**addressed** 12:8
**addresses** 73:19
**adequate** 49:8 49:10 91:22
**adjourned** 103:17
**administer** 107:6
**administered** 13:11,18
**administrati...** 13:2,9,20 31:21
**admission** 11:17 13:22 17:8,11 21:6 21:7 25:6 56:23 60:21 61:14 93:18 93:19,19
**admissions** 17:11 93:20
**admitted** 24:24 54:18 54:19,21 56:15
**admitting** 94:20
**advised** 8:14
**Afebrile** 36:9 38:9
**affiliated** 26:6 28:18
**affiliation** 26:15
**affiliations** 40:4
**age** 10:24 46:1 64:19 70:5
**agent** 44:7 68:18,19
**agents** 44:3 46:12 61:3 83:15,17
**ages** 45:24
**agitated** 38:7
**ago** 8:13 28:7 55:11,20 57:1,5,10,25 62:13,14 63:5,7,11,12
**agree** 33:16 47:6,24 48:10 49:1 54:3,16 57:18 63:8 76:1 79:3 96:9,16
**agreed** 3:5,12 3:16,20 92:15
**ahead** 55:3,15 57:20 72:16 97:20
**aircraft** 100:11
**airline** 50:24 52:14 98:19
**Airlines** 1:8 2:6,9 4:9,10 21:16 24:15 33:19 48:16 49:3 74:5 77:18 98:25 105:1 106:4
**airplane** 100:15
**airport** 100:6
**Alamine** 86:3
**Albumin** 86:4
**ALISON** 2:10
**Alkaline** 86:4
**allergic** 82:13
**alluding** 56:1
**AMAN** 98:5
**Ambulatory** 60:3
**American** 1:8 2:6,9 4:9,10 21:16 24:15 33:19 48:16 49:2 74:5 77:18 98:25 105:1 106:4
**amiss** 85:12
**Amos** 34:13
**amount** 24:21 50:23 52:13 91:22
**AMR** 31:21
**analysis** 32:2 54:8
**anemic** 84:16
**animal** 47:11
**animals** 44:10
**Anion** 85:22
**ankle** 63:8
**ankles** 61:21 62:6,8
**answer** 5:15 23:15 32:14 34:22 38:24 46:19 70:10 77:9 81:5,17
**answers** 3:9
**antibiotic** 12:10,12,21 12:25 82:15
**antibiotics** 12:17
**antibody** 11:23 14:2 32:21,24,25 88:21 90:4
**anticipated** 36:3
**antidepressa...** 38:15
**antiretroviral** 6:9
**anxious** 38:16
**anybody** 25:7 40:17 41:9 45:9 58:12 58:13 69:25 74:16 99:12
**anyway** 97:4
**apologize** 35:8
**appear** 6:14 105:9
**appears** 13:19 19:6 62:21 107:9
**applicable** 3:10
**applied** 14:14 14:16 67:17
**appointments** 28:21
**approximate...** 98:23
**April** 20:14
**area** 70:19 98:6
**arm** 37:21 38:10
**arms** 37:11 59:4
**arrives** 34:20
**arthralgia** 83:19
**arthritis** 33:13 61:4,6,12 64:14
**article** 34:13 34:17,24 35:1 71:20 73:19
**articles** 20:11 35:5 73:15 73:16
**aside** 24:10 50:8 71:18
**asked** 3:8 12:3 16:11 40:17 40:20 41:11 56:20 102:24
**asking** 4:11
**Aspartate** 86:3
**aspects** 95:19
**assay** 88:24
**assess** 11:10
**assessment** 15:17 37:24
**assisted** 35:11
**associated** 23:5,7 33:13 61:20 62:5 91:5 96:14
**assume** 5:13 42:6 55:21 75:15 77:20 89:17 91:13
**assuming** 58:6
**assumption** 25:9 26:3 75:16
**as-needed** 31:19
**ate** 34:2 48:4 50:23 100:6 100:10,15
**attached** 105:14
**attacking** 69:12
**attacks** 69:7,8
**attend** 40:3
**attending** 28:20 56:19 82:5 94:24
**attention** 11:2 46:3 84:15
**attorney** 4:8 20:5 107:15 108:9
**attributable** 21:15
**August** 1:17 34:24 105:2
**author** 34:14
**authority** 3:14
**autoimmune** 61:6 69:5 71:14
**automated** 85:3
**Avenue** 2:7
**Avian** 44:4
**awaiting** 93:3
**aware** 20:5 23:9 28:2,4,8 41:17 43:19 75:10
**awoke** 82:17
**a.m** 1:17 12:24

**B**
**back** 8:8 10:7 11:14,21 15:23 28:2 35:7,21 36:6 38:2 46:23 47:9 52:19 53:19,25 63:12 64:1 65:2 79:15 79:17 89:11 92:18 96:2 101:12 103:2
**background** 78:3,8

**backup** 89:16
**bacteria** 33:5 35:17 43:15 43:20,23 49:7,9 59:14 64:17 69:9 101:17
**bad** 43:22 71:10
**bag** 13:1
**bands** 11:25 14:17,18,18 14:19
**barrier** 44:6
**base** 30:8 48:6 78:18
**based** 13:24 25:23 32:1 33:10,12 45:13 48:6 48:20 50:21 52:7 76:25 77:6 78:19 79:19 89:17 101:7,10
**baseline** 64:1
**basic** 70:18
**basically** 11:25 35:3 56:13 64:6 66:6 70:21 80:11 83:19 85:8 85:23 86:23 91:25 98:11
**basis** 31:19 34:4 48:19 50:25 51:5 76:10,13 77:21 78:1
**basophils** 85:7
**bear** 44:8
**becoming** 8:9
**bed** 38:11
**beeper** 87:21 87:23
**began** 36:9 63:23 64:2,2
**beginning** 8:9 73:6
**behalf** 2:2,6,9 41:6
**believe** 8:13 12:5,8 16:18 18:12,16 24:3 26:12 26:19 27:12 28:17 30:24 31:23 42:1 44:22 47:12 47:16 51:6 53:2 61:16 70:6 75:11 94:20 103:11
**believing** 46:9
**bell** 73:10
**beneath** 85:9
**benign** 64:25
**best** 11:6 24:3 44:3 68:24 73:19
**bet** 49:15
**better** 9:19 37:24,25 38:8 100:1
**big** 43:6
**biggest** 71:13
**bilateral** 58:1
**bilaterally** 63:8
**bilirubin** 86:4 86:4
**binder** 16:25 17:2 20:20
**biopsy** 64:11
**birds** 43:16,18 43:21,24 44:13,17,25
**bird's** 43:21
**birth** 4:16
**Bismol** 100:1
**bit** 15:23 24:11 55:4 67:7 80:13 84:18 101:10
**bite** 22:13 51:1
**black** 20:20
**blahs** 79:16
**Block** 17:24,25 20:1,1 56:3
**Block's** 18:2 103:8
**blood** 14:13 24:7 32:18 36:10 38:2,5 51:12 64:24 66:11,18 67:2,2,22,25 79:22 80:9 80:12,25 84:9,12,13 84:25 86:11 91:23
**bloody** 33:12 33:18
**Blot** 11:25 12:2 14:10 14:11 79:13 79:17 89:24 90:1,9,9 95:13
**blue** 31:1
**board** 50:12 50:16
**body** 43:21,21 69:6,10 85:24 91:19
**Book** 1:13
**Bordeaux** 63:22
**bottom** 83:7 105:16
**Boulevard** 2:11
**bowel** 38:8,17 57:22
**Boyce** 41:19 41:24 42:8 92:12 100:25
**Boyce's** 92:14
**break** 56:11
**breaks** 84:25
**breath** 38:9 91:8
**breathe** 91:20 92:2
**Brett** 9:22
**Brett-Smith** 9:23 11:12 11:16,20 12:19 31:2 45:3
**Bristol** 10:1
**broad** 98:11
**BUN** 85:25
**bunch** 71:14 73:24
**Burn** 27:3
**burning** 91:4,5
**Burn's** 27:4
**butter** 67:16
**buy** 58:21 65:17
**B-R-E-T-T** 9:22

