### A

Aaronson 37:25
abbreviation 91:9
abdominal 37:12 63:24 99:24
ability 90:4 91:23
able 31:12 37:20 38:10 92:2 101:25
abnormal 36:1 36:4 37:14 37:23 84:19 86:10
abnormalities 12:9
abnormality 86:13
aboard 21:16 24:14 33:22 48:16 49:2 77:18 98:24
above-refere... 8:15
absence 74:17 99:8
absolute 85:9
Absolutely 48:13 50:18
absorbed 67:4
academic 28:20 40:4
accept 15:3,5
accepted 96:16
accomplished 7:21
accuracy 48:10,11
accurate 54:11 107:12
achieve 68:8 75:24
achy 64:2 72:8
acid 64:18 85:24
acknowledge 104:8
acquired 76:8 76:19
active 6:8
38:22
actual 89:16 96:2 102:3
acute 13:21 17:11 61:5 93:19
add 71:12
added 35:2
additional 27:24 35:2
address 4:13 12:3
addressed 12:8
addresses 73:19
adequate 49:8 49:10 91:22
adjourned 103:17
administer 107:6
administered 13:11,18
administrati... 13:2,9,20 31:21
admission 11:17 13:22 17:8,11 21:6 21:7 25:6 56:23 60:21 61:14 93:18 93:19,19
admissions 17:11 93:20
admitted 24:24 54:18 54:19,21 56:15
admitting 94:20
advised 8:14
Afebrile 36:9 38:9
affiliated 26:6 28:18
affiliation 26:15
affiliations 40:4
age 10:24 46:1 64:19 70:5
agent 44:7 68:18,19
agents 44:3 46:12 61:3 83:15,17
ages 45:24
agitated 38:7
ago 8:13 28:7 55:11,20 57:1,5,10,25 62:13,14 63:5,7,11,12
agree 33:16 47:6,24 48:10 49:1 54:3,16 57:18 63:8 76:1 79:3 96:9,16
agreed 3:5,12 3:16,20 92:15
ahead 55:3,15 57:20 72:16 97:20
aircraft 100:11
airline 50:24 52:14 98:19
Airlines 1:8 2:6,9 4:9,10 21:16 24:15 33:19 48:16 49:3 74:5 77:18 98:25 105:1 106:4
airplane 100:15
airport 100:6
Alamine 86:3
Albumin 86:4
ALISON 2:10
Alkaline 86:4
allergic 82:13
alluding 56:1
AMAN 98:5
Ambulatory 60:3
American 1:8 2:6,9 4:9,10 21:16 24:15 33:19 48:16 49:2 74:5
77:18 98:25
105:1 106:4
amiss 85:12
Amos 34:13
amount 24:21 50:23 52:13 91:22
AMR 31:21
analysis 32:2 54:8
anemic 84:16
animal 47:11
animals 44:10
Anion 85:22
ankle 63:8
ankles 61:21 62:6,8
answer 5:15 23:15 32:14 34:22 38:24 46:19 70:10 77:9 81:5,17
answers 3:9
antibiotic 12:10,12,21 12:25 82:15
antibiotics 12:17
antibody 11:23 14:2 32:21,24,25 88:21 90:4
anticipated 36:3
antidepressa... 38:15
antiretroviral 6:9
anxious 38:16
anybody 25:7 40:17 41:9 45:9 58:12 58:13 69:25 74:16 99:12
anyway 97:4
apologize 35:8
appear 6:14 105:9
appears 13:19 19:6 62:21 107:9
applicable 3:10
applied 14:14 14:16 67:17
appointments 28:21
approximate... 98:23
April 20:14
area 70:19 98:6
arm 37:21 38:10
arms 37:11 59:4
arrives 34:20
arthralgia 83:19
arthritis 33:13 61:4,6,12 64:14
article 34:13 34:17,24 35:1 71:20 73:19
articles 20:11 35:5 73:15 73:16
aside 24:10 50:8 71:18
asked 3:8 12:3 16:11 40:17 40:20 41:11 56:20 102:24
asking 4:11
Aspartate 86:3
aspects 95:19
assay 88:24
assess 11:10
assessment 15:17 37:24
assisted 35:11
associated 23:5,7 33:13 61:20 62:5 91:5 96:14
assume 5:13 42:6 55:21 75:15 77:20 89:17 91:13
assuming 58:6
assumption 25:9 26:3 75:16
as-needed
31:19
ate 34:2 48:4 50:23 100:6 100:10,15
attached 105:14
attacking 69:12
attacks 69:7,8
attend 40:3
attending 28:20 56:19 82:5 94:24
attention 11:2 46:3 84:15
attorney 4:8 20:5 107:15 108:9
attributable 21:15
August 1:17 34:24 105:2
author 34:14
authority 3:14
autoimmune 61:6 69:5 71:14
automated 85:3
Avenue 2:7
Avian 44:4
awaiting 93:3
aware 20:5 23:9 28:2,4,8 41:17 43:19 75:10
awoke 82:17
a.m 1:17 12:24

### B

back 8:8 10:7 11:14,21 15:23 28:2 35:7,21 36:6 38:2 46:23 47:9 52:19 53:19,25 63:12 64:1 65:2 79:15 79:17 89:11 92:18 96:2 101:12 103:2
background 78:3,8

**backup** 89:16
**bacteria** 33:5
  35:17 43:15
  43:20,23
  49:7,9 59:14
  64:17 69:9
  101:17
**bad** 43:22
  71:10
**bag** 13:1
**bands** 11:25
  14:17,18,18
  14:19
**barrier** 44:6
**base** 30:8 48:6
  78:18
**based** 13:24
  25:23 32:1
  33:10,12
  45:13 48:6
  48:20 50:21
  52:7 76:25
  77:6 78:19
  79:19 89:17
  101:7,10
**baseline** 64:1
**basic** 70:18
**basically** 11:25
  35:3 56:13
  64:6 66:6
  70:21 80:11
  83:19 85:8
  85:23 86:23
  91:25 98:11
**basis** 31:19
  34:4 48:19
  50:25 51:5
  76:10,13
  77:21 78:1
**basophils** 85:7
**bear** 44:8
**becoming** 8:9
**bed** 38:11
**beeper** 87:21
  87:23
**began** 36:9
  63:23 64:2,2
**beginning** 8:9
  73:6
**behalf** 2:2,6,9
  41:6
**believe** 8:13
  12:5,8 16:18

  18:12,16
  24:3 26:12
  26:19 27:12
  28:17 30:24
  31:23 42:1
  44:22 47:12
  47:16 51:6
  53:2 61:16
  70:6 75:11
  94:20 103:11
**believing** 46:9
**bell** 73:10
**beneath** 85:9
**benign** 64:25
**best** 11:6 24:3
  44:3 68:24
  73:19
**bet** 49:15
**better** 9:19
  37:24,25
  38:8 100:1
**big** 43:6
**biggest** 71:13
**bilateral** 58:1
**bilaterally**
  63:8
**bilirubin** 86:4
  86:4
**binder** 16:25
  17:2 20:20
**biopsy** 64:11
**birds** 43:16,18
  43:21,24
  44:13,17,25
**bird's** 43:21
**birth** 4:16
**Bismol** 100:1
**bit** 15:23 24:11
  55:4 67:7
  80:13 84:18
  101:10
**bite** 22:13 51:1
**black** 20:20
**blahs** 79:16
**Block** 17:24,25
  20:1,1 56:3
**Block's** 18:2
  103:8
**blood** 14:13
  24:7 32:18
  36:10 38:2,5
  51:12 64:24
  66:11,18

  67:2,2,22,25
  79:22 80:9
  80:12,25
  84:9,12,13
  84:25 86:11
  91:23
**bloody** 33:12
  33:18
**Blot** 11:25
  12:2 14:10
  14:11 79:13
  79:17 89:24
  90:1,9,9
  95:13
**blue** 31:1
**board** 50:12
  50:16
**body** 43:21,21
  69:6,10
  85:24 91:19
**Book** 1:13
**Bordeaux**
  63:22
**bottom** 83:7
  105:16
**Boulevard**
  2:11
**bowel** 38:8,17
  57:22
**Boyce** 41:19
  41:24 42:8
  92:12 100:25
**Boyce's** 92:14
**break** 56:11
**breaks** 84:25
**breath** 38:9
  91:8
**breathe** 91:20
  92:2
**Brett** 9:22
**Brett-Smith**
  9:23 11:12
  11:16,20
  12:19 31:2
  45:3
**Bristol** 10:1
**broad** 98:11
**BUN** 85:25
**bunch** 71:14
  73:24
**Burn** 27:3
**burning** 91:4,5
**Burn's** 27:4

**butter** 67:16
**buy** 58:21
  65:17
**B-R-E-T-T**
  9:22

——— C ———
**C** 2:1 107:2,2
**CA** 86:1
**Cahill** 20:2
  96:7 103:2
**Cahill's** 18:5
  96:5 103:5
**calcium** 86:1
**calculation**
  85:7
**call** 16:6 23:20
  23:21 68:15
**called** 6:6,8
  11:23,24
  16:3 23:12
  23:13 27:9
  32:22 36:21
  65:11 66:4
  81:15 85:3
**calls** 16:7
**campy** 65:11
**campylobac...**
  23:4,6,11
  29:25 30:5
  31:5 32:10
  32:19 33:5,8
  33:10,15
  34:23 35:12
  35:17 43:15
  43:20,23
  44:11,15,22
  46:4,11,14
  46:19,23
  47:10 49:7,9
  49:20,25
  50:6,14 58:6
  58:8 59:14
  61:3 65:7,11
  65:19 66:7
  68:12 69:2,6
  69:15,22
  70:2 73:17
  74:14 75:5
  75:10 76:8
  76:18 77:11
  77:12 78:5
  87:12 94:15
  94:17 95:4

