UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

Lolita Pridgeon

V.                              Case Number: 3:02-1032 (WWE)

American Airlines, Et al

FILED
2005 JUN 30 P 3: 44
DISTRICT COURT
BRIDGEPORT CONN

NOTICE TO COUNSEL
--------------------

The above-entitled case was reported to the Court on 6/30/05 to be settled. Under Local Rule 41(b), a matter reported settled is to be dismissed if closing papers are not filed within thirty (30) days thereafter.

Accordingly, an order of dismissal will be entered on July 30, 2005 unless closing papers are filed on or before that date, or unless counsel reports prior to that date that the case is not in fact settled.

Dated at Bridgeport, Connecticut, June 30, 2005.


KEVIN F. ROWE, CLERK

By: *Rosalie A. Krajcik*
Rosalie A. Krajcik
Deputy Clerk