UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

LOLITA PRIDGEON,

      Plaintiff,

VS.

AMERICAN AIRLINES,

      Defendant.

Docket No.

3:02 CV 1032 WWE

STIPULATION AND ORDER

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned that the above-entitled action is hereby dismissed with prejudice and without costs and that an order may be entered to that effect without further notice to the parties.

Dated: Stratford, Connecticut
       June    , 2005

| KENNY, O'KEEFE & USSEGLIO, P.C. | LAW OFFICES OF PAUL A. LANGE |
|---|---|
| By _____<br>Timothy L. O'Keefe<br>tokeefe@kou-law.com<br>Attorneys for Plaintiff<br>21 Oak Street<br>Hartford, CT 06106<br>(860) 246-2700<br>(860) 246-6480 (fax) | By _Alison L. McKay_<br>Alison L. McKay<br>Bar No. CT 22260<br>alm@lopal.com<br>80 Ferry Boulevard<br>Stratford, Connecticut 06615-6079<br>(203) 375-7724<br>(203) 375-9397 (fax) |

and

CONDON & FORSYTH LLP

By _____
Michael J. Holland
Bar No. CT 22894
mholland@condonlaw.com
7 Times Square
New York, New York 10036
(212) 894-6740
(212) 370-4482 (fax)
Attorneys for Defendant
AMERICAN AIRLINES, INC.

SO ORDERED:

_____
Warren W. Eginton
United States District Judge