**C**

**C** 2:1 107:2,2
**CA** 86:1
**Cahill** 20:2 96:7 103:2
**Cahill's** 18:5 96:5 103:5
**calcium** 86:1
**calculation** 85:7
**call** 16:6 23:20 23:21 68:15
**called** 6:6,8 11:23,24 16:3 23:12 23:13 27:9 32:22 36:21 65:11 66:4 81:15 85:3
**calls** 16:7
**campy** 65:11
**campylobac...** 23:4,6,11 29:25 30:5 31:5 32:10 32:19 33:5,8 33:10,15 34:23 35:12 35:17 43:15 43:20,23 44:11,15,22 46:4,11,14 46:19,23 47:10 49:7,9 49:20,25 50:6,14 58:6 58:8 59:14 61:3 65:7,11 65:19 66:7 68:12 69:2,6 69:15,22 70:2 73:17 74:14 75:5 75:10 76:8 76:18 77:11 77:12 78:5 87:12 94:15 94:17 95:4 96:13,17,24 97:6 98:5,12 99:17 102:1 102:9,18
**capacity** 36:13
**carbon** 85:22
**card** 80:14
**care** 12:7 35:14,15 37:4,6,8 101:1
**carefully** 32:4
**carried** 43:16
**carries** 70:22
**carry** 44:21,22
**case** 3:8 4:9 7:4 8:6,10 10:5 15:7 16:12 19:2 21:4,11 24:13 25:22 26:25 27:15 28:16 31:9 32:16,25 34:18,19,19 34:22 40:7 40:18,21,24 41:16 42:11 45:10 50:9 54:9 59:19 77:22 79:1 80:22 81:7 81:11 88:19 101:10,21 105:1 106:3
**cases** 68:15 73:12,21,22 74:14
**cat** 22:14
**catering** 18:7
**catheter** 38:5 38:12 43:11
**cause** 14:22 33:18 36:19 44:7 61:10 66:2 79:3 81:2,4 97:6 102:10 107:18
**caused** 24:8 43:11 76:8 76:18 94:14 100:11,16 101:16,18
**causes** 12:1 24:9 81:16
**CBC** 84:12,23
**CDC** 19:1,2,6 34:12 49:13 49:14 65:4 65:21 75:9 75:12 101:14
**Celebrex** 36:9
**cell** 64:13,15 71:2 84:14 86:20
**cells** 38:2 64:24,24 70:22 84:25 85:1,4,15 86:22
**center** 17:9 75:5
**central** 38:6
**Century** 1:14
**certain** 14:16 14:18,18 22:9,10,11 22:13,14 31:25 44:9 44:10 69:7,8 70:1,20 71:1 71:2
**certainly** 15:3 46:20 47:5 54:22 59:8 73:21 74:17 78:21 96:21 98:2 100:9
**certainty** 44:16 76:17 76:23 77:5
**certify** 107:4,7 107:14
**cervical** 60:5
**chair** 30:2
**chances** 69:15
**change** 15:23 35:10,15,18 38:12 74:18 96:1 97:10
**changed** 35:13 96:23 97:23
**changes** 105:17
**changing** 35:8

38:15
**chart** 20:3,19 29:23 30:15 30:19 42:2 45:7 82:4
**chatting** 27:21
**check** 38:3,5
**chemical** 69:10 80:15
**chemically** 69:9
**chest** 91:24
**chicken** 18:10 33:18,24 34:5 44:14 46:18 48:15 49:5,6,8,19 49:24 50:4,5 50:6,17,24 51:2 52:14 65:6,8,10,18 66:1,15,20 67:10,22 68:19 74:4 75:20 76:9 76:11,19 77:17
**chief** 41:17 92:12
**chloride** 85:21
**choice** 28:12
**chooses** 44:11
**chronic** 38:4
**chronology** 64:7
**Church** 1:14
**Cipro** 82:13 82:14
**cite** 35:1
**cited** 34:23
**cites** 73:20
**City** 17:23
**CL** 85:21
**cleaner** 58:17 58:21 59:3 72:2
**clear** 71:4
**client** 8:15
**clinical** 33:14 34:18 63:9 79:19 91:17 101:7,10
**close** 10:24
**closely** 19:6
**closer** 65:14
**clue** 59:23
**cluster** 99:6
**cold** 81:2
**colleague** 30:10 70:24
**collect** 38:22
**colloquy** 56:2
**colonize** 44:10
**colonized** 44:15
**color** 51:6 88:24,25
**come** 11:21 40:22 46:4,7 47:11 49:12 56:21 68:14 68:16 74:2,7 89:11 95:16 101:12
**comes** 24:3 56:21
**comfortable** 30:13 37:10
**coming** 43:4
**comment** 47:20 55:2 85:10 96:12 98:3
**comments** 51:1
**Commission** 104:25 107:25
**commissioned** 107:5
**common** 4:14 12:6 22:10 22:11,21,25 23:9 43:13 43:14 46:1 68:20 70:7 81:2
**company** 18:8 18:11 19:24
**complain** 23:17
**complaining** 36:6
**complaints** 60:15 74:3,8
**complete** 17:5
21:2 22:15 84:12
**complicates** 60:23
**complication** 12:7
**complications** 91:18
**compliment** 63:1
**complimenti...** 63:3
**compulsive** 30:12
**computer** 7:18 38:21 95:21
**computerized** 12:16
**conclude** 51:14 76:7
**concluding** 34:4
**conclusion** 76:6,13 77:4 77:4,22 78:1 98:16
**conclusions** 28:23 78:19
**condition** 24:5 26:25 28:24
**CONDON** 2:7
**conduct** 33:21
**conducted** 60:7
**conduction** 26:22
**conferences** 42:25
**confirm** 43:3 78:23
**confirmatory** 11:24 79:11 79:15
**confirmed** 95:3
**confirming** 35:12
**connected** 59:23
**Connecticut** 1:1,13,15,17 2:4,11 4:15 10:2 63:20
63:23 75:14 105:23 107:5
**connection** 8:15 40:21
**connective** 86:18
**consider** 27:23 72:2
**consideration** 83:9
**consistent** 58:5 58:11
**constellation** 23:16 33:14
**constipated** 31:16 37:19
**constipation** 89:20
**consult** 11:3 11:11,13 29:22 34:8 34:11 37:25 53:5 55:7 56:20
**consultant** 31:3 55:5,6 56:21
**consultants** 30:17
**consultation** 22:9 60:3 90:24
**consulted** 11:10
**consulting** 40:11
**consults** 22:4
**consumed** 21:16 24:14 33:19 52:13 66:10 74:7 98:24
**consumption** 77:17
**contact** 16:1 27:12 47:11
**contacted** 8:9
**contained** 28:25 29:3
**contains** 21:19
**contaminated** 65:6 74:11
**contents** 16:25
**Continue** 38:1
**continues** 37:18
**continuing** 37:16 92:15
**contrary** 23:1
**control** 11:2 27:10 38:16 75:6 97:9 100:24 101:13
**conversation** 36:20 42:8
**conversations** 39:16,25
**converse** 99:7
**cook** 50:4 66:20 67:17
**cooked** 49:5 49:25 66:19 67:3
**cooking** 49:6,8 49:10 50:1
**cooks** 67:15,19
**copies** 18:23
**copy** 6:22 19:23 20:2,3 79:24 105:7
**correct** 5:2 6:13,17 7:5,6 7:7,25 8:3 9:2,3,11,12 9:15 10:14 13:13 14:8 17:4,10 18:6 18:16,22,25 20:13 21:10 21:12,13,21 21:22,24 22:19,21 25:25 26:2,8 28:14,25 29:1,12,15 30:7 32:3,5 33:3,6,9,12 33:20 34:6 35:24 38:19 38:25 39:4,8 39:10,13,15 40:5,12,14 40:16 41:21 41:23 42:4 42:13,19
43:10,12,16 46:5,6 47:2 47:23 48:1,5 48:9,17,22 49:4,18 50:8 52:6,21 53:11 54:6 54:24 57:11 57:17,19 58:4 59:3,12 59:17,18,20 59:22 63:13 65:23 68:13 72:1,9,12 74:1,22 75:3 75:20,21 76:5,14 77:7 77:19 78:9 78:10,16 79:1,2,3,4,6 82:11,18,19 83:6 86:10 88:10,12,17 89:8,9,21 91:1,3,6 92:3 92:10,13,19 93:1,4,11,14 94:5,23,23 95:5 100:12 100:17 104:9 105:18 106:1
**corrections** 105:12,15
**corresponde...** 19:20
**cost** 97:9,16
**costly** 85:11
**cough** 101:9
**counsel** 3:6,13 3:17,21 107:11,14,16
**count** 37:22 64:13,15 84:12,14,18 85:17 86:21
**counts** 84:25 85:14
**couple** 5:3 13:14 25:6 44:25 80:15 81:19 96:19 97:18,19
**course** 77:11

90:5 97:25
**COURT** 1:1
**cover** 20:14
**coverage** 27:3 87:12
**covered** 12:5 35:23
**covering** 9:13 27:6 30:9,15 38:1 42:2,3 97:22
**CO2** 85:21
**CPC** 34:18
**cramping** 99:25
**create** 89:25
**creatinine** 85:25
**criteria** 14:17
**cross** 44:6
**crows** 44:19 44:20,21
**crushing** 82:17
**crystals** 64:18
**CT** 1:23
**cubic** 86:23
**culture** 31:7,8 32:6,7,8,9 33:7 36:5 38:3,12,20 64:19,25 75:17 80:19 86:7,20 87:14 96:20 96:21 101:22
**cultures** 38:5 84:9
**CUNM** 86:22
**current** 6:3 14:14
**Currently** 29:25
**CURRICUL...** 108:7
**curve** 73:10
**Cushings** 24:4 24:4,5,7,10 24:10
**customarily** 37:1
**cut** 51:11 66:15,21,25 67:6,20
**cutting** 50:12 50:16
**CV** 1:6 5:18 5:19 6:2,19