  96:13,17,24
  97:6 98:5,12
  99:17 102:1
  102:9,18
**capacity** 36:13
**carbon** 85:22
**card** 80:14
**care** 12:7
  35:14,15
  37:4,6,8
  101:1
**carefully** 32:4
**carried** 43:16
**carries** 70:22
**carry** 44:21,22
**case** 3:8 4:9
  7:4 8:6,10
  10:5 15:7
  16:12 19:2
  21:4,11
  24:13 25:22
  26:25 27:15
  28:16 31:9
  32:16,25
  34:18,19,19
  34:22 40:7
  40:18,21,24
  41:16 42:11
  45:10 50:9
  54:9 59:19
  77:22 79:1
  80:22 81:7
  81:11 88:19
  101:10,21
  105:1 106:3
**cases** 68:15
  73:12,21,22
  74:14
**cat** 22:14
**catering** 18:7
**catheter** 38:5
  38:12 43:11
**cause** 14:22
  33:18 36:19
  44:7 61:10
  66:2 79:3
  81:2,4 97:6
  102:10
  107:18
**caused** 24:8
  43:11 76:8
  76:18 94:14
  100:11,16

  101:16,18
**causes** 12:1
  24:9 81:16
**CBC** 84:12,23
**CDC** 19:1,2,6
  34:12 49:13
  49:14 65:4
  65:21 75:9
  75:12 101:14
**Celebrex** 36:9
**cell** 64:13,15
  71:2 84:14
  86:20
**cells** 38:2
  64:24,24
  70:22 84:25
  85:1,4,15
  86:22
**center** 17:9
  75:5
**central** 38:6
**Century** 1:14
**certain** 14:16
  14:18,18
  22:9,10,11
  22:13,14
  31:25 44:9
  44:10 69:7,8
  70:1,20 71:1
  71:2
**certainly** 15:3
  46:20 47:5
  54:22 59:8
  73:21 74:17
  78:21 96:21
  98:2 100:9
**certainty**
  44:16 76:17
  76:23 77:5
**certify** 107:4,7
  107:14
**cervical** 60:5
**chair** 30:2
**chances** 69:15
**change** 15:23
  35:10,15,18
  38:12 74:18
  96:1 97:10
**changed** 35:13
  96:23 97:23
**changes**
  105:17
**changing** 35:8

38:15
chart 20:3,19
 29:23 30:15
 30:19 42:2
 45:7 82:4
chatting 27:21
check 38:3,5
chemical
 69:10 80:15
chemically
 69:9
chest 91:24
chicken 18:10
 33:18,24
 34:5 44:14
 46:18 48:15
 49:5,6,8,19
 49:24 50:4,5
 50:6,17,24
 51:2 52:14
 65:6,8,10,18
 66:1,15,20
 67:10,22
 68:19 74:4
 75:20 76:9
 76:11,19
 77:17
chief 41:17
 92:12
chloride 85:21
choice 28:12
chooses 44:11
chronic 38:4
chronology
 64:7
Church 1:14
Cipro 82:13
 82:14
cite 35:1
cited 34:23
cites 73:20
City 17:23
CL 85:21
cleaner 58:17
 58:21 59:3
 72:2
clear 71:4
client 8:15
clinical 33:14
 34:18 63:9
 79:19 91:17
 101:7,10
close 10:24

closely 19:6
closer 65:14
clue 59:23
cluster 99:6
cold 81:2
colleague
 30:10 70:24
collect 38:22
colloquy 56:2
colonize 44:10
colonized
 44:15
color 51:6
 88:24,25
come 11:21
 40:22 46:4,7
 47:11 49:12
 56:21 68:14
 68:16 74:2,7
 89:11 95:16
 101:12
comes 24:3
 56:21
comfortable
 30:13 37:10
coming 43:4
comment
 47:20 55:2
 85:10 96:12
 98:3
comments
 51:1
Commission
 104:25
 107:25
commissioned
 107:5
common 4:14
 12:6 22:10
 22:11,21,25
 23:9 43:13
 43:14 46:1
 68:20 70:7
 81:2
company 18:8
 18:11 19:24
complain
 23:17
complaining
 36:6
complaints
 60:15 74:3,8
complete 17:5

21:2 22:15
 84:12
complicates
 60:23
complication
 12:7
complications
 91:18
compliment
 63:1
complimenti...
 63:3
compulsive
 30:12
computer 7:18
 38:21 95:21
computerized
 12:16
conclude
 51:14 76:7
concluding
 34:4
conclusion
 76:6,13 77:4
 77:4,22 78:1
 98:16
conclusions
 28:23 78:19
condition 24:5
 26:25 28:24
CONDON 2:7
conduct 33:21
conducted
 60:7
conduction
 26:22
conferences
 42:25
confirm 43:3
 78:23
confirmatory
 11:24 79:11
 79:15
confirmed
 95:3
confirming
 35:12
connected
 59:23
Connecticut
 1:1,13,15,17
 2:4,11 4:15
 10:2 63:20

63:23 75:14
 105:23 107:5
connection
 8:15 40:21
connective
 86:18
consider 27:23
 72:2
consideration
 83:9
consistent 58:5
 58:11
constellation
 23:16 33:14
constipated
 31:16 37:19
constipation
 89:20
consult 11:3
 11:11,13
 29:22 34:8
 34:11 37:25
 53:5 55:7
 56:20
consultant
 31:3 55:5,6
 56:21
consultants
 30:17
consultation
 22:9 60:3
 90:24
consulted
 11:10
consulting
 40:11
consults 22:4
consumed
 21:16 24:14
 33:19 52:13
 66:10 74:7
 98:24
consumption
 77:17
contact 16:1
 27:12 47:11
contacted 8:9
contained
 28:25 29:3
contains 21:19
contaminated
 65:6 74:11
contents 16:25

Continue 38:1
continues
 37:18
continuing
 37:16 92:15
contrary 23:1
control 11:2
 27:10 38:16
 75:6 97:9
 100:24
 101:13
conversation
 36:20 42:8
conversations
 39:16,25
converse 99:7
cook 50:4
 66:20 67:17
cooked 49:5
 49:25 66:19
 67:3
cooking 49:6,8
 49:10 50:1
cooks 67:15,19
copies 18:23
copy 6:22
 19:23 20:2,3
 79:24 105:7
correct 5:2
 6:13,17 7:5,6
 7:7,25 8:3
 9:2,3,11,12
 9:15 10:14
 13:13 14:8
 17:4,10 18:6
 18:16,22,25
 20:13 21:10
 21:12,13,21
 21:22,24
 22:19,21
 25:25 26:2,8
 28:14,25
 29:1,12,15
 30:7 32:3,5
 33:3,6,9,12
 33:20 34:6
 35:24 38:19
 38:25 39:4,8
 39:10,13,15
 40:5,12,14
 40:16 41:21
 41:23 42:4
 42:13,19

43:10,12,16
 46:5,6 47:2
 47:23 48:1,5
 48:9,17,22
 49:4,18 50:8
 52:6,21
 53:11 54:6
 54:24 57:11
 57:17,19
 58:4 59:3,12
 59:17,18,20
 59:22 63:13
 65:23 68:13
 72:1,9,12
 74:1,22 75:3
 75:20,21
 76:5,14 77:7
 77:19 78:9
 78:10,16
 79:1,2,3,4,6
 82:11,18,19
 83:6 86:10
 88:10,12,17
 89:8,9,21
 91:1,3,6 92:3
 92:10,13,19
 93:1,4,11,14
 94:5,23,23
 95:5 100:12
 100:17 104:9
 105:18 106:1
corrections
 105:12,15
corresponde...
 19:20
cost 97:9,16
costly 85:11
cough 101:9
counsel 3:6,13
 3:17,21
 107:11,14,16
count 37:22
 64:13,15
 84:12,14,18
 85:17 86:21
counts 84:25
 85:14
couple 5:3
 13:14 25:6
 44:25 80:15
 81:19 96:19
 97:18,19
course 77:11

90:5 97:25
COURT 1:1
cover 20:14
coverage 27:3
  87:12
covered 12:5
  35:23
covering 9:13
  27:6 30:9,15
  38:1 42:2,3
  97:22
CO2 85:21
CPC 34:18
cramping
  99:25
create 89:25
creatinine
  85:25
criteria 14:17
cross 44:6
crows 44:19
  44:20,21
crushing 82:17
crystals 64:18
CT 1:23
cubic 86:23
culture 31:7,8
  32:6,7,8,9
  33:7 36:5
  38:3,12,20
  64:19,25
  75:17 80:19
  86:7,20
  87:14 96:20
  96:21 101:22
cultures 38:5
  84:9
CUNM 86:22
current 6:3
  14:14
Currently
  29:25
CURRICUL...
  108:7
curve 73:10
Cushings 24:4
  24:4,5,7,10
  24:10
customarily
  37:1
cut 51:11
  66:15,21,25
  67:6,20

cutting 50:12
  50:16
CV 1:6 5:18
  5:19 6:2,19

———— D ————
danger 92:1
dash 9:22
date 4:16 16:5
  17:16 57:10
  57:15 60:1
  94:2
dated 6:23 7:6
  29:21 57:1,8
  57:9 62:13
  63:11 90:16
  108:9
dates 78:12
day 11:17
  29:23 30:14
  36:23 58:9,9
  95:11 100:1
  104:19
  107:19
days 39:19
  53:10,16
  55:6,8 57:4,5
  57:22,25
  58:2 59:16
  59:17 61:19
  62:5,8,13,14
  63:7 71:23
  72:10,14,15
  72:18,19,21
  72:22 73:2,8
  73:9 82:11
  96:19
dead 44:25
deal 43:6
dealing 50:10
December
  34:17 54:23
decision 78:6
declined 41:5
  41:11
decreased
  63:25
deemed 79:14
deep 63:9
defects 3:21
Defendant 1:9
  2:6,9
Defendant's
  5:21 6:24