**D**

**danger** 92:1
**dash** 9:22
**date** 4:16 16:5 17:16 57:10 57:15 60:1 94:2
**dated** 6:23 7:6 29:21 57:1,8 57:9 62:13 63:11 90:16 108:9
**dates** 78:12
**day** 11:17 29:23 30:14 36:23 58:9,9 95:11 100:1 104:19 107:19
**days** 39:19 53:10,16 55:6,8 57:4,5 57:22,25 58:2 59:16 59:17 61:19 62:5,8,13,14 63:7 71:23 72:10,14,15 72:18,19,21 72:22 73:2,8 73:9 82:11 96:19
**dead** 44:25
**deal** 43:6
**dealing** 50:10
**December** 34:17 54:23
**decision** 78:6
**declined** 41:5 41:11
**decreased** 63:25
**deemed** 79:14
**deep** 63:9
**defects** 3:21
**Defendant** 1:9 2:6,9
**Defendant's** 5:21 6:24
8:20 19:14 80:3 81:24 82:23 83:25 87:2,25 89:3 90:11 92:4 92:20 93:6 108:5
**definitely** 98:4
**definitive** 32:9 95:24
**degree** 68:9 76:16,22 77:5
**degrees** 49:15 50:5 66:22 75:25
**DEL** 1:21,28 2:23 105:21
**delay** 12:25
**deleted** 7:24
**Denied** 63:19
**Denies** 91:7
**department** 9:4,7 82:7 88:4 100:25 108:17
**depending** 102:16
**depends** 48:11 66:19 67:3,7 67:15
**deponent** 3:9 3:18 107:7
**deposed** 4:2
**deposition** 1:12 3:15,18 3:22,24 4:19 5:4 17:22,23 18:3,14 19:23,25 20:2,17,18 34:5 40:22 42:9,16 48:7 48:21 50:23 51:1,7 52:5 52:14 53:13 53:14,15,18 53:21 54:4 54:23 58:16 59:11 60:17 60:20 77:1,6 77:22 105:2 105:5,8,9
107:8,9,10
**depressed** 38:16
**described** 5:22 6:25 8:21 19:15 37:20 80:4 81:25 82:16,24 84:1 87:3 88:1 89:4 90:12 92:5 92:21 93:7
**describes** 30:11
**description** 51:6,13 60:22
**despite** 36:7 91:17
**destroy** 49:9 49:20,25
**destroyed** 50:1
**destroys** 49:6
**detail** 21:5 22:5 24:24
**detailed** 63:17 64:7
**details** 25:2,3 28:1 39:20 54:10,13
**detected** 96:17
**determinates** 69:8
**determination** 70:9
**determine** 14:7 31:5 32:18 69:22 97:17 102:1
**determines** 69:21
**determining** 35:16 97:5
**develop** 45:25
**developed** 12:6 72:6
**developer** 80:16
**Devries** 18:11
**diabetes** 24:7
**diagnose** 64:11
**diagnosed**
88:8
**diagnosis** 10:13 11:22 13:23 15:7,9 15:11,15 22:16,18 30:8,16,20 30:21,22 31:2 33:10 34:21 80:22 83:11 94:5 95:24 96:21 101:2
**diaphragm** 91:20
**diarrhea** 33:13 33:18 52:23 52:24 53:4,6 53:8,10,16 53:23 54:4 55:6,7,11,19 57:4,21 58:7 59:15 60:25 61:7,17,19 62:3,4,9 63:5 63:25,25 71:21 72:10 72:20 73:4,6 73:6 74:3,8 78:13 83:22 90:17,18,20 90:21,22 99:24
**diarrheal** 83:20 96:10
**Dictation** 94:1
**diff** 85:13
**different** 14:14,15 20:8 54:6 55:5,9 60:25 68:5 85:14 98:10 102:1 102:3,4
**differential** 22:15 34:21 83:11 85:3 85:10
**difficult** 72:4
**diffuse** 81:16
**dinner** 67:9,10
**dioxide** 85:22
**Direct** 4:4 86:4
108:3
**directed** 3:11
**direction** 107:11
**disagree** 15:17 15:21,22 98:14 103:5
**disagreed** 103:4
**discharge** 15:6 15:9,13,15 17:9 27:20 93:10,17,22 94:8,14 95:2 95:17,18 108:22
**discharged** 93:13
**discomfort** 61:8
**discrepant** 54:14
**discuss** 16:11 27:10,15 28:15 34:20
**discussed** 26:25 27:10 34:20 37:25 41:14 72:23 100:23
**discussion** 13:6 34:22
**disease** 9:20 11:3,8,9 12:1 12:11 13:24 14:7,22 15:4 15:10,12,16 18:1 22:4 23:13,18,21 23:22,23 24:3,4,8 41:5 41:10 44:7 45:16 53:5 55:7 63:17 66:6 71:14 71:22 72:3 75:6 79:3 81:15 83:18 86:18 90:3 90:17,18,21 95:7,11,16 96:13 98:14
**diseases** 41:20

75:11 76:16 78:18 100:22 101:15
**dish** 88:23
**dishwasher** 50:19
**dispute** 98:17
**disputed** 96:11
**disputes** 58:12 58:13
**distinction** 23:23 24:1 51:18,20,21 76:1
**distress** 24:21
**DISTRICT** 1:1,1
**DOCKET** 1:6
**doctor** 4:17 5:25 9:20 19:19 22:24 28:13 34:7 35:24 40:20 49:11 51:19 60:16 66:14 69:3 72:16 74:15 76:15 80:12 82:4 83:8 87:6 90:15 93:10 94:7 100:23
**doctors** 9:14 22:3 30:22 40:2 41:15 62:25 78:18
**document** 31:16,22
**documented** 99:6
**documents** 17:21
**doing** 27:21 50:10,13 79:18 85:18 95:18 96:1 98:18
**dollars** 97:18 97:19
**dose** 12:18 36:22 66:4,8
**Doxy** 87:7,8
**Doxycycline** 12:10,13

29:22,25 36:3 37:16 38:1,14 87:9 92:15,16,17 95:10,14
**Dr** 4:6 9:23 11:16,20 12:19 15:14 17:24,25 18:2,5 20:1,1 20:1 25:16 26:9,11,13 26:15 27:1,3 27:4,11,13 27:14,15,18 27:19 28:15 28:16,18,21 31:2 34:13 36:20 37:25 41:24 42:8 45:2 55:19 56:2 60:5 61:16 81:10 81:10,10 82:8 83:3 91:2 92:12 92:14 93:16 94:1,13,18 94:22 95:3,7 95:16 96:4,7 98:6 100:25 103:2,5,8 108:10,11
**drafts** 7:10,12 8:1
**draw** 23:22
**drink** 22:6
**drinking** 22:12
**DRIVE** 1:22 105:22
**drop** 66:1
**drops** 67:19 80:15
**dry** 66:20
**duck** 44:15
**duly** 4:2 107:5 107:8

**E**

**E** 2:1,1 107:2,2
**earlier** 86:21 93:18
**early** 55:20 90:3 95:9

**East** 44:6
**eat** 48:4 51:2 64:17 66:8 74:10
**eating** 33:24 74:4,21 86:15,16
**EBV** 37:15 68:18
**ecenophils** 85:6
**effect** 55:12 71:7
**effort** 11:1
**Eggs** 46:24
**Eighteen** 64:24
**eighth** 29:23
**either** 41:8 60:19 98:1 107:15,16,16
**electrical** 14:13
**electrolytes** 85:20
**electromyog...** 26:23
**electronic** 95:22
**electrophore...** 14:12
**elevated** 36:11 86:17
**elicit** 22:6
**ELISA** 11:23 12:2 13:25 14:2 15:11 30:1 79:9,16 79:20 88:15 88:16 89:17 89:24 102:6 102:11,12
**ELISAs** 79:12 88:22
**emergency** 12:23 24:24 58:1 60:21 64:5
**emerging** 45:16
**EMG** 26:18,20 26:22
**Emory** 35:3

**empiric** 29:25 87:11
**employee** 107:16
**enclosed** 105:7
**enclosing** 19:25
**encounter** 4:25
**ended** 53:4
**ends** 69:11
**England** 34:16 71:19 72:23
**English** 1:15 1:19 107:22
**entire** 21:3 30:13 94:9 100:9
**entirety** 103:10
**entry** 12:16
**epidemiologic** 70:11 98:18
**episode** 61:7
**equal** 45:24
**ER** 11:18
**error** 62:12
**escalation** 36:22
**especially** 10:22 30:14 46:13
**ESQUIRE** 2:2 2:6,10 105:4
**essentially** 33:11 69:12
**estimate** 68:24
**estimated** 40:9
**etiologies** 68:21 97:12
**evaluation** 22:8
**evaluations** 55:9
**evening** 13:12
**event** 54:12
**events** 25:10
**everybody** 70:21
**evidence** 13:24 23:18 33:4 71:9
**exact** 17:16