8:20 19:14
80:3 81:24
82:23 83:25
87:2,25 89:3
90:11 92:4
92:20 93:6
108:5
definitely 98:4
definitive 32:9
  95:24
degree 68:9
  76:16,22
  77:5
degrees 49:15
  50:5 66:22
  75:25
DEL 1:21,28
  2:23 105:21
delay 12:25
deleted 7:24
Denied 63:19
Denies 91:7
department
  9:4,7 82:7
  88:4 100:25
  108:17
depending
  102:16
depends 48:11
  66:19 67:3,7
  67:15
deponent 3:9
  3:18 107:7
deposed 4:2
deposition
  1:12 3:15,18
  3:22,24 4:19
  5:4 17:22,23
  18:3,14
  19:23,25
  20:2,17,18
  34:5 40:22
  42:9,16 48:7
  48:21 50:23
  51:1,7 52:5
  52:14 53:13
  53:14,15,18
  53:21 54:4
  54:23 58:16
  59:11 60:17
  60:20 77:1,6
  77:22 105:2
  105:5,8,9

107:8,9,10
depressed
  38:16
described 5:22
  6:25 8:21
  19:15 37:20
  80:4 81:25
  82:16,24
  84:1 87:3
  88:1 89:4
  90:12 92:5
  92:21 93:7
describes
  30:11
description
  51:6,13
  60:22
despite 36:7
  91:17
destroy 49:9
  49:20,25
destroyed 50:1
destroys 49:6
detail 21:5
  22:5 24:24
detailed 63:17
  64:7
details 25:2,3
  28:1 39:20
  54:10,13
detected 96:17
determinates
  69:8
determination
  70:9
determine
  14:7 31:5
  32:18 69:22
  97:17 102:1
determines
  69:21
determining
  35:16 97:5
develop 45:25
developed
  12:6 72:6
developer
  80:16
Devries 18:11
diabetes 24:7
diagnose
  64:11
diagnosed

88:8
diagnosis
  10:13 11:22
  13:23 15:7,9
  15:11,15
  22:16,18
  30:8,16,20
  30:21,22
  31:2 33:10
  34:21 80:22
  83:11 94:5
  95:24 96:21
  101:2
diaphragm
  91:20
diarrhea 33:13
  33:18 52:23
  52:24 53:4,6
  53:8,10,16
  53:23 54:4
  55:6,7,11,19
  57:4,21 58:7
  59:15 60:25
  61:7,17,19
  62:3,4,9 63:5
  63:25,25
  71:21 72:10
  72:20 73:4,6
  73:6 74:3,8
  78:13 83:22
  90:17,18,20
  90:21,22
  99:24
diarrheal
  83:20 96:10
Dictation 94:1
diff 85:13
different
  14:14,15
  20:8 54:6
  55:5,9 60:25
  68:5 85:14
  98:10 102:1
  102:3,4
differential
  22:15 34:21
  83:11 85:3
  85:10
difficult 72:4
diffuse 81:16
dinner 67:9,10
dioxide 85:22
Direct 4:4 86:4

108:3
directed 3:11
direction
  107:11
disagree 15:17
  15:21,22
  98:14 103:5
disagreed
  103:4
discharge 15:6
  15:9,13,15
  17:9 27:20
  93:10,17,22
  94:8,14 95:2
  95:17,18
  108:22
discharged
  93:13
discomfort
  61:8
discrepant
  54:14
discuss 16:11
  27:10,15
  28:15 34:20
discussed
  26:25 27:10
  34:20 37:25
  41:14 72:23
  100:23
discussion
  13:6 34:22
disease 9:20
  11:3,8,9 12:1
  12:11 13:24
  14:7,22 15:4
  15:10,12,16
  18:1 22:4
  23:13,18,21
  23:22,23
  24:3,4,8 41:5
  41:10 44:7
  45:16 53:5
  55:7 63:17
  66:6 71:14
  71:22 72:3
  75:6 79:3
  81:15 83:18
  86:18 90:3
  90:17,18,21
  95:7,11,16
  96:13 98:14
diseases 41:20

| | | | | | |
|---|---|---|---|---|---|
| 75:11 76:16 | 29:22,25 | East 44:6 | empiric 29:25 | 40:9 69:17 | 97:15 |
| 78:18 100:22 | 36:3 37:16 | eat 48:4 51:2 | 87:11 | 102:22 103:1 | experience |
| 101:15 | 38:1,14 87:9 | 64:17 66:8 | employee | exactly 27:22 | 25:2 63:24 |
| dish 88:23 | 92:15,16,17 | 74:10 | 107:16 | 29:18 31:22 | 64:3 |
| dishwasher | 95:10,14 | eating 33:24 | enclosed 105:7 | 56:4 62:10 | experienced |
| 50:19 | Dr 4:6 9:23 | 74:4,21 | enclosing | 64:10 69:13 | 57:3,21 |
| dispute 98:17 | 11:16,20 | 86:15,16 | 19:25 | 73:23 100:5 | 58:19 60:13 |
| disputed 96:11 | 12:19 15:14 | EBV 37:15 | encounter | exam 23:19 | experiments |
| disputes 58:12 | 17:24,25 | 68:18 | 4:25 | 24:6 37:20 | 66:7 |
| 58:13 | 18:2,5 20:1,1 | ecenophils | ended 53:4 | 80:13,20 | expert 4:22 |
| distinction | 20:1 25:16 | 85:6 | ends 69:11 | EXAMINA... | 5:1 8:10 10:4 |
| 23:23 24:1 | 26:9,11,13 | effect 55:12 | England 34:16 | 4:4 108:3 | 27:16 41:6 |
| 51:18,20,21 | 26:15 27:1,3 | 71:7 | 71:19 72:23 | EXAMINA... | 41:11 48:20 |
| 76:1 | 27:4,11,13 | effort 11:1 | English 1:15 | 108:1 | 68:11 76:15 |
| distress 24:21 | 27:14,15,18 | Eggs 46:24 | 1:19 107:22 | examined | expertise |
| DISTRICT | 27:19 28:15 | Eighteen | entire 21:3 | 29:23 30:18 | 70:19 98:7 |
| 1:1,1 | 28:16,18,21 | 64:24 | 30:13 94:9 | 100:9 | Expires |
| DOCKET 1:6 | 31:2 34:13 | eighth 29:23 | 100:9 | examiner's | 104:25 |
| doctor 4:17 | 36:20 37:25 | either 41:8 | entirety | 80:20 | 107:25 |
| 5:25 9:20 | 41:24 42:8 | 60:19 98:1 | 103:10 | examining | explain 88:13 |
| 19:19 22:24 | 45:2 55:19 | 107:15,16,16 | entry 12:16 | 80:12 | explained |
| 28:13 34:7 | 56:2 60:5 | electrical | epidemiologic | example 24:2 | 93:18 |
| 35:24 40:20 | 61:16 81:10 | 14:13 | 70:11 98:18 | 24:3 44:15 | explosive |
| 49:11 51:19 | 81:10,10 | electrolytes | episode 61:7 | 44:19,21 | 57:22 |
| 60:16 66:14 | 82:8 83:3 | 85:20 | equal 45:24 | 61:3 85:25 | exposure |
| 69:3 72:16 | 91:2 92:12 | electromyog... | ER 11:18 | 97:17 101:3 | 63:19 |
| 74:15 76:15 | 92:14 93:16 | 26:23 | error 62:12 | 101:8 | expressed 71:1 |
| 80:12 82:4 | 94:1,13,18 | electronic | escalation | Excellent | extensive |
| 83:8 87:6 | 94:22 95:3,7 | 95:22 | 36:22 | 69:24 | 21:12 46:17 |
| 90:15 93:10 | 95:16 96:4,7 | electrophore... | excess 24:5,8 | 101:13 |
| 94:7 100:23 | 98:6 100:25 | 14:12 | especially | 85:23 | external 67:16 |
| doctors 9:14 | 103:2,5,8 | elevated 36:11 | 10:22 30:14 | excruciating | extra 61:1 |
| 22:3 30:22 | 108:10,11 | 86:17 | 46:13 | 10:25 36:6 | extracellular |
| 40:2 41:15 | drafts 7:10,12 | elicit 22:6 | ESQUIRE 2:2 | Excuse 19:20 | 66:25 |
| 62:25 78:18 | 8:1 | ELISA 11:23 | 2:6,10 105:4 | exhibit 5:20,21 | extremely |
| document | draw 23:22 | 12:2 13:25 | essentially | 6:1,21,24 | 43:14 65:14 |
| 31:16,22 | drink 22:6 | 14:2 15:11 | 33:11 69:12 | 8:18,20 | extremes 46:1 |
| documented | drinking 22:12 | 30:1 79:9,16 | estimate 68:24 | 15:24 19:14 | |
| 99:6 | DRIVE 1:22 | 79:20 88:15 | estimated 40:9 | 80:3 81:22 | **F** |
| documents | 105:22 | 88:16 89:17 | etiologies | 81:24 82:20 | F 107:2 |
| 17:21 | drop 66:1 | 89:24 102:6 | 68:21 97:12 | 82:23 83:24 | fact 15:6 25:22 |
| doing 27:21 | drops 67:19 | 102:11,12 | evaluation | 83:25 84:4,7 | 39:11 44:23 |
| 50:10,13 | 80:15 | ELISAs 79:12 | 22:8 | 87:2,25 89:3 | 47:15 48:6 |
| 79:18 85:18 | dry 66:20 | 88:22 | evaluations | 90:11 92:4 | 48:14 53:25 |
| 95:18 96:1 | duck 44:15 | emergency | 55:9 | 92:20 93:6 | 71:5 78:11 |
| 98:18 | duly 4:2 107:5 | 12:23 24:24 | evening 13:12 | EXHIBITS | 80:21 |
| dollars 97:18 | 107:8 | 58:1 60:21 | event 54:12 | 108:5 | factors 69:22 |
| 97:19 | | 64:5 | events 25:10 | exist 47:5 | fair 5:8 12:21 |
| dose 12:18 | **E** | emerging | everybody | existence 8:2 | 13:15 17:2 |
| 36:22 66:4,8 | E 2:1,1 107:2,2 | 45:16 | 70:21 | expect 64:14 | 18:23 19:6 |
| Doxy 87:7,8 | earlier 86:21 | EMG 26:18,20 | evidence 13:24 | 73:3 | 21:4 29:14 |
| Doxycycline | 93:18 | 26:22 | 23:18 33:4 | expected 58:10 | 51:24,25 |
| 12:10,13 | early 55:20 | Emory 35:3 | 71:9 | 74:6 | 54:16 55:4 |
| | 90:3 95:9 | | exact 17:16 | expensive | 71:11 78:11 |