40:9 69:17 102:22 103:1
**exactly** 27:22 29:18 31:22 56:4 62:10 64:10 69:13 73:23 100:5
**exam** 23:19 24:6 37:20 80:13,20
**EXAMINA...** 4:4 108:3
**EXAMINA...** 108:1
**examined** 29:23 30:18
**examiner's** 80:20
**examining** 80:12
**example** 24:2 24:3 44:15 44:19,21 61:3 85:25 97:17 101:3 101:8
**Excellent** 69:24
**excess** 24:5,8 85:23
**excruciating** 10:25 36:6
**Excuse** 19:20
**exhibit** 5:20,21 6:1,21,24 8:18,20 15:24 19:14 80:3 81:22 81:24 82:20 82:23 83:24 83:25 84:4,7 87:2,25 89:3 90:11 92:4 92:20 93:6
**EXHIBITS** 108:5
**exist** 47:5
**existence** 8:2
**expect** 64:14 73:3
**expected** 58:10 74:6
**expensive**

97:15
**experience** 25:2 63:24 64:3
**experienced** 57:3,21 58:19 60:13
**experiments** 66:7
**expert** 4:22 5:1 8:10 10:4 27:16 41:6 41:11 48:20 68:11 76:15
**expertise** 70:19 98:7
**Expires** 104:25 107:25
**explain** 88:13
**explained** 93:18
**explosive** 57:22
**exposure** 63:19
**expressed** 71:1
**extensive** 21:12 46:17 101:13
**external** 67:16
**extra** 61:1
**extracellular** 66:25
**extremely** 43:14 65:14
**extremes** 46:1

**F**

**F** 107:2
**fact** 15:6 25:22 39:11 44:23 47:15 48:6 48:14 53:25 71:5 78:11 80:21
**factors** 69:22
**fair** 5:8 12:21 13:15 17:2 18:23 19:6 21:4 29:14 51:24,25 54:16 55:4 71:11 78:11

94:8 101:10
**fairly** 43:13 96:16 101:12
**false** 79:11 102:6,11,13
**family** 47:8,15
**far** 17:5 40:6 44:5
**farm** 49:16
**farther** 73:12
**fat** 24:6 67:18 70:15
**fatigue** 64:1 72:8
**fax** 20:4
**faxed** 13:1
**Faye** 18:8
**February/M...** 81:7
**feces** 47:11
**fee** 19:24
**feel** 64:2 78:3
**Feels** 38:8
**feet** 72:7 82:17
**fell** 64:6
**fellow** 63:17 96:13
**fellow's** 72:5
**felt** 35:10
**female** 29:24
**Ferry** 2:11
**fever** 6:7 33:13 37:19 52:24 57:3,21 63:24 99:25
**field** 26:17 68:11 70:9 73:16 76:16 78:17 85:17
**fifty** 65:17
**figure** 70:17
**file** 19:11,19 21:1,2 41:5 41:10,15 108:11
**filed** 54:25
**filing** 3:24 54:17
**final** 7:8 36:2 37:16
**finalized** 84:10
**find** 15:9 23:18 24:12 31:20 70:10 73:20 99:13
**finding** 35:11 80:22
**findings** 59:8
**fine** 63:16
**finger** 80:14
**finished** 63:15
**first** 4:1 5:6 8:9,13 10:4 12:18 28:4 29:7 30:14 37:5 42:15 50:21 64:3 74:12 76:3 84:9 87:19 92:24
**firsthand** 48:3
**fit** 59:13,19
**five** 39:19 72:19 73:8,8
**five-minute** 56:10
**flight** 21:17 24:15 33:19 33:22 34:2 48:16 50:24 52:14 74:6 76:9,20 77:18
**flights** 33:23 49:3 98:25
**flocks** 44:5
**flu** 81:2
**fluid** 64:9,11 64:12,13,15 64:22,25 66:22,24,25 86:20,21,23
**Fluids** 64:18
**fly** 44:17
**folders** 19:13
**Foley** 38:4
**followed** 11:24 23:2
**following** 31:1
**follows** 4:2
**follow-up** 36:4 45:8,10
**food** 21:16 22:7 24:14 46:14 50:10 66:20
**foodborne** 19:3 66:4
**foods** 46:18
**foregoing** 104:7 107:8 107:9,12
**foreign** 69:6
**form** 3:11 32:11 52:9 55:13 72:25 77:2,8,24 98:5,12 99:3 99:16 105:14
**formal** 8:13 14:17 56:16
**formed** 47:21
**forms** 98:11
**formula** 85:22
**FORSYTH** 2:7
**forty-nine** 65:18
**forward** 9:4,8
**found** 44:8,25
**four** 72:21,22 73:2 87:7
**France** 21:23 47:25 52:20 63:22 76:10 76:20 91:11
**frank** 61:4
**freeze** 50:5
**freezer** 50:3
**freezing** 49:19 49:24
**frequency** 45:25
**frequently** 43:15 45:18
**full** 50:21 65:3 76:3
**function** 12:9 36:1,16 37:13 86:1,2
**functioning** 79:18
**functions** 37:24,24
**funny** 51:2
**further** 3:12 3:16,20 40:17,21 45:5 63:21 100:7 107:7 107:14
**FYI** 50:19
**F-A-Y-E** 18:8

**G**

**gap** 85:22
**gastroenteritis** 23:2 74:13
**gather** 22:18
**GB** 98:4
**GBS** 29:24 68:22 69:2 69:15,23 71:8 79:3 81:2,4,15 83:8 90:17 94:5
**gears** 35:8
**gel** 14:13,14 14:15
**general** 10:9 22:4 23:16 34:19 74:19 87:21 88:22 97:21
**generally** 27:21 30:1 30:12 37:17 44:5 71:13 79:12
**generate** 22:15 31:1
**generated** 45:17
**generates** 79:10 89:1
**generating** 86:15
**genetic** 70:1
**getting** 11:1 69:15 73:18
**GI** 37:25 61:2 63:10 74:16
**girdle** 37:11
**give** 5:3 40:8 40:22 46:19 61:12 68:24 83:16,21
**given** 3:9 25:12 30:1 31:13,18
**gives** 22:12 63:17
**giving** 31:22 42:9
**gloved** 80:14
**GLUC** 85:25
**glucose** 85:25 86:12
**go** 5:4 8:8 10:7 10:8 19:18 35:7,20,21 40:24 46:23 47:9 50:18 50:20 53:19 53:24,25 55:3,15 57:20 65:2,9 65:16 69:19 70:5 72:16 74:15 97:20
**goes** 17:8 28:2 57:6 73:13
**going** 4:10 5:13,19 30:14 45:3 54:11 65:18 66:24 67:1,6 67:11 69:23 73:20,20 81:5 82:21 90:2,8 92:9 94:22 96:1 97:10,13,25
**Golden** 1:12 4:1,6,14 55:19 104:13 105:2 106:7 108:10,11
**Goldstein** 26:13 27:14 27:15 81:10 98:6
**Goldstein's** 26:15
**gonorrhea** 64:20
**good** 4:6,7 8:8 19:12 36:14 38:16 55:17
**Goodrich** 60:5
**gotten** 59:14 90:5 99:9,12
**gout** 64:18
**go-round** 7:19 7:20
**gram** 64:19
**great** 21:5 22:5
**grounds** 101:10
**grow** 43:20
**grows** 43:23 65:11
**growth** 102:3
**guess** 15:14,25 23:15 68:25 71:6 81:18 87:6 88:18 90:25
**guest** 34:20
**Guillain-Bar...** 10:12 11:11 12:4 14:23 15:15 23:7 23:11,21 30:4 34:23 35:1 45:4,12 58:6,9 59:6,9 61:9,10 68:11,17 69:4 70:14 71:3,22 73:3 76:7,17 77:12 78:14 83:13 88:8 91:18 94:14 96:10,14 98:11

**H**

**half** 42:21 71:25,25 82:11
**hallway** 28:9
**hammer** 97:9
**hand** 56:9 80:20 107:19
**hands** 50:13 58:1 59:4 62:15
**handwriting** 20:23 63:4 82:9
**handy** 49:17
**hangs** 13:1
**haplotype** 71:16
**haplotypes** 70:20