| | | | | | |
|---|---|---|---|---|---|
| 94:8 101:10 | 31:20 70:10 | foodborne | 100:7 107:7 | giving 31:22 | gram 64:19 |
| fairly 43:13 | 73:20 99:13 | 19:3 66:4 | 107:14 | 42:9 | great 21:5 |
| 96:16 101:12 | finding 35:11 | foods 46:18 | FYI 50:19 | gloved 80:14 | 22:5 |
| false 79:11 | 80:22 | foregoing | F-A-Y-E 18:8 | GLUC 85:25 | grounds |
| 102:6,11,13 | findings 59:8 | 104:7 107:8 | ——— G ——— | glucose 85:25 | 101:10 |
| family 47:8,15 | fine 63:16 | 107:9,12 | gap 85:22 | 86:12 | grow 43:20 |
| far 17:5 40:6 | finger 80:14 | foreign 69:6 | gastroenteritis | go 5:4 8:8 10:7 | grows 43:23 |
| 44:5 | finished 63:15 | form 3:11 | 23:2 74:13 | 10:8 19:18 | 65:11 |
| farm 49:16 | first 4:1 5:6 | 32:11 52:9 | gather 22:18 | 35:7,20,21 | growth 102:3 |
| farther 73:12 | 8:9,13 10:4 | 55:13 72:25 | GB 98:4 | 40:24 46:23 | guess 15:14,25 |
| fat 24:6 67:18 | 12:18 28:4 | 77:2,8,24 | GBS 29:24 | 47:9 50:18 | 23:15 68:25 |
| 70:15 | 29:7 30:14 | 98:5,12 99:3 | 68:22 69:2 | 50:20 53:19 | 71:6 81:18 |
| fatigue 64:1 | 37:5 42:15 | 99:16 105:14 | 69:15,23 | 53:24,25 | 87:6 88:18 |
| 72:8 | 50:21 64:3 | formal 8:13 | 71:8 79:3 | 55:3,15 | 90:25 |
| fax 20:4 | 74:12 76:3 | 14:17 56:16 | 81:2,4,15 | 57:20 65:2,9 | guest 34:20 |
| faxed 13:1 | 84:9 87:19 | formed 47:21 | 83:8 90:17 | 65:16 69:19 | Guillain-Bar... |
| Faye 18:8 | 92:24 | forms 98:11 | 94:5 | 70:5 72:16 | 10:12 11:11 |
| February/M... | firsthand 48:3 | formula 85:22 | gears 35:8 | 74:15 97:20 | 12:4 14:23 |
| 81:7 | fit 59:13,19 | FORSYTH | gel 14:13,14 | goes 17:8 28:2 | 15:15 23:7 |
| feces 47:11 | five 39:19 | 2:7 | 14:15 | 57:6 73:13 | 23:11,21 |
| fee 19:24 | 72:19 73:8,8 | forty-nine | general 10:9 | going 4:10 | 30:4 34:23 |
| feel 64:2 78:3 | five-minute | 65:18 | 22:4 23:16 | 5:13,19 | 35:1 45:4,12 |
| Feels 38:8 | 56:10 | forward 9:4,8 | 34:19 74:19 | 30:14 45:3 | 58:6,9 59:6,9 |
| feet 72:7 82:17 | flight 21:17 | found 44:8,25 | 87:21 88:22 | 54:11 65:18 | 61:9,10 |
| fell 64:6 | 24:15 33:19 | four 72:21,22 | 97:21 | 66:24 67:1,6 | 68:11,17 |
| fellow 63:17 | 33:22 34:2 | 73:2 87:7 | generally | 67:11 69:23 | 69:4 70:14 |
| 96:13 | 48:16 50:24 | France 21:23 | 27:21 30:1 | 73:20,20 | 71:3,22 73:3 |
| fellow's 72:5 | 52:14 74:6 | 47:25 52:20 | 30:12 37:17 | 81:5 82:21 | 76:7,17 |
| felt 35:10 | 76:9,20 | 63:22 76:10 | 44:5 71:13 | 90:2,8 92:9 | 77:12 78:14 |
| female 29:24 | 77:18 | 76:20 91:11 | 79:12 | 94:22 96:1 | 83:13 88:8 |
| Ferry 2:11 | flights 33:23 | frank 61:4 | generate 22:15 | 97:10,13,25 | 91:18 94:14 |
| fever 6:7 33:13 | 49:3 98:25 | freeze 50:5 | 31:1 | Golden 1:12 | 96:10,14 |
| 37:19 52:24 | flocks 44:5 | freezer 50:3 | generated | 4:1,6,14 | 98:11 |
| 57:3,21 | flu 81:2 | freezing 49:19 | 45:17 | 55:19 104:13 | |
| 63:24 99:25 | fluid 64:9,11 | 49:24 | generates | 105:2 106:7 | ——— H ——— |
| field 26:17 | 64:12,13,15 | frequency | 79:10 89:1 | 108:10,11 | half 42:21 |
| 68:11 70:9 | 64:22,25 | 45:25 | generating | Goldstein | 71:25,25 |
| 73:16 76:16 | 66:22,24,25 | frequently | 86:15 | 26:13 27:14 | 82:11 |
| 78:17 85:17 | 86:20,21,23 | 43:15 45:18 | genetic 70:1 | 27:15 81:10 | hallway 28:9 |
| fifty 65:17 | Fluids 64:18 | full 50:21 65:3 | getting 11:1 | 98:6 | hammer 97:9 |
| figure 70:17 | fly 44:17 | 76:3 | 69:15 73:18 | Goldstein's | hand 56:9 |
| file 19:11,19 | folders 19:13 | function 12:9 | GI 37:25 61:2 | 26:15 | 80:20 107:19 |
| 21:1,2 41:5 | Foley 38:4 | 36:1,16 | 63:10 74:16 | gonorrhea | hands 50:13 |
| 41:10,15 | followed 11:24 | 37:13 86:1,2 | girdle 37:11 | 64:20 | 58:1 59:4 |
| 108:11 | 23:2 | functioning | give 5:3 40:8 | good 4:6,7 8:8 | 62:15 |
| filed 54:25 | following 31:1 | 79:18 | 40:22 46:19 | 19:12 36:14 | handwriting |
| filing 3:24 | follows 4:2 | functions | 61:12 68:24 | 38:16 55:17 | 20:23 63:4 |
| 54:17 | follow-up 36:4 | 37:24,24 | 83:16,21 | Goodrich 60:5 | 82:9 |
| final 7:8 36:2 | 45:8,10 | funny 51:2 | given 3:9 | gotten 59:14 | handy 49:17 |
| 37:16 | food 21:16 | further 3:12 | 25:12 30:1 | 90:5 99:9,12 | hangs 13:1 |
| finalized 84:10 | 22:7 24:14 | 3:16,20 | 31:13,18 | gout 64:18 | haplotype |
| find 15:9 | 46:14 50:10 | 40:17,21 | gives 22:12 | go-round 7:19 | 71:16 |
| 23:18 24:12 | 66:20 | 45:5 63:21 | 63:17 | 7:20 | haplotypes |
| | | | | | 70:20 |