**happen** 95:21
**happened** 12:18 39:22 39:23
**happens** 25:21 84:23 96:3
**hard** 54:13 59:1 61:7
**Hartford** 1:25 2:4
**Hasbani** 26:9 27:1,13 61:16,19 81:10 94:1 94:18,22 95:3,8,17
**Hasbani's** 61:18 94:13
**Haven** 1:14 60:3
**HCT** 84:15
**head** 5:16,16 12:15 24:2 41:20 81:3 102:20
**headed** 100:25
**health** 63:18 63:21
**heart** 6:8 36:10 38:10
**heavily** 78:21
**heavy** 58:23 58:24 59:1
**held** 13:6
**Helena** 9:22 11:12
**help** 31:14
**helped** 35:16 97:6
**helpful** 22:16 55:25 86:19 96:20
**hematocrit** 84:16
**Hepatitis** 37:15 46:13 68:20
**high** 24:7 33:13 37:22 64:15 65:15 84:18 86:11 88:21 89:2
**highly** 6:8 33:14
**him/her** 105:10
**hip** 37:11 57:5 57:25
**histories** 34:19
**history** 21:20 22:5,8,12 25:3,11,13 25:17,20,23 26:4 33:12 54:10 56:16 63:10 91:10 91:11
**HIV** 68:18 101:5
**HLA** 71:12
**HLAB27** 71:14
**hold** 40:3 61:22
**holiday** 30:15 89:14
**Holland** 2:6 4:5,8 5:24 6:21 7:3 8:18 8:23 13:5,10 19:10,17 32:13 43:6,7 52:10 55:14 56:4,9 57:7 73:1 77:3,15 78:7 80:2,8 81:22 82:2 83:1,23 84:3 86:25 87:5 88:3 89:6 90:14 92:7 92:23 93:9 99:11,21 102:14 103:15 108:3
**home** 7:17 45:1 50:10 76:10,20
**Hope** 38:1
**hormone** 24:5
**hospital** 9:5,23 12:16,20 13:22 14:6 17:10,15 21:6 25:13 27:20 28:9 29:11,17 34:19 42:23 42:24 54:7 54:12,15,19 54:21 56:15 60:8 75:4,14 82:4 89:12 93:19,23 94:19 100:24
**hospitalizati...** 17:12,13 95:10
**hospital's** 9:7 20:5
**host** 97:12
**hour** 16:20 40:11 42:21
**hours** 12:21 13:14,16 30:3 40:6,9 40:10
**house** 42:22
**huge** 45:17 74:9 95:21
**humans** 47:10
**hundred** 97:18 97:19
**Hutchinson** 82:8 83:3

**I**

**ICU** 11:4,5
**ID** 29:21
**idea** 25:23 31:23 54:20
**ideal** 25:18
**identification** 5:19,22 6:1 6:22,25 8:19 8:21 19:15 80:4 81:25 82:24 84:1 87:3 88:1 89:4 90:12 92:5,21 93:7
**identifies** 70:22
**identify** 6:1 14:16
**idiopathic** 68:16,22
**ill** 33:23 47:17 52:23 58:7 99:15 100:11 100:16
**illegible** 56:6
**illness** 19:4 21:15 45:25 47:19 48:17 59:23 63:10 63:19 74:10 74:16 75:2 81:8 83:20 86:17 96:10 99:19 100:4
**illnesses** 66:4
**immune** 69:7 69:11
**immunoglob...** 97:2
**implication** 61:25
**implies** 29:22 68:7
**importance** 50:13
**important** 50:9 78:5
**impregnated** 80:15
**impression** 30:25
**improving** 36:1 37:17 37:21
**inadequate** 30:12
**incident** 58:17 72:2
**inclined** 54:14
**includes** 22:6 40:10
**including** 19:1 68:18
**increase** 38:2 64:4
**increased** 30:3 64:1
**increasing** 57:25 62:14
**incredible** 24:21
**independent** 55:8
**index** 5:23 7:1 8:22 19:16 80:5 82:1,25 84:2 87:4 88:2 89:5 90:13 92:6 92:22 93:8 108:1,5
**indicate** 33:17 53:15 60:12 61:23 62:7
**indicated** 55:19 85:10 105:10,11,16
**indicates** 52:19 89:7 92:9 100:10 100:15
**indicating** 17:1 60:4
**indication** 48:15
**individual** 56:21 66:20 70:22
**induced** 12:4
**indwelling** 38:4,4
**infect** 45:24
**infected** 73:18 73:25
**infection** 12:6 22:25 23:1 29:25 37:15 43:9 45:16 59:14 64:16 66:2 68:19 75:5,8 76:8 76:18 77:11 85:25 86:17 100:24
**infections** 6:6 6:11 22:9,11 22:14,20,23 23:3,5,10 68:17 73:17 81:4
**infectious** 9:20 11:3,8,9,10 15:4 18:1 22:4 23:22 41:4,10,20 44:2,3 46:12 53:5 55:7 61:3,6 63:17 64:14 66:4,7 68:21 76:16 78:18 83:15 96:12 97:12 98:13 101:13
**influenza** 44:4 44:5 81:4,6,8
**informally** 27:21
**information** 7:17 8:6 19:7 22:3,16,17 30:16 35:2 52:16 54:14 63:18 65:3 74:16 78:4,8 78:9,12 95:20 97:14 98:20
**ingest** 66:6
**ingestion** 22:7 76:9,19
**initial** 4:25 13:25 95:12
**initialed** 79:23
**initially** 43:9 79:5
**initials** 79:23
**initiate** 90:3
**injuries** 8:16
**inmates** 73:25
**inpatient** 9:5 17:12 21:5
**inquire** 22:4
**Institute** 27:24
**instructions** 5:3 105:5
**intake** 37:11
**intend** 29:2 51:20,21
**intensive** 12:7 37:4,6,7 85:11,18
**interchange...** 51:24 68:4
**interested** 107:17
**interfere** 90:4
**interject** 55:25
**intermittently** 27:19
**intern** 56:16
**internal** 49:12 68:9 75:24

**interpret** 62:10 91:15
**interprets** 26:22
**interrupt** 5:6,7
**interrupted** 11:14 63:14 72:16
**interstitial** 66:22
**interval** 71:21
**interview** 20:14,16
**intestinal** 61:1
**intravenous** 87:9 97:2
**intubation** 36:14
**investigate** 45:4
**investigation** 33:21
**invoice** 40:8
**involved** 28:11 28:12 41:6 41:24
**involvement** 20:6
**involving** 4:9
**in-house** 89:13
**irrelevant** 24:23
**Islands** 21:25 91:12
**isolate** 65:12 101:2
**isolation** 65:7 65:13
**issue** 12:3,8 45:10 97:10 98:5,8,8
**IV** 87:8

**J**

**J** 2:6 104:5
**jejuni** 23:4 58:6 65:7,19 69:15 76:8 76:18 94:15 95:4
**Jersey** 27:24
**John** 15:14 41:19
**joint** 52:24 61:13,20,24 62:5,7 64:15 83:16,17,20 86:20,21
**journal** 6:6 34:17 71:19 72:24
**judgment** 79:19 101:8
**juice** 66:1,11 66:13 67:4 67:13
**juices** 67:11
**July** 6:15 9:11 9:17,18 17:14 20:22 20:22 29:7,9 29:11,19 35:20,22,23 35:25 36:6 37:9,10,18 38:18 39:5,6 94:2
**jump** 84:15,17
**June** 11:14,16 21:17 33:19 50:24 52:19 53:2 54:18 54:18 55:20 58:3,3,7,20 59:10,15,15 60:4 62:16 72:6 74:3,6 79:21 81:23 82:10 90:16 92:8 98:24
**junior** 9:16

**K**

**K** 85:21
**Keep** 57:20
**keeping** 73:9
**Kelly** 1:13
**KENNY** 2:3
**kept** 9:6
**Kessler** 27:23
**ketones** 86:14 86:15
**kidney** 86:1
**kids** 73:24
**kind** 10:20 19:18 61:6 64:7 68:24 70:14 86:19
**kinds** 85:1,14 102:3
**knee** 60:24 61:4 63:7 64:3,4,5,8 72:8
**knees** 58:1 61:11,21 62:6,8,15 72:7 78:14
**know** 7:20 9:25 10:15 12:15 17:6 23:15,20,25 24:2 25:11 25:15,16,18 26:10,16 27:9 28:21 30:18 34:12 35:9 39:21 44:11,16,18 44:23 45:6 45:23 46:8 47:3,8,13,24 50:8 54:25 55:4 56:1,22 57:11,14 58:14 59:2 62:12,20 64:22 66:21 66:22 67:4 67:16 68:7 68:16,23 69:19,25 70:8,19 71:12 72:4 73:9 74:13 74:20 75:7 75:13 81:17 87:18 94:24 95:23 96:9 96:12,14 97:11,12,21 97:21,25 98:22 99:8 99:10 100:5 101:2 102:19 102:22,25 103:1
**knowing** 74:17
**knowledge** 17:7 45:9,11 48:3 99:8
**known** 14:16 44:3
**knows** 69:25
**Kraw** 25:16 26:11 27:18 27:19 91:2