Case 3:02-cv-01032-WIG   Document 84   Filed 05/10/2005   Page 7 of 12

Page 115

| | | | | | |
|---|---|---|---|---|---|
| **happen** 95:21 | 33:14 | 29:11,17 | 100:16 | 84:2 87:4 | 68:21 76:16 |
| **happened** 12:18 39:22 39:23 | **him/her** 105:10 | 34:19 42:23 42:24 54:7 54:12,15,19 | **illegible** 56:6 **illness** 19:4 21:15 45:25 | 88:2 89:5 90:13 92:6 92:22 93:8 | 78:18 83:15 96:12 97:12 98:13 101:13 |
| **happens** 25:21 84:23 96:3 | **hip** 37:11 57:5 57:25 | 54:21 56:15 60:8 75:4,14 | 47:19 48:17 59:23 63:10 | 108:1,5 **indicate** 33:17 | **influenza** 44:4 44:5 81:4,6,8 |
| **hard** 54:13 59:1 61:7 | **histories** 34:19 **history** 21:20 22:5,8,12 | 82:4 89:12 93:19,23 94:19 100:24 | 63:19 74:10 74:16 75:2 81:8 83:20 | 53:15 60:12 61:23 62:7 **indicated** | **informally** 27:21 **information** 7:17 8:6 19:7 |
| **Hartford** 1:25 2:4 | 25:3,11,13 25:17,20,23 | **hospitalizati...** 17:12,13 | 86:17 96:10 99:19 100:4 | 55:19 85:10 105:10,11,16 | 22:3,16,17 30:16 35:2 |
| **Hasbani** 26:9 27:1,13 61:16,19 81:10 94:1 94:18,22 95:3,8,17 | 26:4 33:12 54:10 56:16 63:10 91:10 91:11 | 95:10 **hospital's** 9:7 20:5 **host** 97:12 **hour** 16:20 | **illnesses** 66:4 **immune** 69:7 69:11 **immunoglob...** 97:2 | **indicates** 52:19 89:7 92:9 100:10 100:15 **indicating** | 52:16 54:14 63:18 65:3 74:16 78:4,8 78:9,12 95:20 97:14 |
| **Hasbani's** 61:18 94:13 | **HIV** 68:18 101:5 **HLA** 71:12 | 40:11 42:21 **hours** 12:21 | **implication** 61:25 | 17:1 60:4 **indication** | 98:20 **ingest** 66:6 |
| **Haven** 1:14 60:3 | **HLAB27** 71:14 | 13:14,16 30:3 40:6,9 | **implies** 29:22 68:7 | 48:15 **individual** | **ingestion** 22:7 76:9,19 |
| **HCT** 84:15 **head** 5:16,16 12:15 24:2 41:20 81:3 102:20 | **hold** 40:3 61:22 **holiday** 30:15 89:14 **Holland** 2:6 4:5,8 5:24 | 40:10 **house** 42:22 **huge** 45:17 74:9 95:21 **humans** 47:10 | **importance** 50:13 **important** 50:9 78:5 **impregnated** 80:15 | 56:21 66:20 70:22 **induced** 12:4 **indwelling** 38:4,4 | **initial** 4:25 13:25 95:12 **initialed** 79:23 **initially** 43:9 79:5 |
| **headed** 100:25 **health** 63:18 63:21 | 6:21 7:3 8:18 8:23 13:5,10 19:10,17 | **hundred** 97:18 97:19 **Hutchinson** | **impression** 30:25 **improving** | **infect** 45:24 **infected** 73:18 73:25 | **initials** 79:23 **initiate** 90:3 **injuries** 8:16 |
| **heart** 6:8 36:10 38:10 | 32:13 43:6,7 52:10 55:14 | 82:8 83:3 ——— | 36:1 37:17 37:21 | **infection** 12:6 22:25 23:1 | **inmates** 73:25 **inpatient** 9:5 |
| **heavily** 78:21 **heavy** 58:23 58:24 59:1 | 56:4,9 57:7 73:1 77:3,15 78:7 80:2,8 | I **ICU** 11:4,5 **ID** 29:21 | **inadequate** 30:12 **incident** 58:17 | 29:25 37:15 43:9 45:16 59:14 64:16 66:2 68:19 | 17:12 21:5 **inquire** 22:4 **Institute** 27:24 |
| **held** 13:6 **Helena** 9:22 11:12 | 81:22 82:2 83:1,23 84:3 86:25 87:5 | **idea** 25:23 31:23 54:20 **ideal** 25:18 | 72:2 **inclined** 54:14 **includes** 22:6 | 75:5,8 76:8 76:18 77:11 85:25 86:17 | **instructions** 5:3 105:5 **intake** 37:11 |
| **help** 31:14 **helped** 35:16 97:6 | 88:3 89:6 90:14 92:7 92:23 93:9 | **identification** 5:19,22 6:1 6:22,25 8:19 | 40:10 **including** 19:1 68:18 | 100:24 **infections** 6:6 6:11 22:9,11 | **intend** 29:2 51:20,21 **intensive** 12:7 |
| **helpful** 22:16 55:25 86:19 96:20 | 99:11,21 102:14 103:15 108:3 | 8:21 19:15 80:4 81:25 82:24 84:1 | **increase** 38:2 64:4 **increased** 30:3 | 22:14,20,23 23:3,5,10 68:17 73:17 | 37:4,6,7 85:11,18 **interchange...** |
| **hematocrit** 84:16 | **home** 7:17 45:1 50:10 | 87:3 88:1 89:4 90:12 | 64:1 **increasing** | 81:4 **infectious** 9:20 | 51:24 68:4 **interested** |
| **Hepatitis** 37:15 46:13 68:20 | 76:10,20 **Hope** 38:1 **hormone** 24:5 | 92:5,21 93:7 **identifies** 70:22 | 57:25 62:14 **incredible** 24:21 | 11:3,8,9,10 15:4 18:1 22:4 23:22 | 107:17 **interfere** 90:4 **interject** 55:25 |
| **high** 24:7 33:13 37:22 64:15 65:15 84:18 86:11 | **hospital** 9:5,23 12:16,20 13:22 14:6 17:10,15 21:6 25:13 | **identify** 6:1 14:16 **idiopathic** 68:16,22 **ill** 33:23 47:17 | **independent** 55:8 **index** 5:23 7:1 8:22 19:16 | 41:4,10,20 44:2,3 46:12 53:5 55:7 61:3,6 63:17 | **intermittently** 27:19 **intern** 56:16 **internal** 49:12 |
| 88:21 89:2 **highly** 6:8 | 27:20 28:9 | 52:23 58:7 99:15 100:11 | 80:5 82:1,25 | 64:14 66:4,7 | 68:9 75:24 |