**L**

**L** 2:2,10 3:2
**lab** 84:19 85:2 85:13 89:10 89:13,16 101:1,3,3,4 101:12
**label** 14:16
**labor** 85:11,18
**laboratories** 37:22
**laboratory** 36:16 66:6 84:7 108:12 108:18
**labs** 38:11
**lady** 18:11
**Lancet** 34:24
**LANGE** 2:10
**lasted** 53:16 55:6,7 61:19 62:4
**late** 11:18
**Laurent** 18:8
**LAW** 2:10
**lawsuit** 28:2,5 54:17,23,25 98:1
**laxative** 31:20
**layman's** 90:19
**lays** 11:12
**leads** 83:9
**learned** 68:10
**leave** 7:16
**led** 51:14 78:14
**leeway** 101:11
**left** 80:20 83:8
**leg** 36:7 60:22 62:14
**legs** 63:9
**leisure** 9:9
**letter** 8:11,25 15:24 19:25 20:15 108:9
**let's** 8:8,18 10:7 15:23 29:19 35:7 35:20,21 50:20,20 53:17 56:10 61:22 65:2 80:2 81:22 82:20 83:23 86:25
**Licensed** 1:15
**lift** 37:20 38:10
**limit** 73:11
**line** 30:11 38:6 51:11 53:25 54:1 65:1 75:19 82:5 89:8 106:9
**lines** 53:21,24 91:14
**link** 23:11 25:10 45:4 45:11 46:22 47:4 70:17 71:4,13 77:12 96:15 96:16
**linked** 46:14 98:12
**links** 44:9
**liquid** 66:16
**list** 30:10 35:4 46:13 75:11 95:20 100:22 100:23
**listed** 6:18 34:8 36:8 38:9,11 85:9 95:20
**listing** 105:14
**literally** 24:22
**literature** 15:1 18:19 35:3 45:15,17 77:14
**little** 15:23 24:11 36:11 37:22 61:7 67:7 80:13 84:18 86:11 88:23
**liver** 12:9 36:1 36:16 37:13 37:23,24 86:2
**LLC** 1:21
**LLP** 2:7
**loaded** 14:13
**location** 24:9
**Lolita** 1:4 4:10 105:1 106:4
**long** 16:19 29:5 30:15 42:20 55:20 89:14
**look** 8:24 29:19 32:20 34:12 50:20 51:8 66:3 70:13,14 75:18 81:9 81:20 82:20 85:23 86:25 87:6 94:3 102:5
**looked** 15:6 17:18 18:14 18:17 64:20 69:25 70:20 70:25 72:5 95:2 96:4
**looking** 6:7 8:11 36:14 70:15 97:5
**looks** 11:18,25 57:13 62:2 80:16 83:2 84:5 85:13
**loose** 57:21
**lore** 23:1
**loss** 63:9
**lost** 10:20
**lot** 18:18 44:4 61:4,14 66:8 70:18 73:14 86:18 88:19 95:19 96:18
**lots** 31:18 46:18 70:11 74:12 83:15
**low** 11:21 14:1 15:11 30:1 64:16 66:7 79:19 86:5 88:9,9
**lower** 65:13

73:11
**LSR** 1:15,19 1:20 107:22 107:24
**luck** 71:10
**LYM** 84:22 85:5
**lyme** 11:20,22 12:1,3,11 13:24 14:22 15:10,12,16 36:2 37:12 37:17,23 38:13 68:18 79:3,11,14 79:16 83:18 83:21,21 87:11 88:11 89:7,9,12,15 89:22,24 90:3,5,6,7,10 92:17 93:3 95:7,11,25
**Lyme's** 14:7 23:21 79:5 95:16
**lymphocytes** 85:4
**L-E-S** 57:13

M

**M** 1:15,19 107:22
**machine** 84:25 85:18 88:25
**MADISON** 1:23 105:23
**maintain** 100:23
**Maintaining** 91:16
**majority** 90:23 99:18
**making** 22:18 29:14 78:6
**malignancy** 86:18
**malnutrition** 86:5
**management** 35:10,13,15 96:23 97:2 97:11,23
**manifestatio...** 61:2
**manila** 19:12
**manual** 85:10 85:13
**manually** 85:14
**March** 4:18 8:14 10:6 16:18 41:16
**marinate** 67:5
**marinated** 67:3
**Marjorie** 1:12 4:1,14 104:13 105:2 106:7
**mark** 5:19 6:21 8:18 19:10 80:2 81:22 82:21 83:8,23
**marked** 5:21 5:25 6:24 8:20 15:24 19:14 80:3 81:24 82:23 83:25 87:2 87:25 89:3 90:11 92:4,8 92:20 93:6
**marker** 36:12 71:12 86:5 86:16
**markers** 70:21 71:16 86:1
**Mass** 34:19
**mathematical** 85:22
**Matrix** 18:11
**matter** 42:9
**maximum** 13:16
**MCKAY** 2:10 102:10
**meal** 48:15,18 74:5,7 77:18 78:9 98:24
**meals** 49:2 99:14
**mean** 8:5 14:3 15:3 20:16 47:5,24 49:11 52:1 58:9 60:17 62:10,14 64:8 65:8 66:11,13,20 67:11 68:4,8 69:3 73:2 75:22 79:23 82:5 83:10 87:15 88:18 88:19 90:18 90:22 91:7 91:14 95:17 97:1,8,22 99:9,12,13
**meaning** 36:10 61:2 66:5 68:16 73:22 87:23
**meaningful** 98:20
**means** 65:9 71:25 83:11 83:19
**meant** 91:11
**measure** 84:16
**measured** 88:25
**meat** 44:8 65:8 66:15,23 67:20 74:21
**mechanical** 36:15 92:1
**media** 65:10 102:3
**median** 71:21 71:25 72:23 73:10
**medical** 7:16 9:4,6,7,8 13:8 14:25 15:13,18,20 15:25 17:3,5 18:19 20:10 20:24 21:4 21:11,15,19 24:13 25:3 25:12,19 26:7 27:4 30:13 31:4 32:1 40:4 44:24 46:3 47:14 48:7 48:14,22,24 48:25 49:1 50:22 52:18 52:22 55:18 60:12,17,19 60:20 76:17 76:23 77:4,5 77:13,16 78:9,12 79:21 81:20 84:5 87:22 90:18 94:9 95:22 100:10 100:14
**medication** 13:2,20 31:21 36:20 36:21
**medications** 31:19 36:8 36:18
**medicine** 6:7 6:11 69:19 71:19 72:24
**meet** 16:11
**meeting** 16:17 16:19,22 17:19,20 42:10,12,14
**Meghan** 1:15 1:19 107:22
**men** 70:7
**mention** 24:14 35:25 48:18 94:12,13,16 95:4,7,17 103:4
**mentioned** 22:20 25:7
**mentioning** 55:22
**mentions** 21:23 78:9 95:9
**mercy** 38:22
**met** 10:6 42:16 42:17
**metric** 88:24
**Meyers** 10:1
**Michael** 2:6 4:8
**microbiology** 101:3,11
**microscope** 85:14
**microtechs** 100:25
**migrate** 14:15
**milk** 46:5
**milligrams** 95:11
**milliliter** 86:23 86:23
**mimic** 70:16
**mind** 24:4 73:9
**mine** 7:2
**Minimal** 37:11
**minus** 57:10
**minute** 13:19 35:7 57:3
**missing** 87:19
**mistake** 58:25
**mistaken** 103:12
**mixed** 67:2,2
**mollusks** 47:7
**moment** 56:10 103:3
**money** 90:8
**monitor** 101:13
**Mono** 37:14
**monocytes** 85:5
**mononucleo...** 68:18
**month** 98:24 99:15
**morning** 4:6,7 30:3 36:7 37:2,3,5
**mother** 67:9
**motor** 91:17
**mounting** 69:11
**mounts** 69:7
**move** 3:10 91:23
**moved** 17:14
**movement** 37:11 38:8 38:17 57:22
**MRI** 59:22,25 60:4
**multiply** 85:8
**muscle** 36:19
**muscles** 91:20
**mushrooms** 46:7
**M.D** 1:12 4:1 104:13 106:7

N

**N** 2:1 3:2
**name** 4:8,12 6:12 29:21 32:23 94:22 105:1 106:3 106:6
**named** 18:11 107:7
**nameplate** 94:24
**nature** 100:4
**nausea** 57:22
**necessarily** 67:14,19 73:11 74:11 91:25
**neck** 71:6
**need** 31:21 66:8 91:20
**needing** 36:13
**NEG** 80:11
**negative** 14:20 37:14,15 38:14 64:25 71:17 80:1,7 80:10,16,17 80:21 95:13 96:18,21
**neither** 107:14
**nerve** 26:21,22 36:21
**nervous** 69:10 69:11 70:16
**net** 101:13
**neurological** 71:22 72:3
**neurologist** 17:23 27:5 55:5 61:15 62:19
**neurologists** 27:10,11
**neurology** 26:18 62:11 70:18
**Neurontin** 36:9,22