ESQUIRE DEPOSITION SERVICES
1-800-944-9454

| | | | | | |
|---|---|---|---|---|---|
| interpret 62:10 91:15 | 61:13,20,24 62:5,7 64:15 83:16,17,20 86:20,21 | kinds 85:1,14 102:3 | known 14:16 44:3 | 10:7 15:23 29:19 35:7 35:20,21 50:20,20 | 37:23,24 86:2 LLC 1:21 LLP 2:7 |
| interprets 26:22 | | knee 60:24 61:4 63:7 64:3,4,5,8 72:8 | knows 69:25 Kraw 25:16 26:11 27:18 27:19 91:2 | 53:17 56:10 61:22 65:2 80:2 81:22 | loaded 14:13 location 24:9 Lolita 1:4 4:10 |
| interrupt 5:6,7 interrupted 11:14 63:14 72:16 | journal 6:6 34:17 71:19 72:24 | knees 58:1 61:11,21 62:6,8,15 72:7 78:14 | **L** | 82:20 83:23 86:25 | 105:1 106:4 long 16:19 29:5 30:15 |
| interstitial 66:22 | judgment 79:19 101:8 | | L 2:2,10 3:2 lab 84:19 85:2 85:13 89:10 | Licensed 1:15 lift 37:20 38:10 | 42:20 55:20 89:14 |
| interval 71:21 interview 20:14,16 | juice 66:1,11 66:13 67:4 67:13 | know 7:20 9:25 10:15 12:15 17:6 | 89:13,16 101:1,3,3,4 101:12 | limit 73:11 line 30:11 38:6 51:11 53:25 | look 8:24 29:19 32:20 34:12 50:20 |
| intestinal 61:1 intravenous 87:9 97:2 | juices 67:11 July 6:15 9:11 9:17,18 17:14 20:22 | 23:15,20,25 24:2 25:11 25:15,16,18 26:10,16 | label 14:16 labor 85:11,18 laboratories 37:22 | 54:1 65:1 75:19 82:5 89:8 106:9 | 51:8 66:3 70:13,14 75:18 81:9 |
| intubation 36:14 investigate 45:4 | 20:22 29:7,9 29:11,19 35:20,22,23 35:25 36:6 | 27:9 28:21 30:18 34:12 35:9 39:21 | laboratory 36:16 66:6 84:7 108:12 | lines 53:21,24 91:14 link 23:11 | 81:20 82:20 85:23 86:25 87:6 94:3 |
| investigation 33:21 | 37:9,10,18 38:18 39:5,6 | 44:11,16,18 44:23 45:6 45:23 46:8 | 108:18 labs 38:11 | 25:10 45:4 45:11 46:22 | 102:5 looked 15:6 |
| invoice 40:8 involved 28:11 28:12 41:6 | 94:2 jump 84:15,17 June 11:14,16 | 47:3,8,13,24 50:8 54:25 55:4 56:1,22 | lady 18:11 Lancet 34:24 LANGE 2:10 | 47:4 70:17 71:4,13 77:12 96:15 | 17:18 18:14 18:17 64:20 69:25 70:20 |
| 41:24 involvement 20:6 | 21:17 33:19 50:24 52:19 53:2 54:18 | 57:11,14 58:14 59:2 62:12,20 | lasted 53:16 55:6,7 61:19 62:4 | 96:16 linked 46:14 98:12 | 70:25 72:5 95:2 96:4 looking 6:7 |
| involving 4:9 in-house 89:13 irrelevant 24:23 | 54:18 55:20 58:3,3,7,20 59:10,15,15 60:4 62:16 | 64:22 66:21 66:22 67:4 67:16 68:7 68:16,23 | late 11:18 Laurent 18:8 LAW 2:10 lawsuit 28:2,5 | links 44:9 liquid 66:16 list 30:10 35:4 46:13 75:11 | 8:11 36:14 70:15 97:5 looks 11:18,25 57:13 62:2 |
| Islands 21:25 91:12 isolate 65:12 101:2 | 72:6 74:3,6 79:21 81:23 82:10 90:16 92:8 98:24 | 69:19,25 70:8,19 71:12 72:4 73:9 74:13 | 54:17,23,25 98:1 laxative 31:20 layman's | 95:20 100:22 100:23 listed 6:18 34:8 36:8 | 80:16 83:2 84:5 85:13 loose 57:21 lore 23:1 |
| isolation 65:7 65:13 issue 12:3,8 45:10 97:10 98:5,8,8 | junior 9:16 **K** K 85:21 Keep 57:20 keeping 73:9 | 74:20 75:7 75:13 81:17 87:18 94:24 95:23 96:9 96:12,14 | 90:19 lays 11:12 leads 83:9 learned 68:10 leave 7:16 | 38:9,11 85:9 95:20 listing 105:14 literally 24:22 literature 15:1 | loss 63:9 lost 10:20 lot 18:18 44:4 61:4,14 66:8 70:18 73:14 |
| IV 87:8 **J** J 2:6 104:5 | Kelly 1:13 KENNY 2:3 kept 9:6 Kessler 27:23 | 97:11,12,21 97:21,25 98:22 99:8 99:10 100:5 101:2 102:19 | led 51:14 78:14 leeway 101:11 left 80:20 83:8 leg 36:7 60:22 | 18:19 35:3 45:15,17 77:14 little 15:23 24:11 36:11 | 86:18 88:19 95:19 96:18 lots 31:18 46:18 70:11 |
| jejuni 23:4 58:6 65:7,19 69:15 76:8 76:18 94:15 | ketones 86:14 86:15 kidney 86:1 kids 73:24 | 102:22,25 103:1 knowing 74:17 knowledge | 62:14 legs 63:9 leisure 9:9 letter 8:11,25 | 37:22 61:7 67:7 80:13 84:18 86:11 88:23 | 74:12 83:15 low 11:21 14:1 15:11 30:1 64:16 66:7 |
| 95:4 Jersey 27:24 John 15:14 41:19 joint 52:24 | kind 10:20 19:18 61:6 64:7 68:24 70:14 86:19 | 17:7 45:9,11 48:3 99:8 | 15:24 19:25 20:15 108:9 let's 8:8,18 | liver 12:9 36:1 36:16 37:13 | 79:19 86:5 88:9,9 lower 65:13 |

| | | | | | |
|---|---|---|---|---|---|
| 73:11 | 61:2 | 58:9 60:17 | 48:25 49:1 | 85:14 | muscles 91:20 |
| LSR 1:15,19 | manila 19:12 | 62:10,14 | 50:22 52:18 | microtechs | mushrooms |
| 1:20 107:22 | manual 85:10 | 64:8 65:8 | 52:22 55:18 | 100:25 | 46:7 |
| 107:24 | 85:13 | 66:11,13,20 | 60:12,17,19 | migrate 14:15 | M.D 1:12 4:1 |
| luck 71:10 | manually | 67:11 68:4,8 | 60:20 76:17 | milk 46:5 | 104:13 106:7 |
| LYM 84:22 | 85:14 | 69:3 73:2 | 76:23 77:4,5 | milligrams | |
| 85:5 | March 4:18 | 75:22 79:23 | 77:13,16 | 95:11 | N |
| lyme 11:20,22 | 8:14 10:6 | 82:5 83:10 | 78:9,12 | milliliter 86:23 | N 2:1 3:2 |
| 12:1,3,11 | 16:18 41:16 | 87:15 88:18 | 79:21 81:20 | 86:23 | name 4:8,12 |
| 13:24 14:22 | marinate 67:5 | 88:19 90:18 | 84:5 87:22 | mimic 70:16 | 6:12 29:21 |
| 15:10,12,16 | marinated | 90:22 91:7 | 90:18 94:9 | mind 24:4 | 32:23 94:22 |
| 36:2 37:12 | 67:3 | 91:14 95:17 | 95:22 100:10 | 73:9 | 105:1 106:3 |
| 37:17,23 | Marjorie 1:12 | 97:1,8,22 | 100:14 | mine 7:2 | 106:6 |
| 38:13 68:18 | 4:1,14 | 99:9,12,13 | medication | Minimal 37:11 | named 18:11 |
| 79:3,11,14 | 104:13 105:2 | meaning 36:10 | 13:2,20 | minus 57:10 | 107:7 |
| 79:16 83:18 | 106:7 | 61:2 66:5 | 31:21 36:20 | minute 13:19 | nameplate |
| 83:21,21 | mark 5:19 | 68:16 73:22 | 36:21 | 35:7 57:3 | 94:24 |
| 87:11 88:11 | 6:21 8:18 | 87:23 | medications | missing 87:19 | nature 100:4 |
| 89:7,9,12,15 | 19:10 80:2 | meaningful | 31:19 36:8 | mistake 58:25 | nausea 57:22 |
| 89:22,24 | 81:22 82:21 | 98:20 | 36:18 | mistaken | necessarily |
| 90:3,5,6,7,10 | 83:8,23 | means 65:9 | medicine 6:7 | 103:12 | 67:14,19 |
| 92:17 93:3 | marked 5:21 | 71:25 83:11 | 6:11 69:19 | mixed 67:2,2 | 73:11 74:11 |
| 95:7,11,25 | 5:25 6:24 | 83:19 | 71:19 72:24 | mollusks 47:7 | 91:25 |
| Lyme's 14:7 | 8:20 15:24 | meant 91:11 | meet 16:11 | moment 56:10 | neck 71:6 |
| 23:21 79:5 | 19:14 80:3 | measure 84:16 | meeting 16:17 | 103:3 | need 31:21 |
| 95:16 | 81:24 82:23 | measured | 16:19,22 | money 90:8 | 66:8 91:20 |
| lymphocytes | 83:25 87:2 | 88:25 | 17:19,20 | monitor | needing 36:13 |
| 85:4 | 87:25 89:3 | meat 44:8 65:8 | 42:10,12,14 | 101:13 | NEG 80:11 |
| L-E-S 57:13 | 90:11 92:4,8 | 66:15,23 | Meghan 1:15 | Mono 37:14 | negative 14:20 |
| | 92:20 93:6 | 67:20 74:21 | 1:19 107:22 | monocytes | 37:14,15 |
| M | marker 36:12 | mechanical | men 70:7 | 85:5 | 38:14 64:25 |
| M 1:15,19 | 71:12 86:5 | 36:15 92:1 | mention 24:14 | mononucleo... | 71:17 80:1,7 |
| 107:22 | 86:16 | media 65:10 | 35:25 48:18 | 68:18 | 80:10,16,17 |
| machine 84:25 | markers 70:21 | 102:3 | 94:12,13,16 | month 98:24 | 80:21 95:13 |
| 85:18 88:25 | 71:16 86:1 | median 71:21 | 95:4,7,17 | 99:15 | 96:18,21 |
| MADISON | Mass 34:19 | 71:25 72:23 | 103:4 | morning 4:6,7 | neither 107:14 |
| 1:23 105:23 | mathematical | 73:10 | mentioned | 30:3 36:7 | nerve 26:21,22 |
| maintain | 85:22 | medical 7:16 | 22:20 25:7 | 37:2,3,5 | 36:21 |
| 100:23 | Matrix 18:11 | 9:4,6,7,8 | mentioning | mother 67:9 | nervous 69:10 |
| Maintaining | matter 42:9 | 13:8 14:25 | 55:22 | motor 91:17 | 69:11 70:16 |
| 91:16 | maximum | 15:13,18,20 | mentions | mounting | net 101:13 |
| majority | 13:16 | 15:25 17:3,5 | 21:23 78:9 | 69:11 | neurological |
| 90:23 99:18 | MCKAY 2:10 | 18:19 20:10 | 95:9 | mounts 69:7 | 71:22 72:3 |
| making 22:18 | 102:10 | 20:24 21:4 | mercy 38:22 | move 3:10 | neurologist |
| 29:14 78:6 | meal 48:15,18 | 21:11,15,19 | met 10:6 42:16 | 91:23 | 17:23 27:5 |
| malignancy | 74:5,7 77:18 | 24:13 25:3 | 42:17 | moved 17:14 | 55:5 61:15 |
| 86:18 | 78:9 98:24 | 25:12,19 | metric 88:24 | movement | 62:19 |
| malnutrition | meals 49:2 | 26:7 27:4 | Meyers 10:1 | 37:11 38:8 | neurologists |
| 86:5 | 99:14 | 30:13 31:4 | Michael 2:6 | 38:17 57:22 | 27:10,11 |
| management | mean 8:5 14:3 | 32:1 40:4 | 4:8 | MRI 59:22,25 | neurology |
| 35:10,13,15 | 15:3 20:16 | 44:24 46:3 | microbiology | 60:4 | 26:18 62:11 |
| 96:23 97:2 | 47:5,24 | 47:14 48:7 | 101:3,11 | multiply 85:8 | 70:18 |
| 97:11,23 | 49:11 52:1 | 48:14,22,24 | microscope | muscle 36:19 | Neurontin |
| manifestatio... | | | | | 36:9,22 |