**neurophysio...** 98:13
**neurosurgeon** 63:8
**neutrophils** 85:6
**never** 25:7 28:1 31:12 32:2 74:13 74:15,25 89:23
**new** 1:14 2:8,8 6:4,5 17:23 27:24 34:16 45:18 58:21 71:19 72:23
**news** 44:4
**night** 13:17
**Nile** 44:21 45:4,11,15 45:22,24
**nine** 71:22
**nod** 5:16
**nondiagnostic** 14:4
**nonmedical** 18:13
**nonspecific** 86:16
**normal** 84:14 84:17 85:10 86:8 90:4,22
**North** 4:14
**notary** 1:16 3:14 104:24 105:9,11,15 107:4,19,23
**notation** 44:24
**note** 11:12 27:9 35:23 35:25 42:1 45:2 53:5 55:10,11,18 56:6,6,23 58:10,14 60:21 61:15 61:18 62:11 62:13,21 63:16 64:4 72:5,20 81:23 82:3 87:6,17 92:14 95:25 103:13 108:17
**noted** 36:11,16 36:18,20 37:12,13,15 37:17,20,21 37:22 38:3,9 38:11 55:6,7 91:10
**notes** 9:2 11:8 16:7 20:2,19 20:21,24 25:19,24 29:19 30:6 30:25 31:15 35:21 55:5 55:18 56:23 58:11 61:14 82:22 87:1 90:16 108:13 108:14,16,19 108:20,21
**notice** 3:22,24 8:13 19:23 20:2
**noticed** 57:25
**notifying** 8:12
**number** 14:18 15:16,16 20:9 27:20 29:16,22 36:7,14 40:9 44:9 50:15 61:1 83:12 84:24,24 87:7,21,23 89:1,2 102:19,23 103:1
**numbers** 85:9
**numerous** 21:19
**nurse** 13:17
**nurses** 38:22 39:1
**nurse's** 13:3
**nutrition** 88:4 108:17

**O**

**O** 3:2
**Oak** 2:4
**oaths** 107:6
**Object** 32:11 52:9 72:25 77:2,8,24 99:3,16
**objection** 55:13,17
**objections** 3:7 3:11
**objective** 23:18
**obtain** 9:1
**obtained** 65:4
**obviously** 7:20 30:11 68:15 70:18 73:9 90:2 96:9
**occasions** 27:20
**occult** 79:22 80:9,12
**occur** 85:24
**October** 93:13 107:25
**October/No...** 81:6
**offense** 63:2
**offer** 29:3
**offhand** 34:14
**office** 7:17 8:14 9:1 16:2 16:15,16 79:16
**offices** 1:13 2:10
**official** 3:14
**Oh** 83:5 87:15
**oil** 67:5
**okay** 5:5,14,16 6:12 10:10 10:18,21 13:4 16:4 19:22 23:25 24:12 28:10 29:13,21 35:22 37:9 42:24 46:24 48:19 50:20 53:17,19 54:2 57:21 60:6 61:15 62:11,18 63:5 65:1 67:10 72:22 73:7 82:10 82:20 83:7 83:23 84:8 84:11,20 87:9,17,20 88:5,16 89:19 93:5 94:1 95:1 103:16
**older** 45:21 46:2,2
**omit** 25:3
**omitted** 24:23 25:2
**once** 38:2
**onerous** 95:19
**ongoing** 70:18
**onset** 58:5 71:21 72:3 72:18 78:13
**ooze** 67:1
**operating** 26:3
**Operationally** 23:24
**opinion** 47:21 48:6,11,20 52:7,12 53:9 76:22,25 96:8
**opinions** 29:2 78:19
**opposed** 43:25 44:13
**oral** 37:11
**Orange** 27:24
**order** 12:16,25 19:21 31:6 31:19 38:21 97:10,23
**ordered** 12:19 12:22,24 31:8,17,19 32:17 33:1 35:9 79:24 96:22 97:11
**orders** 31:17
**organ** 70:23
**organism** 12:1 44:1 69:5 70:16 102:8 102:13,17
**organisms** 44:7,9 65:12 66:5 96:13 96:19 102:4
**origin** 6:7
**original** 3:25 8:11 9:20 11:11 31:2 61:14 90:1
**originally** 11:10
**outcome** 107:17
**outlined** 49:13
**outside** 61:2 70:19 89:13 98:6
**oven** 67:10,18
**overlapped** 27:2
**overstating** 79:6,7
**overwhelming** 85:24
**oxygen** 91:22
**oxygenation** 91:16,21,22
**O'Brien** 15:15 28:15,16,18 81:10 93:16 95:16
**O'Brien's** 28:21
**o'clock** 13:12
**O'Keefe** 2:2,3 8:12 10:6 15:25 16:8 16:21 19:25 20:15 32:11 40:11,20 42:12,15 43:2 52:9 55:13,24 56:7 72:25 77:2,8,24 99:3,16 103:13,16 105:4 108:9
**O'Keefe's** 9:1 16:2 19:21 19:24

**P**

**P** 2:1,1 3:2
**packages** 65:17
**packet** 20:13
**page** 34:9,25 50:21 51:8 53:18,20,24 53:25,25 58:22 67:23 76:4 81:23 82:3,21 83:4 83:5 84:5 85:19,20 86:25 87:19 90:15 92:8 92:24 105:10 105:18,18 106:1,9 108:2,5,13 108:14,16,19 108:20,21
**pages** 20:19 81:19 104:7
**pain** 10:25 11:2 24:22 27:10 36:7 36:19,21 37:12,18 38:16 57:5 57:25 58:19 59:5 60:13 60:14,15,15 60:16,22,24 61:4,8,10,13 61:20,24 62:5,8,14 63:8,9,24 64:3,4,5 72:7 72:8 82:11 82:17 83:16 83:17,20 91:5
**pains** 52:25 78:14
**pan** 67:11
**panel** 101:23 102:4
**paper** 6:10 70:12
**paragraph** 19:8 50:21 65:3 68:3 75:18 76:3
**paragraphs** 19:5
**paralegal** 19:21

**paralyzed** 24:25
**parameters** 59:13 91:17
**parenthesis** 38:4
**Paris** 56:25 62:4 63:21 98:25
**part** 10:25 22:8,17 25:13 29:13 55:20 60:9 64:20 74:12 78:5 93:20
**particular** 19:21 22:12 63:19
**particularly** 10:23 95:12
**parties** 3:6,13 3:17,21 107:15
**parts** 22:10
**party** 3:6 107:16
**pass** 99:19,22
**passed** 95:23
**passengers** 74:7
**pathogens** 101:24
**pathologist** 34:21
**pathophysio...** 69:4
**pathphysiol...** 70:13
**patient** 24:20 29:23 30:18 63:25 95:10
**patients** 6:7 10:24 12:7 22:5 29:16 30:10 37:5 78:19,23 96:19 99:18
**patient's** 14:13 88:22 94:10 95:20
**PAUL** 2:10
**pay** 11:2 84:15
**pending** 12:2 37:13,16,23 54:23 87:14 87:15,16 89:10
**people** 23:17 23:20 25:3 45:21,25 46:2,2 55:9 70:3 74:12 74:14,18,20 79:11 86:18 90:23 98:19 98:24 99:9 99:19,24 100:5
**Pepto** 99:25
**percent** 65:7 65:12,14 68:11,14,25 69:1 85:4,5,6 85:6,7 102:21,25
**percentage** 102:15
**percentages** 68:22 85:8
**perform** 78:22
**performed** 14:6 78:25 84:24
**period** 29:5 33:23 48:4 53:22 54:5 54:24
**persistent** 61:20 62:5
**person** 9:16 30:9 42:2,15 73:18,22 97:22 98:14
**personal** 8:15 98:6
**personally** 34:2 74:25
**persons** 33:22
**pertussis** 101:9
**perused** 21:6 35:4 95:24
**pet** 47:16
**petrified** 25:1
**pets** 22:8 47:15
**pharmacy** 13:1
**phase** 95:9
**phone** 16:6,7 42:25,25
**phosphatase** 86:4
**phrases** 51:19
**physical** 27:25 56:17 91:23
**physician** 18:1 56:19 94:18 94:20,25 95:19 98:3
**physicians** 10:22,23 28:20
**pick** 30:22 92:24
**picked** 39:3
**picking** 92:10
**picture** 63:9
**piece** 66:15
**pieces** 54:14
**pillow** 37:21
**pin** 51:17
**pink** 51:11,13
**place** 16:17 38:6
**places** 21:19
**Plaintiff** 1:5 2:2
**plan** 37:24
**plane** 100:7
**planning** 28:2 28:5
**plans** 89:25
**plastic** 88:23
**plate** 65:10,11
**plated** 102:2
**platelet** 84:18
**plates** 102:3
**please** 4:12,16 5:7,10 8:14 8:19 38:3 88:14 105:7 105:13,14,18
**pleasure** 42:12
**PMD** 64:4
**point** 27:22 59:5 71:4
**polar** 44:8
**popular** 23:1
**pork** 44:8 46:20,21,22
**portion** 21:8
**positive** 11:21 11:23 12:2 14:1,2,18,19 14:19 15:11 26:12 30:1 79:5,10,11 79:13,16,20 79:25 80:16 87:15 88:9 88:15,16 89:7,9,11,15 90:2 95:12 96:20 101:5 101:6,12 102:6,11
**positives** 102:13
**possible** 11:10 65:18,20
**post** 25:6
**postulate** 81:5
**potassium** 85:21
**potential** 35:4
**poultry** 43:17 44:5,11,12 47:1 50:11 50:14 68:3 101:18
**Pox** 68:19
**practically** 97:8
**Practice** 1:13
**practices** 22:7
**practioners** 101:13
**precise** 102:19
**predicts** 36:13
**predispose** 71:3,10
**predisposed** 70:3 71:7
**predisposition** 70:6
**predispositi...** 70:1
**preliminary** 13:23
**preparation** 50:10,14
**prepare** 7:12
**prepared** 7:4 7:14 15:14 20:4 45:19 67:7 81:9 87:17 88:4 94:9
**preparing** 34:7
**presence** 31:5 32:21 64:16 64:18 107:10
**present** 38:13 46:3
**presentation** 34:18
**presented** 34:20
**presents** 78:12
**pressure** 24:7 36:11
**presumably** 91:11
**pretty** 65:4 69:18
**prevent** 89:20
**previous** 30:25
**previously** 30:23 62:4 100:23
**Pridgeon** 1:4 4:10 8:16 10:8 18:15 20:14 24:14 26:1 29:6 32:2 34:1 41:6,25 47:14,25 48:8,11,21 66:9 67:21 74:2,25 75:5 77:6 79:6 91:5 93:11 99:15 100:10 100:18 105:1 106:4
**Pridgeon's** 12:4 17:22 21:15,20 26:25 28:24 45:1 48:17 50:22 53:20 76:7,17
**primarily** 45:21
**primary** 94:18
**printout** 84:5 108:15
**prior** 46:23
**prison** 73:25
**probably** 9:16 13:14 24:23 29:24 30:4,5 61:5 79:17 81:5 97:18
**problem** 11:8 30:11 95:20 95:22
**procedure** 85:12
**proceed** 19:12
**proceeding** 20:6
**proceedings** 103:17
**process** 9:9 50:2 56:14
**processed** 64:19
**processing** 18:11
**produce** 31:12 31:14
**production** 24:5 85:24 90:4
**PROFESSI...** 1:22
**progress** 81:23 82:3,21 84:10 87:1 90:16 108:13 108:14,16,19 108:20,21
**progressive** 91:17
**proof** 3:14
**proposition** 15:4
**protein** 11:25 14:17 86:5,6
**proteins** 14:14 70:25 71:1,3
**prove** 96:21
**proven** 96:16 96:24