| | | | | | |
|---|---|---|---|---|---|
| neurophysio... 98:13 | 103:13 108:17 | 52:9 72:25 77:2,8,24 | 82:20 83:7 83:23 84:8 | 96:19 102:4 origin 6:7 | page 34:9,25 50:21 51:8 |
| neurosurgeon 63:8 | noted 36:11,16 36:18,20 | 99:3,16 objection | 84:11,20 87:9,17,20 | original 3:25 8:11 9:20 | 53:18,20,24 53:25,25 |
| neutrophils 85:6 | 37:12,13,15 37:17,20,21 | 55:13,17 objections 3:7 | 88:5,16 89:19 93:5 | 11:11 31:2 61:14 90:1 | 58:22 67:23 76:4 81:23 |
| never 25:7 28:1 31:12 | 37:22 38:3,9 38:11 55:6,7 | 3:11 objective | 94:1 95:1 103:16 | originally 11:10 | 82:3,21 83:4 83:5 84:5 |
| 32:2 74:13 74:15,25 | 91:10 notes 9:2 11:8 | 23:18 obtain 9:1 | older 45:21 46:2,2 | outcome 107:17 | 85:19,20 86:25 87:19 |
| 89:23 new 1:14 2:8,8 | 16:7 20:2,19 20:21,24 | obtained 65:4 obviously 7:20 | omit 25:3 omitted 24:23 | outlined 49:13 outside 61:2 | 90:15 92:8 92:24 105:10 |
| 6:4,5 17:23 27:24 34:16 | 25:19,24 29:19 30:6 | 30:11 68:15 70:18 73:9 | 25:2 once 38:2 | 70:19 89:13 98:6 | 105:18,18 106:1,9 |
| 45:18 58:21 71:19 72:23 | 30:25 31:15 35:21 55:5 | 90:2 96:9 occasions | onerous 95:19 ongoing 70:18 | oven 67:10,18 overlapped | 108:2,5,13 108:14,16,19 |
| news 44:4 night 13:17 | 55:18 56:23 58:11 61:14 | 27:20 occult 79:22 | onset 58:5 71:21 72:3 | 27:2 overstating | 108:20,21 pages 20:19 |
| Nile 44:21 45:4,11,15 | 82:22 87:1 90:16 108:13 | 80:9,12 occur 85:24 | 72:18 78:13 ooze 67:1 | 79:6,7 overwhelming | 81:19 104:7 pain 10:25 |
| 45:22,24 nine 71:22 | 108:14,16,19 108:20,21 | October 93:13 107:25 | operating 26:3 Operationally | 85:24 oxygen 91:22 | 11:2 24:22 27:10 36:7 |
| nod 5:16 nondiagnostic | notice 3:22,24 8:13 19:23 | October/No... 81:6 | 23:24 opinion 47:21 | oxygenation 91:16,21,22 | 36:19,21 37:12,18 |
| 14:4 nonmedical | 20:2 noticed 57:25 | offense 63:2 offer 29:3 | 48:6,11,20 52:7,12 53:9 | O'Brien 15:15 28:15,16,18 | 38:16 57:5 57:25 58:19 |
| 18:13 nonspecific | notifying 8:12 number 14:18 | offhand 34:14 office 7:17 | 76:22,25 96:8 | 81:10 93:16 95:16 | 59:5 60:13 60:14,15,15 |
| 86:16 normal 84:14 | 15:16,16 20:9 27:20 | 8:14 9:1 16:2 16:15,16 | opinions 29:2 78:19 | O'Brien's 28:21 | 60:16,22,24 61:4,8,10,13 |
| 84:17 85:10 86:8 90:4,22 | 29:16,22 36:7,14 40:9 | 79:16 offices 1:13 | opposed 43:25 44:13 | o'clock 13:12 O'Keefe 2:2,3 | 61:20,24 62:5,8,14 |
| North 4:14 notary 1:16 | 44:9 50:15 61:1 83:12 | 2:10 official 3:14 | oral 37:11 Orange 27:24 | 8:12 10:6 15:25 16:8 | 63:8,9,24 64:3,4,5 72:7 |
| 3:14 104:24 105:9,11,15 | 84:24,24 87:7,21,23 | Oh 83:5 87:15 oil 67:5 | order 12:16,25 19:21 31:6 | 16:21 19:25 20:15 32:11 | 72:8 82:11 82:17 83:16 |
| 107:4,19,23 notation 44:24 | 89:1,2 102:19,23 | okay 5:5,14,16 6:12 10:10 | 31:19 38:21 97:10,23 | 40:11,20 42:12,15 | 83:17,20 91:5 |
| note 11:12 27:9 35:23 | 103:1 numbers 85:9 | 10:18,21 13:4 16:4 | ordered 12:19 12:22,24 | 43:2 52:9 55:13,24 | pains 52:25 78:14 |
| 35:25 42:1 45:2 53:5 | numerous 21:19 | 19:22 23:25 24:12 28:10 | 31:8,17,19 32:17 33:1 | 56:7 72:25 77:2,8,24 | pan 67:11 panel 101:23 |
| 55:10,11,18 56:6,6,23 | nurse 13:17 nurses 38:22 | 29:13,21 35:22 37:9 | 35:9 79:24 96:22 97:11 | 99:3,16 103:13,16 | 102:4 paper 6:10 |
| 58:10,14 60:21 61:15 | 39:1 nurse's 13:3 | 42:24 46:24 48:19 50:20 | orders 31:17 organ 70:23 | 105:4 108:9 O'Keefe's 9:1 | 70:12 paragraph |
| 61:18 62:11 62:13,21 | nutrition 88:4 108:17 | 53:17,19 54:2 57:21 60:6 61:15 | organism 12:1 44:1 69:5 | 16:2 19:21 19:24 | 19:8 50:21 65:3 68:3 |
| 63:16 64:4 72:5,20 | **O** | 62:11,18 63:5 65:1 | 70:16 102:8 102:13,17 | **P** | 75:18 76:3 paragraphs |
| 81:23 82:3 87:6,17 92:14 95:25 | O 3:2 Oak 2:4 oaths 107:6 Object 32:11 | 67:10 72:22 73:7 82:10 | organisms 44:7,9 65:12 66:5 96:13 | P 2:1,1 3:2 packages 65:17 packet 20:13 | 19:5 paralegal 19:21 |