**Provence** 63:22
**provided** 25:13,16,20 25:23 26:4
**providers** 25:12
**public** 1:16 3:14 104:24 105:10 107:4 107:19,23
**publication** 6:4,5,12
**published** 6:10 45:19 70:12
**pull** 35:6
**pulled** 82:4
**pulmonary** 90:24
**punch** 84:13
**purpose** 68:8
**purposes** 21:8
**pursue** 100:7
**push** 59:1
**pushed** 97:23
**put** 11:1 12:12 20:24 30:17 38:3,21 50:11,12 54:15 56:9 60:11 67:10 80:15 85:7 88:9,22 90:8
**puts** 73:8 95:23
**P.C** 2:3
**p.m** 12:19 103:18

**Q**

**qualified** 107:5
**question** 3:8 3:11 5:9,13 7:23 8:8 40:19 41:7 43:22 46:18 55:15,16 58:14 67:24 69:24 70:10 77:9 81:17 95:7,15 99:4
**questionable** 12:11
**questioning** 65:2
**questions** 4:11 10:9 22:13
**quickly** 21:6 99:23
**quite** 21:11 36:9 41:7 46:15,17
**quote** 64:2

**R**

**R** 2:1 104:5 107:2
**race** 70:5
**radio** 14:15
**radiological** 60:2
**Radiology** 60:9
**raises** 22:13,14 46:12
**RANDI** 1:22 105:22
**range** 58:10
**Raphael's** 9:6 9:21 17:3 28:19,20 40:3 41:22 60:10 75:4 75:14
**rapid** 36:10 38:10
**rare** 69:18,20
**rarely** 25:21 36:18 86:19
**rate** 36:10 38:10 86:16 102:16
**rates** 65:13
**raw** 66:1 68:3 68:3,6,7
**reached** 28:24 77:5,22
**reactivity** 88:24
**read** 11:8,11 17:22 18:2,5 18:7,10,24 29:20 30:13 30:15 48:7 48:14 53:12 53:12,14 57:2,15,24 58:16,17,19 62:23 63:6 104:7 105:7 106:9
**reading** 3:18 34:5 45:1 47:17 48:20 55:23 57:20 105:5,9
**READS** 106:9
**reagents** 88:23
**reality** 25:20
**really** 10:23 14:20 21:9 22:15 24:23 25:22 35:17 47:20 69:21 69:24 70:2 70:19 71:4 74:18 86:19 90:6,6 99:5
**reason** 11:13 23:13 39:2 51:18 90:7
**reasonable** 25:1 76:6,16 76:22 77:5 79:14 81:18
**recall** 17:16 18:9,18 24:2 27:2,3,13,22 27:25 28:7 34:14 39:16 39:21 45:1 47:17 55:22 59:25 81:3 81:12,14
**received** 31:24
**receiving** 6:8
**recess** 56:12
**recognize** 82:8
**recognized** 14:25
**recollection** 10:16 11:6 27:17 58:22 59:4 61:14
**recommended** 36:3,21,22 37:16 38:15 89:23
**recommends** 101:14
**record** 4:12 9:7 13:2,3,5 13:7,9,20 15:18,20 16:5 17:3 20:24 21:4 21:11,15,19 30:13 31:22 32:1 33:17 47:13 48:15 48:23,24,25 49:2 50:22 52:18 56:1 60:12,19,20 61:23 63:3 77:13,16 78:9 84:5 94:9 100:10 104:9
**records** 9:1,4,6 9:8 10:8 15:13,25 16:21 17:5 17:17 24:13 32:4 40:13 44:24 47:14 48:7 52:22 55:18 60:18 79:21 81:20 93:25 95:22 100:14
**rectal** 80:13,20
**red** 64:24
**redistribution** 24:7
**reduced** 107:11
**refer** 53:20 60:2 67:23 68:2
**reference** 21:14 61:13 77:17
**references** 20:10 35:4 60:24 65:5
**referred** 18:20 18:24 20:11 34:18 86:21
**referring** 46:16 56:8 66:17 67:13 90:9
**refers** 24:6
**reflect** 36:23 69:5 86:14
**reflex** 79:10
**reflexes** 63:10
**registered** 12:23
**rehab** 17:15 21:6,8 27:23 93:19
**rehabilitation** 13:21 17:9 17:12
**reject** 70:23
**relate** 73:5
**relatively** 19:3
**relief** 36:7
**relying** 52:4
**remains** 38:22
**remember** 10:17 12:17 27:22 39:20 51:12 54:13 58:25 67:25
**remembered** 100:18,19,21
**remembers** 11:1
**removed** 71:6
**repeat** 5:10,12 38:13 90:7
**repeated** 89:22 90:10
**repeating** 89:24
**rephrase** 5:10 5:12 44:2
**report** 5:19 6:22 7:4,8,10 8:1,4,7 18:21 19:6,8 20:1,1 20:7,9 28:25 29:3 34:7,9 40:15 41:1 41:14 43:8 50:20 54:15 59:25 60:3 65:2,13 66:14 68:2 69:1 71:20 74:13 75:4 75:11,13,18 83:5 93:3 96:5 101:9 103:2,5,8 108:8
**reportable** 75:11 100:22
**reported** 54:7 65:8 73:12 75:9 99:1 101:6,7,11
**Reporter** 1:16
**REPORTERS** 1:22
**reporting** 1:21 1:28 2:23 101:1,5,14 105:21
**reports** 65:7 81:9 101:4 103:11
**represent** 4:9
**representative** 85:17
**representing** 3:6,13,17,21
**represents** 8:14
**request** 9:8,8,9 91:2
**require** 36:15
**requirement** 75:8
**requiring** 92:1
**research** 45:13 70:8,18 73:15
**reserves** 3:7
**reserving** 3:9
**resident** 56:5,6 56:18,24 62:12 87:22
**residents** 89:25 97:9
**residual** 61:8
**resolved** 53:6 53:8 57:5,23 63:25 72:11 72:19,20
**respect** 28:24 47:19 73:16 78:13
**respective** 3:13,17
**respiratory**