| | | | | | |
|---|---|---|---|---|---|
| paralyzed 24:25 | 37:13,16,23 54:23 87:14 87:15,16 89:10 | pharmacy 13:1 | pork 44:8 46:20,21,22 | prepare 7:12 prepared 7:4 | primarily 45:21 |
| parameters 59:13 91:17 | | phase 95:9 phone 16:6,7 42:25,25 | portion 21:8 positive 11:21 11:23 12:2 | 7:14 15:14 20:4 45:19 67:7 81:9 | primary 94:18 printout 84:5 108:15 |
| parenthesis 38:4 | people 23:17 23:20 25:3 | phosphatase 86:4 | 14:1,2,18,19 14:19 15:11 | 87:17 88:4 94:9 | prior 46:23 prison 73:25 |
| Paris 56:25 62:4 63:21 98:25 | 45:21,25 46:2,2 55:9 70:3 74:12 | phrases 51:19 physical 27:25 56:17 91:23 | 26:12 30:1 79:5,10,11 79:13,16,20 | preparing 34:7 presence 31:5 | probably 9:16 13:14 24:23 29:24 30:4,5 |
| part 10:25 22:8,17 25:13 29:13 55:20 60:9 64:20 74:12 78:5 93:20 | 74:14,18,20 79:11 86:18 90:23 98:19 98:24 99:9 99:19,24 100:5 | physician 18:1 56:19 94:18 94:20,25 95:19 98:3 physicians 10:22,23 28:20 | 79:25 80:16 87:15 88:9 88:15,16 89:7,9,11,15 90:2 95:12 96:20 101:5 101:6,12 | 32:21 64:16 64:18 107:10 present 38:13 46:3 presentation 34:18 presented 34:20 | 61:5 79:17 81:5 97:18 problem 11:8 30:11 95:20 95:22 procedure 85:12 |
| particular 19:21 22:12 63:19 | Pepto 99:25 percent 65:7 65:12,14 | pick 30:22 92:24 | 102:6,11 positives 102:13 | presents 78:12 pressure 24:7 | proceed 19:12 proceeding 20:6 |
| particularly 10:23 95:12 | 68:11,14,25 69:1 85:4,5,6 | picked 39:3 picking 92:10 | possible 11:10 65:18,20 | 36:11 presumably | proceedings 103:17 |
| parties 3:6,13 3:17,21 107:15 | 85:6,7 102:21,25 percentage | picture 63:9 piece 66:15 pieces 54:14 | post 25:6 postulate 81:5 potassium | 91:11 pretty 65:4 69:18 | process 9:9 50:2 56:14 processed |
| parts 22:10 | 102:15 | pillow 37:21 | 85:21 | prevent 89:20 | 64:19 |
| party 3:6 107:16 | percentages 68:22 85:8 | pin 51:17 pink 51:11,13 | potential 35:4 poultry 43:17 | previous 30:25 previously | processing 18:11 |
| pass 99:19,22 passed 95:23 | perform 78:22 performed | place 16:17 38:6 | 44:5,11,12 47:1 50:11 | 30:23 62:4 100:23 | produce 31:12 31:14 |
| passengers 74:7 | 14:6 78:25 84:24 | places 21:19 Plaintiff 1:5 | 50:14 68:3 101:18 | Pridgeon 1:4 4:10 8:16 | production 24:5 85:24 |
| pathogens 101:24 | period 29:5 33:23 48:4 | 2:2 plan 37:24 | Pox 68:19 practically | 10:8 18:15 20:14 24:14 | 90:4 PROFESSI... |
| pathologist 34:21 | 53:22 54:5 54:24 | plane 100:7 planning 28:2 | 97:8 Practice 1:13 | 26:1 29:6 32:2 34:1 | 1:22 progress 81:23 |
| pathophysio... 69:4 | persistent 61:20 62:5 | 28:5 plans 89:25 | practices 22:7 practioners | 41:6,25 47:14,25 | 82:3,21 84:10 87:1 |
| pathphysiol... 70:13 | person 9:16 30:9 42:2,15 | plastic 88:23 plate 65:10,11 | 101:13 precise 102:19 | 48:8,11,21 66:9 67:21 | 90:16 108:13 108:14,16,19 |
| patient 24:20 29:23 30:18 63:25 95:10 | 73:18,22 97:22 98:14 personal 8:15 98:6 | plated 102:2 platelet 84:18 plates 102:3 please 4:12,16 | predicts 36:13 predispose 71:3,10 predisposed | 74:2,25 75:5 77:6 79:6 91:5 93:11 99:15 100:10 | 108:20,21 progressive 91:17 proof 3:14 |
| patients 6:7 10:24 12:7 22:5 29:16 30:10 37:5 78:19,23 96:19 99:18 | personally 34:2 74:25 persons 33:22 pertussis 101:9 | 5:7,10 8:14 8:19 38:3 88:14 105:7 105:13,14,18 | 70:3 71:7 predisposition 70:6 predispositi... | 100:18 105:1 106:4 Pridgeon's 12:4 17:22 | proposition 15:4 protein 11:25 14:17 86:5,6 |
| patient's 14:13 88:22 94:10 95:20 | perused 21:6 35:4 95:24 pet 47:16 | pleasure 42:12 PMD 64:4 point 27:22 | 70:1 preliminary 13:23 | 21:15,20 26:25 28:24 45:1 48:17 | proteins 14:14 70:25 71:1,3 prove 96:21 |
| PAUL 2:10 pay 11:2 84:15 pending 12:2 | petrified 25:1 pets 22:8 47:15 | 59:5 71:4 polar 44:8 popular 23:1 | preparation 50:10,14 | 50:22 53:20 76:7,17 | proven 96:16 96:24 |

**Provence**
  63:22
**provided**
  25:13,16,20
  25:23 26:4
**providers**
  25:12
**public** 1:16
  3:14 104:24
  105:10 107:4
  107:19,23
**publication**
  6:4,5,12
**published** 6:10
  45:19 70:12
**pull** 35:6
**pulled** 82:4
**pulmonary**
  90:24
**punch** 84:13
**purpose** 68:8
**purposes** 21:8
**pursue** 100:7
**push** 59:1
**pushed** 97:23
**put** 11:1 12:12
  20:24 30:17
  38:3,21
  50:11,12
  54:15 56:9
  60:11 67:10
  80:15 85:7
  88:9,22 90:8
**puts** 73:8
  95:23
**P.C** 2:3
**p.m** 12:19
  103:18

**Q**

**qualified**
  107:5
**question** 3:8
  3:11 5:9,13
  7:23 8:8
  40:19 41:7
  43:22 46:18
  55:15,16
  58:14 67:24
  69:24 70:10
  77:9 81:17
  95:7,15 99:4
**questionable**
  12:11

**questioning**
  65:2
**questions** 4:11
  10:9 22:13
**quickly** 21:6
  99:23
**quite** 21:11
  36:9 41:7
  46:15,17
**quote** 64:2

**R**

**R** 2:1 104:5
  107:2
**race** 70:5
**radio** 14:15
**radiological**
  60:2
**Radiology**
  60:9
**raises** 22:13,14
  46:12
**RANDI** 1:22
  105:22
**range** 58:10
**Raphael's** 9:6
  9:21 17:3
  28:19,20
  40:3 41:22
  60:10 75:4
  75:14
**rapid** 36:10
  38:10
**rare** 69:18,20
**rarely** 25:21
  36:18 86:19
**rate** 36:10
  38:10 86:16
  102:16
**rates** 65:13
**raw** 66:1 68:3
  68:3,6,7
**reached** 28:24
  77:5,22
**reactivity**
  88:24
**read** 11:8,11
  17:22 18:2,5
  18:7,10,24
  29:20 30:13
  30:15 48:7
  48:14 53:12
  53:12,14
  57:2,15,24

58:16,17,19
  62:23 63:6
  104:7 105:7
  106:9
**reading** 3:18
  34:5 45:1
  47:17 48:20
  55:23 57:20
  105:5,9
**READS** 106:9
**reagents** 88:23
**reality** 25:20
**really** 10:23
  14:20 21:9
  22:15 24:23
  25:22 35:17
  47:20 69:21
  69:24 70:2
  70:19 71:4
  74:18 86:19
  90:6,6 99:5
**reason** 11:13
  23:13 39:2
  51:18 90:7
**reasonable**
  25:1 76:6,16
  76:22 77:5
  79:14 81:18
**recall** 17:16
  18:9,18 24:2
  27:2,3,13,22
  27:25 28:7
  34:14 39:16
  39:21 45:1
  47:17 55:22
  59:25 81:3
  81:12,14
**received** 31:24
**receiving** 6:8
**recess** 56:12
**recognize** 82:8
**recognized**
  14:25
**recollection**
  10:16 11:6
  27:17 58:22
  59:4 61:14
**recommended**
  36:3,21,22
  37:16 38:15
  89:23
**recommends**
  101:14

**record** 4:12
  9:7 13:2,3,5
  13:7,9,20
  15:18,20
  16:5 17:3
  20:24 21:4
  21:11,15,19
  30:13 31:22
  32:1 33:17
  47:13 48:15
  48:23,24,25
  49:2 50:22
  52:18 56:1
  60:12,19,20
  61:23 63:3
  77:13,16
  78:9 84:5
  94:9 100:10
  104:9
**records** 9:1,4,6
  9:8 10:8
  15:13,25
  16:21 17:5
  17:17 24:13
  32:4 40:13
  44:24 47:14
  48:7 52:22
  55:18 60:18
  79:21 81:20
  93:25 95:22
  100:14
**rectal** 80:13,20
**red** 64:24
**redistribution**
  24:7
**reduced**
  107:11
**refer** 53:20
  60:2 67:23
  68:2
**reference**
  21:14 61:13
  77:17
**references**
  20:10 35:4
  60:24 65:5
**referred** 18:20
  18:24 20:11
  34:18 86:21
**referring**
  46:16 56:8
  66:17 67:13
  90:9

**refers** 24:6
**reflect** 36:23
  69:5 86:14
**reflex** 79:10
**reflexes** 63:10
**registered**
  12:23
**rehab** 17:15
  21:6,8 27:23
  93:19
**rehabilitation**
  13:21 17:9
  17:12
**reject** 70:23
**relate** 73:5
**relatively** 19:3
**relief** 36:7
**relying** 52:4
**remains** 38:22
**remember**
  10:17 12:17
  27:22 39:20
  51:12 54:13
  58:25 67:25
**remembered**
  100:18,19,21
**remembers**
  11:1
**removed** 71:6
**repeat** 5:10,12
  38:13 90:7
**repeated** 89:22
  90:10
**repeating**
  89:24
**rephrase** 5:10
  5:12 44:2
**report** 5:19
  6:22 7:4,8,10
  8:1,4,7 18:21
  19:6,8 20:1,1
  20:7,9 28:25
  29:3 34:7,9
  40:15 41:1
  41:14 43:8
  50:20 54:15
  59:25 60:3
  65:2,13
  66:14 68:2
  69:1 71:20
  74:13 75:4
  75:11,13,18
  83:5 93:3

96:5 101:9
  103:2,5,8
  108:8
**reportable**
  75:11 100:22
**reported** 54:7
  65:8 73:12
  75:9 99:1
  101:6,7,11
**Reporter** 1:16
**REPORTERS**
  1:22
**reporting** 1:21
  1:28 2:23
  101:1,5,14
  105:21
**reports** 65:7
  81:9 101:4
  103:11
**represent** 4:9
**representative**
  85:17
**representing**
  3:6,13,17,21
**represents**
  8:14
**request** 9:8,8,9
  91:2
**require** 36:15
**requirement**
  75:8
**requiring** 92:1
**research** 45:13
  70:8,18
  73:15
**reserves** 3:7
**reserving** 3:9
**resident** 56:5,6
  56:18,24
  62:12 87:22
**residents**
  89:25 97:9
**residual** 61:8
**resolved** 53:6
  53:8 57:5,23
  63:25 72:11
  72:19,20
**respect** 28:24
  47:19 73:16
  78:13
**respective**
  3:13,17
**respiratory**